**RECEIVED CLERK**

**JUL 0 6** 2021

**U.S. DISTRICT COURT**

:Derald-Wilford: Geddes
1500 36th Street
Ogden, Utah State [84403]
non-domestic
c/o Weber County Jail (533164)
721 W. 12th Street P.O. Box 14000
Ogden, Utah State [84412]

<u>TO:</u>

Anthony Blinken
Secretary of State
U.S. Department of State
2201 C Street NW
Washington, DC 20520.

Registered/Certified Mail #:
7017 0190 0000 7438 9064

Merrick Garland
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Registered/Certified Mail #:
7017 0190 0000 7438 9095

United States Tax Court
400 Second Street, N.W.
Washington DC, 20217-0002

Registered/Certified Mail #:
7017 0190 0000 7438 9088

Social Security Administration
Office of Public Inquiries & Comm. Support
1100 West High Rise
6401 Security Blvd.
Baltimore, MD 21235

Registered/Certified Mail #:
7017 0190 0000 7438 9071

1:15CR93TC

### DECLARATION OF INTENTION
### TO CHANGE DOMICILE/CITIZENSHIP,
### DIVORCE THE "UNITED STATES",
### AND CRIMINAL COMPLAINT

**Enclosures:**
1. Certified copy of Certificate of Naturalization by Notary or Certified Copy of Birth Certificate (certified by Notary stamp at the end of this letter)
2. Affidavit of Citizenship, Domicile, and Tax Status.
3. Declaration of Personal Independence
4. Copy of last U.S. passport (optional)

:Derald-Willford:Geddes
1500 36th Street
Ogden, Utah State [84403]
non-domestic
c/o Weber County Jail (533164)
721 W 12th Street P.O. Box 14000
Ogden, Utah State [84412]

**TO:**

Anthony Blinken
Secretary of State
U.S. Department of State
2201 C Street NW
Washington, DC 20520.

Registered/Certified Mail #:
7017 0190 0000 7438 9064

Merrick Garland
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001·

Registered/Certified Mail #:
7017 0190 0000 7438 9095

Lt. Governor Deidre Henderson
General Office
350 North State Street, Suite 220
P.O. Box 142325
Salt Lake City, Utah 84114-2325

Registered/Certified Mail #: 7438 9040
7017 0190 0000

Registered/Certified Mail #:

### DECLARATION OF INTENTION
### TO CHANGE DOMICILE/CITIZENSHIP,
### DIVORCE THE "UNITED STATES",
### AND CRIMINAL COMPLAINT

**Enclosures:**
1. Certified copy of Certificate of Naturalization by Notary or Certified Copy of Birth Certificate (certified by Notary stamp at the end of this letter)
2. Affidavit of Citizenship, Domicile, and Tax Status.
3. Declaration of Personal Independence
4. Copy of last U.S. passport (optional)

: Derald-Wilford: Geddes
1500 36th Street
Ogden, Utah state. [84403]
non-domestic.
c/o WEBER COUNTY JAIL (533164)
721 W. 12th Street, P.O. Box 14000
Ogden, Utah State [84412]

## TO:

Anthony Blinken
Secretary of State
U.S. Department of State
2201 C Street NW
Washington, DC 20520.

Registered/Certified Mail #:
7017 0190 0000 7438 9064

Merrick Garland
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Registered/Certified Mail #:
7017 0190 0000 7438 9095

Dr. Janet Yellen
Secretary of the Treasury
1500 Pennsylvania Ave NW
WAshington, D.C. 20220

Registered/Certified Mail #:
7017 0190 0000 7438 9057

U.S. DISTRICT COURT (Orrin G. Hatch)
3515 West Temple
Salt Lake City, Utah State 84101
c/o Clerk of the Court
[to be filled in case no: 1:15-cr-00093:
United States v. DERALD WILFORD GEDDES

Registered/Certified Mail #:
7017 0190 0000 7438 9033

### DECLARATION OF INTENTION
### TO CHANGE DOMICILE/CITIZENSHIP,
### DIVORCE THE "UNITED STATES",
### AND CRIMINAL COMPLAINT

**Enclosures:**
1. Certified copy of Certificate of Naturalization by Notary or Certified Copy of Birth Certificate (certified by Notary stamp at the end of this letter)
2. Affidavit of Citizenship, Domicile, and Tax Status.
3. Declaration of Personal Independence
4. Copy of last U.S. passport (optional) photo

5.  ~~Why you are a "national", "state national", and Constitutional but not Statutory Citizen~~
6.  USA Passport Application Attachment — *letter from Authentication office U.S. Dept. of State.*

**References:**
1.  *Why Domicile and Becoming a "Taxpayer" Require Your Consent*, Form #05.002. Available from:
    DIRECT LINK: http://sedm.org/Forms/05-MemLaw/Domicile.pdf
    FORMS PAGE: http://sedm.org/Forms/FormIndex.htm

## TABLE OF CONTENTS

TABLE OF CONTENTS ........................................................................................................................... 2
LIST OF TABLES ................................................................................................................................... 3
TABLE OF AUTHORITIES...................................................................................................................... 3
1.  PURPOSE OF THIS COMMUNICATION.......................................................................................... 20
    1.1  Legal authority for sending this communication ......................................................................... 22
    1.2  Why this matter is ALSO a violation of STATE law if not acted upon ......................................... 22
    1.3  Why you in particular received this communication .................................................................... 30
    1.4  Request for correction-violation of fiduciary duty NOT to correct............................................ 32
    1.5  Intended effect of this communication upon the government ...................................................... 33
    1.6  Consequences of interfering with the filing of or government action related to this communication ................ 36
2.  WHAT THIS DOCUMENT IS NOT................................................................................................. 37
    2.1  Not an attempt to abandon Constitutional citizenship ............................................................... 38
    2.2  Not an act of allegiance to a "foreign" human ruler or man-made government ............................ 39
    2.3  Not an attempt to "simulate legal process" or threaten any person or government with violence ........ 40
    2.4  Not an act of expatriation or abandonment of "nationality" under 8 U.S.C. .............................. 41
    2.5  Not an act of "expatriation" under the I.R.C. ............................................................................ 42
    2.6  Not connected with the "sovereign citizen movement".............................................................. 43
    2.7  Not associated with any known flawed argument advanced by the government........................... 43
    2.8  Not an act of "paper terrorism" .................................................................................................. 44
    2.9  Not an attempt to promote "anarchy", lawlessness, or violence of any kind............................... 45
3.  DETAILS OF CHANGE IN MY LEGAL DOMICILE/CITIZENSHIP AND PERSONAL ALLEGIANCE
    RECORDS .................................................................................................................................... 51
4.  CONTRACTUAL AND COMMERCIAL DIVORCE FROM THE STATE AND UNITED STATES ...................... 62
    4.1  Constraints upon my right to contract ....................................................................................... 62
    4.2  Reservation of rights.................................................................................................................. 65
    4.3  Perpetual abandonment of all statutory "employment" , agency, or "public office" on behalf of the U.S.
         government or any State government........................................................................................... 66
    4.4  Perpetual Abandonment of all "benefits", privileges, and "public rights" arising under Titles 26 and 42 of the
         United States Code .................................................................................................................... 69
5.  EFFECT ON MY CITIZENSHIP AND LEGAL STATUS ....................................................................... 70
6.  EFFECT ON FEDERAL JURISDICTION............................................................................................ 74
7.  EFFECT ON STATE JURISDICTION ............................................................................................... 78
8.  FACTS AND PRESUMPTIONS ESTABLISHED BY THIS LEGAL NOTICE ............................................. 80
    8.1  Privacy Act Warning, License Agreement, and "Shrink Wrap" License applying to all correspondence sent to
         government................................................................................................................................. 81
    8.2  Penalty of Perjury and jurat statements on government forms submitted .................................... 82
    8.3  All alleged "taxes" paid UNDER PROTEST presumptions........................................................... 82
    8.4  Presumptions Against the existence of Federal Jurisdiction in States of the Union ....................... 88
    8.5  Federal Identifying Number Presumptions................................................................................. 91
    8.6  Presumptions about Meaning of words in all correspondence to or from the government ................ 92
    8.6.1  Specific terms ..................................................................................................................... 93
    8.6.2  Capitalization within Statutes and Regulations .................................................................... 98
    8.6.3  Terms in quotation marks.................................................................................................... 99
    8.6.4  Geographical terms............................................................................................................. 99
    8.7  Facts about Penalties for submission of this form .................................................................... 100
    8.8  Fair Debt Collection Practices Act (FDCPA) Presumptions ...................................................... 102
    8.9  Federal Court Litigation Presumptions .................................................................................... 103
    8.10  NONConsent to an extension of time to file presumptions ...................................................... 104

5.  Why you are a "national", "state national", and Constitutional but not Statutory Citizen
6.  USA Passport Application Attachment

**References:**
1.  *Why Domicile and Becoming a "Taxpayer" Require Your Consent*, Form #05.002.  Available from:
    DIRECT LINK: http://sedm.org/Forms/05-MemLaw/Domicile.pdf
    FORMS PAGE: http://sedm.org/Forms/FormIndex.htm

# TABLE OF CONTENTS

TABLE OF CONTENTS ................................................................................................................................................2
LIST OF TABLES ........................................................................................................................................................3
TABLE OF AUTHORITIES..........................................................................................................................................3
1.  PURPOSE OF THIS COMMUNICATION..........................................................................................................20
    1.1   Legal authority for sending this communication ...............................................................................22
    1.2   Why this matter is ALSO a violation of STATE law if not acted upon ...............................................22
    1.3   Why you in particular received this communication ..........................................................................30
    1.4   Request for correction-violation of fiduciary duty NOT to correct.....................................................32
    1.5   Intended effect of this communication upon the government .............................................................33
    1.6   Consequences of interfering with the filing of or government action related to this communication .................36
2.  WHAT THIS DOCUMENT IS NOT....................................................................................................................37
    2.1   Not an attempt to abandon Constitutional citizenship .......................................................................38
    2.2   Not an act of allegiance to a "foreign" human ruler or man-made government ..................................39
    2.3   Not an attempt to "simulate legal process" or threaten any person or government with violence .......40
    2.4   Not an act of expatriation or abandonment of "nationality" under 8 U.S.C. ......................................41
    2.5   Not an act of "expatriation" under the I.R.C. ....................................................................................42
    2.6   Not connected with the "sovereign citizen movement"......................................................................43
    2.7   Not associated with any known flawed argument advanced by the government...................................43
    2.8   Not an act of "paper terrorism" .......................................................................................................44
    2.9   Not an attempt to promote "anarchy", lawlessness, or violence of any kind.......................................45
3.  DETAILS OF CHANGE IN MY LEGAL DOMICILE/CITIZENSHIP AND PERSONAL ALLEGIANCE
    RECORDS ........................................................................................................................................................51
4.  CONTRACTUAL AND COMMERCIAL DIVORCE FROM THE STATE AND UNITED STATES....................62
    4.1   Constraints upon my right to contract ..............................................................................................62
    4.2   Reservation of rights........................................................................................................................65
    4.3   Perpetual abandonment of all statutory "employment" , agency, or "public office" on behalf of the U.S.
          government or any State government..................................................................................................66
    4.4   Perpetual Abandonment of all "benefits", privileges, and "public rights" arising under Titles 26 and 42 of the
          United States Code ...........................................................................................................................69
5.  EFFECT ON MY CITIZENSHIP AND LEGAL STATUS ...................................................................................70
6.  EFFECT ON FEDERAL JURISDICTION............................................................................................................74
7.  EFFECT ON STATE JURISDICTION .................................................................................................................78
8.  FACTS AND PRESUMPTIONS ESTABLISHED BY THIS LEGAL NOTICE ....................................................80
    8.1   Privacy Act Warning, License Agreement, and "Shrink Wrap" License applying to all correspondence sent to
          government.......................................................................................................................................81
    8.2   Penalty of Perjury and jurat statements on government forms submitted ...........................................82
    8.3   All alleged "taxes" paid UNDER PROTEST presumptions ................................................................82
    8.4   Presumptions Against the existence of Federal Jurisdiction in States of the Union ............................88
    8.5   Federal Identifying Number Presumptions ........................................................................................91
    8.6   Presumptions about Meaning of words in all correspondence to or from the government ...................92
    8.6.1   Specific terms .......................................................................................................................93
    8.6.2   Capitalization within Statutes and Regulations ......................................................................98
    8.6.3   Terms in quotation marks .....................................................................................................99
    8.6.4   Geographical terms...............................................................................................................99
    8.7   Facts about Penalties for submission of this form ...........................................................................100
    8.8   Fair Debt Collection Practices Act (FDCPA) Presumptions ............................................................102
    8.9   Federal Court Litigation Presumptions ...........................................................................................103
    8.10  NONConsent to an extension of time to file presumptions ..............................................................104

9. AFFIDAVIT OF DURESS ............................................................................................................... 104
10. ACTIONS REQUESTED OF YOU AND YOUR RESPONSE ....................................................... 109
    10.1 Secretary of State of United States and Secretary of State of a state of the Union Must Apostille both copies of this document they receive, return one copy, and record the other copy ................................................. 109
    10.2 AMEND PAST and FUTURE USA Passport applications by appending Enclosure (6) ................... 109
    10.3 Update NUMIDENT status with the Social Security Administration .............................................. 109
    10.4 Update all SS-5, IRS Form W-8, DOS Form I-9, and USCIS E-Verify Applications on file ........... 110
    10.5 Update of all existing government records describing me ............................................................... 113
    10.6 Removal of all information about me in all government records ..................................................... 113
    10.7 Legal Requirements Imposed Upon Your Response ...................................................................... 113
    10.8 Significance of behaviors and responses to this correspondence .................................................. 114
11. CRIMINAL COMPLAINT .......................................................................................................... 116
    11.1 Request to criminally and civilly prosecute violations of law by Social Security and other government personnel ........................................................................................................................... 116
    11.2 Criminal Complaint against those engaged in the Government ID Scam documented in section 9 ................... 116
12. ADVANCE REBUTTAL OF GOVERNMENT LIES AND PROPAGANDA DESIGNED TO DISCREDIT THE SUBMITTER OR THIS COMMUNICATION ......................................................... 119
13. AFFIRMATION ......................................................................................................................... 120
14. ENCLOSURE (1): CERTIFIED COPY OF BIRTH or NATURALIZATION CERTIFICATE ............... 14-1
15. ENCLOSURE (2): AFFIDAVIT OF CITIZENSHIP, DOMICILE, AND TAX STATUS ..................... 15-1
16. ENCLOSURE (3): DECLARATION OF PERSONAL INDEPENDENCE ......................................... 16-1
17. ENCLOSURE (4): COPY OF LAST U.S. PASSPORT .................................................................. 17-1
18. ENCLOSURE (5): WHY YOU ARE A "NATIONAL", "STATE NATIONAL", AND CONSTITUTIONAL BUT NOT STATUTORY CITIZEN ..................................................................................................... 18-1
19. ENCLOSURE (6): USA PASSPORT APPLICATION ATTACHMENT ............................................ 19-1

## LIST OF TABLES

Table 1: Statutory remedies for those compelled to act as public officers and straw man .................... 22
Table 2: Example terms ........................................................................................................................ 92
Table 3: Tabular Summary of Citizenship Status on Government Forms .............................................. 111

## TABLE OF AUTHORITIES

### Constitutional Provisions

14th Amend., Sect. 1 .............................................................................................................. 111, 112
14th Amendment ............................................................................................................................. 16-2
16th Amendment ............................................................................................................................. 16-3
Art. 80, Sect. 14 .................................................................................................................................. 23
Art. III, Sect, 4(D) (governor) ............................................................................................................. 23
Art. V, Sect. 10 ................................................................................................................................... 23
Article 1, Section 10 .................................................................................................................... 52, 100
Article 1, Section 2, Clause 3 .......................................................................................................... 16-2
Article 1, Section 8, Clause 17 ..................................................................................................... 72, 88
Article 1, Section 9, Clause 4 .......................................................................................................... 16-2
Article 1, Section 9, Clause 8 ............................................................................................................. 31
Article 4, section 4 .......................................................................................................................... 16-1
Article 5, Section 10 ............................................................................................................................ 23
Article 7, Section 7 .............................................................................................................................. 23
Article I, Section 10 ........................................................................................................................ 16-2
Article I, Section 9, Clause 8 ............................................................................................................ 106
Article III ...................................................................................................................................... 75, 93
Article III, Section 2 ........................................................................................................................... 75
Article III, Section 25 .......................................................................................................................... 23
Article IV, Sect. 22 ............................................................................................................................. 23

*Declaration of Intention to Change Domicile/Citizenship, Divorce the U.S., and Criminal Complaint*
Form 10.001, Rev. 01-27-2015
    **3 of 120**

Article VI, Section 12 .................................................................................................................... 23
Article VII, Section 9 (judges) ...................................................................................................... 24
Bill of Rights ................................................................................................................. 71, 80, 16-1
Const. art. 6, cl. 2 ......................................................................................................................... 50
Const. Art. 94-95 .......................................................................................................................... 25
Const. Article 1, Section 11 .......................................................................................................... 23
Const. Article 1, Section 19 .......................................................................................................... 23
Const. Article 1, Section 8 ............................................................................................................ 26
Const. Article 2, Section 04 (legislature) ..................................................................................... 25
Const. Article 2, Section 1 ............................................................................................................ 26
Const. Article 2, Section 9 ............................................................................................................ 24
Const. Article 3, Section 10 .......................................................................................................... 23
Const. Article 3, Section 13 (judges) ............................................................................................ 24
Const. Article 3, Section 3 ............................................................................................................ 26
Const. Article 4, Part 2, Section 4 ................................................................................................ 23
Const. Article 4, Section 06, Para. (B) ......................................................................................... 25
Const. Article 4, Section 30 (legislative) ...................................................................................... 24
Const. Article 4, Section 6 ............................................................................................................ 26
Const. Article 4, Section 9 ............................................................................................................ 25
Const. Article 5, Section 14 .......................................................................................................... 23
Const. Article 5, Section 2 ............................................................................................................ 23
Const. Article 5, Section 7 ............................................................................................................ 23
Const. Article 6, Section 16 (senators) ......................................................................................... 26
Const. Article 6, Section 28 .......................................................................................................... 23
Const. Article 7, Section 4 (executive) ......................................................................................... 26
Const. Article 8, Section 7 (judges) .............................................................................................. 26
Const. Article I, Section II, Para. III ............................................................................................. 23
Const. Article II, Section 10 .......................................................................................................... 25
Const. Article II, Section 12 .......................................................................................................... 25
Const. Article II, Section 14 (legislature) ..................................................................................... 26
Const. Article II, Section 2 ...................................................................................................... 24, 26
Const. Article II, Section 26 .......................................................................................................... 26
Const. Article II, Section 5 ............................................................................................................ 23
Const. Article III, Section 1 ..................................................................................................... 24, 25
Const. Article III, Section 2 .......................................................................................................... 24
Const. Article III, Section 22 (legislature) ................................................................................... 24
Const. Article III, Section 6 .......................................................................................................... 25
Const. Article III, Section 7 (legislature) ..................................................................................... 25
Const. Article III, Section 8 .......................................................................................................... 23
Const. Article III, Section II, Para. IV(b) ..................................................................................... 23
Const. Article III-9 ........................................................................................................................ 25
Const. Article IV, Section 13 ........................................................................................................ 26
Const. Article IV, Section 14 (governor) ...................................................................................... 24
Const. Article IV, Section 15 (judges) .......................................................................................... 26
Const. Article IV, Section 2 (executive) ....................................................................................... 24
Const. Article IV, Section 2(e) (legislative) ................................................................................. 24
Const. Article IV, Section 3 (senators) ......................................................................................... 25
Const. Article IV, Section 4 (legislature) ...................................................................................... 26
Const. Article IV, Section 5 ........................................................................................................... 24
Const. Article IV, Section 8 ........................................................................................................... 24
Const. Article IV, Section V, Sections 3-4 .................................................................................... 25
Const. Article V, Section 1 ............................................................................................................ 26
Const. Article V, Section 17 (judges) ........................................................................................... 25
Const. Article V, Section 18 (legislature) ..................................................................................... 25
Const. Article V, Section 4 (governor) .......................................................................................... 26
Const. Article V, Section 7 (judges) .............................................................................................. 23
Const. Article V, Section 8 ............................................................................................................ 23
Const. Article V, Section 9 (office) ............................................................................................... 24

Const. Article V, Section I, Section 3 ......................................................................... 25
Const. Article VI, Section 19 (judge) ......................................................................... 25
Const. Article VI, Section 20(b)(1) ........................................................................... 25
Const. Article VI, Section 3 ....................................................................................... 26
Const. Article VI, Section 9 ....................................................................................... 25
Const. Article VII, Section 9 ...................................................................................... 24
Const. Article VIII, Section 10 (judges) .................................................................... 26
Const. Chapter II, Section 54 ..................................................................................... 26
Const. Chapter VI, Article 2 ....................................................................................... 24
Const. Const. Declaration of Rights, Article 35 (officers) ......................................... 24
Const. Declaration of Rights, Article 33 (judges) ...................................................... 24
Const. of D.C., Article IV, Sect. 4(B) (judges) .......................................................... 23
Const. Section 97-3-008 ............................................................................................. 26
Const. Section 97-5-027 ............................................................................................. 26
Const. Sections 2.5, 3.6, 4.8 ...................................................................................... 23
Declaration of Independence ..................... 29, 35, 36, 38, 45, 46, 48, 49, 62, 72, 117, 16-7, 16-8
Declaration of Personal Independence ......................................................................... 1
Federalist Paper #51 ................................................................................................... 35
Federalist Paper #58 ................................................................................................... 35
Federalist, No. 79 ..................................................................................................... 16-4
Fifth Amendment .............................................................................................. 36, 16-4
First Amendment ................... 20, 21, 36, 40, 41, 51, 52, 57, 58, 59, 61, 62, 74, 77, 87, 101, 104, 114, 118, 16-3
Fourteenth Amendment, Section 1 ............................................................ 42, 64, 116
Ninth and Tenth Amendment ..................................................................................... 50
Ninth and Tenth Amendments ................................................................................... 35
Tenth Amendment .................................................................................................... 16-8
Thirteenth Amendment ................................... 37, 39, 41, 52, 94, 102, 116, 16-2
Titles of Nobility Clauses .......................................................................................... 16-5
U.S. Constitution ........................................................................................................ 98
U.S. Constitution Article IV, Section 2 ....................................................................... 99

**Statutes**

1 U.S.C. §204 ............................................................................................................ 113
12 Stat. 411 ................................................................................................................. 64
13 V.S.A. §3002 .......................................................................................................... 26
15 U.S.C. §1692g ....................................................................................................... 102
15 U.S.C. §1692g(b) .................................................................................................. 102
18 Pa.C.A. §4120 ........................................................................................................ 25
18 U.S.C. §§1001, 1002, 1028, 1028A, 1029, 1039 ................................................. 109
18 U.S.C. §§3 and 4 .................................................................................................... 91
18 U.S.C. §1001 ................................................................................................. 37, 109
18 U.S.C. §1028(a)(7) ........................................................................................ 107, 117
18 U.S.C. §1028A .............................................................................................. 107, 117
18 U.S.C. §1030 ........................................................................................................ 104
18 U.S.C. §112 ............................................................................................................ 56
18 U.S.C. §1201 ........................................................................................................ 117
18 U.S.C. §1512 .......................................................................................................... 37
18 U.S.C. §1512(b) ................................................................................................... 100
18 U.S.C. §1542 ................................................................................................. 37, 109
18 U.S.C. §1581 .............................................................................. 52, 16-1, 16-5
18 U.S.C. §1583 .......................................................................................................... 94
18 U.S.C. §1589 ........................................................................................................ 102
18 U.S.C. §1621 ................................................................................................. 37, 109
18 U.S.C. §1622 .......................................................................................................... 37
18 U.S.C. §1951 .......................................................................................................... 52
18 U.S.C. §1956 .......................................................................................................... 86
18 U.S.C. §201 ...................................................................................................... 85, 94

18 U.S.C. §208 ................................................................................................ 37, 68, 82, 94, 16-4
18 U.S.C. §2381 .............................................................................................................. 36
18 U.S.C. §241 .......................................................................................................... 37, 67
18 U.S.C. §3 ................................................................................................................. 109
18 U.S.C. §371 ............................................................................................................. 106
18 U.S.C. §4 ................................................................................................................. 109
18 U.S.C. §597 .............................................................................................................. 94
18 U.S.C. §641 .............................................................................................................. 91
18 U.S.C. §654 ...................................................................................................... 107, 116
18 U.S.C. §872 ......................................................................................................... 66, 68
18 U.S.C. §911 ...................................................................................................... 109, 116
18 U.S.C. §912 ..................................................................................... 32, 91, 107, 116
22 U.S.C. §2721 ............................................................................................................. 40
26 U.S.C. §1313 ............................................................................................................. 93
26 U.S.C. §3121(e) ............................................................................................... 20, 109
26 U.S.C. §3401(a) ................................................................................................. 93, 96
26 U.S.C. §3401(c) ................................................................................................. 96, 99
26 U.S.C. §6013(g) and (h) .......................................................................................... 92
26 U.S.C. §6013(g) or (h) ............................................................................................ 68
26 U.S.C. §6020(b) ........................................................................................................ 66
26 U.S.C. §6041 ....................................................................................................... 66, 87
26 U.S.C. §6065 ................................................................................................... 51, 102
26 U.S.C. §6109 ...................................................................................................... 91, 92
26 U.S.C. §6671(b) .................................................................................... 66, 68, 102
26 U.S.C. §6700 ............................................................................................................. 68
26 U.S.C. §7343 ...................................................................................................... 66, 68
26 U.S.C. §7408(c) ........................................................................................................ 89
26 U.S.C. §7408(d) ..................................................................................................... 107
26 U.S.C. §7434 ...................................................................................................... 66, 87
26 U.S.C. §7491 ........................................................................................................... 113
26 U.S.C. §7601 ............................................................................................................. 89
26 U.S.C. §7621 ............................................................................................................. 89
26 U.S.C. §7701(a)(10) ................................................................................................ 98
26 U.S.C. §7701(a)(12)(B) .......................................................................................... 89
26 U.S.C. §7701(a)(14) .......................................................................... 43, 91, 93, 100
26 U.S.C. §7701(a)(16) .............................................................................................. 106
26 U.S.C. §7701(a)(26) ........................................ 66, 71, 87, 88, 93, 96, 100, 116, 16-5
26 U.S.C. §7701(a)(30) ................................................................................. 71, 92, 97
26 U.S.C. §7701(a)(31) ...................................................................... 92, 93, 95, 96
26 U.S.C. §7701(a)(39) ...................................................................................... 89, 107
26 U.S.C. §7701(a)(9) and (a)(10) ................................................................. 89, 95, 105
26 U.S.C. §7701(b)(1)(A) ........................................................... 71, 92, 95, 105, 106
26 U.S.C. §7701(b)(4)(B) ..................................................................................... 68, 92
26 U.S.C. §7701(b)(5) ................................................................................................... 96
26 U.S.C. §7701(c ) ....................................................................................................... 96
26 U.S.C. §871 ..................................................................................... 91, 96, 100
26 U.S.C. §877 ....................................................................................................... 42, 43
26 U.S.C. §911 ............................................................................................................... 96
26 U.S.C. Subtitles A, B, or C ....................................................................................... 96
28 U.S.C. §§754 and 959(a) .......................................................................................... 74
28 U.S.C. §1332 ............................................................................................................. 75
28 U.S.C. §1332(c) and (d) ........................................................................................... 55
28 U.S.C. §1332(d) ................................................................................................. 56, 75
28 U.S.C. §144 ............................................................................................... 94, 16-4
28 U.S.C. §1603(b) ........................................................................................................ 55
28 U.S.C. §1605(a)(2) ................................................................................................... 56
28 U.S.C. §1653 ............................................................................................................. 42
28 U.S.C. §1746 ..................................................................................................... 93, 100

*Declaration of Intention to Change Domicile/Citizenship, Divorce the U.S., and Criminal Complaint*
Form 10.001, Rev. 01-27-2015

**6 of 120**

28 U.S.C. §1746(1) .................................................................................................. 20, 82, 120
28 U.S.C. §1746(2) .................................................................................................. 101
28 U.S.C. §2201 ...................................................................................................... 43
28 U.S.C. §2201(a) .................................................................................................. 43
28 U.S.C. §297(a) and (b) ........................................................................................ 57
28 U.S.C. §455 ........................................................................................................ 68, 82, 94
28 U.S.C. §636(b)(2) ................................................................................................ 104
31 U.S.C. §3113 ...................................................................................................... 85
4 U.S.C. §§105-113 .................................................................................................. 99
4 U.S.C. §106 .......................................................................................................... 66, 91
4 U.S.C. §110(d) ...................................................................................................... 98
4 U.S.C. §72 ............................................................................................................ 88, 16-5
40 U.S.C. §3112 ...................................................................................................... 97
42 U.S.C. §1301(a)(1) .............................................................................................. 69, 70
42 U.S.C. §1981 ...................................................................................................... 116
42 U.S.C. §1994 ...................................................................................................... 52, 94, 102, 16-5
42 U.S.C. §405(c)(2)(C)(i) ........................................................................................ 107, 116
42 U.S.C. §408(a)(7) ................................................................................................ 107
42 U.S.C. §408(a)(8) ................................................................................................ 92, 116
48 U.S.C. §1612 ...................................................................................................... 89
5 U.S.C. §5517 ........................................................................................................ 66, 91
5 U.S.C. §552(a) ...................................................................................................... 100
5 U.S.C. §552a(a)(2) ................................................................................................ 71, 95
5 U.S.C. §552a(b) .................................................................................................... 82, 113
50 U.S.C. §841 ........................................................................................................ 31
53 Stat 1, Section 4 .................................................................................................. 113
720 ILCS 5/17-2 ...................................................................................................... 24
8 U.S.C. §1101(a)(21) .............................................................................................. 42, 57, 68, 70, 71, 92, 111, 112
8 U.S.C. §1101(a)(22) .............................................................................................. 73
8 U.S.C. §1101(a)(22)(B) ......................................................................................... 71, 111
8 U.S.C. §1101(a)(29) .............................................................................................. 111
8 U.S.C. §1101(a)(3) ................................................................................................ 106, 112
8 U.S.C. §1101(a)(38), (a)(36) .................................................................................. 111
8 U.S.C. §1302 ........................................................................................................ 71
8 U.S.C. §1401 ........................................................................................................ 20, 38, 39, 41, 42, 43, 55, 68, 71, 73, 92, 95, 105, 106, 109, 111
8 U.S.C. §1408 ........................................................................................................ 71, 111
8 U.S.C. §1452(b) .................................................................................................... 33
8 U.S.C. §1481 ........................................................................................................ 42
8 U.S.C. §1481(a)(2) ................................................................................................ 39, 57
A.R.S. §13-2006 ...................................................................................................... 23
A.R.S. §13-2406 ...................................................................................................... 23
A.S. §11.46.160 ...................................................................................................... 23
A.S. §11.56.830 ...................................................................................................... 23
A.S.C. §5-37-208 .................................................................................................... 23
Administrative Procedures Act, 5 U.S.C. §556(d) ...................................................... 113
Affidavit of Duress: Illegal Enforcement by De Facto Officers, Form #02.005 ........... 32
Bretton Woods Agreement Act .................................................................................. 16-4
Buck Act of 1940 .................................................................................................... 66
C.O.A. §13A-10-10 .................................................................................................. 23
C.O.A. Title 13A, Article 10 ..................................................................................... 23
C.O.V. §18.2-186.3 .................................................................................................. 26
Calif.Evid.Code, §600 .............................................................................................. 81
California Civil Code, Section 1589 ........................................................................... 87
California Revenue and Taxation Code (R&TC) sections 17018 and 6017 ................... 99
California Revenue and Taxation Code, section 17018 ................................................ 99
California Revenue and Taxation Code, section 6017 ................................................. 99
California Vehicle Code ............................................................................................ 80
California Vehicle Code, Section 12505 ..................................................................... 80

California Vehicle Code, Section 12805 ............................................................................................ 79
D.C. Code §22-1404.................................................................................................................... 23
D.C. Title 11, Section 854 ............................................................................................................ 23
D.C. Title 11, Section 907(3) ....................................................................................................... 23
Fair Debt Collection Practices Act, Title 15, Chapter 41, Subchapter V ...................................... 102
False Claims Act, 31 U.S.C. §3729 ................................................................................ 70, 87, 116
Federal Reserve Act of 1913 ..................................................................................................... 16-3
Foreign Sovereign Immunities Act ................................................................................................ 76
Foreign Sovereign Immunities Act (F.S.I.A.), 28 U.S.C. §1602 et seq. ......................................... 78
Foreign Sovereign Immunities Act (F.S.I.A.), 28 U.S.C. §1605(a)(2)............................................ 75
Foreign Sovereign Immunities Act (FSIA), 28 U.S.C., Chapter 97 ................................................ 97
Foreign Sovereign Immunities Act of 1976 ................................................................................... 56
G.L.M. Chapter 268, Section 33................................................................................................... 24
G.L.R.I. §11-14-1 ......................................................................................................................... 25
General Business Law 380-S ......................................................................................................... 25
German Emergency Power Law, Article 48.................................................................................. 16-3
H.R.S. §710-1016........................................................................................................................ 23
I.C. §25-30-1-18 ......................................................................................................................... 24
I.C. Title XVI, Section 718.2 ........................................................................................................ 24
I.S. §18-3001 .............................................................................................................................. 23
Internal Revenue Code .........................................................................48, 84, 87, 93, 98, 99, 113
Internal Revenue Code of 1986 .................................................................................................... 43
Internal Revenue Code, Subtitle A .................................................................................. 43, 82, 88
Internal Revenue Code, Subtitles A or C ....................................................................................... 96
Internal Revenue Code, Subtitles A, B, or C .................................................................................. 97
K.R.S. §21-3825 ......................................................................................................................... 24
K.R.S. §434.570 ......................................................................................................................... 24
K.R.S. §514.60 ........................................................................................................................... 24
K.R.S. §532.034 ......................................................................................................................... 24
K.R.S. §61.080 ........................................................................................................................... 24
M.C. §97-7-43 ............................................................................................................................ 24
M.C.A. §45-7-209 ....................................................................................................................... 25
M.R.S. §570.223 ......................................................................................................................... 24
M.S. §609.475 ............................................................................................................................ 24
Mich. Penal Code, Chapter XXXV, Section 750.217c.................................................................... 24
N.C.G.S. §14-277 ....................................................................................................................... 25
N.D.C.C. §12.1-13-04 ................................................................................................................. 25
N.H.R.S.§359-I:2 ........................................................................................................................ 25
N.J.S.A. §2C:28-8 ....................................................................................................................... 25
N.M.S.A. §30-16-21.1 ................................................................................................................. 25
N.R.S. §197.120 ......................................................................................................................... 25
N.R.S. 28-636............................................................................................................................. 25
N.R.S. 28-639............................................................................................................................. 25
O.C.G.A. §16-10-23 .................................................................................................................... 23
O.R.S. §162.365 ......................................................................................................................... 25
O.R.S. §165.803 ......................................................................................................................... 25
O.S. Title 21, Section 1533 ......................................................................................................... 25
O.S. Title 21, Section 1533.1 ...................................................................................................... 25
P.L. 102-14................................................................................................................................ 16-5
P.L. 97-280................................................................................................................................ 16-5
Paperwork Reduction Act (PRA) ................................................................................................. 113
Penal Code §484.1...................................................................................................................... 23
Penal Law §190.23 ..................................................................................................................... 25
Penal Law 190.78 ....................................................................................................................... 25
Privacy Act, 5 U.S.C. §552a ......................................................................................................... 81
Privacy Act, 5 U.S.C. §552a(b)................................................................................................... 113
R.C.W. §18.71.190...................................................................................................................... 26
R.S. §14:112 ............................................................................................................................... 24

Religious Freedom Restoration Act, 42 U.S.C. Chapter 21B ............................................................... 40
Revised Statutes, Section 3228 ............................................................................................................. 83
Rules of Decision Act, 28 U.S.C. §1652 ............................................................................................. 114
S.D.C.L. §22-40-16 ................................................................................................................................ 26
S.D.C.L. §22-40-8 .................................................................................................................................. 26
Social Security Act .............................................................................................................. 69, 76, 87, 98
Statutes §8-301 ....................................................................................................................................... 24
T.C. §39-16-301 ..................................................................................................................................... 26
T.S. §32.51 ............................................................................................................................................. 26
Title 17 of the U.S. Code ....................................................................................................................... 91
Title 22 of the United States Code ...................................................................................................... 16-4
Title 26 ................................................................................................................................................... 95
Title 42, Chapter 7 ................................................................................................................................. 69
Title 42, Chapter 7, Subchapter III ....................................................................................................... 69
Title 42, Chapter 7, Subchapter XVIII .................................................................................................. 69
Title 48 of the U.S. Code ....................................................................................................................... 99
Title 5 of the U.S. code .......................................................................................................................... 71
Trading with the Enemy Act ............................................................................................................... 16-3
Tucker Act (Judicial Code, sec. 24, par. 20, ch. 397, 24 Stat. 635) ...................................................... 84
Tucker Act, 28 U.S.C. §1491 ................................................................................................................ 87
U.C. §76-8-512. ...................................................................................................................................... 26
U.C.C. §1-207 ........................................................................................................................................ 65
U.C.C. §1-308 ........................................................................................................................................ 65
U.C.C. §3-308 ........................................................................................................................................ 65
U.C.C. §9-307 ........................................................................................................................................ 90
U.S. Code ............................................................................................................................................... 66
Uniform Commercial Code ..................................................................................................................... 90
Uniform Commercial Code (UCC), Section 1-205 .............................................................................. 113
United States of America Money Act, 1 Stat. 246 ................................................................................. 94
United States of America Money Act, 1 Stat. 254 ................................................................................. 95
W.S. §6-3-901 ........................................................................................................................................ 26
W.S. §6-5-307 ........................................................................................................................................ 26
W.S. §943.201 ........................................................................................................................................ 26
W.V.C. §61-5-27a(e) .............................................................................................................................. 26

## Regulations

20 C.F.R. ............................................................................................................................................... 92
20 C.F.R. §422.103(d) ..................................................................................................................... 92, 106
20 C.F.R. §422.104 .......................................................................................................................... 91, 106
26 C.F.R. §1.1-1(c). ........................................................................................................................ 20, 109
26 C.F.R. §1.1441-1(c)(3) ............................................................................................................ 92, 95, 96
26 C.F.R. §1.1441-1(c)(6) ...................................................................................................................... 97
26 C.F.R. §1.469-9(b)(4). ....................................................................................................................... 97
26 C.F.R. §1.872-2(f) ......................................................................................................................... 68, 71
26 C.F.R. §301.609-1(d)(3) .................................................................................................................... 92
26 C.F.R. §301.6109-1(g) .............................................................................................................. 72, 91, 92
26 C.F.R. §301.6109-1(g)(1)(i) ............................................................................................................. 113
26 C.F.R. §31.3401(a)-3 ......................................................................................................................... 93
26 C.F.R. §31.3401(a)-3(a) .................................................................................................................... 96
26 C.F.R. §31.3401(c)-1 ..................................................................................................................... 96, 99
26 C.F.R. §31.3402(p)-1 ......................................................................................................................... 96
26 C.F.R. §601.702(a)(2)(ii) ................................................................................................................ 100
Federal Register. ................................................................................................................................... 100

## Rules

Federal Rule of Civil Procedure 17(b) ...................................................................... 54, 55, 56, 74, 79, 114

Federal Rule of Civil Procedure 19(b) ................................................................ 42, 75
Federal Rule of Civil Procedure 29 ........................................................................ 103
Federal Rule of Civil Procedure 44.1 ................................................................ 54, 74
Federal Rule of Civil Procedure 72(b) .................................................................. 104
Federal Rule of Civil Procedure 8(b)(6) ................................................................ 115
Federal Rule of Criminal Procedure 43 ................................................................. 103
Federal Rule of Criminal Procedure 54(c ) ............................................................. 88
Federal Rule of Criminal Procedure 54(c ), prior to Dec. 2002 ............................. 88
Federal Rule of Evidence 802 ................................................................................ 114
Federal Rule of Evidence 803(8)(A) ...................................................................... 104
Federal Rules of Evidence ............................................................................... 70, 114

Cases

99 Pratt Street Corp. v. Stand Realty Corp., 27 Conn Supp 101, 230 A.2d. 613 ...................................... 85
Abood v. Detroit Bd. of Ed., 431 U.S. 209, 97 S.Ct. 1782, 52 L.Ed.2d. 261, 95 L.R.R.M. (BNA) 2411, 81 Lab. Cas. (CCH)
   ¶ 55041 (1977) ...................................................................................................................................... 21
Abood v. Detroit Board of Education [431 U.S. 209] (1977) .................................................................. 36
Adams v. Gillig, 199 N.Y. 314, 92 N.E. 670 ........................................................................................... 86
Adams v. New Bedford (155 Mass. 317) ................................................................................................. 82
Adkins v. Children's Hospital, 261 U.S. 525, 544 , 43 S.Ct. 394, 24 A.L.R. 1238 ................................ 50
Afroyim v. Rusk, 387 U.S. 253, 87 S.Ct. 1660 (1967).......................................................................... 74
Afroyim v. Rusk, 387 U.S. 254 (1967) ................................................................................................... 73
Alder v. Crosier, 50 Utah 437, 168 P. 83 .............................................................................................. 85
Andrews v. Andrews, 188 U.S. 14 ........................................................................................................... 79
Angelina v. Euclid Concrete Corp. 280 App.Div. 405, 113 N.Y.S.2d. 537, affd 306 N.Y. 606, 115 N.E.2d. 831 ............... 86
Ashton v. Cameron County Water Improvement District No. 1, 298 U.S. 513, 56 S.Ct. 892 (1936)..................... 90
Aspinwall v. Sabin, 22 Neb. 73, 34 N.W. 72 .......................................................................................... 85
Baker v. Grice, 169 U.S. 284, 290 , 42 S.L.Ed. 748, 750, 18 Sup.Ct.Rep. 323.................................... 90
Bancroft & Masters, 223 F.3d. at 1087 ................................................................................................... 78
Bancroft & Masters, Inc. v. Augusta Nat'l Inc., 223 F.3d. 1082, 1087 (9th Cir. 2000)........................ 77
Barnette v. Wells Fargo Nevada Nat'l Bank, 270 U.S. 438, 70 L.Ed. 669, 46 S.Ct. 326 ............... 84, 108
Baxter v. Palmigiano, 425 U.S. 308 (1976).......................................................................................... 115
Baylies v. Vanden Boom, 40 Wyo. 411, 278 P. 551, 70 A.L.R. 924 ...................................................... 85
Beer v. Moffatt (192 Fed. 984, affirmed 209 Fed. 779)......................................................................... 82
Bell v. Bell, 181 U.S. 175...................................................................................................................... 79
Berry v. Stevens, 168 Okla. 124, 31 P.2d. 950...................................................................................... 85
Blagge v. Balch,  162 U.S. 439, 40 L.Ed. 1032, 16 S.Ct. 853 .............................................................. 86
Block v. Block, 165 Ohio.St. 365, 60 Ohio.Ops. 1, 135 N.E.2d. 857 .................................................... 86
Blue v. Blue, 38 Ill 9 .............................................................................................................................. 86
Boyd v. State of Nebraska, 143 U.S. 135 (1892) .................................................................................... 34
Brady v. U.S., 397 U.S. 742 (1970) ....................................................................................................... 65
Brookhart v. Janis, 384 U.S. 1, 86 S.Ct. 1245, 16 L.Ed.2d. 314 (1966)............................................... 65
Brown v. Keene, 8 Pet. 112, 115 (1834) ........................................................................................... 41, 75
Brown v. Pierce, 74 U.S. 205, 7 Wall. 205, 19 L.Ed. 134.............................................................. 84, 108
Brown v. Scott, 140 Md. 258, 117 A. 114,  22 A.L.R. 810..................................................................... 86
Bull v. United States, 295 U.S. 247, 79 L.Ed. 1421, 55 S.Ct. 695, 35-1 U.S.T.C. ¶ 9346, 15 A.F.T.R. 1069 ................. 87
Burgin v. Forbes, 293 Ky. 456, 169 S.W.2d. 321, 325 .......................................................................... 89
Button's Estate v. Anderson, 112 Vt 531, 28 A.2d. 404,  143 A.L.R. 195 ............................................. 86
Calder v. Jones, 465 U.S. 783 (1984).................................................................................................... 77
Calder v. Jones, 465 U.S. 783, 789-90 (1984)....................................................................................... 77
Carmichael v. Southern Cole and Coke Co, 301 U.S. 495 (1937) ......................................................... 76
Carroll v. Fetty, 121 W.Va. 215, 2 S.E.2d. 521, cert den 308 U.S. 571, 84 L.Ed. 479, 60 S.Ct. 85 ................. 108
Carter v. Carter Coal Co., 298 U.S. 238 (1936) ....................................................................... 36, 50, 52
Carter v. Carter Coal Co., 298 U.S. 238, 56 S.Ct. 855 (1936) .............................................................. 90
Caruth v. Int'l Psychoanalytical Ass'n, 59 F.3d. 126, 128 (9th Cir. 1995) .......................................... 78
Cary v. Curtis (3 How. 236)................................................................................................................... 84
CE Distrib., LLC v. New Sensor Corp., 380 F.3d. 1107, 1111 (9th Cir. 2004) ..................................... 77

Chesebrough v. United States (192 U. S. 253) .................................................................................. 82
Chicago ex rel. Cohen v. Keane, 64 Ill.2d. 559, 2 Ill.Dec. 285, 357 N.E.2d. 452 ....................... 28, 33
Chicago Park Dist. v. Kenroy, Inc., 78 Ill.2d. 555, 37 Ill.Dec. 291, 402 N.E.2d. 181 ................. 28, 33
Chisholm, Ex'r. v. Georgia, 2 Dall. (U.S.) 419, 1 L.Ed. 454, 457, 471, 472 (1793) ........................ 37
Christie Street Commission Co. v. United States (126 Fed. 991) ...................................................... 82
Christie Street Commission Co. v. United States (136 Fed. 326) ...................................................... 84
Cincinnati & C. R. Co. v. Hamilton County (120 Tenn. 1) ............................................................... 83
City of Boerne v. Florez, Archbishop of San Antonio, 521 U.S. 507 (1997) .................................... 71
City of Dallas v. Mitchell, 245 S.W. 944 .................................................................................. 47, 70
Clark v. United States, 95 U.S. 539 (1877) ...................................................................................... 64
Cleveland Bed. of Ed. v. LaFleur (1974) 414 U.S. 632, 639-640, 94 S.Ct. 1208, 1215 ............... 52, 81
Coffin v. United States, 156 U.S. 432, 453 (1895) ........................................................................... 81
Cohens v. Virginia, 19 U.S. 264, 6 Wheat. 265, 5 L.Ed. 257 (1821) ................................................ 40
Colautti v. Franklin, 439 U.S. 379, 392, and n. 10 (1979) ............................................................... 67
Colautti v. Franklin, 439 U.S. at 392-393, n. 10 .............................................................................. 67
Commissioner of Banks v. Cosmopolitan Trust Co., 253 Mass. 205, 148 N.E. 609, 41 A.L.R. 658 ........ 85
Cook v. Hart, 146 U.S. 183, 194, 36 S.L.Ed. 934, 939, 13 Sup.Ct.Rep. 40 ..................................... 90
Cook v. Hudson, 511 F.2d. 744, 9 Empl.Prac.Dec. (CCH) ¶ 10134 (5th Cir. 1975) ........................ 21
Core-Vent Corp. v. Nobel Indus. AB, 11 F.3d. 1482 (9th Cir. 1993) .............................................. 77
Corkie v. Maxwell (7 Fed. Cas. 3231) .............................................................................................. 82
Crane v. Conklin, 1 N.J.Eq. 346 ...................................................................................................... 86
Davis v. Beason, 133 U.S. 333, 342 , 10 S.Ct. 299, 300 .................................................................. 57
Davis v. Davis, 305 U.S. 32, 41 ....................................................................................................... 79
Delo v. Lashely, 507 U.S. 272 (1993) ............................................................................................... 81
Dexter v. Boston (176 Mass. 247) .................................................................................................... 83
Doe v. Glanzer, 232 F.3d. 1258, 232 F.3d. 1258 (9th Cir. 11/17/2000) ........................................ 115
Dole Food Co. v. Watts, 303 F.3d. 1104, 1111 (9th Cir. 2002) ....................................................... 77
Downes v. Bidwell, 182 U.S. 244 (1901) .......................................................................... 39, 40, 63, 105
Dred Scott v. Sandford, 60 U.S. 393 (1856) ..................................................................................... 54
Economy Plumbing & Heating v. U.S., 470 F.2d. 585 (1972) .................................................... 43, 101
Elk v. Wilkins, 112 U.S. 94 (1884) .............................................................................................. 16-2
Elliott v. Swartwout (10 Pet. 137) .............................................................................................. 82, 84
Erie Railroad v. Tompkins, 304 U.S. 64 (1938) ......................................................................... 101, 114
Estelle v. Williams, 425 U.S. 501 (1976) .......................................................................................... 80
Ettlinger v. National Surety Co., 221 N.Y. 467, 117 N.E. 945, 3 A.L.R. 865 .............................. 85, 86
Ex parte Fonda, 117 U.S. 516, 518, 29 S.L.Ed. 994, 6 Sup.Ct.Rep. 848 ........................................ 89
Ex parte Royall, 117 U.S. 241, 250, 29 S.L.Ed. 868, 871, 6 Sup.Ct.Rep. 734 .............................. 89
Faske v. Gershman, 30 Misc.2d. 442, 215 N.Y.S.2d. 144 ......................................................... 85, 108
Federal corn: Procter & Gamble Co. v. United States (281 Fed. 1014) .......................................... 82
Field v. Seabury, 19 How (US) 323, 15 L.Ed. 650 ........................................................................... 85
Fitts v. McGhee, 172 U.S. 516, 533, 43 S.L.Ed. 535, 543, 19 Sup.Ct.Rep. 269 ........................... 90
Flemming v. Nestor, 363 U.S. 603, 608 -611 (1960) ....................................................................... 76
Flower v. Lance (59 N.Y. 603) .......................................................................................................... 83
Fong Yu Ting v. United States, 149 U.S. 698 (1893) ........................................................................ 22
Fox v. Standard Oil Co. of N.J., 294 U.S. 87, 95-96 (1935) ............................................................ 67
Fred Martin Motor Co., 374 F.3d. 797, 802 (9th Cir. 2004) ........................................................... 77
Frost & Frost  Trucking Co. v. Railroad Comm'n of California, 271 U.S. 583 ............................... 105
Gar v. Hurd (92 Ills. 315) ................................................................................................................. 82
Georgia Dep't of Human Resources v. Sistrunk, 249 Ga. 543, 291 S.E.2d. 524 ....................... 28, 33
Georgia R. & Power Co. v. Atlanta, 154 Ga. 731, 115 S.E. 263 .................................................... 107
Giaccio v. State of Pennsylvania, 382 U.S. 399, 86 S.Ct. 518 (1966) ............................................. 81
Glass v. The Sloop Betsy, 3 (U.S.) Dall 6 ......................................................................................... 48
Glasser v. United States, 315 U.S. 60, 70-71, 86 L.Ed. 680, 699, 62 S.Ct. 457 ............................. 65
Glenney v. Crane (Tex Civ App Houston (1st Dist)) 352 S.W.2d. 773 ...................................... 85, 108
Gomillion v. Lightfoot, 364 U.S. 339, 345 ..................................................................................... 105
Gould v. Hennepin County (76 Minn. 379) ...................................................................................... 82
Gulf, C. & S. F. R. Co. v. Ellis, 165 U.S. 150 (1897) .................................................................. 45, 98
Hale v. Henkel, 201 U.S. 43, 69-70 (1906) ...................................................................................... 27

Hammer v. Dagenhart, 247 U.S. 251, 275, 38 S.Ct. 529, 3 A.L.R. 649, Ann.Cas.1918E 724............................................. 90
Harman v. Forssenius, 380 U.S. 528 at 540, 85 S.Ct. 1177, 1185 (1965)........................................................................ 105
Heart of Atlanta Motel, Inc. v. United States, 379 U.S. 241 (1964).................................................................................. 71
Heider v. Unicume, 142 or 416, 20 P.2d. 384 ........................................................................................................ 85, 108
Hisquierdo v. Hisquierdo, 439 U.S. 572, 575 (1979) ...................................................................................................... 76
Hobbs v. McLean, 117 U.S. 567, 29 L.Ed. 940, 6 S.Ct. 870............................................................................................. 86
Hooven and Allison v. Evatt, 324 U.S. 652 (1945).......................................................................................................... 72
Hughes v. United States, 953 F.2d. 531, 536-537 (9th Cir. 1991) .................................................................................. 43
Iasigi v. Van De Carr, 166 U.S. 391, 395, 41 S.L.Ed. 1045, 1049, 17 Sup.Ct.Rep. 595................................................ 90
Indiana State Ethics Comm'n v. Nelson (Ind App), 656 N.E.2d. 1172...................................................................... 28, 33
Insurance Co. of North America v. Kunin, 175 Neb. 260, 121 N.W.2d. 372, 375, 376.................................................. 103
International Shoe Co. v. Washington, 326 U.S. 310 (1945) ....................................................................................... 76, 78
Jackson v. State, 210 App.Div. 115, 205 N.Y.S. 658, affd 241 N.Y. 563, 150 N.E. 556................................................. 85
James v. Bowman, 190 U.S. 127, 139 (1903) ................................................................................................................... 71
Jersey City v. Hague, 18 N.J. 584, 115 A.2d. 8........................................................................................................... 28, 33
Johnson v. Waters, 111 U.S. 640, 28 L.Ed. 547, 4 S.Ct. 619.......................................................................................... 85
Johnson v. Zerbst, 304 U.S. 458, 464, 82 L.Ed. 1461, 1466; 58 S.Ct. 1019, 146 A.L.R. 357 ....................................... 65
Joseph Martinelli & Co. v. Simon Siegel Co. (CA1 Mass) 176 F.2d. 98, 13 A.L.R.2d. 1243 ......................................... 85
Keeton v. Hustler Magazine, 465 U.S. 770 (1984) .......................................................................................................... 77
Kentucky Bank v. Stone (88 Fed. 383) ............................................................................................................................ 82
Kulko v. California Superior Court, 436 U.S. 84, 91 (1978)............................................................................................. 78
Lake v. Lake, 817 F.2d. 1416, 1421 (9th Cir. 1987) ....................................................................................................... 77
Lamborn v. County Commissioners (97 U. S. 181) ......................................................................................................... 82
Lane v. Railey, 280 Ky. 319, 133 S.W.2d. 74, 79, 81 ..................................................................................................... 94
LaSalle Bank Lake View v. Seguban, 54 F.3d. 387, 391 (7th Cir. 1995) ....................................................................... 115
Lathrop v. Donohue, 367 U.S. 820, 81 S.Ct. 1826, 6 L.Ed.2d. 1191 (1961)................................................................... 21
License Tax Cases, 72 U.S. 462, 18 L.Ed. 497, 5 Wall. 462, 2 A.F.T.R. 2224 (1866) ................................................... 88
Lippencott v. Allander, 27 Iowa 460.............................................................................................................................. 107
Little v. Bowers (134 U. S. 547, 554) .............................................................................................................................. 82
Long v. Rasmussen, 281 F. 236 (1922)........................................................................................................................... 100
Madlener v. Finley (1st Dist), 161 Ill.App.3d. 796, 113 Ill.Dec. 712, 515 N.E.2d. 697 ................................................ 33
Madlener v. Finley, 161 Ill.App.3d. 796, 113 Ill.Dec. 712, 515 N.E.2d. 697 (1st Dist) ................................................ 28
Malkin v. United States (2nd Cir.2001), 243 F.3d. 120, 124 ........................................................................................ 104
Manly v. Ohio Shoe Co. (CA4), 25 F.2d. 384, 59 A.L.R. 413 ......................................................................................... 85
Manning v. Leighton, 65 Vt. 84, 26 A. 258, motion dismd 66 Vt. 56, 28 A. 630............................................................ 86
Marbury v. Madison, 5 U.S. 137, 1 Cranch 137, 2 L.Ed. 60 (1803) ............................................................................. 116
Markuson v. Boucher, 175 U.S. 184 , 44 L.Ed. 124, 20 Sup.Ct.Rep. 76 ........................................................................ 90
Maxwell v. Dow, 176 U.S. 581 (1899) ............................................................................................................................. 39
McAfferty v. Conover, 7 Ohio.St. 99................................................................................................................................ 86
McCloud v. Testa, 97 F.3d. 1536, 12 I.E.R. Cas. (BNA) 1833, 1996 Fed.App. 335P (6th Cir. 1996) ........................... 22
McCue v. Monroe County (162 N.Y. 235)........................................................................................................................ 82
McElvaine v. Brush, 142 U.S. 155, 160 , 35 S.L.Ed. 971, 973, 12 Sup.Ct.Rep. 156...................................................... 90
McGee v. International Life Ins. Co., 355 U.S. 220, 223 (1957) ..................................................................................... 78
McNair v. Southern States Finance Co., 191 N.C. 710, 133 S.E. 85............................................................................... 86
Mcnally v. United States, 483 U.S. 350 (1987)................................................................................................................ 64
Meese v. Keene, 481 U.S. 465, 484 (1987)...................................................................................................................... 67
Meese v. Keene, 481 U.S. 465, 484-485 (1987) .............................................................................................................. 67
Miller Brothers Co. v. Maryland, 347 U.S. 340 (1954).................................................................................................... 35
Milliken v. Meyer, 311 U.S. 457, 463 (1940) ............................................................................................................. 76, 78
Miranda v. Arizona, 384 U.S. 436, 491 (1966) .......................................................................................................... 49, 65
Montgomery v. Cowlitz County (14 Wash. 230) ............................................................................................................. 83
Mullane v. Central Hanover Trust Co., 339 U.S. 306, 313 -314 (1950) ......................................................................... 78
Munn. v. Illinois, 94 U.S. 113 (1876) .............................................................................................................................. 38
Nash v. United States, 229 U.S. 373, 377 (1913)............................................................................................................ 64
Nat'l Acceptance Co. v. Bathalter, 705 F.2d. 924, 930 (7th Cir. 1983) ........................................................................ 115
Newblock v. Bowles, 170 Okl. 487, 40 P.2d. 1097, 1100............................................................................................... 89
Newhall v. Jordan (160 Fed. 661) ................................................................................................................................... 82
Newman-Green v. Alfonso Larrain, 490 U.S. 826 (1989) .......................................................................................... 42, 75

Nichols v. Michael, 23 N.Y. 264................................................................................................................ 86
Nikulnikoff v. Archbishop, etc., of Russian Orthodox Greek Catholic Church, 142 Misc. 894, 255 N.Y.S. 653, 663.......... 46
Nudd v. Burrows, 91 U.S. 426, 23 L.Ed. 286................................................................................................ 85
Oakland Cemetery Association v. Ramsey County (98 Minn. 404)................................................................ 83
Olmstead v. United States, 277 U.S. 438 (1928).......................................................................................... 30
Olmstead v. United States, 277 U.S. 438, 478 (1928)...................................................................30, 41, 44, 61, 97
Ortiz-Pinero v. Rivera-Arroyo, 84 F.3d. 7 (1st Cir. 1996) ............................................................................ 21
Panavision, 141 F.3d. at 1321 ..................................................................................................................... 78
Parrish v. Nikolits, 86 F.3d. 1088 (11th Cir. 1996)................................................................................... 21, 22
Peebles v. Pittsburgh. (101 Pa.St. 304) ...................................................................................................... 83
Peiffer v. Lebanon Sch. Dist., 848 F.2d. 44, 46 (3d Cir. 1988)................................................................... 115
Pennoyer v. Neff, 95 U.S. 714, 732-733 (1878)....................................................................................... 62, 78
People of Territory of Guam v. Fegurgur, 800 F.2d 1470 (9th Cir. 1986)................................................. 49, 62
Pepke v. Cronan, 155 U.S. 100 , 39 L.Ed. 84, 15 Sup.Ct.Rep. 34 ............................................................. 90
Perkins v. Elg, 307 U.S. 325, 59 S.Ct. 884, 83 L.Ed. 1320 (1939) ............................................................ 41
Pocatello Secur. Trust Co. v. Henry, 35 Idaho 321, 206 P. 175, 27 A.L.R. 337 ......................................... 85
Railroad Co. v. Commissioner (98 U. S. 541, 543).................................................................................... 82
Railway Emp. Dept. v. Hanson, 351 U.S. 225, 76 S.Ct. 714, 100 L.Ed. 1112 (1956) ............................... 21
Rathbun v. Baumel, 196 Iowa 1233, 191 N.W. 297, 30 A.L.R. 216 ........................................................ 85
Re Chapman, 156 U.S. 211, 216, 39 S.L.Ed. 401, 402, 15 Sup.Ct.Rep. 331 ........................................... 90
Re Duncan, 139 U.S. 449 , 454, sub nom. Duncan v. McCall, 35 L.Ed. 219, 222, 11 Sup.Ct.Rep. 573............... 89
Re Ernst, 179 Wis. 646,192 N.W. 65, 30 A.L.R. 681 ................................................................................ 85
Re Frederich, 149 U.S. 70, 75 , 37 S.L.Ed. 653, 656, 13 Sup.Ct.Rep. 793 ............................................... 90
Re Wood, 140 U.S. 278 , 289, Sub nom. Wood v. Bursh, 35 L.Ed. 505, 509, 11 Sup.Ct.Rep. 738............... 89
Robertson v. Cease, 97 U.S. 646, 648-649 (1878) .................................................................................. 41, 75
Robin v. Hardaway, 1 Jefferson 109 (1772).......................................................................................... 16-6
Robins v. Latham (134 No. 466).................................................................................................................. 83
Roboz v. Kennedy, 219 F.Supp. 892 (D.D.C. 1963), p. 24 ..................................................................... 61, 71
Rowen v. U.S., 05-3766MMC. (N.D.Cal. 11/02/2005)................................................................................ 43
Rutan v. Republican Party of Illinois, 497 U.S. 62, 110 S.Ct. 2729, 111 L.Ed.2d. 52, 5 I.E.R. Cas. (BNA) 673 (1990) ...... 21
Ryan v. Motor Credit Co., 30 N.J.Eq. 531, 23 A.2d. 607, 621................................................................... 60
Sage v. United States (250 U. S. 33) .......................................................................................................... 84
Salter v. Aviation Salvage Co. 129 Miss 217, 91 So 340,  26 A.L.R. 987................................................. 85
Schechter Poultry Corp. v. United States, 295 U.S. 495, 549 , 550 S., 55 S.Ct. 837, 97 A.L.R. 947........... 50
Schwarzenegger, 374 F.3d. at 803.............................................................................................................. 77
Scott v. Sandford, 19 How. 393 .............................................................................................................. 16-2
SEC v. Colello, 139 F.3d. 674, 677 (9th Cir. 1998) ................................................................................... 115
Shaffer v. Heitner, 433 U.S. 186, 211 , n. 37 (1977)................................................................................. 79
Sinking Fund Cases, 99 U.S. 700 (1878) .................................................................................................... 53
Slaughter-House Cases, 16 Wall. 36, 73 ................................................................................................. 16-2
Slimmer v. Chickasaw County (140 Iowa, 448) ....................................................................................... 82
Smietanka v. Indiana Steel Co. (257 U. S. 1) ............................................................................................. 84
Smith v. Allwright, 321 U.S. 649, 644 ........................................................................................................ 105
State ex rel. Hutton v. Baton Rouge, 217 La 857, 47 So.2d. 665 ............................................................. 107
State ex rel. Nagle v. Sullivan, 98 Mont. 425, 40 P.2d. 995, 99 A.L.R. 321 ...................................... 28, 33
State of Minnesota v. Brundage, 180 U.S. 499 (1901)............................................................................... 90
State v. Chicago & C. R. Co. (165 No. 597) .............................................................................................. 82
Stenberg v. Carhart, 530 U.S. 914 (2000) ................................................................................................. 67
Stoddard v. Chambers, 2 How (U.S.) 284, 11 L.Ed. 269 ........................................................................... 85
Strauder v. West Virginia, 100 U.S. 303 , 306 ....................................................................................... 16-2
Strawbridge v. Curtiss, 3 Cranch 267 (1806) ............................................................................................ 75
Sutton v. U.S., 256 U.S. 575 (1921).......................................................................................................... 64
Taylor v. Philadelphia Board of Health (31 P.St. 73)................................................................................. 82
Taylor v. State, 73 Md. 208, 20 A. 914 ...................................................................................................... 85
Texas v. White, 7 Wall. 700, 725 ........................................................................................................... 35, 50
The Antelope, 23 U.S. 66, 10 Wheat 66, 6 L.Ed. 268 (1825) ....................................................... 38, 66, 97
The Scotia, 81 U.S. (14 Wall.) 170 (1871).................................................................................................. 48
Thorpe v. R. & B. Railroad Co., 27 Vt. 143.............................................................................................. 38

Tinsley v. Anderson, 171 U.S. 101, 105, 43 S.L.Ed. 91, 96, 18 Sup.Ct.Rep. 805 ................................................................. 90
Tower v. Tower & S. Street R. Co., 68 Minn 500, 71 N.W. 691 ........................................................................................ 107
Trowbridge v. Oehmsen, 207 App.Div. 740, 202 N.Y.S. 833.............................................................................................. 85
U.S. v. Kyh, D.C.N.Y., 49 F.Supp 407, 414 ....................................................................................................................... 60
U.S. v. Macintosh, 283 U.S. 605 (1931) .............................................................................................................................. 57
U.S. v. Prudden, 424 F.2d. 1021 (5th Cir. 1970)................................................................................................................. 29
U.S. v. Tweel, 550 F.2d. 297, 299 (5th Cir. 1977) .............................................................................................................. 29
U.S. v. William M. Butler, 297 U.S. 1 (1936)..................................................................................................................... 45
U.S. v. Wong Kim Ark, 169 U.S. 649, 18 S.Ct. 456, 42 L.Ed. 890 (1898)................................................................... 38, 56
United States ex rel. Angarica v. Bayard, 127 U.S. 251, 32 L.Ed. 159, 8 S.Ct. 1156, 4 A.F.T.R. 4628 ........................... 86
United States Railroad Retirement Board v. Fritz, 449 U.S. 166 (1980) ............................................................................. 76
United States v. Boylan (CA1 Mass), 898 F.2d. 230, 29 Fed.Rules.Evid.Serv. 1223 ......................................................... 33
United States v. Boylan, 898 F.2d. 230, 29 Fed.Rules.Evid.Serv. 1223 (CA1 Mass) ......................................................... 28
United States v. Conkins, 9 F.3d. 1377, 1382 (9th Cir. 1993) ............................................................................................. 62
United States v. Cruikshank, 92 U.S. 542 (1875)........................................................................................................... 52, 53
United States v. Goodwin, 457 U.S. 368, 372, 102 S.Ct. 2485, 2488, 73 L.Ed.2d. 74 (1982)...................................... 49, 62
United States v. Guest, 383 U.S. 745 (1966) ....................................................................................................................... 71
United States v. Harris, 106 U.S. 629, 639 (1883) .............................................................................................................. 71
United States v. Holzer (CA7 Ill), 816 F.2d. 304 ................................................................................................................ 33
United States v. Holzer, 816 F.2d. 304 (CA7 Ill) ................................................................................................................ 28
United States v. Hvoslef (237 U.S. 1, 12) ............................................................................................................................ 83
United States v. Little, 889 F.2d 1367 (CA5 Miss) .............................................................................................................. 28
United States v. Minker, 350 U.S. 179, 76 S.Ct. 281 (1956) .............................................................................................. 65
United States v. New York & Cuba Mail Steamship Co. (200 U. S. 488, 493, 494) .......................................................... 82
United States v. Reese, 92 U.S. 214, 218 (1876)................................................................................................................. 71
United States v. Solano-Godines, 120 F.3d. 957, 962 (9th Cir. 1997) .............................................................................. 115
United States v. State Bank, 96 U.S. 30, 96 Otto 30, 24 L.Ed. 647..................................................................................... 87
United States v. The Amistad, 15 Pet (U.S.) 518, 10 L.Ed. 826 ......................................................................................... 85
United States v. Throckmorton, 98 U.S. 61, 25 L.Ed. 93 .................................................................................................... 85
United States vs. Lee, 106 U.S. 196, 1 S.Ct. 240 (1882)..................................................................................................... 35
Vaughan v. Riordan (280 Fed. 742, 745) ............................................................................................................................. 82
Vickery v. Jones, 100 F.3d. 1334 (7th Cir. 1996), cert. denied, 117 S.Ct. 1553, 137 L.Ed.2d. 701 (U.S. 1997)................ 21
Vlandis v. Kline (1973) 412 U.S. 441, 449, 93 S.Ct. 2230, 2235 .................................................................................. 52, 81
Warren v. San Francisco (150 Calif. 167) ........................................................................................................................... 82
Washington v. Harper, 494 U.S. 210 (1990) .................................................................................................................. 41, 44
Western Union Telegraph Co. v. Lenroot, 323 U.S. 490, 502 (1945).................................................................................. 67
Whitbeck v. Minch (48 Ohio St. 210) .................................................................................................................................. 83
Whitten v. Tomlinson, 160 U.S. 231, 242, 40 S.L.Ed. 406, 412, 16 Sup.Ct.Rep. 297 ....................................................... 90
Williams v. Merritt (152 Mich. 621) .............................................................................................................................. 82, 83
Williams v. North Carolina, 325 U.S. 226 (1945)............................................................................................................... 79
Wilson v. Shaw, 204 U.S. 24, 51 L.Ed. 351, 27 S.Ct. 233 ................................................................................................. 87
Wooley v. Maynard [430 U.S. 703] (1977) ......................................................................................................................... 36
World-Wide Volkswagen Corp. v. Woodson, 444 U.S. 286 (1980) ..................................................................................... 79
Wright v. Blakeslee (101 U. S. 174, 178)............................................................................................................................ 82
Yahoo! Inc. v. La Ligue Contre Le Racisme Et L'Antisemitisme, 433 F.3d. 1199 (9th Cir. 01/12/2006) ........................... 78
Yick Wo v. Hopkins, 118 U.S. 356, 369, 6 S.Sup.Ct. 1064, 1071 ................................................................................ 45, 98

## Other Authorities

"Nixon Ends Convertibility of US Dollars to Gold and Announces Wage/Price Controls". Federal Reserve Bank of
   Richmond. Retrieved October 17, 2018 ......................................................................................................................... 94
106 A.L.R. Fed. 396 ............................................................................................................................................................ 21
107 A.L.R. Fed. 21 .............................................................................................................................................................. 21
108 A.L.R. Fed. 117 ............................................................................................................................................................ 21
109 A.L.R. Fed. 9................................................................................................................................................................ 21
17 American Jurisprudence 2d, Contracts §151 (1999) ....................................................................................................... 85
17 American Jurisprudence 2d, Contracts §191 (1999) ....................................................................................................... 85
17 American Jurisprudence 2d, Contracts §509 (1999) ....................................................................................................... 86

2 Foreign Affairs Manual (F.A.M.) 1292.1 ............................................................................................... 109
2A N. Singer, Sutherland on Statutes and Statutory Construction § 47.07, p. 152, and n. 10 (5th ed. 1992) ...................... 67
32 American Jurisprudence 2d, False Pretenses §§88-96 (1999) .............................................................. 86
32B American Jurisprudence 2d, Federal Courts §§2266 et seq. (1999) ................................................... 86
37 American Jurisprudence 2d, Fraud and Deceit, §8 (1999) ................................................................... 86
63C American Jurisprudence 2d, Public Officers and Employees, §247 (1999) ................................. 28, 33
97 L.Ed.2d. 903 ........................................................................................................................................ 21
Affidavit of Duress: Illegal Tax Enforcement by De Facto Officers, Form #02.005 ................................ 31, 109
American Bar Association ...................................................................................................................... 16-5
American Bar Association (ABA) ................................................................................................................ 31
American Jurisprudence 2d, Constitutional law, §546: Forced and Prohibited Associations (1999)................................ 22
American Jurisprudence 2d, Duress, §21 (1999) ............................................................................... 85, 108
American Jurisprudence 2d, Franchises, §4: Generally (1999)................................................................. 107
American Jurisprudence 2d, United States, §45 (1999) ............................................................................. 87
Ayn Rand, Atlas Shrugged...................................................................................................................... 16-7
Black's Law Dictionary, Fourth Edition, p. 1693 ............................................................................... 46, 62
Black's Law Dictionary, Sixth Edition, p. 1185.......................................................................................... 81
Black's Law Dictionary, Sixth Edition, p. 1407.......................................................................................... 60
Black's Law Dictionary, Sixth Edition, p. 1473........................................................................................ 104
Black's Law Dictionary, Sixth Edition, p. 1498.......................................................................................... 75
Black's Law Dictionary, Sixth Edition, p. 281............................................................................................ 48
Black's Law Dictionary, Sixth Edition, p. 485 under "domicile" ............................................................. 80
Black's Law Dictionary, Sixth Edition, p. 581............................................................................................ 89
Black's Law Dictionary, Sixth Edition, p. 623............................................................................................ 60
Black's Law Dictionary, Sixth Edition, p. 74.............................................................................................. 60
Black's Law Dictionary, Sixth Edition, p. 97............................................................................................ 103
Black's Law Dictionary, Sixth Edition, p. 1005.......................................................................................... 94
Bouvier's Maxims of Law, 1856........................................................................................................ 29, 115
Commissioner of Internal Revenue ............................................................................................................ 83
Common Sense, Thomas Paine ................................................................................................................... 33
Conduct and Belief: Public Employees' First Amendment Rights to Free Expression and Political Affiliation. 59 U Chi LR
    897, Spring, 1992 ................................................................................................................................. 22
Conflicts in a Nutshell, David D. Siegel and Patrick J. Borchers, West Publishing, p. 24............................................. 61, 71
Congressional Record-Senate, Volume 77- Part 4, June 10, 1933, Page 12522 ....................................... 69
Congressional Research Report 97-59A..................................................................................................... 114
Cooley on Taxation (vol. 2, 3d ed. p. 1495).............................................................................................. 83
Corporatization and Privatization of the Government, Form #05.024 ................................................ 106, 117
Corpus Juris Secundum (C.J.S.), Territories, §1 (2003) ........................................................................... 104
Correcting Erroneous Information Returns, Form #04.001 ......................................................................... 31
D.O.S. Form DS-11 or DS-82 ................................................................................................................. 19-1
De Facto Government Scam, Form #05.043 ........................................................................... 32, 38, 44, 95
Delegation of Authority Order from God to Christians, Form #13.007 ..................................................... 64
Department of Homeland Security............................................................................................................ 107
Department of Justice........................................................................................................................... **16-7**
Department of State form DS-11 .............................................................................................................. 109
Department of State Form I-9 .................................................................................................................. 110
Enclosure (2): Affidavit of Citizenship, Domicile, and Tax Status ........................................................... 73
Enclosure (6) ............................................................................................................................................ 109
Executive Order 10289.............................................................................................................................. 89
Executive Order 12612.............................................................................................................................. 34
Executive Order 12612, Oct. 26, 1987 ..................................................................................................... 34
Federal Civil Trials and Evidence, Rutter Group,  Sections 8:2786-8:2799.1, Year 2007, pp. 8G-118-8G-119 ................ 104
Federal Civil Trials and Evidence, Rutter Group, paragraph 8:4993, p. 8K-34 .................................. 52, 81
Federal Enforcement Authority in States of the Union, Form #05.032.................................................... 100
Federal Petition/Pleading/Motion Attachment, Litigation Tool #01.002 ................................................ 104
Federal Reserve ................................................................................................................................. 31, 16-7
First Amendment Law in a Nutshell, Second Edition, Barron-Dienes, West Publishing, ISBN 0-314-22677-X, pp. 266-267
    .............................................................................................................................................................. 37

First Amendment Law in a Nutshell, Second Edition, Barron-Dienes, West Publishing, ISBN 0-314-22677-X, pp. 266-267 ..................................................................................................................................................................... 59
Flawed Tax Arguments to Avoid, Form #08.004 ................................................................................................. 119
Founding Fathers ..................................................................................................................................................... 35
George Washington, (letter to Patrick Henry, 9 October 1775) ............................................................................ 63
George Washington, Farewell Address ................................................................................................................... 61
Getting A USA Passport as a "state national", Form #09.007 ............................................................................. 106
Government Burden of Proof, Form #05.025 .......................................................................................................... 95
Government Conspiracy to Destroy the Separation of Powers, Form #05.023 ............................................. 59, 106
Government Instituted Slavery Using Franchises, Form #05.030 .................................................................. 56, 117
Great IRS Hoax, Form #11.302, Section 5.2.15 ..................................................................................................... 99
Greenawalt, Religion As a Concept in Constitutional Law, 72 Cal. L.Rev. 753 (1984) ....................................... 59
Henry David Thoreau ............................................................................................................................................. 68
Highlights of American Legal and Political History CD, Form #11.202 .......................................................... *16-9*
Identity Theft Laws: State Penalties and Remedies and Pending Federal Bills, Congressional Research Service Report
  #RL34028 / 2007-08-06 ................................................................................................................................ 117
Injury Defense Franchise, Form #06.027 ............................................................................................................... 46
Internal Revenue Manual (I.R.M.), Section 1.1.1.1 ............................................................................................. 100
Internal Revenue Manual (I.R.M.), Section 4.10.7.2.8 ................................................................................ 102, 114
Internal Revenue Manual (I.R.M.), Section 4.10.7.2.9.8 ..................................................................................... 114
Internal Revenue Manual (I.R.M.), Section 4.10.7.2.9.8 (05/14/99) ................................................................... 101
International Monetary Fund (I.M.F.) .................................................................................................................. 16-3
IRS "The Truth About Frivolous Tax Arguments" .............................................................................................. 114
IRS Form 1040 ........................................................................................................................................................ 68
IRS Form 1042-S .................................................................................................................................................... 66
IRS Form 1098 ........................................................................................................................................................ 66
IRS Form 1099 ........................................................................................................................................................ 66
IRS Form 4868 ...................................................................................................................................................... 104
IRS Form 8300 Currency Transaction Reports ...................................................................................................... 66
IRS Form K-1 .......................................................................................................................................................... 66
IRS Form RACS006 .............................................................................................................................................. 102
IRS Form W-2 ......................................................................................................................................................... 66
IRS Form W-4 ......................................................................................................................................................... 66
IRS Form W-8 ....................................................................................................................................................... 110
IRS Forms 1040 and 1040NR jurat/perjury statement ......................................................................................... 100
IRS Forms W-2, 1098, 1099 ................................................................................................................................... 87
IRS Forms W-2, K-1, 1042-S, 1098, 1099 ............................................................................................................ 98
IRS Individual Master File (IMF) ........................................................................................................................ 104
John Adams, 2nd President ..................................................................................................................................... 62
Laws of the Bible, Form #13.001 ..................................................................................................................... 54, 75
Legal Deception, Propaganda, and Fraud, Form #05.014 ................................................................................ 31, 67
Letter from Social Security Administration, Exhibit #07.004 ............................................................................... 92
Memorandums of Law, Forms 05.001 through 05.099 ......................................................................................... 103
Merriam Webster Dictionary ................................................................................................................................... 55
Minimum Contacts Doctrine .................................................................................................................................. 76
Mint, U.S. "Coinage Act of 1792". U.S. treasury .................................................................................................. 94
National Conference Commissioners of State Law ............................................................................................. 16-5
Newbreak Fellowship, Pastor D.J. Marx, July 16, 2013 ....................................................................................... 56
Ninth Circuit Court of Federal Appeals ................................................................................................................. 76
Norton v. Shelby County, 118 U.S. 425 (1885) ..................................................................................................... 32
Pastor Mike Macintosh of Horizon Christian Fellowship ..................................................................................... 56
Patrick Henry ........................................................................................................................................................ 16-8
Policy Document: Rebutted False Arguments About Sovereignty, Form #08.018 .............................................. 119
Policy Document: Rebutted False Arguments About Sovereignty, Form #08.018, Sections 6.1 through 6.4 ...... 43
Policy Document: Rebutted False Arguments Against this Website, Form #08.011 ............................................ 119
Presumption: Chief Weapon for Unlawfully Enlarging Federal Jurisdiction, Form #05.017 ......................... 67, 81
Problems with Atheistic Anarchism, Form #08.020 ............................................................................................... 54
Professor Kent Greenawalt ..................................................................................................................................... 59

Property and Privacy Protection Page, Section 10:  Identity Theft ................................................ 117
Proprietors of Charles River Bridge v. Proprietors of Warren Bridge, 36 U.S. 420 (1837)................................................. 27
Prosecuting Social Security Number Misuse: Attacking Identity Theft at its Source, U.S. Attorney Bulletin, Vol. 53, No. 1 ................................................................................................................................................... 117
Public Employees and the First Amendment Petition Clause: Protecting the Rights of Citizen-Employees Who File Legitimate Grievances and Lawsuits Against Their Government Employers. 90 N.W. U LR 304, Fall, 1995 ................. 22
Readings on the History and System of the Common Law, Roscoe Pound, Second Edition, 1925, p. 2 ............................ 30
Readings on the History and System of the Common Law, Roscoe Pound, Second Edition, 1925, p. 4 ............................. 49
Reasonable Belief About Income Tax Liability, Form #05.007...................................................................31, 93, 95, 113
Rebutted Version of "Tax Resister Frequently Asked Questions", Form #08.007 ........................................................ 119
Rebutted Version of Congressional Research Service Report 97-59A: Frequently Asked Questions Concerning the Federal Income Tax, Form #08.006 ....................................................................................................................................... 119
Rebutted Version of the IRS "The Truth About Frivolous Tax Arguments", Form #08.005........................................... 119
Ref. (1) ............................................................................................................................................ 51, 56, 70
Ref. (1), Section 13 ........................................................................................................................................ 108
Reference (1) ........................................................................................................................................ 38
Requirement for Reasonable Notice, Form #05.022 ........................................................................................... 67
Resignation of Compelled Social Security Trustee, Form #06.002........................................70, 91, 105, 107, 117
Resources to Rebut Government, Legal, and Tax Profession Deception and False Propaganda .......................................... 44
Restatement 2d, Contracts § 174 ......................................................................................................... 85, 108
Rights of British America, 1774........................................................................................................................ 72
SEDM Exhibit #06.001 ................................................................................................................................. 95
SEDM Jurisdictions Database Online, Litigation Tool #09.004 ...................................................................... 27
SEDM Jurisdictions Database, Litigation Tool #09.003 ................................................................................ 27
SEDM Litigation Tools page .......................................................................................................................... 27
Socialism:  The New American Civil Religion, Form #05.016.......................................................................... 47
Sovereignty Forms and Instructions Online, Form #10.004, Cites By Topic .................................................. 92
SSA Form SS-5 ............................................................................................................................................. 110
The "Trade or Business" Scam, Form #05.001 ...........................................................................67, 88, 96, 107
The Money Scam, Form #05.041 ................................................................................................................... 95
The Writings of George Washington, Fitzpatrick, ed., vol. 34 (335) .............................................................. 63
Thomas Jefferson ......................................................................................................... 16-1, 16-2, 16-3, 16-8
Thomas Jefferson to A. L. C. Destutt de Tracy, 1820. FE 10:175 ............................................................... 16-2
Thomas Jefferson to John Wayles Eppes, 1813. ME 13:272 ......................................................................... 16-1
Thomas Jefferson to John Wayles Eppes, 1813. ME 13:357 ........................................................................ 16-2
Thomas Jefferson to Samuel Kercheval, 1816. ME 15:39 ............................................................................ 16-2
Thomas Jefferson, First Inaugural Address, March 4, 1801 ............................................................................ 63
Thomas Jefferson: Notes on Virginia Q.XVIII, 1782. ME 2:227 ................................................................... 72
Thomas Paine ................................................................................................................................................ 33
Treasury Decision 3445.................................................................................................................................. 82
Treasury Decision 3445, February 27, 1923 .................................................................................................. 84
Treasury Order 150-02 .................................................................................................................................. 89
Treatise on Government, Joel Tiffany, p. 49, Section 78 ................................................................................ 90
U.S. Department of State Website, Foreign Affairs Manual ......................................................................... 109
U.S. Supreme Court ............................................................................................................................ 35, 56, 89
U.S. Supreme Court decisions....................................................................................................................... 66
USCIS E-Verify Application........................................................................................................................ 110
W.N. Grigg.................................................................................................................................................. 117
We Are the Church, Family Guardian Fellowship ......................................................................................... 118
What Happened to Justice?, Form #06.012 ................................................................................................... 68
When Freedoms Conflict: Party Discipline and the First Amendment. 11 JL &Pol 751, Fall, 1995 ..................... 22
Why Domicile and Becoming a "Taxpayer" Require Your Consent, Form #05.002......................................... 97
Why It is Illegal for Me to Request or Use a "Taxpayer Identification Number", Form #04.205 ............................. 105, 117
Why Penalties are Illegal for Anything But Federal Employees, Contractors, and Agents, Form #05.010 ........................ 66
Why the Government Can't Lawfully Assess Human Beings With an Income Tax Liability Without Their Consent, Form #05.011....................................................................................................................................................... 66
Why You are a "national", "state national", and Constitutional but not Statutory Citizen, Form #05.006........................ 18-1
Why You Aren't Eligible for Social Security, Form #06.001 ........................................................................ 117

Why Your Government is Either a Thief or You are a "Public Officer" for Income Tax Purposes, Form #05.008 ........ 28, 43
Wikipedia: United States Dollar, Downloaded 8/20/2019 ........................................................................................ 95
William Penn ........................................................................................................................................................ 39

## Scriptures

1 Cor. 3:16-17 ....................................................................................................................................................... 118
1 John 4:16 ............................................................................................................................................................. 74
1 Peter 2:15-16 ...................................................................................................................................................... 43
1 Tim. 6:10 ..................................................................................................................................................... 67, **16-1**
2 Cor. 6:17 .............................................................................................................................................................. 69
2nd Corinthians 5:20 .............................................................................................................................................. 59
Deut. 10:14 ............................................................................................................................................................. 74
Deut. 6:13 ............................................................................................................................................................... 58
Deuteronomy 10:14 ................................................................................................................................................ 58
Exodus 20 ............................................................................................................................................................... 55
Exodus 20:2-3 ........................................................................................................................................................ 40
Exodus 20:2-6 ........................................................................................................................................................ 59
Exodus 20:3 ............................................................................................................................................................ 63
Exodus 23:32-33 ............................................................................................................................................. 64, 16-6
Exodus 23:8 ............................................................................................................................................................ 68
Exodus 34:12 .......................................................................................................................................................... 63
Ezekial 20:10-20 .................................................................................................................................................... 63
Ezra 8:21-22 ........................................................................................................................................................... 55
Gal. 5:18 ................................................................................................................................................................. 54
Holy Bible .............................................................................................................................................................. 74
Isaiah 33:22 .............................................................................................................................. 52, 54, 55, 16-5
Isaiah 40:15 ............................................................................................................................................................ 16-6
Isaiah 40:17 ............................................................................................................................................................ 16-6
Isaiah 40:23 ............................................................................................................................................................ 16-6
Isaiah 41:29 ............................................................................................................................................................ 16-6
Isaiah 45:12 ............................................................................................................................................................. 58
James 4:4 ................................................................................................................................................................ 56
John 14:21 .............................................................................................................................................................. 74
Leviticus 16:3-5 ..................................................................................................................................................... 16-6
Luke 11:52 ............................................................................................................................................................. 16-5
Luke 16:13 .............................................................................................................................................................. 47
Matt. 10:42-45 ........................................................................................................................................................ 40
Matt. 23:1-36 .......................................................................................................................................................... 51
Matt. 4:10 ............................................................................................................................................................... 20
Matt. 5:33-37 .......................................................................................................................................................... 58
Matt. 8:19-20 .......................................................................................................................................................... 54
Numbers 15:30 ....................................................................................................................................................... 114
Philippians 3:20 ...................................................................................................................................................... 55
Prov. 17:15 ............................................................................................................................................................. 68
Prov. 21:6-7 ............................................................................................................................................................ 67
Prov. 29:12 ............................................................................................................................................................. 68
Psalm 118:8-9 ......................................................................................................................................................... 59
Psalm 119:19 .......................................................................................................................................................... 55
Psalm 47:7 ................................................................................................................................................. 55, 58, 74
Psalm 69:8-9 ........................................................................................................................................................... 55
Psalm 89:11-13 ....................................................................................................................................................... 58
Rev. 18:1-8 ............................................................................................................................................................. 44
Rev. 18:4-8 ................................................................................................................................................... 69, 118
Rev. 19:19 .............................................................................................................................................................. 118
Rev. 5:9-10 .................................................................................................................................................... 53, 54
Revelation 13:16-18 ............................................................................................................................................... 16-3
Revelation 19:19 .................................................................................................................................................... 56

Romans 13:8.............................................................................................................................................................. 60
Ten Commandments ............................................................................................................................................ 40, 55

Dear Sir/Mam:

# 1.  PURPOSE OF THIS COMMUNICATION

This Declaration of Intention and the attachments provided constitute reasonable and formal legal notice of an important change in legal status and the legal relation between the submitter and the recipient which needs to become a permanent part of the government's records.  This Declaration of Intention and the attachments hereto:

1. Constitutes a notice and demand to do all the things documented in section 10 later.
2. Constitutes a Declaration of Intention to permanently change domicile to without the "United States" and to abandon _statutory_ "U.S. citizen" status pursuant to 8 U.S.C. §1401, 26 U.S.C. §3121(e), and 26 C.F.R. §1.1-1(c) but not _constitutional_ citizenship.
3. **Does not** constitute any of the things described in Section 2, the next section.
4. Constitutes a notice and demand to update all records about me that may be in your possession which describe either my citizenship or my legal domicile by all of the following entities
   4.1. The government of the United States.
   4.2. Every state of the Union.
   4.3. The state of the Union in which the submitter maintains a transient place of abode.
   4.4. You as the recipient.
5. Constitutes legal notice that if the above things are NOT done, then you will become party to the crimes documented herein.
6. Constitutes a formal request to eliminate the criminal and illegal duress documented herein, and especially in section 9 because the ability to act in a "voluntary" manner is impossible unless and until all such sources of CRIMINAL duress are completely and systematically eliminated.

I have a personal knowledge as a witness of the truthfulness and accuracy of all the facts described in this Declaration of Intention and consistent with 28 U.S.C. §1746(1) , have verified same with a notarized signature at the end.  You are personally in receipt of this notice because not only are you the person responsible for the records which need to be modified and the actions which are requested to be taken on your part, but also because you will become the person responsible as a public official if the actions requested are not taken and injury results to me personally because of omissions on your part or breach of your oath.

This political, legal, and commercial civil divorce from the "government" but not the "state" instead represents a decision to maintain dual citizenship in the following order of precedence:  1. Citizenship in the Kingdom of God;  2. Citizenship in the country of my birth.  It also defines and prescribes that:

1. Citizenship in the country of my birth is _subordinate to_, and inferior to my citizenship in Heaven and all the legal obligations arising from it under God's Law found in the Holy Bible.
2. My earthly allegiance to the "state", which is the Sovereign people (We The People) and _not_ the de facto "government" that serves them, is _secondary_ to that of my Lord, Savior, Lawgiver, and Judge, Jesus Christ and His laws.  Since Jesus Christ says I can serve ONLY God and not any man, then I can only obey God's laws and not any vain substitute for His laws written by any ruler or legislator:

> _"Away with you , Satan!  For it is written, 'You shall worship the Lord your God, and Him **ONLY** [NOT our SERVANTS in government!] you shall serve.'"_
> _[Matt. 4:10, Bible, NKJV]_

3. The voluntary decision to abandon all man-made domiciles and surrender exclusively to God's authority and His Holy Law and ONLY the Common Law that implements it documented herein is an act of religious worship in satisfaction of the tenets of my religious faith.  The recipient is reminded that the First Amendment to the United States Constitution prohibits any government, state or federal, from interfering with the free exercise of my religious beliefs, including those practices which completely remove and destroy all legal connections between me and the government or state.

This document therefore describes an act of political and legal _disassociation_ which is a fulfillment of my right to freely associate and to be free from the compelled association with persons, governments, and laws which I view as harmful to my best interests and that of my family and friends.

---

"The right to associate or not to associate with others solely on the basis of individual choice, not being absolute,      may conflict with a societal interest in requiring one to associate with others, or to prohibit one from associating with others, in order to accomplish what the state deems to be the common good. *The Supreme Court, though rarely called upon to examine this aspect of the right to freedom of association, has nevertheless established certain basic rules which will cover many situations involving forced or prohibited associations.* Thus, where a sufficiently compelling state interest, outside the political spectrum, can be accomplished only by requiring individuals to associate together for the common good, then such forced association is constitutional.[1] *But the Supreme Court has made it clear that compelling an individual to become a member of an organization with political aspects [such as a GOVERNMENT], or compelling an individual to become a member of an organization which financially supports, in more than an insignificant way, political personages or goals [using voluntary donations deceitfully called "TAXES"] which the individual does not wish to support, is an infringement of the individual's constitutional right to freedom of association.*  [2] *The First Amendment prevents the government, except in the most compelling circumstances, from wielding its power to interfere with its employees' freedom to believe and associate, or to not believe and not associate; it is not merely a tenure provision that protects public employees from actual or constructive discharge.* [3] *Thus, First Amendment principles prohibit a state from compelling any individual to associate with a political party [or GOVERNMENT as a private individual], as a condition of retaining public employment.*[4]  The First Amendment protects nonpolicymaking public employees from discrimination based on their political beliefs or affiliation.  [5] But the First Amendment protects the right of political party members to advocate that a specific person be elected or appointed to a particular office and that a specific person be hired to perform a governmental function. [6] In the First Amendment context, the political patronage exception to the First Amendment protection for public

---

[1] Lathrop v. Donohue, 367 U.S. 820, 81 S.Ct. 1826, 6 L.Ed.2d. 1191 (1961), reh'g denied, 368 U.S. 871, 82 S.Ct. 23, 7 L.Ed.2d. 72 (1961) (a state supreme court may order integration of the state bar); Railway Emp. Dept. v. Hanson, 351 U.S. 225, 76 S.Ct. 714, 100 L.Ed. 1112 (1956), motion denied, 351 U.S. 979, 76 S.Ct. 1044, 100 L.Ed. 1494 (1956) and reh'g denied,  352 U.S. 859, 77 S.Ct. 22, 1 L.Ed.2d. 69 (1956) (upholding the validity of the union shop provision of the Railway Labor Act).

The First Amendment right to freedom of association of teachers was not violated by enforcement of a rule that white teachers whose children did not attend public schools would not be rehired. Cook v. Hudson, 511 F.2d. 744, 9 Empl.Prac.Dec. (CCH) ¶ 10134 (5th Cir. 1975), reh'g denied, 515 F.2d. 762 (5th Cir. 1975) and cert. granted,  424 U.S. 941,  96 S.Ct. 1408,  47 L.Ed.2d. 347 (1976) and cert. dismissed,  429 U.S. 165,  97 S.Ct. 543,  50 L.Ed.2d. 373, 12 Empl.Prac.Dec. (CCH) ¶ 11246 (1976).

Annotation: Supreme Court's views regarding Federal Constitution's First Amendment right of association as applied to elections and other political activities, 116 L.Ed.2d. 997 , § 10.

[2] Rutan v. Republican Party of Illinois, 497 U.S. 62, 110 S.Ct. 2729, 111 L.Ed.2d. 52, 5 I.E.R. Cas. (BNA) 673 (1990), reh'g denied,  497 U.S. 1050,  111 S.Ct. 13,  111 L.Ed.2d. 828 (1990) and reh'g denied,  497 U.S. 1050, 111 S.Ct. 13,  111 L.Ed.2d. 828 (1990) (conditioning public employment hiring decisions on political belief and association violates the First Amendment rights of applicants in the absence of some vital governmental interest).

[3] Rutan v. Republican Party of Illinois, 497 U.S. 62, 110 S.Ct. 2729, 111 L.Ed.2d. 52, 5 I.E.R. Cas. (BNA) 673 (1990), reh'g denied,  497 U.S. 1050,  111 S.Ct. 13, 111 L.Ed.2d. 828 (1990) and reh'g denied,  497 U.S. 1050, 111 S.Ct. 13,  111 L.Ed.2d. 828 (1990).

Annotation: Public employee's right of free speech under Federal Constitution's First Amendment–Supreme Court cases, 97 L.Ed.2d. 903.

First Amendment protection for law enforcement employees subjected to discharge, transfer, or discipline because of speech, 109 A.L.R. Fed. 9.

First Amendment protection for judges or government attorneys subjected to discharge, transfer, or discipline because of speech,  108 A.L.R. Fed. 117.

First Amendment protection for public hospital or health employees subjected to discharge, transfer, or discipline because of speech, 107 A.L.R. Fed. 21.

First Amendment protection for publicly employed firefighters subjected to discharge, transfer, or discipline because of speech, 106 A.L.R. Fed. 396.

[4] Abood v. Detroit Bd. of Ed., 431 U.S. 209, 97 S.Ct. 1782, 52 L.Ed.2d. 261, 95 L.R.R.M. (BNA) 2411, 81 Lab. Cas. (CCH) ¶ 55041 (1977), reh'g denied, 433 U.S. 915,  97 S.Ct. 2989,  53 L.Ed.2d. 1102 (1977); Parrish v. Nikolits, 86 F.3d. 1088 (11th Cir. 1996), cert. denied,  117 S.Ct. 1818,  137 L.Ed.2d. 1027 (U.S. 1997).

[5] LaRou v. Ridlon, 98 F.3d. 659 (1st Cir. 1996); Parrish v. Nikolits, 86 F.3d. 1088 (11th Cir. 1996), cert. denied,  117 S.Ct. 1818,  137 L.Ed.2d. 1027 (U.S. 1997).

[6] Vickery v. Jones, 100 F.3d. 1334 (7th Cir. 1996), cert. denied, 117 S.Ct. 1553, 137 L.Ed.2d. 701 (U.S. 1997).

Responsibilities of the position of director of a municipality's office of federal programs resembled those of a policymaker, privy to confidential information, a communicator, or some other office holder whose function was such that party affiliation was an equally important requirement for continued tenure. Ortiz-Pinero v. Rivera-Arroyo, 84 F.3d. 7 (1st Cir. 1996).

---

*employees is to be construed broadly, so as presumptively to encompass positions placed by legislature outside of "merit" civil service.   Positions specifically named in relevant federal, state, county, or municipal laws to which discretionary authority with respect to enforcement of that law or carrying out of some other policy of political concern is granted, such as a secretary of state given statutory authority over various state corporation law practices, fall within the political patronage exception to First Amendment protection of public employees.  [7]  However, a supposed interest in ensuring effective government and efficient government employees, political affiliation or loyalty, or high salaries paid to the employees in question should not be counted as indicative of positions that require a particular party affiliation.  [8] "*
*[American Jurisprudence 2d, Constitutional law, §546: Forced and Prohibited Associations (1999)]*

This communication and request is a lawful exercise of rights established and protected by the Constitution of the United States of America.  The reader will note that those rights attach to the place of my transient occupancy on land protected by the Constitution, and not to either my citizenship or domicile or statutory status under a franchise of any kind.

*"It is locality that is determinative of the application of the Constitution, in such matters as judicial procedure, and not the status of the people who live in it."*
*[Balzac v. Porto Rico, 258 U.S. 298 (1922)]*

## 1.1    Legal authority for sending this communication

The authority for submitting this document to you was described by the U.S. Supreme Court, which said on this subject:

*"This right of domicile [. . .] is not established unless the person makes sufficiently known his intention of fixing [or NOT fixing] there, either tacitly or by an express declaration."*
*[Fong Yu Ting v. United States, 149 U.S. 698 (1893)]*

This document therefore constitutes an "express declaration" or "declaration of intention" of my political intentions into perpetuity in relation to both the "United States" as well as every state of the Union.  As a government agency that must keep track of and interface with foreigners domiciled or present anywhere within your jurisdiction and who therefore have volunteered to be subject to your civil laws, you are the proper party to receive this Legal Notice.  Notice to the agent is notice to the principle.  Please copy and distribute the paper only version of this document to all interested parties within your government agency and other government agencies who might require this information in order to update their records to properly reflect my change of status.

## 1.2    Why this matter is ALSO a violation of STATE law if not acted upon

This correspondence relates directly to violations of state as well as national laws if it is either ignored or not acted upon BY YOU, THE RECIPIENT, PERSONALLY.  Below are the STATE statutes violated by a failure to correct the MY status in state records as described and requested herein.  There are literally hundreds more statutes I could cite, but do not cite here in the interests of brevity to simplify your response and save you time.

**Table 1:  Statutory remedies for those compelled to act as public officers and straw man**

---

[7] McCloud v. Testa, 97 F.3d. 1536, 12 I.E.R. Cas. (BNA) 1833, 1996 Fed.App. 335P (6th Cir. 1996), reh'g and suggestion for reh'g en banc denied, (Feb. 13, 1997).

Law Reviews: Stokes, When Freedoms Conflict: Party Discipline and the First Amendment. 11 JL &Pol 751, Fall, 1995.

Pave, Public Employees and the First Amendment Petition Clause: Protecting the Rights of Citizen-Employees Who File Legitimate Grievances and Lawsuits Against Their Government Employers. 90 N.W. U LR 304, Fall, 1995.

Singer, Conduct and Belief: Public Employees' First Amendment Rights to Free Expression and Political Affiliation. 59 U Chi LR 897, Spring, 1992.

As to political patronage jobs, see  § 472.

[8] Parrish v. Nikolits, 86 F.3d. 1088 (11th Cir. 1996), cert. denied,  117 S.Ct. 1818,  137 L.Ed.2d. 1027 (U.S. 1997).

| Jurisdiction | Legal Cite Type | Title | Legal Cite |
|---|---|---|---|
| Alabama | Constitution | Dual Office Prohibition | Article III, Section 25;Article IV, Sect. 22; Art. V, Sect. 10; Article VI, Section 12 |
| Alabama | Statute | Crime: Impersonating Public Officer | C.O.A. §13A-10-10 |
| Alabama | Statute | Crime: Identity Theft | C.O.A. Title 13A, Article 10 |
| Alaska | Constitution | Dual Office Prohibition | Const. Sections 2.5, 3.6, 4.8 |
| Alaska | Statute | Crime: Identity Theft | A.S. §11.46.160 |
| Alaska | Statute | Crime: Impersonating Public Officer | A.S. §11.56.830 |
| Arizona | Constitution | Dual Office Prohibition | Const. Article 4, Part 2, Section 4; Const. Article 6, Section 28 |
| Arizona | Statute | Crime: Identity Theft | A.R.S. §13-2006 |
| Arizona | Statute | Crime: Impersonating Public Officer | A.R.S. §13-2406 |
| Arkansas | Constitution | Dual Office Prohibition | Const. Article 3, Section 10;Const. Article 5, Section 7;Article 5, Section 10; Art. 80, Sect. 14 |
| Arkansas | Statute | Crime: Impersonating Public Officer | A.S.C. §5-37-208 |
| California | Constitution | Dual Office Prohibition | Const. Article 5, Section 2 (governor);Const. Article 5, Section 14;Article 7, Section 7 |
| California | Statute | Crime: Identity Theft | Penal Code §484.1 |
| Colorado | Constitution | Dual Office Prohibition | Const. Article V, Section 8 (internal) |
| Connecticut | Constitution | Dual Office Prohibition | Const. Article 1, Section 11 (internal) |
| Connecticut | Statute | Crime: Identity Theft | C.G.S.A. § 53a-129a to 53a-129c |
| Delaware | Constitution | Dual Office Prohibition | Const. Article 1, Section 19 |
| Delaware | Statute | Crime: Identity Theft | D.C. Title 11, Section 854 |
| Delaware | Statute | Crime: Impersonating Public Officer | D.C. Title 11, Section 907(3) |
| District of Columbia | Constitution | Dual Office Prohibition | Const. of D.C., Article IV, Sect. 4(B) (judges); Art. III, Sect, 4(D) (governor) |
| District of Columbia | Statute | Crime: Impersonating Public Officer | D.C. Code §22-1404 |
| Florida | Constitution | Dual Office Prohibition | Const. Article II, Section 5 |
| Florida | Statute | Crime: Impersonating Public Officer | F.S. Title XLVI, Section 817.02 |
| Georgia | Constitution | Dual Office Prohibition | Const. Article I, Section II, Para. III; Const. Article III, Section II, Para. IV(b) |
| Georgia | Statute | Crime: Impersonating Public Officer | O.C.G.A. §16-10-23 |
| Hawaii | Constitution | Dual Office Prohibition | Const. Article III, Section 8 (internal) |
| Hawaii | Statute | Crime: Impersonating Public Officer | H.R.S. §710-1016 |
| Idaho | Constitution | Dual Office Prohibition | Const. Article V, Section 7 (judges) |
| Idaho | Statute | Crime: Impersonating Public Officer | I.S. §18-3001 |

| Jurisdiction | Legal Cite Type | Title | Legal Cite |
|---|---|---|---|
| Illinois | Constitution | Dual Office Prohibition | Const. Article IV, Section 2(e) (legislative) |
| Illinois | Statute | Crime: Impersonating Public Officer | 720 ILCS 5/17-2 |
| Indiana | Constitution | Dual Office Prohibition | Const. Article 2, Section 9;Const. Article 4, Section 30 (legislative) |
| Indiana | Statute | Crime: Impersonating Public Officer | I.C. §25-30-1-18 |
| Iowa | Constitution | Dual Office Prohibition | Const. Article III, Section 22 (legislature); Const. Article IV, Section 14 (governor) |
| Iowa | Statute | Crime: Impersonating Public Officer | I.C. Title XVI, Section 718.2 |
| Kansas | Constitution | Dual Office Prohibition | Const. Article 3, Section 13 (judges) |
| Kansas | Statute | Crime: Impersonating Public Officer | K.R.S. §21-3825 |
| Kentucky | Statute | Crime: Impersonating Public Officer | K.R.S. §434.570 |
| Kentucky | Statute | Crime: Identity Theft | K.R.S. §514.60; K.R.S. §532.034 |
| Kentucky | Statute | Dual Office Prohibition | K.R.S. §61.080 |
| Louisiana | Constitution | Dual Office Prohibition | Const. Article II, Section 2 (internal); Const. Article IV, Section 2 (executive) |
| Louisiana | Statute | Crime: Impersonating Public Officer | R.S. §14:112 |
| Maine | Constitution | Dual Office Prohibition | Const. Article III, Section 2 (internal) |
| Maine | Statute | Crime: Impersonating Public Officer | 17-A M.R.S. Section 457 |
| Maryland | Constitution | Dual Office Prohibition | Const. Declaration of Rights, Article 33 (judges); Const. Const. Declaration of Rights, Article 35 (officers) |
| Maryland | Statute | Crime: Impersonating Public Officer | Statutes §8-301 |
| Massachusetts | Constitution | Dual Office Prohibition | Const. Chapter VI, Article 2 |
| Massachusetts | Statute | Crime: Impersonating Public Officer | G.L.M. Chapter 268, Section 33 |
| Michigan | Constitution | Dual Office Prohibition | Const. Article IV, Section 8 |
| Michigan | Statute | Crime: Impersonating Public Officer | Mich. Penal Code, Chapter XXXV, Section 750.217c |
| Minnesota | Constitution | Dual Office Prohibition | Const. Article IV, Section 5 |
| Minnesota | Statute | Crime: Impersonating Public Officer | M.S. §609.475 |
| Mississippi | Statute | Crime: Impersonating Public Officer | M.C. §97-7-43 |
| Missouri | Constitution | Dual Office Prohibition | Const. Article VII, Section 9 |
| Missouri | Statute | Crime: Impersonating Public Officer | M.R.S. §570.223 |
| Missouri | Statute | Crime: Identity Theft | M.R.S. §570.223 |
| Montana | Constitution | Dual Office Prohibition | Const. Article III, Section 1; Const. Article V, Section 9 (office);Article VII, Section 9 (judges) |

| Jurisdiction | Legal Cite Type | Title | Legal Cite |
|---|---|---|---|
| Montana | Statute | Crime: Impersonating Public Officer | M.C.A. §45-7-209 |
| Nebraska | Constitution | Dual Office Prohibition | Const. Article III-9 |
| Nebraska | Statute | Crime: Impersonating Public Officer | N.R.S. §28-636 |
| Nebraska | Statute | Crime: Identity Theft | N.R.S. §28-639 |
| Nevada | Constitution | Dual Office Prohibition | Const. Article 4, Section 9 (officers) |
| Nevada | Statute | Crime: Impersonating Public Officer | N.R.S. §197.120 |
| New Hampshire | Constitution | Dual Office Prohibition | Const. Art. 94-95 |
| New Hampshire | Statute | Crime: Identity Theft | N.H.R.S.§359-I:2 |
| New Jersey | Constitution | Dual Office Prohibition | Const. Article III, Section 1; Const. Article IV, Section V, Sections 3-4; Const. Article V, Section I, Section 3 |
| New Jersey | Statute | Crime: Impersonating Public Officer | N.J.S.A. §2C:28-8 |
| New Mexico | Constitution | Dual Office Prohibition | Const. Article IV, Section 3 (senators);Const. Article VI, Section 19 (judge) |
| New Mexico | Statute | Crime: Identity Theft | N.M.S.A. §30-16-21.1 |
| New York | Constitution | Dual Office Prohibition | Const. Article III, Section 7 (legislature); Const. Article VI, Section 20(b)(1) |
| New York | Statute | Crime: Identity Theft | General Business Law 380-S;Penal Law 190.78 |
| New York | Statute | Crime: Impersonating Public Officer | Penal Law §190.23 |
| North Carolina | Constitution | Dual Office Prohibition | Const. Article VI, Section 9 |
| North Carolina | Statute | Crime: Impersonating Public Officer | N.C.G.S. §14-277 |
| North Dakota | Statute | Crime: Impersonating Public Officer | N.D.C.C. §12.1-13-04 |
| Ohio | Constitution | Dual Office Prohibition | Const. Article 2, Section 04 (legislature); Const. Article 4, Section 06, Para. (B) |
| Ohio | Statute | Crime: Impersonating Public Officer | |
| Oklahoma | Constitution | Dual Office Prohibition | Const. Article II, Section 12;Const. Article V, Section 18 (legislature) |
| Oklahoma | Statute | Crime: Impersonating Public Officer | O.S. Title 21, Section 1533 |
| Oklahoma | Statute | Crime: Identity Theft | O.S. Title 21, Section 1533.1 |
| Oregon | Constitution | Dual Office Prohibition | Const. Article II, Section 10 |
| Oregon | Statute | Crime: Impersonating Public Officer | O.R.S. §162.365 |
| Oregon | Statute | Crime: Identity Theft | O.R.S. §165.803 |
| Pennsylvania | Constitution | Dual Office Prohibition | Const. Article V, Section 17 (judges) |
| Pennsylvania | Statute | Crime: Identity Theft | 18 Pa.C.A. §4120 |
| Rhode Island | Constitution | Dual Office Prohibition | Const. Article III, Section 6 |
| Rhode Island | Statute | Crime: Impersonating Public Officer | G.L.R.I. §11-14-1 |

| Jurisdiction | Legal Cite Type | Title | Legal Cite |
|---|---|---|---|
| South Carolina | Constitution | Dual Office Prohibition | Const. Article 1, Section 8(internal);Const. Article VI, Section 3 (officers) |
| South Carolina | Statute | Crime: Impersonating Public Officer | S.C.C.O.L. § 16-13-290 |
| South Dakota | Constitution | Dual Office Prohibition | Const. Article 3, Section 3 |
| South Dakota | Statute | Crime: Impersonating Public Officer | S.D.C.L. §22-40-16 |
| South Dakota | Statute | Crime: Identity Theft | S.D.C.L. §22-40-8 |
| Tennessee | Constitution | Dual Office Prohibition | Const. Article II, Section 2 (internal);Const. Article II, Section 26 (officers) |
| Tennessee | Statute | Crime: Impersonating Public Officer | T.C. §39-16-301 |
| Texas | Constitution | Dual Office Prohibition | Const. Article 2, Section 1 (internal);Const. Article 3, Section 18 (legislature); Const. Article 4, Section 6 (executive) |
| Texas | Statute | Crime: Impersonating Public Officer | Penal Code, Section 37.11 |
| Texas | Statute | Crime: Identity Theft | T.S. §32.51 |
| United States | Statute | Crime: Impersonating Public Officer | 18 U.S.C. §912 |
| Utah | Constitution | Dual Office Prohibition | Const. Article V, Section 1 (internal);Const. Article VIII, Section 10 (judges) |
| Utah | Statute | Crime: Impersonating Public Officer | U.C. §76-8-512 |
| Vermont | Constitution | Dual Office Prohibition | Const. Chapter II, Section 54 |
| Vermont | Statute | Crime: Impersonating Public Officer | 13 V.S.A. §3002 |
| Virginia | Constitution | Dual Office Prohibition | Const. Article IV, Section 4 (legislature); Const. Article V, Section 4 (governor) |
| Virginia | Statute | Crime: Identity Theft | C.O.V. §18.2-186.3 |
| Washington | Constitution | Dual Office Prohibition | Const. Article II, Section 14 (legislature); Const. Article IV, Section 15 (judges) |
| Washington | Statute | Crime: Impersonating Public Officer | R.C.W. §18.71.190 |
| West Virginia | Constitution | Dual Office Prohibition | Const. Article 6, Section 16 (senators); Const. Article 7, Section 4 (executive); Const. Article 8, Section 7 (judges) |
| West Virginia | Statute | Crime: Impersonating Public Officer | W.V.C. §61-5-27a(e) |
| Wisconsin | Constitution | Dual Office Prohibition | Const. Article IV, Section 13 |
| Wisconsin | Statute | Crime: Identity Theft | W.S. §943.201 |
| Wyoming | Constitution | Dual Office Prohibition | Const. Section 97-3-008 (legislature);Const. Section 97-5-027 (judges) |
| Wyoming | Statute | Crime: Identity Theft | W.S. §6-3-901 |
| Wyoming | Statute | Crime: Impersonating Public Officer | W.S. §6-5-307 |

If you would like to research further the laws and remedies available in the specific jurisdiction you are in, we highly recommend the following free tools on our website:

1. *SEDM Jurisdictions Database*, Litigation Tool #09.003
   http://sedm.org/Litigation/LitIndex.htm
2. *SEDM Jurisdictions Database Online*, Litigation Tool #09.004
   http://sedm.org/Litigation/LitIndex.htm

The above tool is also available at the top row under the menu on our SEDM Litigation Tools page at the link below:

http://sedm.org/Litigation/LitIndex.htm

It is further emphasized to prevent any claim of "plausible deniability" on your part that:

1. The national and state governments are all corporations, or what the U.S. Supreme Court calls a "body corporate".

> "Corporations are also of all grades, and made for varied objects; *all governments are corporations, created by usage and common consent, or grants and charters which create a body politic for prescribed purposes; but whether they are private, local or general, in their objects, for the enjoyment of property, or the exercise of power, they are all governed by the same rules of law, as to the construction and the obligation of the instrument by which the incorporation is made. One universal rule of law protects persons and property.* It is a fundamental principle of the common law of England, that the term freemen of the kingdom, includes 'all persons,' ecclesiastical and temporal, incorporate, politique or natural; it is a part of their magna charta (2 Inst. 4), and is incorporated into our institutions. The persons of the members of corporations are on the same footing of protection as other persons, and their corporate property secured by the same laws which protect that of individuals. 2 Inst. 46-7. 'No man shall be taken,' 'no man shall be disseised,' without due process of law, is a principle taken from magna charta, infused into all our state constitutions, and is made inviolable by the federal government, by the amendments to the constitution."
> [Proprietors of Charles River Bridge v. Proprietors of Warren Bridge, 36 U.S. 420 (1837)]

2. Officers of said corporation such as you the recipient cannot claim Fifth Amendment in response to either criminal complaints or criminal violations by themselves.

> "The right of a person under the 5th Amendment to refuse to incriminate himself is purely a personal privilege of the witness. It was never intended to permit him to plead the fact that some third person might be incriminated by his testimony, even [201 U.S. 43, 70] though he were the agent of such person. A privilege so extensive might be used to put a stop to the examination of every witness who was called upon to testify before the grand jury with regard to the doings or business of his principal, whether such principal were an individual or a corporation. The question whether a corporation is a 'person' within the meaning of this amendment really does not arise, except, perhaps, where a corporation is called upon to answer a bill of discovery, since it can only be heard by oral evidence in the person of some one of its agents or employees. The amendment is limited to a person who shall be compelled in any criminal case to be a witness against himself; and if he cannot set up the privilege of a third person, he certainly cannot set up the privilege of a corporation."
> [Hale v. Henkel, 201 U.S. 43, 69-70 (1906)]

3. A failure BY YOU PERSONALLY to prevent or prosecute the crimes documented herein by either ignoring or returning this criminal complaint or this correspondence make you an accessory and accomplice to the crimes documented herein. It also makes you guilty of misprision of felony if you are a federal officer, which you are if you are a federal taxpayer.
4. Any attempt to destroy, return, or tamper with this criminal complaint also makes the recipient guilty of criminal obstruction of justice, destruction of evidence, and witness tampering, because I am the witness who will be and is

1  being persecuted BECAUSE of attempts to prosecute these crimes, and that tampering will continue until YOU
2  prosecute it under state AND national law.

3  5.  If you or any officer of the state are acting as a federal taxpayer, you are subject to ALL federal law as a "person" and
4  "individual" and therefore, laws of the national government DO regulate and govern not only you, but the affairs of
5  individual officers of the state and indirectly, the state itself thereby.  See:

> *Why Your Government is Either a Thief or You are a "Public Officer" for Income Tax Purposes*, Form #05.008
> http://sedm.org/Forms/FormIndex.htm

6  6.  You took an oath to support and defend both the state constitution and the federal constitution.  The purpose of that
7  oath was to protect PRIVATE property, and yet when called upon to prevent said property from being converted to
8  PUBLIC property without my consent by prosecuting the crimes documented herein, you have suborned your oath if
9  you refuse the prosecution.

10  *"As expressed otherwise, the powers delegated to a public officer are held in trust for the*
11  *people and are to be exercised in behalf of the government or of all citizens who may need*
12  *the intervention of the officer.* [9]  *Furthermore, the view has been expressed that all public*
13  *officers, within whatever branch and whatever level of government, and whatever be*
14  *their private vocations, are trustees of the people, and accordingly labor under every*
15  *disability and prohibition imposed by law upon trustees relative to the making of personal*
16  *financial gain from a discharge of their trusts.* [10]  *That is, a public officer occupies a*
17  *fiduciary relationship to the political entity on whose behalf he or she serves.* [11]  *and*
18  *owes a fiduciary duty to the public.* [12]  *It has been said that the fiduciary responsibilities*
19  *of a public officer cannot be less than those of a private individual.* [13]  *Furthermore, it*
20  *has been stated that any enterprise undertaken by the public official which tends to*
21  *weaken public confidence and undermine the sense of security for individual*
22  *[PRIVATE] rights is against public policy.* [14]*"*
23  *[63C American Jurisprudence 2d, Public Officers and Employees, §247 (1999)]*

24  It is therefore farcical, insincere, a breach of your fiduciary duty as a public officer, and truly psychopathic to respond to this
25  request for CONSTITUTIONAL and not STATUTORY protection as follows:

26  *We have received your correspondence dated _____.  Please be advised that because the*
27  *form you have submitted has no force or effect under _____ Law, we are returning it.  This*
28  *office is not a repository for filing documents of this nature; therefore no documents you*
29  *have sent has been filed by this Office.*

30  That type of a psychopathic response implies that the only duties you have are STATUTORY duties, which simply isn't the
31  case.  You have COMMON LAW and CONSTITUTIONAL duties to prosecute crimes, and this is a criminal complaint that
32  you AND ONLY YOU are authorized to receive and prosecute.  That duty comes from the fiduciary duty you have as an
33  oath taking public servant.  That duty extends to both NONRESIDENT and RESIDENT victims of crime.  You can't
34  truthfully claim that I as a nonresident and civil statutory "non-person" VICTIM am not entitled to either CRIMINAL
35  protection or CONSTITUTIONAL protections demanded herein, especially since what I want protection from is ONLY the

---

[9] State ex rel. Nagle v. Sullivan, 98 Mont. 425, 40 P.2d. 995, 99 A.L.R. 321; Jersey City v. Hague, 18 N.J. 584, 115 A.2d. 8.

[10] Georgia Dep't of Human Resources v. Sistrunk, 249 Ga. 543, 291 S.E.2d. 524.  A public official is held in public trust.  Madlener v. Finley (1st Dist), 161 Ill.App.3d. 796, 113 Ill.Dec. 712, 515 N.E.2d. 697, app gr 117 Ill.Dec. 226, 520 N.E.2d. 387 and revd on other grounds 128 Ill.2d. 147, 131 Ill.Dec. 145, 538 N.E.2d. 520.

[11] Chicago Park Dist. v. Kenroy, Inc., 78 Ill.2d. 555, 37 Ill.Dec. 291, 402 N.E.2d. 181, appeal after remand (1st Dist) 107 Ill.App.3d. 222, 63 Ill.Dec. 134, 437 N.E.2d. 783.

[12] United States v. Holzer (CA7 Ill), 816 F.2d. 304 and vacated, remanded on other grounds 484 U.S. 807, 98 L.Ed. 2d 18, 108 S.Ct. 53, on remand (CA7 Ill) 840 F.2d. 1343, cert den 486 U.S. 1035, 100 L.Ed. 2d 608, 108 S.Ct. 2022 and (criticized on other grounds by United States v. Osser (CA3 Pa) 864 F.2d. 1056) and (superseded by statute on other grounds as stated in United States v. Little (CA5 Miss) 889 F.2d. 1367) and (among conflicting authorities on other grounds noted in United States v. Boylan (CA1 Mass), 898 F.2d. 230, 29 Fed.Rules.Evid.Serv. 1223).

[13] Chicago ex rel. Cohen v. Keane, 64 Ill.2d. 559, 2 Ill.Dec. 285, 357 N.E.2d. 452, later proceeding (1st Dist) 105 Ill.App.3d. 298, 61 Ill.Dec. 172, 434 N.E.2d. 325.

[14] Indiana State Ethics Comm'n v. Nelson (Ind App), 656 N.E.2d. 1172, reh gr (Ind App) 659 N.E.2d. 260, reh den (Jan 24, 1996) and transfer den (May 28, 1996).

crimes of government public officer actors such as yourself and all those filing FRAUDULENT information returns against me and compelling me to illegally procure an office in the national government called either "citizen" or "taxpayer".

If you have no duty to accept and prosecute criminal complaints of this nature, then who does? And if no one does, how the HELL can you truthfully claim to either BE a government or to REPRESENT a government whose only purpose, according to the Declaration of Independence, is to protect ONLY PRIVATE rights, and especially PRIVATE rights that are being habitually STOLEN by your OWN coworkers in the state and/or national government?

The above response by a state attorney general also represents an attempt to nullify or refuse to enforce constitutional law and criminal laws of the state governments that you took an oath to execute and prosecute. That is an unconstitutional violation of the separation of powers doctrine, which says that members of the Executive Branch cannot legislate, and by refusing to enforce or prosecute specific, identified violations of law documented herein, you have effectively repealed it. Only a Legislature can do that.

Certainly, even if you are not the proper recipient, you should consider it your constitutional duty to identify who WOULD BE within the Attorney General's Office, the ONLY office that can prosecute the crimes documented herein. That is why I sent it to the Attorney General and not his/her underlings. Is it a mistake to expect you to take your job seriously and not act like a criminal by not taking it seriously?

It is truly unconscionable that I even have to explain this aspect of your constitutional duties to you to overcome the possibly pathetic and irresponsible avoidance of those duties on your part.

Remember, under the common law, gross negligence of this kind equates with FRAUD.

> "Lata culpa dolo aequiparatur. Gross negligence is equal to fraud."
> [Bouvier's Maxims of Law, 1856;
> SOURCE:
> http://famguardian.org/Publications/BouvierMaximsOfLaw/BouviersMaxims.htm]

---

> "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading."
> [U.S. v. Prudden, 424 F.2d. 1021 (5th Cir. 1970)]

---

> "Silence can be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading. . . We cannot condone this shocking behavior by the IRS. Our revenue system is based on the good faith of the taxpayer and the taxpayers should be able to expect the same from the government in its enforcement and collection activities."
> [U.S. v. Tweel, 550 F.2d. 297, 299 (5th Cir. 1977)]

Lastly, if you don't have a duty to obey and enforce the laws and violations of the laws documented herein, then NO ONE does, because we are all equal and all your authority came from we the people, so I must have that authority also. That's what a government of delegated powers means: If you can be lawless, so can I. Thank you for setting the example on how to be a lawless, criminal, anarchist by refusing to respond WITH EVIDENCE and prosecution of the wrongdoers.

> "Decency, security, and liberty alike demand that government officials shall be subjected to the same rules of conduct that are commands to the citizen. In a government of laws, existence of the government will be imperiled if it fails to observe the law scrupulously. Our government is the potent, the omnipresent teacher. For good or for ill, it teaches the whole people by its example. Crime is contagious. If the government becomes a lawbreaker, it breeds contempt for law; it invites every man to become a law unto himself; it invites anarchy. To declare that in the administration of the criminal law the end justifies the means-to declare that the government may commit crimes in order to secure the conviction of a private criminal-would bring terrible retribution. Against that pernicious doctrine this court should resolutely set its face."

*[Olmstead v. United States, 277 U.S. 438 (1928)]*

In conclusion, any attempt to respond in the manner documented above shall constitute an admission of guilt of the crimes documented above of:

1. Criminal fraud.  You claim to BE a government but refuse to ACT like one, or worst yet, only act when it benefits or protects you FIRST and to HELL with the REAL people you are supposed to be protecting.
2. Criminal obstruction of justice.
3. Criminal witness tampering.
4. Solicitation of a bribe (income tax) to procure an elective or appointive public office called "taxpayer".
5. Impersonating a public officer.
6. Identity theft.
7. Terrorism, where collection notices directed at a public office that doesn't lawfully exist are misdirected to those not lawfully filling said office.
8. Simulating legal process, where you are simulating me as the subject of civil statutes and a judicial forum that I am NOT the proper subject of.
9. An unconstitutional subornation of your oath by invoking the equivalent of a Fifth Amendment response.  No response is a Fifth Amendment response.

### 1.3   Why you in particular received this communication

A very important reason I am sending this document to the so-called "Department of Justice" is because "justice" as legally defined is the right to be LEFT ALONE:

> *"**Justice, as a moral habit, is that tendency of the will and mode of conduct which refrains from disturbing the lives and interests of others, and, as far as possible, hinders such interference on the part of others.** This virtue springs from the individual's respect for his fellows as ends in themselves and as his co equals. The different spheres of interests may be roughly classified as follows: body and life; the family, or the extended individual life; property, or the totality of the instruments of action; honor, or the ideal existence; and finally freedom, or the possibility of fashioning one's life  as an end in itself. The law defends these different spheres, thus giving rise to a corresponding number of spheres of rights, each being protected by a prohibition. . . . To violate the rights, to interfere with the interests of others, is injustice. All injustice is ultimately directed against the life of the neighbor; it is an open avowal that the latter is not an end in itself, having the same value as the individual's own life. The general formula of the duty of justice may therefore be stated as follows: Do no wrong yourself, and permit no wrong to be done, so far as lies in your power; or, expressed positively: Respect and protect the right."*
> *[Readings on the History and System of the Common Law, Roscoe Pound, Second Edition, 1925, p. 2]*

The Constitution recognizes but not creates my RIGHT, not my PRIVILEGE, to be left alone, and it costs you nothing to leave me alone.

> *"The makers of our Constitution undertook to secure conditions favorable to the pursuit of happiness. They recognized the significance of man's spiritual nature, of his feelings and of his intellect. They knew that only a part of the pain, pleasure and satisfactions of life are to be found in material things. They sought to protect Americans in their beliefs, their thoughts, their emotions and their sensations. **They conferred, as against the Government, the right to be let alone - the most comprehensive of rights and the right most valued by civilized men.**"*
> *[Olmstead v. United States, 277 U.S. 438, 478 (1928)  (Brandeis, J., dissenting); see also Washington v. Harper, 494 U.S. 210 (1990)]*

The main and only thing I need protection from is a CORRUPTED DE FACTO GOVERNMENT, which positively refuses its constitutional duty to recognize my right of PRIVATE property and my right to be LEFT ALONE.  Instead, I and others who know the truth and have carefully read, studied, and obeyed the laws that PREVENT this criminal mafia protection racket are being:

1. Illegally and perpetually harassed by de facto officers. This constitutes duress. See:

    *Affidavit of Duress: Illegal Tax Enforcement by De Facto Officers*, Form #02.005
    https://sedm.org/Forms/02-Affidavits/AffOfDuress-Tax.pdf

2. Made the illegal target of "selective enforcement" that denies equal protection and equal treatment that is the foundation of the United States Constitution.

3. Slandered and intimidated using information I provide on government forms.

4. Fraudulently deceived using words of art. See:

    *Legal Deception, Propaganda, and Fraud*, Form #05.014
    http://sedm.org/Forms/FormIndex.htm

5. LIED to in government publications about what the law requires. See:

    *Reasonable Belief About Income Tax Liability*, Form #05.007
    http://sedm.org/Forms/FormIndex.htm

6. Made the target of FALSE and FRAUDULENT information return reports connecting me to a public office. See:

    *Correcting Erroneous Information Returns*, Form #04.001
    http://sedm.org/Forms/FormIndex.htm

Collectively, the above tactics amount to acts of INTERNATIONAL TERRORISM in a legislatively foreign state, the states of the Union. It amounts to the equivalent of a Stalinist purge and financial genocide of all political dissent. That sort of terrorism is also communist, because the essence of what it means to be a communist is an absolute failure and refusal by those in government to recognize ANY legal constraints on the nature of their activities. See 50 U.S.C. §841.

> *TITLE 50 > CHAPTER 23 > SUBCHAPTER IV > Sec. 841.*
> *Sec. 841. - Findings and declarations of fact*
>
> *The Congress finds and declares that the Communist Party of the United States [consisting of the IRS, DOJ, and a corrupted federal judiciary], although purportedly a political party, is in fact an instrumentality of a conspiracy to overthrow the [de jure] Government of the United States [and replace it with a de facto government ruled by the judiciary]. It constitutes an <u>authoritarian dictatorship [IRS, DOJ, and corrupted federal judiciary in collusion]</u> within a [constitutional] <u>republic</u>, demanding for itself the rights and <u>privileges</u> [including immunity from prosecution for their wrongdoing in violation of* <u>Article 1, Section 9, Clause 8 of the Constitution</u>*] accorded to political parties, but <u>denying to all others the liberties [Bill of Rights] guaranteed by the Constitution.</u> Unlike political parties, which evolve their policies and programs through public means, by the reconciliation of a wide variety of individual views, and submit those policies and programs to the electorate at large for approval or disapproval, the policies and programs of the Communist Party are secretly [by corrupt judges and the IRS in complete disregard of the tax laws] prescribed for it by the foreign leaders of the world Communist movement [the IRS and Federal Reserve]. Its members [the Congress, which was terrorized to do IRS bidding recently by the framing of* Congressman Traficant*] have no part in determining its goals, and are not permitted to voice dissent to party objectives. Unlike members of political parties, members of the Communist Party are recruited for indoctrination [in the public schools by homosexuals, liberals, and socialists] with respect to its objectives and methods, and are organized, instructed, and disciplined [by the IRS and a corrupted judiciary] to carry into action slavishly the assignments given them by their hierarchical chieftains. <u>Unlike political parties, the Communist Party [thanks to a</u> corrupted federal <u>judiciary] acknowledges no constitutional or statutory limitations upon its conduct or upon that of its members.</u> The Communist Party is relatively small numerically, and gives scant indication of capacity ever to attain its ends by lawful political means. <u>The peril inherent in its operation arises not from its numbers, but from its failure to acknowledge any limitation as to the nature of its activities, and its dedication to the proposition that the present constitutional Government of the United States ultimately must be brought to ruin by any available means, including resort to force and violence [or using income taxes]. Holding that doctrine, its role as the agency of a hostile foreign power [the Federal Reserve and the American Bar Association (ABA)] renders its existence a clear present and continuing danger to the security of the United States. It is the means whereby individuals are seduced into the service of the world Communist movement, trained to do its bidding,</u>*

*and directed and controlled in the conspiratorial performance of their revolutionary services. Therefore, the Communist Party should be outlawed*

The result of this INTERNATIONAL TERRORISM is that I am being compelled in effect to LIE about my status on government forms and BRIBE you to procure a public office in a corrupted government under various unconstitutionally administered franchises. The status I am being compelled to procure under these unconstitutionally administered franchises is identified by various words of art such as "citizen", "resident", "taxpayer", "driver" (under the vehicle code), "spouse" (under the family code), etc. and if I refuse to procure these statuses, I am being made the target of illegal enforcement, selective enforcement, being denied remedies and equal protection, and being financially penalized by high legal fees of the priesthood of thieves who administer these franchises in the government church called "court". The nature of that duress is documented in:

> *Affidavit of Duress: Illegal Enforcement by De Facto Officers*, Form #02.005
> http://sedm.org/Forms/FormIndex.htm

If you REALLY, SINCERELY, GENUINELY care about "justice", meaning the protection of PRIVATE RIGHTS by simply LEAVING THEM ALONE AND NOT CONVERTING THEM INTO PUBLIC RIGHTS OR OFFICES, then you will protect my right to be left alone WITH THE CONSTITUTION AS YOUR ONLY BASIS WITHOUT forcing me to bribe a mafia protection racket with bribes called "taxes" that really aren't taxes as legally defined, unless paid by a REAL public officer. I am NOT a public officer, it is a CRIME to impersonate a public officer per 18 U.S.C. §912, and I won't falsify government documents to misrepresent myself as such a party in order to indemnify criminal government coworkers from liability for their organized extortion.

Even the U.S. Supreme Court recognizes that de facto governments can and do illegally CREATE or enforce public officers, and that such acts are UNCONSTITUTIONAL, when it held:

> *"An unconstitutional act is not a law; it confers no rights; it imposes no duties; it affords no protection; <u>it creates no office; it is in legal contemplation, as inoperative as though it had never been passed.</u>"*
> [Norton v. Shelby County, 118 U.S. 425 (1885)]

I remind you that the reason that all governments are created, according to the Declaration of Independence, is to protect ONLY PRIVATE rights. The very first step in protecting PRIVATE rights is to prevent such rights from being converted into PUBLIC rights, PUBLIC offices, or franchises. A government that:

1. Won't recognize or protect such rights. OR
2. Forces the owner to donate the right to a public office or franchise before they will protect it. OR
3. Turns the status of "citizen", "resident", or "inhabitant" into a public office and a franchise within the national government.
4. Forces you to bribe them to become a public officer called a "taxpayer" before they will leave you alone. OR
5. Removes all PRIVATE statuses from options on government forms so that the only choice you have is to accept a public office. OR

. . .is NO GOVERNMENT AT ALL, but mafia protection ring that does not deserve and is not entitled to my allegiance and especially financial support. If the so-called "government" won't protect me from its OWN abuses and violations of law, they certainly don't deserve to be hired to protect me from anyone else. The nature of such a de facto mafia government and the criminal nature of your employer is exhaustively documented and proven in the following document:

> *De Facto Government Scam*, Form #05.043
> http://sedm.org/Forms/FormIndex.htm

## 1.4   Request for correction-violation of fiduciary duty NOT to correct

If you believe that I have sent this document in error to an improper party, then please promptly notify me of same and provide the following information necessary to direct it to the proper parties:

1. The department or agency, address, and name of the improper party appearing at the beginning of this correspondence.

1  2.  The department or agency, address, phone, email, and name of the proper party to replace the improper party.
2  3.  The statute and implementing regulation that delegates authority to the agency or bureau you are directing me to for
3      assistance.
4  4.  The government publication and delegation of authority order that delegates authority to the agency or bureau you are
5      directing me to for assistance

6  Please do NOT leave me hanging, by telling me that you can't service this request, without ALSO telling me WHO can within
7  the governmental unit you are part of.  Such an indifferent response certainly could not be truthfully classified as "public
8  service" in relation to a member of the public, such as myself.

9   I furthermore remind the recipients that they have sworn an oath as "public officials" to support and defend the Constitution,
10  and pursuant to that oath, they are fiduciaries and trustees of the public trust and I am the beneficiary of the trust as a member
11  of the public.  They therefore have a fiduciary duty prescribed by oath to put my best interests, who is the "public", ahead of
12  their own, and to read and obey everything that I, the Sovereign and their master as "public servants" ask them to do that is
13  a lawful exercise of my constitutionally protected rights.

14          *"As expressed otherwise, the powers delegated to a public officer are held in trust for the*
15          *people and are to be exercised in behalf of the government or of all citizens who may need*
16          *the intervention of the officer. [15] Furthermore, the view has been expressed that all public*
17          *officers, within whatever branch and whatever level of government, and whatever be*
18          *their private vocations, are trustees of the people, and accordingly labor under every*
19          *disability and prohibition imposed by law upon trustees relative to the making of personal*
20          *financial gain from a discharge of their trusts. [16]  That is, a public officer occupies a*
21          *fiduciary relationship to the political entity on whose behalf he or she serves. [17]  and*
22          *owes a fiduciary duty to the public. [18]  It has been said that the fiduciary responsibilities*
23          *of a public officer cannot be less than those of a private individual. [19]  Furthermore, it*
24          *has been stated that any enterprise undertaken by the public official which tends to weaken*
25          *public confidence and undermine the sense of security for individual rights is against*
26          *public policy.[20]"*
27          *[63C American Jurisprudence 2d, Public Officers and Employees, §247 (1999)]*

28  This document shall also constitute my formal request for a "Certificate of non-citizen national status" in accordance with 8
29  U.S.C. §1452(b). Additionally, this document constitutes my formal oath of allegiance to the United States of America.

30  ## 1.5   Intended effect of this communication upon the government

31  Thomas Paine, author of the book *Common Sense*, which is credited with starting the American Revolution, said the
32  following:

33          *"That government is best which governs least."*
34          *[Thomas Paine]*

---

[15] State ex rel. Nagle v. Sullivan, 98 Mont. 425, 40 P.2d. 995, 99 A.L.R. 321; Jersey City v. Hague, 18 N.J. 584, 115 A.2d. 8.

[16] Georgia Dep't of Human Resources v. Sistrunk, 249 Ga. 543, 291 S.E.2d. 524.  A public official is held in public trust. Madlener v. Finley (1st Dist), 161 Ill.App.3d. 796, 113 Ill.Dec. 712, 515 N.E.2d. 697, app gr 117 Ill.Dec. 226, 520 N.E.2d. 387 and revd on other grounds 128 Ill.2d. 147, 131 Ill.Dec. 145, 538 N.E.2d. 520.

[17] Chicago Park Dist. v. Kenroy, Inc., 78 Ill.2d. 555, 37 Ill.Dec. 291, 402 N.E.2d. 181, appeal after remand (1st Dist) 107 Ill.App.3d. 222, 63 Ill.Dec. 134, 437 N.E.2d. 783.

[18] United States v. Holzer (CA7 Ill), 816 F.2d. 304 and vacated, remanded on other grounds  484 U.S. 807, 98 L.Ed. 2d 18, 108 S.Ct. 53, on remand (CA7 Ill) 840 F.2d. 1343, cert den 486 U.S. 1035, 100 L.Ed. 2d 608, 108 S.Ct. 2022 and (criticized on other grounds by United States v. Osser (CA3 Pa) 864 F.2d. 1056) and (superseded by statute on other grounds as stated in United States v. Little (CA5 Miss) 889 F.2d. 1367) and (among conflicting authorities on other grounds noted in United States v. Boylan (CA1 Mass), 898 F.2d. 230, 29 Fed.Rules.Evid.Serv. 1223).

[19] Chicago ex rel. Cohen v. Keane, 64 Ill.2d. 559, 2 Ill.Dec. 285, 357 N.E.2d. 452, later proceeding (1st Dist) 105 Ill.App.3d. 298, 61 Ill.Dec. 172, 434 N.E.2d. 325.

[20] Indiana State Ethics Comm'n v. Nelson (Ind App), 656 N.E.2d. 1172, reh gr (Ind App) 659 N.E.2d. 260, reh den (Jan 24, 1996) and transfer den (May 28, 1996).

That government governs least which has no "subjects" or "jurisdiction" over the people it governs because they fired the government and decided instead to govern and support themselves:

> *"The words 'people of the United States' and 'citizens,' are synonymous terms, and mean the same thing. They both describe the political body who, according to our republican institutions, form the sovereignty, and who hold the power and conduct the government through their representatives. They are what we familiarly call the 'sovereign people,' and every citizen [of HEAVEN] is one of this people, and a constituent member of this sovereignty. ..."*
> [Boyd v. State of Nebraska, 143 U.S. 135 (1892)]

Within our system of government, federalism is the official policy or method by which limited constitutional government is ensured and *self-government* is preserved and expanded. This was described by the President of the United States as follows:

> *Executive Order 12612*
> *Sec. 2. Fundamental Federalism Principles.*
>
> *In formulating and implementing policies that have federalism implications, Executive departments and agencies shall be guided by the following fundamental federalism principles:*
> *(a) Federalism is rooted in the knowledge that our political liberties are best assured by limiting the size and scope of the national government.*
> *(b) The people of the States created the national government when they delegated to it those enumerated governmental powers relating to matters beyond the competence of the individual States. All other sovereign powers, save those expressly prohibited the States by the Constitution, are reserved to the States or to the people.*
> *(c) The constitutional relationship among sovereign governments, State and national, is formalized in and protected by the Tenth Amendment to the Constitution.*
> *(d) The people of the States are free, subject only to restrictions in the Constitution itself or in constitutionally authorized Acts of Congress, to define the moral, political, and legal character of their lives.*
> *(e) In most areas of governmental concern, the States [and the individuals within them] uniquely possess the constitutional authority, the resources, and the competence to discern the sentiments of the people and to govern accordingly. In Thomas Jefferson's words, the States are "the most competent administrations for our domestic concerns and the surest bulwarks against antirepublican tendencies."*
> *(f) The nature of our constitutional system encourages a healthy diversity in the public policies adopted by the people of the several States according to their own conditions, needs, and desires. In the search for enlightened public policy, individual States and communities are free to experiment with a variety of approaches to public issues.*
> *(g) Acts of the national government--whether legislative, executive, or judicial in nature-- that exceed the enumerated powers of that government under the Constitution violate the principle of federalism established by the Framers.*
> *(h) Policies of the national government should recognize the responsibility of--and should encourage opportunities for--individuals, families, neighborhoods, local governments, and private associations to achieve their personal, social, and economic objectives through cooperative effort.*
> *(i) In the absence of clear constitutional or statutory authority, the presumption of sovereignty should rest with the individual States. Uncertainties regarding the legitimate authority of the national government should be resolved against regulation at the national level.*
> *[Executive Order 12612, Oct. 26, 1987]*

The best way to limit the size and scope of government is to entirely withdraw our political and financial support for it and to cease to participate in any of its franchises, and it is our constitutional right to do so. The obligation to financially support the government comes from our voluntary choice of legal domicile, and therefore the way to exercise our legal right to withdraw financial and political support is to change our domicile and thereby dis-associate politically and financially.

*"Thus, the Court has frequently held that domicile or residence, more substantial than mere presence in transit or sojourn, is an adequate basis for taxation, including income, property, and death taxes.* Since the Fourteenth Amendment makes one a citizen of the state wherein he resides, *the fact of residence creates universally reciprocal duties of protection by the state and of allegiance and support by the citizen. The latter obviously includes a duty to pay taxes, and their nature and measure is largely a political matter.* Of course, the situs of property may tax it regardless of the citizenship, domicile, or residence of the owner, the most obvious illustration being a tax on realty laid by the state in which the realty is located."
*[Miller Brothers Co. v. Maryland, 347 U.S. 340 (1954)]*

The Founding Fathers said the best method of ensuring accountability of government to the people is for the government to be dependent on the *voluntary consent* of the people, and that is why both citizenship and domicile must be voluntary and cannot be coerced:

*"A dependence on the [consent of and financial support by the] people is, no doubt, the primary control on the government;"*
*[Federalist Paper #51, Alexander Hamilton]*

*"This power over the purse may, in fact, be regarded as the most complete and effectual weapon with which any constitution can arm the immediate representatives of the people, for obtaining a redress of every grievance, and for carrying into effect every just and salutary measure."*
*[Federalist Paper #58, James Madison]*

The above is consistent with our Declaration of Independence, which says that all just powers of government derive from the *voluntary consent* of the people, which implies that anything *not* entirely consensual and voluntary is UNJUST. The only departure from this requirement for consent is found in the criminal laws, whereby persons who commit crimes may be deprived of their life, liberty, and property without their consent as a punishment for the impairment of the EQUAL rights of their fellow men.

The United States government is a creature of law and everything that it does is a consequence of executing law.[21] One of the purposes of this document is to destroy *all* the government's civil statutory jurisdiction over the Submitter in order to restore complete and unimpaired *self-government* to the Submitter, while not destroying Constitutional protections. All such civil statutory jurisdiction derives from my voluntary choice of domicile per Federal Rule of Civil Procedure 17 and the equivalent state rules. This right of self-government is protected by the Ninth and Tenth Amendments to the Constitution of the United States, as indicated above. In that sense, it's main goal is to restore "good government" and "limited government" and personal responsibility to America. The recipient will note that the main goal of the Constitution, according to the U.S. Supreme Court was to *preserve unimpaired self-government to everyone.* To wit:

*"The determination of the Framers Convention and the ratifying conventions to preserve complete and unimpaired state [and personal] self-government in all matters not committed to the general government is one of the plainest facts which emerges from the history of their deliberations. And adherence to that determination is incumbent equally upon the federal government and the states. State powers can neither be appropriated on the one hand nor abdicated on the other. As this court said in Texas v. White, 7 Wall. 700, 725, 'The preservation of the States, and the maintenance of their governments, are as much within the design and care of the Constitution as the preservation of the Union and the maintenance of the National government. The Constitution, in all its provisions,*

---

[21] "No man in this country is so high that he is above the law.  No officer of the law may set that law at defiance with impunity.  All the officers of the government, from the highest to the lowest, are creatures of the law and are bound to obey it.  It is the only supreme power in our system of government, and every man who by accepting office participates in its functions is only the more strongly bound to submit to that supremacy, and to observe the limitations which it imposes upon the exercise of the authority which it gives." 106 U.S., at 220.  "Shall it be said... that the courts cannot give remedy when the Citizen has been deprived of his property by force, his estate seized and converted to the use of the government without any lawful authority, without any process of law, and without any compensation, because the president has ordered it and his officers are in possession?  If such be the law of this country, it sanctions a tyranny which has no existence in the monarchies of Europe, nor in any other government which has a just claim to well-regulated liberty and the protection of personal rights", 106 U.S., at 220, 221.
[United States vs. Lee, 106 U.S. 196, 1 S.Ct. 240 (1882)]

---

*looks to an indestructible Union, composed of indestructible States.' Every journey to a forbidden end begins with the first step; and the danger of such a step by the federal government in the direction of taking over the powers of the states is that the end of the journey may find the states so despoiled of their powers, or-what may amount to the same thing-so [298 U.S. 238, 296] relieved of the responsibilities which possession of the powers necessarily enjoins, as to reduce them to little more than geographical subdivisions of the national domain. It is safe to say that if, when the Constitution was under consideration, it had been thought that any such danger lurked behind its plain words, it would never have been ratified. "*
[Carter v. Carter Coal Co., *298 U.S. 238* (1936)]

## 1.6    Consequences of interfering with the filing of or government action related to this communication

Those public dis-servants who would willfully interfere with this attempt by the Submitter of this document at unimpaired *self*-government are at war with the legislative intent of the Constitution, are interfering with the principles of Federalism, and are guilty of TREASON in violation of 18 U.S.C. §2381. Treason is punishable by DEATH. No man or group of men such as yourself deserves the right to call itself a "government" which maliciously deprives other men the EQUAL right to *self-government*. To deny this fact would be hypocrisy of the highest order. Furthermore, no public servant can truthfully claim to be pursuing the "public good" while at the same time interfering with or preventing personal responsibility of any kind. This document represents the highest, most mature exercise of personal responsibility, which is to completely FIRE the government from my life and pursue unimpaired *self-government*.

The First Amendment protects my right to associate and my freedom from compelled association, even WITHOUT a domicile within the civil jurisdiction of any government. I need only be present on land protected by the constitution to be eligible for that protection. [22] The way I "associate" is choosing absent whatever civil status I want within your jurisdiction, including whether I want to be a statutory "citizen", "resident", inhabitant", "person", "individual", or "taxpayer". The foundation of all civil law in America is "consent of the governed", according to the Declaration of Independence. My civil status and how I describe myself defines and circumscribes what I *will* and *will not* consent to. The first, most important duty of government is to protect the requirement for my consent in ALL human interactions, and especially between the government and those under its care and protection.

> *"We hold these truths to be self-evident, that **all men are created equal, that they are endowed by their Creator with certain unalienable Rights**, that among these are Life, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, -"*
> [Declaration of Independence]

Anything not based on express consent, or which assigns a status to me that I do not choose to have, is, ipso facto, UNJUST. This reality, is, in fact, the very essence of what it means to be sovereign.

> *Just as there is freedom to speak, to associate, and to believe, so also there is freedom not to speak, associate, or believe. **"The right to speak and the right to refrain from speaking [on a government tax return, and in violation of the** Fifth Amendment **when coerced, for instance] are complementary components of the broader concept of 'individual freedom of mind."** Wooley v. Maynard [430 U.S. 703] (1977). Freedom of conscience dictates that no individual may be forced to espouse ideological causes with which he disagrees:*

> *"[A]t the heart of the* First Amendment *is the notion that the individual should be free to believe as he will, and that in a free society one's beliefs should be shaped by his mind and by his conscience rather than coerced by the State [through illegal enforcement of the revenue laws]."* Abood v. Detroit Board of Education [431 U.S. 209] (1977)

---

[22] "It is locality that is determinative of the application of the Constitution, in such matters as judicial procedure, and not the status of the people who live in it." [Balzac v. Porto Rico, 258 U.S. 298 (1922)]

*Freedom from compelled association is a vital component of freedom of expression.* Indeed, freedom from compelled association illustrates the significance of the liberty or personal autonomy model of the First Amendment. *As a general constitutional principle, it is for the individual and not for the state to choose one's associations and to define the persona which he holds out to the world."*
*[First Amendment Law In A Nutshell, Second Edition, Barron-Dienes, West Publishing, ISBN 0-314-22677-X, pp. 266-267]*

Anyone who changes my status without my consent, and especially on government forms or as part of a government franchise is, in fact:

1. Practicing law on my behalf without my consent.
2. Engaging in involuntary servitude in violation of the Thirteenth Amendment by making me into involuntary surety for his choices and actions.
3. Tampering with a witness in violation of 18 U.S.C. §1512.
4. Engaging in a conspiracy against rights in criminal violation of 18 U.S.C. §241.
5. Engaging in a conspiracy to commit perjury, because all government forms are signed under penalty of perjury.
6. Committing perjury in violation of 18 U.S.C. §1001, 18 U.S.C. §1542, 18 U.S.C. §1621.
7. Suborning perjury in violation of 18 U.S.C. §1622.

## 2.   WHAT THIS DOCUMENT IS NOT

It is quite common for malicious and malingering public servants to try to:

1. Invent reasons why they cannot or should not do the things requested in this correspondence, as a way to deflect personal responsibility in violation of their fiduciary duty as public officers.
2. Misconstrue the purpose of this communication in order to slander, intimidate, or injure people they are hired INSTEAD to protect and help.
3. Misconstrue words in this communication in order to benefit themselves personally or commercially in criminal violation of 18 U.S.C. §208.

The simple purpose of this communication is to restore the proper relationship between the submitter and the government in which the government is the SERVANT, the submitter is the MASTER.

*"Sovereignty is the right to govern; a nation or State-sovereign is the person or persons in whom that resides. In Europe the sovereignty is generally ascribed to the Prince; here it rests with the people; there, the sovereign actually administers the Government; here, never in a single instance; our Governors are the agents [fiduciaries] of the people,* and at most stand in the same relation to their sovereign, in which regents in Europe stand to their sovereigns. Their Princes have personal powers, dignities, and pre-eminences, *our rulers have none but official; nor do they partake in the sovereignty otherwise, or in any other capacity, than as private citizens." at 472,"*
*[Justice Wilson, Chisholm, Ex'r. v. Georgia, 2 Dall. (U.S.) 419, 1 L.Ed. 454, 457, 471, 472 (1794)]*

The mission of the SERVANT government is to protect PRIVATE property and PRIVATE rights by:

1. Recognizing their existence.
2. Recognizing the right of all to NOT contract with any government and NOT be party to a social compact and the CIVIL statutes that implement it WITHOUT expatriating.
3. NOT enforcing the social compact and the civil law that implements it extraterritorially in a legislatively but not constitutionally foreign state, such as a state of the Union.
4. Providing administrative remedies for their protection, and thus equal protection to both FRANCHISEES and NON-FRANCHISEES.
5. NOT converting them to PUBLIC RIGHTS, OFFICES, OR FRANCHISES without the EXPRESS consent of the owner.
6. NOT converting their ownership from ABSOLUTE to QUALIFIED by tricking the owner with "words of art" into volunteering for franchises, and especially those they are not eligible for.

7. Recognizing and protecting the right of the owner of PRIVATE property and PRIVATE rights to NOT CONSENT and NOT PARTICIPTE in any government franchise. All franchises are contracts. Franchises, include Social Security, the income tax, Medicare, Obamacare, driver licensing, marriage licensing, professional licensing, etc.

Imputing anything more than the above is FRAUD, MISREPRESENTATION, THEFT, a CONSPIRACY AGAINST PRIVATE RIGHTS protected by the CONSTITUTION, and TERRORISM. Stopping terrorism BEGINS with stopping GOVERNMENT terrorism. It is truly ironic that those who expect and require that government satisfy the ONLY purpose for its creation, being that of protecting PRIVATE rights as the Declaration of Independence requires, should be branded as anti-government, violent, or even a terrorist. If expecting a so-called "government" to ACT like a government is wrong, then the government we have is NOT a government, but a band of international terrorists masquerading as a government whose activities are thoroughly documented in:

> *De Facto Government Scam*, Form #05.043
> http://sedm.org/Forms/FormIndex.htm

This document simply converts ownership over my body and the fruit of my labor to EXCLUSIVELY PRIVATE status and places it entirely beyond government CIVIL statutory control, regulation, or taxation.[23] This right is recognized by the U.S. Supreme Court in the following quote. Keep in mind that by "citizen" they are referring to STATUTORY citizen, meaning someone who CHOSE a domicile within the EXCLUSIVE jurisdiction of the government in question, and thereby elected a "protector". It does NOT mean CONSTITUTIONAL citizenship by birth or naturalization, but DOMICILE. Domicile is the method by which one nominates and subsidizes a SPECIFIC "protector" called government and thereby becomes party to the civil "social compact". The right to choose a civil domicile and thereby contract with the government for CIVIL protection implies an EQUAL right not to be protected and NOT to have to pay for protection that one does not want or need. The purpose of establishing government is to protect the right not only to CONTRACT, but also the right to NOT CONTRACT with those who are harmful or inefficient, such as the present de facto state and federal governments.

> *When one becomes a member of society, he necessarily parts with some rights or privileges which, as an individual not affected by his relations to others, he might retain. "A body politic," as aptly defined in the preamble of the Constitution of Massachusetts, "is a social compact by which the whole people covenants with each citizen, and each citizen with the whole people, that all shall be governed by certain laws for the common good." This does not confer power upon the whole people to control rights which are purely and exclusively private, Thorpe v. R. & B. Railroad Co., 27 Vt. 143; but it does authorize the establishment of laws requiring each citizen to so conduct himself, and so use his own property, as not unnecessarily to injure another.*
> *[Munn. v. Illinois, 94 U.S. 113 (1876),*
> *SOURCE: http://scholar.google.com/scholar_case?case=6419197193322400931]*

The nature of the "social compact" spoken of above is exhaustively described in Reference (1).

## 2.1    Not an attempt to abandon Constitutional citizenship

This document does not constitute an attempt to abandon any type of constitutional citizenship, but rather to abandon STATUTORY citizenship per 8 U.S.C. §1401 and *not* constitutional citizenship as exhaustively described in Enclosure (5). There is no question that a human being born or naturalized in a state of the Union is a Fourteenth Amendment citizen and therefore a Constitutional citizen, whether they want to be or not.

> *"It is impossible to construe the words 'subject to the jurisdiction thereof,' in the opening sentence, as less comprehensive than the words 'within its jurisdiction,' in the concluding sentence of the same section; or to hold that persons 'within the jurisdiction' of one of the states of the Union are not 'subject to the jurisdiction of the United States[***].' "*
> *[U.S. v. Wong Kim Ark, 169 U.S. 649, 18 S.Ct. 456, 42 L.Ed. 890 (1898), emphasis added]*

---

[23] "Every man has a natural right to the fruits of his own labor, is generally admitted; and no other person can rightfully deprive him of those fruits, and appropriate them against his will…"

[The Antelope, 23 U.S. 66, 10 Wheat 66, 6 L.Ed. 268 (1825)]

The status of being a statutory "U.S. citizen" per 8 U.S.C. §1401 is a franchise, because it is associated with "privileges". All privileges, in turn, attach to offices in the government:

> "***The privileges and immunities of citizens of the United States do not necessarily include all the rights protected by the first eight amendments to the Federal Constitution against the powers of the Federal Government.***
> *[Maxwell v. Dow, 176 U.S. 581 (1899)]*

I seek to avoid privileges and franchises associated with office in the government or domicile on federal territory. To compel me to accept the duties of any office furthermore constitutes involuntary servitude in violation of the Thirteenth Amendment. The cite below proves that those domiciled on federal territory have no rights, but only privileges, and that these people also are not protected by the Constitution. As explained in Downes below, I don't want to be associated with any jurisdiction that behaves like a "British Crown Colony" rather than a "republican state of America", which is the status of those who claim the status of being statutory "U.S. citizens" per 8 U.S.C. §1401.

> "*Indeed, the practical interpretation put by Congress upon the Constitution has been long continued and uniform to the effect [182 U.S. 244, 279] that **the Constitution is applicable to territories acquired by purchase or conquest, only when and so far as Congress shall so direct. Notwithstanding its duty to 'guarantee to every state in this Union a republican form of government' (art. 4, 4), by which we understand, according to the definition of Webster, 'a government in which the supreme power resides in the whole body of the people, and is exercised by representatives elected by them,' Congress did not hesitate, in the original organization of the territories of Louisiana, Florida, the Northwest Territory, and its subdivisions of Ohio, Indiana, Michigan, Illinois, and Wisconsin and still more recently in the case of Alaska, to establish a form of government bearing a much greater analogy to a British Crown colony than a republican state of America,** and to vest the legislative power either in a governor and council, or a governor and judges, to be appointed by the President. It was not until they had attained a certain population that power was given them to organize a legislature by vote of the people. In all these cases, as well as in territories subsequently organized west of the Mississippi, Congress thought it necessary either to extend to Constitution and laws of the United States over them, or to declare that the inhabitants should be entitled to enjoy the right of trial by jury, of bail, and of the privilege of the writ of habeas corpus, as well as other privileges of the bill of rights.*"
> *[Downes v. Bidwell, 182 U.S. 244 (1901)]*

## 2.2   Not an act of allegiance to a "foreign" human ruler or man-made government

> "*Those people who are not governed by GOD will be ruled by tyrants.*"
> *[William Penn (after which Pennsylvania was named)]*

This document also does not constitute an oath or expression of allegiance to any other earthly *man-made* government or "state", which 8 U.S.C. §1481(a)(2) indicates causes a loss of nationality:

> *TITLE 8 > CHAPTER 12 > SUBCHAPTER III > Part III > § 1481*
> *§ 1481. Loss of nationality by native-born or naturalized citizen; voluntary action; burden of proof; presumptions*
>
> *(a) A person who is a national of the United States whether by birth or naturalization, shall lose his nationality by voluntarily performing any of the following acts with the intention of relinquishing United States nationality—*
>
> *[. . .]*
>
> *(2) taking an oath or making an affirmation or other formal declaration of allegiance to a foreign state or a political subdivision thereof, after having attained the age of eighteen years; or*

The actions of the current American government reveal that it is definitely hostile and "foreign" in relation to God and His holy laws found in the Bible, but the First Amendment, the Religious Freedom Restoration Act, 42 U.S.C. Chapter 21B, and 22 U.S.C. §2721 also prohibit making allegiance to God into a basis for discrimination or denial of a passport because doing so would:

1. Interfere with my religious exercise, which is based on supreme allegiance to God.
2. Violate the first four commandments of the Ten Commandments by causing me to serve or worship "other Gods", which include governments or civil rulers. The essence of religious worship is obedience to the laws and dictates of a superior being, and that superior being CANNOT be a civil ruler or government without violating my religion.

> "I am the LORD your God, who brought you out of the land of Egypt, out of the house of
> bondage.
> "You shall have no other gods before Me.
> [Exodus 20:2-3, Bible, NKJV]

3. Disestablish a religion, by interfering with my religious exercise.
4. Establish a pagan religion that places allegiance to government and civil rulers ABOVE that of allegiance to my Creator. The Bible says it is a sin to have anyone in government ABOVE me. They must SERVE me from below and may not govern me from above:

> But Jesus called them to Himself and said to them, "You know that those who are
> considered rulers over the Gentiles lord it over them, and their great ones exercise
> authority over them.  Yet it shall not be so among you; but whoever desires to become
> great among you shall be your servant. " And whoever of you desires to be first shall be
> slave of all.  For even the Son of Man did not come to be served, but to serve, and to give
> His life a ransom for many."
> [Matt. 10:42-45, Bible, NKJV]

## 2.3   Not an attempt to "simulate legal process" or threaten any person or government with violence

This document is not intended as an attempt to simulate legal process, but rather an attempt to simply give the requisite legal notice or WHICH of the two mutually exclusive political and legal jurisdictions that I am a member of, which are described in the following:

> "It is clear that Congress, as a legislative body, exercise two species of legislative power:
> the one, limited as to its objects, but extending all over the Union: the other, an absolute,
> exclusive legislative power over the District of Columbia. The preliminary inquiry in the
> case now before the Court, is, by virtue of which of these authorities was the law in question
> passed?"
> [Cohens v. Virginia, 19 U.S. 264, 6 Wheat. 265; 5 L.Ed. 257 (1821)]

> "The idea prevails with some, indeed it has found expression in arguments at the bar, that
> we have in this country substantially two national governments; one to be maintained
> under the Constitution, with all of its restrictions; the other to be maintained by Congress
> outside the independently of that instrument, by exercising such powers [of absolutism]
> as other nations of the earth are accustomed to.. I take leave to say that, if the principles
> thus announced should ever receive the sanction of a majority of this court, a radical
> and mischievous change in our system of government will result. We will, in that event,
> pass from the era of constitutional liberty guarded and protected by a written constitution
> into an era of legislative absolutism.. It will be an evil day for American liberty if the
> theory of a government outside the supreme law of the land finds lodgment in our
> constitutional jurisprudence.  No higher duty rests upon this court than to exert its full
> authority to prevent all violation of the principles of the Constitution."
> [Downes v. Bidwell, 182 U.S. 244 (1901)]

Any attempt to continue compelling me to accept any of the obligations associated with membership in the community that includes federal territory or government franchises as a human being protected by the Constitution represents a criminal act of:

1. Involuntary servitude in violation of the Thirteenth Amendment to the United States Constitution and a theft of his/her property.
2. Compelled association in violation of the First Amendment.
3. Identity theft.

This document also does not in any way represent any effort to condone, endorse, or participate in any acts of violence, terrorism, or unlawful activity. I do not and will not condone, subsidize, sanction, or tolerate any such activities. Do not put me on any "terrorist blacklist" simply because I want you to do what the Constitution requires, which is to respect my sovereignty and simply *leave me alone* to worship my God, which the U.S. Supreme Court has held is the main right established by the Constitution.

> *"The makers of our Constitution undertook to secure conditions favorable to the pursuit of happiness. They recognized the significance of man's spiritual nature, of his feelings and of his intellect. They knew that only a part of the pain, pleasure and satisfactions of life are to be found in material things. They sought to protect Americans in their beliefs, their thoughts, their emotions and their sensations. **They conferred, as against the Government, the right to be let alone - the most comprehensive of rights and the right most valued by civilized men.**"*
> *[Olmstead v. United States, 277 U.S. 438, 478 (1928) (Brandeis, J., dissenting); see also Washington v. Harper, 494 U.S. 210 (1990)]*

Any attempt to threaten, harass, detain, or otherwise make the Submitter of this legal notice the target of "selective enforcement" because of the unlawful government activities it exposes shall constitute and be treated as:

1. Obstruction of justice.
2. Tampering with a witness of criminal activities documented herein.
3. International terrorism, because the states of the Union are "nations" within the meaning of international law.
4. Extortion.
5. Racketeering.
6. Slavery and involuntary servitude in violation of the Thirteenth Amendment.

## 2.4   Not an act of expatriation or abandonment of "nationality" under 8 U.S.C.

This document does *not* describe an act of expatriation, which is legally defined as an act of "abandoning nationality and allegiance". To wit:

> *"Expatriation is the voluntary renunciation or abandonment of nationality and allegiance."*
> *[Perkins v. Elg, 307 U.S. 325; 59 S.Ct. 884; 83 L.Ed 1320 (1939)]*

Expatriation is only one of *two* possible lawful methods for becoming a "stateless person" and a "transient foreigner". The other method is to abandon domicile in the country of one's birth or domicile and to re-associate with a state or political or religious group which is "foreign" with respect to one's state or nation of birth. The U.S. Supreme Court described the result of not having a domicile within any state of the Union or within the country of one's birth as causing them to become stateless, when it said:

> *In order to be a citizen of a State within the meaning of the diversity statute, a natural person must both be a citizen of the United States and be domiciled within the State. See Robertson v. Cease, 97 U.S. 646, 648-649 (1878); Brown v. Keene, 8 Pet. 112, 115 (1834). The problem in this case is that Bettison, although a United States citizen, has no domicile in any State. He is therefore "stateless" for purposes of § 1332(a)(3). Subsection 1332(a)(2), which confers jurisdiction in the District Court when a citizen of a State sues aliens only, also could not be satisfied because Bettison is a United States [citizen under the Fourteenth Amendment but NOT under 8 U.S.C. §1401] citizen. [490 U.S. 829]*
>
> *When a plaintiff sues more than one defendant in a diversity action, the plaintiff must meet the requirements of the diversity statute for each defendant or face dismissal. Strawbridge*

> *v. Curtiss, 3 Cranch 267 (1806).{1} Here, Bettison's "stateless" status destroyed complete*
> *diversity under § 1332(a)(3), and his United States citizenship destroyed complete*
> *diversity under § 1332(a)(2). Instead of dismissing the case, however, the Court of Appeals*
> *panel granted Newman-Green's motion, which it had invited, to amend the complaint to*
> *drop Bettison as a party, thereby producing complete diversity under § 1332(a)(2). 832*
> *F.2d. 417 (1987). The panel, in an opinion by Judge Easterbrook, relied both on 28 U.S.C.*
> *§1653 and on Rule 21 of the Federal Rules of Civil Procedure as sources of its authority*
> *to grant this motion. The panel noted that, because the guarantors are jointly and severally*
> *liable, Bettison is not an indispensable party, and dismissing him would not prejudice the*
> *remaining guarantors. 832 F.2d. at 420, citing Fed.Rule Civ.Proc. 19(b). The panel then*
> *proceeded to the merits of the case, ruling in Newman-Green's favor in large part, but*
> *remanding to allow the District Court to quantify damages and to resolve certain minor*
> *issues.{2}*
> *[Newman-Green v. Alfonso Larrain, 490 U.S. 826 (1989)]*

You will note that Mr. Bettison in the above styled case was domiciled outside of every state of the Union, and that he was a constitutional citizen, which means a "national" under 8 U.S.C. §1101(a)(21), but not a statutory "citizen" pursuant to 8 U.S.C. §1401. This is further explained in Enclosure (5). This could not be a statutory citizen because he was not domiciled within the "United States" at the time and therefore was a statutory "non-resident non-person." This is precisely the status that this correspondence shall document on my part in the context of all future legal or business dealings we may have.

This document is NOT an attempt to abandon nationality or *constitutional* CITIZENSHIP allegiance pursuant to 8 U.S.C. §1481. Therefore, please do NOT respond with LAME statements like the following, because they are NOT RESPONSIVE to what I am asking you for in this letter:

> *"We have received your letter of _____. It appears that you are attempting to*
> *renounce your United States citizenship. In addition to this letter, please read carefully the*
> *enclosed flyer, which in detail outlines the procedure and effects of renouncing U.S.*
> *citizenship.*

> *Generally, United States citizens have the right to remain citizens until they intend to give*
> *up citizenship. Renunciation is the most unequivocal way in which a person can manifest*
> *an intention to relinquish U.S. citizenship. In order for a renunciation to be effective, all of*
> *the conditions of the statute must be met. Most significantly, a person may not renounce*
> *U.S. citizenship while present in the United States, unless the United States is in a state of*
> *war. Since the United States is not currently in a state of war, U.S. citizenship must be*
> *renounced abroad.*

> *Loss of citizenship only occurs when a Certificate of Loss of Nationality is issued. The*
> *certificate may only be issued by the Department of State, after a careful review in which*
> *it is determined whether the person (1) has voluntarily performed an act made potentially*
> *expatriating by statute and (2) did so with the intention of relinquishing U.S. citizenship.*

> *Persons who are considering renouncing U.S. citizenship should carefully review the*
> *enclosed information. We hope that this information will be helpful to you.*

Instead, this document abandons *all political and legal allegiance* originating through choice of domicile AND "residence" and exercise of political rights that arise from them *only within federal territory under the exclusive or general sovereignty of the federal government*. Therefore, please *do NOT* respond to this correspondence by telling me how to abandon **CONSTITUTIONAL** CITIZENSHIP or NATIONALITY, because I don't seek to do this. I want to abandon **STATUTORY** "U.S. citizen" status pursuant to 8 U.S.C. §1401, but NOT my **CONSTITUTIONAL** citizenship pursuant to Section 1 of the Fourteenth Amendment. The distinctions between **CONSTITUTIONAL** citizenship and **STATUTORY** citizenship are described in detail in Enclosure (5) . If you do not understand these distinctions, please carefully read and rebut, if necessary, this enclosure so that you can properly and timely respond to this request.

## 2.5   Not an act of "expatriation" under the I.R.C.

This document does not constitute the act of expatriation described in 26 U.S.C. §877 because:

1.  I am not a "taxpayer" and the only thing the Internal Revenue Code, Subtitle A can pertain to is "taxpayers".

> *"Revenue Laws relate to taxpayers [officers, employees, and elected officials of the Federal Government] and not to non-taxpayers [American Citizens/American Nationals not subject to the exclusive jurisdiction of the Federal Government]. The latter are without their scope. No procedures are prescribed for non-taxpayers and no attempt is made to annul any of their Rights or Remedies in due course of law. With them[non-taxpayers] Congress does not assume to deal and they are neither of the subject nor of the object of federal revenue laws."*
> *[Economy Plumbing & Heating v. U.S., 470 F.2d. 585 (1972) ]*

2.  I am NOT a statutory "individual" or a statutory "nonresident alien individual", but rather a statutory "non-resident non-person" who is NOT an statutory "individual". The only party described in 26 U.S.C. §877 are "nonresident alien *individuals*". All such "individuals" are government officers and employees and not private parties. This is exhaustively demonstrated by the following:

> *Why Your Government is Either a Thief or You are a "Public Officer" for Income Tax Purposes*, Form #05.008
> http://sedm.org/Forms/FormIndex.htm

3.  The Courts are without authority to declare me or assign to me any civil status other than what I assign myself under the terms of the Internal Revenue Code, Subtitle A franchise agreement, pursuant to 28 U.S.C. §2201(a). This is another way of saying that I am the "customer", the customer is always right, and the customer has the right to choose whether he wants to hire the protection racket called "government". Those who don't are called nonresident nontaxpayers, "transient foreigners", "stateless persons", etc.

> *Specifically, Rowen seeks a declaratory judgment against the United States of America with respect to "whether or not the plaintiff is a taxpayer pursuant to, and/or under 26 U.S.C. §7701(a)(14)." (See Compl. at 2.)* *__This Court lacks jurisdiction to issue a declaratory judgment "with respect to Federal taxes other than actions brought under section 7428 of the Internal Revenue Code of 1986," a code section that is not at issue in the instant action. See 28 U.S.C. §2201; see also Hughes v. United States, 953 F.2d. 531, 536-537 (9th Cir. 1991)__* *(affirming dismissal of claim for declaratory relief under § 2201 where claim concerned question of tax liability). Accordingly, defendant's motion to dismiss is hereby GRANTED, and the instant action is hereby DISMISSED.*
> *[Rowen v. U.S., 05-3766MMC. (N.D.Cal. 11/02/2005)]*

## 2.6    Not connected with the "sovereign citizen movement"

The submitter of this correspondence is not connected with the so called "sovereign citizen movement". Being "sovereign" and being a statutory "citizen" pursuant to 8 U.S.C. §1401, are, in fact, mutually exclusive and therefore the status of being a "sovereign" and a "citizen" simultaneously is an oxymoron that only morons use or associate with themselves. For the reasons, see:

> *Policy Document: Rebutted False Arguments About Sovereignty*, Form #08.018, Sections 6.1 through 6.4
> FORMS PAGE: http://sedm.org/Forms/FormIndex.htm
> DIRECT LINK: http://sedm.org/Forms/08-PolicyDocs/RebFalseArgSovereignty.pdf

## 2.7    Not associated with any known flawed argument advanced by the government

> *"For this is the will of God, that by doing good you may put to silence the ignorance of foolish men— as free, yet not using liberty as a cloak for vice, __but as bondservants of God__."*
> *[1 Peter 2:15-16, Bible, NKJV]*

Neither I nor this notice is associated with any flawed tax or freedom arguments or deranged groups who advance them that are presently identified or documented by the government. In fact, I denounce the use of stereotypes of any kind and insist that everyone should be treated respectfully, with dignity, and consistent with every aspect of who and what they provably are. The relationship of this request to all known and published government guidance documents on the subject of freedom

or tax arguments is found in the following.  Failure to rebut the rebuttals to the government's publications in the following shall constitute consent that we are not in conflict with the government and that you agree with our position:

> Resources to Rebut Government, Legal, and Tax Profession Deception and False Propaganda
> http://sedm.org/LibertyU/LibertyU.htm

## 2.8    Not an act of "paper terrorism"

This document is NOT an act of "paper terrorism".  In fact, it is intended to PREVENT YOUR terrorism and paper terrorism.  That terrorism is exhaustively described in:

> De Facto Government Scam, Form #05.043
> http://sedm.org/Forms/FormIndex.htm

The reason you keep communicating with me and enforcing against me is obviously because you FALSELY think I am a "customer" of your protection racket called a "citizen", "resident", "inhabitant", "domiciliary", "person", or "individual".  I AM NOT any of these entities and I don't want your protection.  In fact, the only thing I need protection from is YOU.  YOU are the terrorist.  I simply want to be LEFT ALONE by you, which can't be turned into a franchise and which the Constitution gives me the right to FOR FREE:

> "The makers of our Constitution undertook to secure conditions favorable to the pursuit of happiness. They recognized the significance of man's spiritual nature, of his feelings and of his intellect. They knew that only a part of the pain, pleasure and satisfactions of life are to be found in material things. They sought to protect Americans in their beliefs, their thoughts, their emotions and their sensations. _They conferred, as against the Government, the right to be let alone - the most comprehensive of rights and the right most valued by civilized men._"
> [Olmstead v. United States, 277 U.S. 438, 478 (1928)  (Brandeis, J., dissenting); see also Washington v. Harper, 494 U.S. 210 (1990)]

Stop deluding yourself that people need you or want you anymore.  God says you have outlived your usefulness because the only thing you protect anymore is your own CRIMINAL wrongdoing of your own officers while they are terrorizing and enslaving and stealing from me without my consent.

> _"Come out of her, my people, lest you share in her sins, and lest you receive her plagues._
>
> For her [our corrupted de facto WHORE government] sins have reached to heaven, and God has remembered her iniquities."
> [Rev. 18:1-8, Bible, NKJV]

It's the height of hypocrisy and arrogance to:

1.  Call that kind of "public service" a "benefit" or make it into a franchise.
2.  Charge me for the "privilege" of being the object of it.
3.  PRESUME (in violation of due process of law) that I consent to it by calling me a "citizen", "resident", "inhabitant", "domiciliary", "person", "individual", "taxpayer", etc.  I don't authorize you to represent me or determine my legal status at all.
4.  Force me to consent to it by not providing any forms or administrative remedies to INDICATE my NON-CONSENT to it.
5.  Interfere with efforts to correct false information return reports that connect me with consent to it.  That's a conspiracy to file or perpetuate false returns and COMPUTER fraud.
6.  Interfere with efforts on government forms to correctly describe my status as a non-consenting party, thus FORCING me to commit perjury on government forms in order to exercise my unalienable rights granted not by you, but by God.

## 2.9    Not an attempt to promote "anarchy", lawlessness, or violence of any kind

This document also does not represent an attempt to promote anarchy, meaning lawlessness, or violence of any kind. I personally deplore violence and use it only as a last resort in defending myself from equal physical violence by others.

I do not ever say or advocate any of the following:

1. That I am above "the law".
2. That I am not subject to "law" as legally defined.
3. That I am "better" or "superior" to any other "person" or human being.
4. That I am not subject to the criminal laws of the place I physically am at any given time.

In fact, I seek to enforce the Constitutional requirement established in the Declaration of Independence that:

1. "all men are created equal" by the "Creator".
2. All "persons", including governments, are treated equally IN EVERY RESPECT.
3. The only way anyone, whether human or artificial, can become UNEQUAL or inferior in any way to any other person or human being is to CONSENT in a manner that they and no one else prescribes and defines.  See:

> Requirement for Consent, Form #05.003
> http://sedm.org/Forms/FormIndex.htm

The implication of the above is that no creation of men, including a government, can have any more authority or powers than a single man.  The United States government is a government of delegated power ALONE, as declared by the U.S. Supreme Court, and The People CANNOT delegate any authority that they themselves do not INDIVIDUALLY also possess.

> "The question is not what power the federal government ought to have, but what powers, in fact, have been given by the people... The federal union is a government of delegated powers. It has only such as are expressly conferred upon it, and such as are reasonably to be implied from those granted. In this respect, we differ radically from nations where all legislative power, without restriction or limitation, is vested in a parliament or other legislative body subject to no restriction except the discretion of its members." (Congress)
> [U.S. v. William M. Butler, 297 U.S. 1 (1936)]

Equality of rights is the foundation of ALL of your freedom, as held by the U.S. Supreme Court.  Anyone who insists that they SHOULD NOT be treated equally IN EVERY RESPECT to a government in a civil court is essentially admitting that they DO NOT want to be "free" as the U.S. Supreme Court defines it:

> "But arbitrary selection can never be justified by calling it classification. The equal protection demanded by the fourteenth amendment forbids this. No language is more worthy of frequent and thoughtful consideration than these words of Mr. Justice Matthews, speaking for this court, in Yick Wo v. Hopkins, 118 U.S. 356, 369, 6 S.Sup.Ct. 1064, 1071: 'When we consider the nature and the theory of our institutions of government, the principles upon which they are supposed to rest, and review the history of their development, we are constrained to conclude that they do not mean to leave room for the play and action of purely personal and arbitrary power.' The first official action of this nation declared the foundation of government in these words: 'We hold these truths to be self-evident, [165 U.S. 150, 160] that all men are created equal, that they are endowed by their Creator with certain unalienable rights, that among these are life, liberty, and the pursuit of happiness.' While such declaration of principles may not have the force of organic law, or be made the basis of judicial decision as to the limits of right and duty, and while in all cases reference must be had to the organic law of the nation for such limits, yet the latter is but the body and the letter of which the former is the thought and the spirit, and it is always safe to read the letter of the constitution in the spirit of the Declaration of Independence. No duty rests more imperatively upon the courts than the enforcement of those constitutional provisions intended to secure that equality of rights which is the foundation of free government."
> [Gulf, C. & S. F. R. Co. v. Ellis, 165 U.S. 150 (1897)]

No government can or should therefore have any more authority than a single man.  Anyone who insists otherwise is:

1. Imputing "supernatural powers" to government, because the ONLY "natural" source are the people protected by said government from whom all the powers of the government derive.
2. Committing paganism and idolatry towards governments and/or civil rulers.  The foundation of this idolatry are the "supernatural powers" that form the basis for establishing a state-sponsored civil religion that worships, serves, and obeys corrupt governments or civil rulers instead of the one and only living God.

> "_Religion_.  Man's relation to Divinity, to reverence, **worship**, obedience, and **submission to mandates and precepts of supernatural or superior beings.**  In its broadest sense includes all forms of _belief in the existence of superior beings exercising power over human beings by volition, imposing rules of conduct, with future rewards and punishments.  Bond uniting man to God, and a virtue whose purpose is to render God worship due him as source of all being and principle of all government of things._  Nikulnikoff v. Archbishop, etc., of Russian Orthodox Greek Catholic Church, 142 Misc. 894, 255 N.Y.S. 653, 663."
> [Black's Law Dictionary, Sixth Edition, p. 1292]

3. An elitist.
4. A fool.
5. What the soviets called a "Useful Idiot" for socialist tyrants.

Consistent with the above, the Sovereignty Franchise protecting me and mentioned in Enclosure (3) later confirms that its main purpose is to ensure the EQUALITY of all rights in every respect between a single human being and an entire government.  This could hardly be referred to as elitist in any respect, unless of course YOU are the elitist who wants a big government that acts as a nanny state and has rights above ALL:

> _Injury Defense Franchise_, Form #06.027
> http://sedm.org/Forms/FormIndex.htm

The implication of COMPLETE equality between each separate human being and an entire government is that if a government claims "sovereign immunity" and insists that it cannot be sued without its express written consent, then the government, in turn, when it is enforcing any civil liability against ANY American, has the EQUAL burden to produce evidence of consent IN WRITING to be sued.  That consent must, in turn, be given by a person domiciled in a place OTHER than that protected by the Constitution, because the Declaration of Independence says the rights of people in states of the Union are "unalienable", which means they CANNOT be sold, bargained away, or transferred by ANY process, including a franchise or contract.

> "We hold these truths to be self-evident, that _all men are created equal, that they are endowed by their Creator with certain unalienable Rights_, that among these are Life, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, -"
> [Declaration of Independence]

> "Unalienable.  Inalienable; incapable of being aliened, that is, sold and transferred."
> [Black's Law Dictionary, Fourth Edition, p. 1693]

Therefore, the only people who can lawfully "alienate" any Constitutional right in relation to a real, de jure government by exercising their right to contract, are those _NOT_ protected by the Constitution and who therefore are either domiciled on federal territory or situated abroad, which also is not protected by the Constitution.

To me, there is ONLY ONE law, which is  the two Great Commandments spoken of by Jesus:

> Then one of the scribes came, and having heard them reasoning together, perceiving that He had answered them well, asked Him, "Which is the first commandment of all?"

> Jesus answered him, "_The first of all the commandments is: "Hear, O Israel, the LORD our God, the LORD is one. And you shall love the LORD your God with all your heart, with all your soul, with all your mind, and with all your strength. This is the first_

---

> *commandment.   And the second, like it, is this: "You shall love your neighbor as*
> *yourself. There is no other commandment greater than these."*
>
> *So the scribe said to Him, "Well said, Teacher. You have spoken the truth, for there is one*
> *God, and there is no other but He. And to love Him with all the heart, with all the*
> *understanding, with all the soul, and with all the strength, and to love one's neighbor as*
> *oneself, is more than all the whole burnt offerings and sacrifices."*
> *[Mark 12:28-33, Bible, NKJV]*

I fulfill the above commandments by educating people about law and helping them obey and enforce it so as to help them honor the two main requirements of the common law, which are:

1.  Do not harm the equal rights of your neighbor.  The term "neighbor" includes "government", which is just an artificial entity created by men.  This is a fulfillment of the second Great Commandment above to love your neighbor as yourself.
2.  Honor all contracts and commitments you make.

Therefore, my mission, when you merge the requirements of God's Law and Man's law is:

1.  Do not harm the equal rights of your neighbor.  The term "neighbor" includes "government", which is just an artificial entity created by men.  This is a fulfillment of the second Great Commandment above to love your neighbor as yourself.
2.  Honor all contracts and commitments you make.
3.  Enforce the requirement for consent in all interactions between everyone, including between any government or civil ruler and "the governed".  Emphasize that the MAIN purpose of government is to prosecute those who injure others without the consent of the injured:

> *Requirement for Consent*, Form #05.003
> FORMS PAGE: http://sedm.org/Forms/FormIndex.htm
> DIRECT LINK: http://sedm.org/Forms/05-MemLaw/Consent.pdf

4.  Do not respect, subsidize, or cooperate with any effort to enforce or impute any more rights to a government or civil ruler than the people individually themselves have.  Otherwise, the first Great Commandment above has been violated because idolatry and a state sponsored religion has been established.  This is described in:

> *Socialism:  The New American Civil Religion*, Form #05.016
> FORMS PAGE: http://sedm.org/Forms/FormIndex.htm
> DIRECT LINK: http://sedm.org/Forms/05-MemLaw/SocialismCivilReligion.pdf

5.  Do not allow the government to make those protected, meaning "citizens" and "residents", into a public officer, and therefore to serve TWO masters, because this is not only idolatry, but a violation of the separation of powers between what is public and what is private.

> *"No servant [or religious ministry or biological person] can serve two masters; for either*
> *he will hate the one and love the other, or else he will be loyal to the one and despise the*
> *other. You cannot serve God and mammon [government]."*
> *[Luke 16:13, Bible, NKJV]*

> *The origin of the great divide between the Civil law and Criminal law is the requirement*
> *for "consent of the governed".   Criminal law does not require consent while Civil law*
> *does.  One becomes subject to the civil law by voluntarily choosing a domicile within a*
> *specific jurisdiction.  This process of choice is called "animus manendi" and it cannot be*
> *compelled.  Its purpose is to politically associate with a specific group and to procure the*
> *protection of that group and it is an exercise of your First Amendment right to politically*
> *associate.*

> *"The rights of the individuals are restricted only to the extent that they have been*
> *voluntarily surrendered by the citizenship to the agencies of government."*
> *[City of Dallas v. Mitchell, 245 S.W. 944]*

> *"Undoubtedly no single nation can change the law of the sea. That law is of universal obligation, and no statute of one or two nations can create obligations for the world. Like all the laws of nations, it rests upon the common consent of civilized communities."*
> *[The Scotia, 81 U.S. (14 Wall.) 170 (1871)]*

All civil laws passed by the government are an implementation of what the courts call the "social compact".

> *"In Europe, the executive is synonymous with the sovereign power of a state...where it is too commonly acquired by force or fraud, or both...In America, however the case is widely different. Our government is founded upon compact [consent expressed in a written contract called a Constitution or in positive law]. Sovereignty was, and is, in the people [as individuals; that's you!] ."*
> *[Glass v. The Sloop Betsy, 3 (U.S.) Dall 6]*

A "compact" is the equivalent of a contract.

> *"Compact, n. An agreement or contract between persons, nations, or states. Commonly applied to working agreements between and among states concerning matters of mutual concern. A contract between parties, which creates obligations and rights capable of being enforced and contemplated as such between the parties, in their distinct and independent characters. A mutual consent of parties concerned respecting some property or right that is the object of the stipulation, or something that is to be done or forborne. See also Compact clause; Confederacy; Interstate compact; Treaty."*
> *[Black's Law Dictionary, Sixth Edition, p. 281]*

You become a party to the "social compact" by voluntarily choosing a civil domicile within the jurisdiction of a specific government. This choice makes you a consenting party to the "social compact" and is an exercise of your First Amendment right to politically associate. One's domicile is the civil law you consent to be subject to. The Declaration of Independence says that ALL the just authority of government derives from the consent of the governed.

Implicit in the exercise of the right to associate is the right NOT to associate with ANY group if one so chooses. Those who never choose such a domicile and never politically and legally associate are not subject to the civil laws of that jurisdiction and instead are described by any of the following names:

1. "nonresidents"
2. "transient foreigners"
3. "stateless persons"
4. "in transitu"
5. "transient"
6. "sojourner"

Hence, you can be governed CIVILLY only if you consent to be governed. Obviously, the criminal law does not require consent of the governed, but the civil law DOES. The vast majority of law published by government is civil law and even tax crimes are really PENAL rather than CRIMINAL in nature, and therefore are voluntary for those who are nonresident.

Some laws are civil in nature while others are criminal. Criminal laws apply to EVERYONE physically present on the territory of the government whether they consent or not, while civil laws only apply to those who choose a domicile on that territory. All franchises and the excise taxes that implement them are civil in nature and therefore "activate" or "acquire the force of law" ONLY by your voluntary choice of domicile. Even the criminal provisions of the tax laws, for instance, are in fact civil franchises that are penal rather than criminal in nature. An example of this are the so-called "criminal" provisions of the Internal Revenue Code. All income taxes are civil franchises and a civil liabilities that attach to one's VOLUNTARY choice of civil domicile. This is covered in:

> *The "Trade or Business" Scam*, Form #05.001
> http://sedm.org/Forms/FormIndex.htm

Hence, the criminal provisions of the I.R.C. in fact are CIVIL and PENAL provisions that acquire the "force of law" based on domicile on federal territory not within the jurisdiction of any state of the Union. Furthermore, you CANNOT lawfully

acquire a domicile in a place you have never been physically present in and most Americans have never been physically present on federal territory.

I am therefore not saying that I am ABOVE any law, but simply that a large component of what most Americans think of as "law" is really just a voluntary franchise or what the courts call a "compact" that you FIRST must volunteer for before you can be subject to. It is NOT a crime to NOT volunteer for the "benefits" of such franchises or compacts. The courts have routinely held, in fact, that the exercise of any right cannot be penalized or criminalized if the result does not harm the equal rights of any specific person:

> *"It is an unconstitutional deprivation of due process for the government to penalize a person merely because he has exercised a protected statutory or constitutional right. United States v. Goodwin, 457 U.S. 368, 372 , 102 S.Ct. 2485, 2488, 73 L.Ed.2d. 74 (1982)."*
> *[People of Territory of Guam v. Fegurgur, 800 F.2d. 1470 (9th Cir. 1986)]*

> *"Where rights secured by the Constitution there can be no rule making or legislation which would abrogate them."*
> *[Miranda v. Arizona, 384 U.S. 436, 491 (1966)]*

A classic book on the common law written by a Harvard Law professor admits that all franchises, in fact, are not "law" in a classical sense, but rather "compacts". The implication is that anyone who calls a franchise "law" is LYING to you, keeping in mind that the income tax is a franchise:

> *"Municipal law, thus understood, is properly defined to be "a rule of civil conduct prescribed by the supreme power in a state, commanding what is right and prohibiting what is wrong."*
>
> *[. . .]*
>
> *__It is also called a rule to distinguish it from a compact or agreement; for a compact is a promise proceeding from us, law is a command directed to us. The language of a compact is, "I will, or will not, do this"; that of a law is, "thou shalt, or shalt not, do it." It is true there is an obligation which a compact carries with it, equal in point of conscience to that of a law; but then the original of the obligation is different. In compacts we ourselves determine and promise what shall be done, before we are obliged to do it; in laws, we are obliged to act without ourselves determining or promising anything at all. Upon these accounts law is defined to be "a rule."__*
> *[Readings on the History and System of the Common Law, Roscoe Pound, Second Edition, 1925, p. 4]*

The issue is NOT whether government should GOVERN and thereby satisfy the purpose of its creation, but rather whether:

1. Any government can civilly govern those who expressly do NOT consent. By "civilly govern", we mean enforce any portion of the CIVIL statutory laws upon them. The Declaration of Independence specifically says NO, because it says that all JUST powers of [CIVIL] government derive from the EXPRESS consent of the people.
2. A government that only protects PUBLIC property and refuses to recognize or PROTECT EXCLUSIVELY PRIVATE property is really a "government". Right now, the only way they will protect it is if you donate it to the government and become the QUALIFIED owner rather than the ABSOLUTE owner.
3. Any CIVIL government should have a MONOPOLY on civilly governing. The Declaration of Independence says they DO NOT and that we have a DUTY to provide "better safeguards for our future security" when rulers become corrupt or the government ceases to protect PRIVATE rights.
4. Any government, by promoting a monopoly on "protection", can prohibit anyone else from CIVILLY governing any aspect of their lives that they deem to be EXCLUSIVELY PRIVATE, and thereby beyond the control of government.
5. By civilly governing, any government can use its authority to enact CIVIL law to impose any kind of duty, regulation, or tax upon the populace that they did not FIRST consent to by choosing a specific status under specific franchise and being PROTECTED in the right NOT to choose such status.
6. It is a violation of the legislative intent of the Constitution or constitutes duress to implement any of the following:

6.1. Ensure that NO POWERS are delegated or reserved to the people to govern their own lives as required by the Ninth and Tenth Amendment by destroying all such authority by illegally enforced or imposed franchises.

6.2. Compel people to be subject to a "social compact" and therefore contract that they don't consent to. Governments are created to protect your right to both contract and not be compelled to contract.

6.3. Interfere with self-government by the people.

> *"The determination of the Framers Convention and the ratifying conventions to preserve complete and unimpaired state self-government in all matters not committed to the general government is one of the plainest facts which emerges from the history of their deliberations. And adherence to that determination is incumbent equally upon the federal government and the states. State powers can neither be appropriated on the one hand nor abdicated on the other. As this court said in Texas v. White, 7 Wall. 700, 725, 'The preservation of the States, and the maintenance of their governments, are as much within the design and care of the Constitution as the preservation of the Union and the maintenance of the National government. The Constitution, in all its provisions, looks to an indestructible Union, composed of indestructible States.' Every journey to a forbidden end begins with the first step; and the danger of such a step by the federal government in the direction of taking over the powers of the states is that the end of the journey may find the states so despoiled of their powers, or-what may amount to the same thing-so [298 U.S. 238, 296] relieved of the responsibilities which possession of the powers necessarily enjoins, as to reduce them to little more than geographical subdivisions of the national domain. It is safe to say that if, when the Constitution was under consideration, it had been thought that any such danger lurked behind its plain words, it would never have been ratified.*
>
> *And the Constitution itself is in every real sense a law-the lawmakers being the people themselves, in whom under our system all political power and sovereignty XE "SOVEREIGNTY:Political power and sovereignty" primarily resides, and through whom such power and sovereignty primarily speaks. It is by that law, and not otherwise, that the legislative, executive, and judicial agencies which it created exercise such political authority as they have been permitted to possess. The Constitution speaks for itself in terms so plain that to misunderstand their import is not rationally possible. 'We the People of the United States,' it says, 'do ordain and establish this Constitution.' Ordain and establish! These are definite words of enactment, and without more would stamp what follows with the dignity and character of law. The framers of the Constitution, however, were not content to let the matter rest here, but provided explicitly-'This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; ... shall be the supreme Law of the Land.' (Const. art. 6, cl. 2.) The supremacy of the Constitution as law is thus declared without qualification. That supremacy is absolute; the supremacy of a statute enacted by Congress is not absolute but conditioned upon its being made in pursuance of the Constitution. And a judicial tribunal, clothed by that instrument with complete judicial power, and, therefore, by the very nature of the power, required to ascertain and apply the law to the facts in every case or proceeding properly brought for adjudication, must apply the supreme law and reject the inferior stat- [298 U.S. 238, 297] ute whenever the two conflict. In the discharge of that duty, the opinion of the lawmakers that a statute passed by them is valid must be given great weight, Adkins v. Children's Hospital, 261 U.S. 525, 544 , 43 S.Ct. 394, 24 A.L.R. 1238; but their opinion, or the court's opinion, that the statute will prove greatly or generally beneficial is wholly irrelevant to the inquiry. Schechter Poultry Corp. v. United States, 295 U.S. 495, 549 , 550 S., 55 S.Ct. 837, 97 A.L.R. 947. "*
>
> *[Carter v. Carter Coal Co., 298 U.S. 238 (1936)]*

I think the very definition of "anarchy" is governments and/or civil rulers who:

1. Claim and protect their own sovereign immunity, but refuse to recognize the same EQUAL immunity of the people from whom that power was delegated to begin with. Hypocrites.

2. Are not directly accountable to the people or the law. They prohibit the PEOPLE from criminally prosecuting their own crimes, reserving the right to prosecute to their own fellow criminals. Who polices the police? THE CRIMINALS.

3. Have a monopoly on anything, INCLUDING "protection", and who turn that monopoly into a mechanism to force EVERYONE to become uncompensated public officers in exchange for the "privilege" of being able to even exist or earn a living to support oneself.

4. Can tax and spend any amount or percentage of the people's earnings over the OBJECTIONS of the people.

5. Can print, meaning illegally counterfeit, as much money as they want to fund their criminal enterprise, and thus to be completely free from accountability to the people.

6. Impute to themselves more rights or method of acquiring rights than the people themselves have. In other words, who are the object of PAGAN IDOL WORSHIP because they possess "supernatural" powers. By "supernatural", we mean that which is superior to the "natural", which is ordinary human beings.

7. Only enforce the law against others and NOT themselves, as a way to protect their own criminal activities by persecuting dissidents. This is called "selective enforcement". In the legal field it is also called "professional courtesy". Never kill the goose that lays the STOLEN golden eggs.

8. Deceive and/or lie to the public with impunity by telling you that you can't trust anything they say, but force YOU to sign everything under penalty of perjury when you want to talk to them. 26 U.S.C. §6065.

9. Can enact or enforce any law that they themselves are not subject to. This is a violation of the Constitutional requirement for equal protection and equal treatment.

The above type of "lawlessness" by de facto government actors is the SAME "lawlessness" that Jesus criticized the Pharisees (lawyers) for in the Holy Bible.

> *"__Woe to you, scribes [religious leaders] and Pharisees [lawyers], hypocrites!__ For you cleanse the outside of the cup and dish [OTHER people], but inside they are full of extortion and self-indulgence. Blind [to their own sin] Pharisee, first cleanse the inside of the cup and dish, that the outside of them may be clean also.*
>
> *"__Woe to you, scribes and Pharisees, hypocrites! For you are like whitewashed tombs which indeed appear beautiful outwardly, but inside are full of dead__ men's bones and __all uncleanness. Even so you also outwardly appear righteous to men, but inside you are full of hypocrisy and lawlessness.__*
> [Matt. 23:1-36, Bible, NKJV]

The ONLY thing Jesus and God ever got visibly angry at was the hypocrisy, inequity, and irresponsibility of the Pharisees, so it MUST be important for you who are lawyers to understand and eliminate this hypocrisy.

If you would like to know more about how the government is LYING TO YOU by calling any franchise such as the income tax "law" when in fact it is NOT "law" in order to deceive people into obeying it who in fact can choose NOT to be subject to it, please read:

> *Government Instituted Slavery Using Franchises*, Form #05.030
> http://sedm.org/Forms/FormIndex.htm

## 3. DETAILS OF CHANGE IN MY LEGAL DOMICILE/CITIZENSHIP AND PERSONAL ALLEGIANCE RECORDS

Ref. (1) contains facts and evidence that explains that choosing a domicile is an entirely voluntary act that cannot lawfully be compelled, because it amounts to an exercise of the protected First Amendment right of free political association. Domicile is not simply a by-product of physical presence somewhere, but has two criteria in order to establish it:

1. Physical presence in a place either currently or in the past. AND
2. An *intent* to not only remain there, but to have voluntary, consensual political allegiance to the people and the laws of that place.

The above is consistent with the requirement that minors and incompetent persons may not declare a domicile, but take on the domicile of their caregivers: Because they are incapable of giving informed consent. The allegiance and "intention" (consent) to make a place one's domicile cannot be compelled. This was confirmed by the U.S. Supreme Court when it said:

> *"The [domiciled] citizen cannot complain [about the civil laws or the tax system],*
> *because he has voluntarily submitted himself to such a form of government [by choosing*
> *a domicile therein].* He owes allegiance to the two departments, so to speak, and within
> *their respective spheres must pay the penalties which each exacts for disobedience to its*
> *laws. In return, he can demand protection from each within its own jurisdiction."*
> *[United States v. Cruikshank, 92 U.S. 542 (1875) (emphasis added)]*

If the choice of domicile is compelled, if the requirement for consent and intent is removed from domicile so that only physical presence determines it, then those instituting the duress or making the false presumption of domicile inconsistent with the wishes of the subject or with stare decisis on this subject are:

1. Engaging in criminal racketeering and extortion, by forcing me to nominate you as my protector and pay "protection money" at gunpoint called "taxes". In effect, you are compelling me, under threat of illegal actions directed against my life, liberty, and property, to pay "protection money" to a terrorist de facto private corporation masquerading as a lawful government in violation of 18 U.S.C. §1951. This is a RICO violation of the highest order.

2. Interfering with local and personal *self*-government, which was and is central to the legislative intent of the United States Constitution:

> *"The determination of the Framers Convention and the ratifying conventions to preserve*
> *complete and unimpaired state [and personal] self-government in all matters not*
> *committed to the general government is one of the plainest facts which emerges from the*
> *history of their deliberations.* And adherence to that determination is incumbent equally
> *upon the federal government and the states."*
> *[Carter v. Carter Coal Co., 298 U.S. 238 (1936)]*

3. Instituting slavery and involuntary servitude, by expecting the target of the presumption to satisfy the obligations of a legal status and relation that he never consented to. This violates the Thirteenth Amendment, 42 U.S.C. §1994, and 18 U.S.C. §1581.

4. Violating due process of law by prejudicing constitutionally protected rights of the person who is the object of the presumption.

> *(1) [8:4993] Conclusive presumptions affecting protected interests:*
>
> *A conclusive presumption may be defeated where its application would impair a party's*
> *constitutionally-protected liberty or property interests. In such cases, conclusive*
> *presumptions have been held to violate a party's due process and equal protection*
> *rights. [Vlandis v. Kline (1973) 412 U.S. 441, 449, 93 S.Ct. 2230, 2235; Cleveland Bed.*
> *of Ed. v. LaFleur (1974) 414 U.S. 632, 639-640, 94 S.Ct. 1208, 1215-presumption under*
> *Illinois law that unmarried fathers are unfit violates process]*
> *[Federal Civil Trials and Evidence, Rutter Group, paragraph 8:4993, p. 8K-34]*

5. Engaging in "compelled association" in violation of the First Amendment, by compelling a person to associate with a "state" and/or a government that he does not wish to associate with.

6. Interfering with my private right to contract. The Bible identifies itself as a covenant, promise, and "protection" contract between me and my God. I have every right to choose who my EXCLUSIVE protector is.

> *"For the LORD is our Judge, the LORD is our Lawgiver, the LORD is our King; He will*
> *save [and protect] us."*
> *[Isaiah 33:22, Bible, NKJV]*

The U.S. Constitution says in Article 1, Section 10 that states may not interfere with the enforcement of contracts. The U.S. Supreme Court has said that the federal government may not either:

> *"Independent of these views, there are many considerations which lead to the conclusion that the power to impair contracts [either the Constitution or the Holy Bible], by direct action to that end, does not exist with the general [federal] government. In the first place, one of the objects of the Constitution, expressed in its preamble, was the establishment of justice, and what that meant in its relations to contracts is not left, as was justly said by the late Chief Justice, in Hepburn v. Griswold, to inference or conjecture.* As he observes, at the time the Constitution was undergoing discussion in the convention, the Congress of the Confederation was engaged in framing the ordinance for the government of the Northwestern Territory, in which certain articles of compact were established between the people of the original States and the people of the Territory, for the purpose, as expressed in the instrument, of extending the fundamental principles of civil and religious liberty, upon which the States, their laws and constitutions, were erected. By that ordinance it was declared, that, in the just preservation of rights and property, 'no law ought ever to be made, or have force in the said Territory, that shall, in any manner, interfere with or affect private contracts or engagements bona fide and without fraud previously formed.' The same provision, adds the Chief Justice, found more condensed expression in the prohibition upon the States [in Article 1, Section 10 of the Constitution] against impairing the obligation of contracts, which has ever been recognized as an efficient safeguard against injustice; and though the prohibition is not applied in terms to the government of the United States, he expressed the opinion, speaking for himself and the majority of the court at the time, that it was clear 'that those who framed and those who adopted the Constitution intended that the spirit of this prohibition should pervade the entire body of legislation, and that the justice which the Constitution was ordained to establish was not thought by them to be compatible with legislation [or judicial precedent] of an opposite tendency.' 8 Wall. 623. [99 U.S. 700, 765] Similar views are found expressed in the opinions of other judges of this court."*
> *[Sinking Fund Cases, 99 U.S. 700 (1878)]*

I am a Christian, and as a Christian, my God says that it amounts to idolatry to put myself under any king, ruler, or earthly government. I must be served from below, not ruled from above as the King and Priest God appointed me to as per Rev. 5:9-10. Either you put me in charge of the government as the Sovereign fiduciary and ambassador of my Lord, or you can take your pagan socialist government that worships and glorifies men and money and power and remove it and yourself to a country where you will not be violating God's law, the people's rights and the Constitution of the United States of America. Therefore, my religious beliefs and practices compel me to:

1. Claim the same sovereign immunity as you do. In America, the government is a government of delegated powers alone that came from the people as individuals. The sovereign People cannot delegate an authority they don't have, nor can the government they created for their own protection claim any right or authority that they themselves do not ALSO possess, including sovereign immunity. Therefore, if you are going to insist on any obligation, you will have to produce an express written waiver of sovereign immunity signed both by me AND the government, and prove that I am domiciled on federal territory outside of the protection of the Constitution for the waiver to be effective. On land protected by the Constitution, rights are "unalienable" so that even if I did contract them away, the act would be a nullity and not surrender any rights. An "unalienable right" is one that cannot be sold, bargained away, or transferred by any commercial process, including a franchise.

> *"The Government of the United States is one of delegated powers alone. Its authority is defined and limited by the Constitution. All powers not granted to it by that instrument are reserved to the States or the people."*
> *[United States v. Cruikshank, 92 U.S. 542 (1875)]*

---

> *"Whatever these Constitutions and laws validly determine to be property, it is the duty of the Federal Government, through the domain of jurisdiction merely Federal, to recognize to be property.*
>
> *"And this principle follows from the structure of the respective Governments, State and Federal, and their reciprocal relations. They are different agents and trustees of the*

> *people of the several States, appointed with different powers and with distinct purposes,*
> *but whose acts, within the scope of their respective jurisdictions, are mutually obligatory.*
> "
>
> [Dred Scott v. Sandford, 60 U.S. 393 (1856)]

---

> "You [Jesus] are worthy to take the scroll,
> And to open its seals;
> For You were slain,
> **And have redeemed us to God by Your blood**
> Out of every tribe and tongue and people and nation,
> **And have made us kings and priests to our God;**
> **And we shall reign on the earth.**
> [*Rev. 5:9-10*, Bible, NKJV]

2. Completely disassociate with all earthly governments and rulers and to accept ONLY God as my King, Lawgiver, and Judge.

> "For the LORD is our Judge,
> The LORD is our Lawgiver,
> The LORD is our King;
> He will save [and protect] us."
> [*Isaiah 33:22*, Bible, NKJV]

3. Formally change my domicile to that of the Kingdom of God and not within any man-made government.
4. Recognize, obey, and cooperate ONLY with the enforcement of God's Holy Law and the Holy Bible and not any civil law system. God's law therefore forms the only basis for "choice of law" within the context of all civil litigation that involves me pursuant to:
   4.1. God's Laws found in the memorandum of law below:
       Laws of the Bible, Form #13.001
       http://sedm.org/Forms/FormIndex.htm
   4.2. Federal Rule of Civil Procedure 17(b)
   4.3. Federal Rule of Civil Procedure 44.1
5. Follow the example of Jesus, who declared that he had no domicile within any man-made government and was a "transient foreigner". See the following:

> Then a certain scribe came and said to Him, "Teacher, I will follow You wherever You
> go." And Jesus said to him, "Foxes have holes and birds of the air have nests, but the Son
> of Man has nowhere to lay His head [NO domicile]."
> [Matt. 8:19-20, Bible, NKJV]

6. Follow the leadings of the spirit, and thereby escape the dictates of the civil but not criminal law:

> "But if you are led by the Spirit, you are not under the law [man's law, because you have
> no domicile]."
> [*Gal. 5:18*, Bible, NKJV]

7. Follow the example of my Lord and Savior, Jesus Christ, by adopting RELIGIOUS anarchy and biblical law as my only form of self-government. By that I mean I comply with the CIVIL laws of the bible and NO STATUTORY civil laws of any secular government, because I am not allowed to have a civil domicile within any secular government and therefore cannot be subject to the statutory civil laws of any government under Federal Rules of Civil Procedure 17(b). I am, however, subject to the criminal laws because they do not require consent or domicile, the common laws of England, the Constitution, and the civil laws of the Bible. Thus I am not an anarchist against ALL enacted law, but the small subset of all law called the civil statutory law. For more on the subject of RELIGIOUS anarchy and the three types of anarchists, see;

> *Problems with Atheistic Anarchism*, Form #08.020
> *https://sedm.org/Forms/FormIndex.htm*

To practice RELIGIOUS anarchy is not harmful or chaotic, but instead implies to live without any earthly CIVIL ruler by surrendering governance of my life to God Himself and becoming His fiduciary, and relying only on God's Laws in the Holy Bible and other believers as the method of settling disputes:

> "Main Entry: an·ar·chy
> Function: noun
> Etymology: Medieval Latin anarchia, from Greek, from anarchos **having no**
> **[earthly CIVIL] ruler**, from an- + archos ruler -- more at <u>ARCH-</u>"
> [Source:  Merriam Webster Dictionary]

8. Become a fiduciary of God, who is a "<u>nontaxpayer</u>", and therefore becoming a "nontaxpayer". My legal status takes on the character of the sovereign who I represent pursuant to Federal Rule of Civil Procedure 17(b). Therefore, I become a "<u>foreign diplomat</u>" .

> **"_For God is the King of all the_ earth; Sing praises with understanding."**
> [<u>Psalm 47:7</u>, Bible, NKJV]

> "For the LORD is our Judge, the LORD is our Lawgiver, the LORD is our King; He will
> save [and protect] us."
> [<u>Isaiah 33:22</u>, Bible, NKJV]

9. Become or restore my lawful status as a statutory "<u>Non-resident non-person</u>" and a CONSTITUTIONAL but not STATUTORY "citizen" pursuant to federal law.  The reason this must be so is that a _statutory_ "<u>citizen of the United States</u>" (who are all born in and residing within or domiciled within exclusive federal jurisdiction under <u>8 U.S.C. §1401</u>) may not be classified as an instrumentality of a foreign state under <u>28 U.S.C. §1332</u>(c) and (d) and <u>28 U.S.C. §1603</u>(b). I am a "citizen" under the Fourteenth Amendment because I was born within a state of the Union, but not a "citizen" under <u>8 U.S.C. §1401</u> because not born on federal territory. States of the Union and federal territories are part of two separate, mutually exclusive jurisdictions and I cannot permit them to be confused.

10. Correct government records to reflect the fact that I am not, and cannot be a statutory "<u>resident</u>" of any earthly jurisdiction without having a conflict of interest in executing my fiduciary duty to God and violating the first four Commandments of the <u>Ten Commandments</u> found in Exodus 20.  Heaven is my exclusive legal "<u>domicile</u>", and my "permanent place of abode", and the source of <u>ALL</u> of my permanent protection and security.  I cannot and should not rely upon man's vain earthly laws as an idolatrous substitute for Gods sovereign laws found in the Bible.  Instead, only God's Laws and the Common law, which is derived from God's Law, are the only suitable protection for my God-given rights.

> "For I was ashamed to request of the king an escort of soldiers and horsemen to help us
> against the enemy on the road, because we had spoken to the king, saying 'The hand of our
> God is upon all those for good who seek Him, but His power and His wrath are against all
> those who forsake Him.'  So we fasted and entreated our God for this, and He answered
> our prayer."
> [<u>Ezra 8:21-22</u>, Bible, NKJV]

11. Become a "Foreign Ambassador" and "Minister of a <u>Foreign State</u>" called Heaven.  The U.S. Supreme Court said in U.S. v. Wong Kim Ark below that "ministers of a foreign state" may not be statutory "citizens of the United States".

> **"_For our citizenship is in heaven [and not earth]_, from which we also eagerly wait for the**
> **Savior, the Lord Jesus Christ"**
> [<u>Philippians 3:20</u>, Bible, NKJV]

> **"_I am a stranger in the earth_; Do not hide Your commandments [laws] from me."**
> [<u>Psalm 119:19</u>, Bible, NKJV]

> "I have become a stranger to my brothers, and an alien to my mother's children; because
> zeal for Your [God's] house has eaten me up, and the reproaches of those who reproach
> You have fallen on me."
> [<u>Psalm 69:8-9</u>, Bible, NKJV]

---

> *"And Mr. Justice Miller, delivering the opinion of the court [legislating from the bench, in this case], in analyzing the first clause [of the* <u>Fourteenth Amendment</u>*], observed that* "*<u>the phrase 'subject to the jurisdiction thereof' was intended to exclude from its operation children of ministers, consuls, and citizens or subjects of foreign states</u>, born within the United States."*
> *[U.S. v. Wong Kim Ark,* <u>169 U.S. 649</u>*, 18 S.Ct. 456; 42 L.Ed. 890 (1898)]*

12. Turn my dwelling into a "Foreign Embassy". Notice I didn't say "residence", because only "<u>residents</u>" can have a "residence". See Ref. (1) for details on this SCAM.

13. You are required by <u>18 U.S.C. §112</u> and the <u>Foreign Sovereign Immunities Act of 1976</u> to treat me as a "protected foreign official" of a foreign government called Heaven.

14. Become a "<u>stateless person</u>" immune from the jurisdiction of federal courts. I am "stateless" because I do not maintain a domicile anywhere within any of the "States" YOU have identified as federal territories in <u>28 U.S.C. §1332</u>(d). Pursuant to <u>Federal Rule of Civil Procedure 17</u>(b), the only law that may be applied to a "stateless person" is the law of the state where he maintains domicile, which in this case are the laws of God documented in the Holy Bible. These laws are summarized at the address below:
    http://famguardian.org/Subjects/LawAndGovt/ChurchVState/BibleLawIndex/bl_index.htm

15. Terminate participation in any and all commercial franchises offered by any and every government, including marriage licenses, driver's licenses, social security, income taxes, etc. See:
    > *Government Instituted Slavery Using Franchises*, Form #05.030
    > http://sedm.org/Forms/FormIndex.htm

16. Immediately cease all "<u>commerce</u>" or "intercourse" with the government by sending to it our money or receiving benefits we did not earn. Black's Law Dictionary defines "<u>commerce</u>" as "intercourse". The Bible defines "the Beast" as the "kings of the earth"/political rulers in Rev. 19:19:

> *"And I saw the beast, the kings [heathen political rulers and the unbelieving democratic majorities who control them] of the earth [controlled by Satan], and their armies, gathered together to make war against Him [God] who sat on the horse and against His army."*
> *[*<u>Revelation 19:19</u>*, Bible, NKJV]*

This is consistent with the Foreign Sovereign Immunities Act found in <u>28 U.S.C. §1605</u>(a)(2), which says that those who conduct "<u>commerce</u>" with the "<u>United States</u>" federal corporation within its legislative jurisdiction thereby surrender their sovereignty. See the following for details: http://travel.state.gov/law/info/judicial/judicial_693.html

My Lord, God, King, and Lawgiver agreed with the above conclusions when He said:

> *"Adulterers and adulteresses! Do you now know that friendship [and "citizenship"] with the world [or the governments of the world] is enmity with God?* <u>*Whoever therefore wants to be a friend ["citizen" or "taxpayer" or "resident" or "inhabitant"] of the world makes himself an enemy of God.*</u>*"*
> *[*<u>James 4:4</u>*, Bible, NKJV]*

If you would like to know why some pastors agree that I must do this, please listen to the following messages confirming the above:

1. Newbreak Fellowship, Pastor D.J. Marx, July 16, 2013
   https://www.youtube.com/watch?v=e5kWXvKICcs
2. Pastor Mike Macintosh of <u>Horizon Christian Fellowship</u> given on 5/14/2006. He uses the word "aliens", but what he really means is "foreigners". A person who is a "non-resident non-person" is a "foreigner" but not a "foreign person", statutory "alien", or "individual" in relation to the national government.
   http://sedm.org/Aliens-20060514-Macintosh-MothDay.mp3

The U.S. Supreme Court also ruled that I am ENTITLED to do this, when it said the following when speaking about a person with conflicting allegiances between God and the Government:

> *"Much has been said of the paramount duty to the state, a duty to be recognized, it is urged, even though it conflicts with convictions of duty to God. Undoubtedly that duty to the state exists within the domain of power, for government may enforce obedience to laws*

*regardless of scruples. When one's belief collides with the power of the state, the latter is supreme within its sphere and submission or punishment follows. But, in the forum of conscience, duty to a moral power higher than the state has always been maintained. The reservation of that supreme obligation, as a matter of principle, would unquestionably be made by many of our conscientious and law-abiding citizens. The essence of religion is belief in a relation to God involving duties superior to those [283 U.S. 605, 634] arising from any human relation. As was stated by Mr. Justice Field, in Davis v. Beason, 133 U.S. 333, 342 , 10 S.Ct. 299, 300: 'The term 'religion' has reference to one's views of his relations to his Creator, and to the obligations they impose of reverence for his being and character, and of obedience to his will.' One cannot speak of religious liberty, with proper appreciation of its essential and historic significance, without assuming the existence of a belief in supreme allegiance to the will of God. Professor Macintosh, when pressed by the inquiries put to him, stated what is axiomatic in religious doctrine. And, putting aside dogmas with their particular conceptions of deity, freedom of conscience itself implies respect for an innate conviction of paramount duty. The battle for religious liberty has been fought and won with respect to religious beliefs and practices, which are not in conflict with good order, upon the very ground of the supremacy of conscience within its proper field. What that field is, under our system of government, presents in part a question of constitutional law, and also, in part, of legislative policy in avoiding unnecessary clashes with the dictates of conscience. There is abundant room for enforcing the requisite authority of law as it is enacted and requires obedience, and for maintaining the conception of the supremacy of law as essential to orderly government, without demanding that either citizens or applicants for citizenship shall assume by oath an obligation to regard allegiance to God as subordinate to allegiance to civil power. The attempt to exact such a promise, and thus to bind one's conscience by the taking of oaths or the submission to tests, has been the cause of many deplorable conflicts. The Congress has sought to avoid such conflicts in this country by respecting our happy tradition. In no sphere of legislation has the intention to prevent such clashes been more conspicuous than in relation to the bearing of arms. It would require strong evidence [283 U.S. 605, 635] that the Congress intended a reversal of its policy in prescribing the general terms of the naturalization oath. I find no such evidence."*

*[U.S. v. Macintosh, 283 U.S. 605 (1931)]*

Note that this RETROACTIVE declaration of new domicile and allegiance does not constitute or imply:

1. An abandonment of allegiance to the "state" as a "national" born in a state of the Union, which is a "foreign state", and a "foreign country" pursuant to 8 U.S.C. §1101(a)(21) and 28 U.S.C. §297(a) and (b).
2. A decision of expatriation from the state pursuant to any part of 8 U.S.C. §1481(a)(2) or by any other provision of this section.

*TITLE 8 > CHAPTER 12 > SUBCHAPTER III > Part III > § 1481*
*§ 1481. Loss of nationality by native-born or naturalized citizen; voluntary action; burden of proof; presumptions*

*(a) A person who is a national of the United States whether by birth or naturalization, shall lose his nationality by voluntarily performing any of the following acts with the intention of relinquishing United States nationality—*

*(1) obtaining naturalization in a foreign state upon his own application or upon an application filed by a duly authorized agent, after having attained the age of eighteen years; or*

*(2) taking an oath or making an affirmation or other formal declaration of allegiance to a foreign state or a political subdivision thereof, after having attained the age of eighteen years; or*

Since this voluntary decision of mine is a fulfillment of my religious beliefs and an exercise of religious liberty protected by the First Amendment, you cannot lawfully punish me in said exercise by, for instance, taking away my citizenship by birth

or naturalization because my allegiance to God (heavenly citizenship) or His laws (heavenly domicile) assumes a role SUPERIOR to that of the state.  You will note that my religion COMMANDS me to take oaths to my Lord and Savior and ONLY to Him.  To wit:

> *"You shall fear the LORD your God and serve Him, and shall take oaths [to Him and ] in His name."*
> *[Deut. 6:13, Bible, NKJV]*

> *"Again you have heard that it was said to those of old, 'You shall not swear falsely, but shall perform your oaths to the Lord.'*
>
> *"But I say to you, <u>do not swear at all: neither by heaven, for it is God's throne;  nor by the earth, for it is His footstool; nor by Jerusalem, for it is the city of the great King</u>.*
>
> *"Nor shall you swear by your head, because you cannot make one hair white or black.*
>
> *"But let your 'Yes' be 'Yes,' and your 'No,' 'No.' For whatever is more than these is from the evil one.*
> *[Jesus in Matt. 5:33-37, Bible, NKJV]*

An important requirement in changing one's domicile is that the person changing domicile must reside on the territory of the sovereign either presently or in the past.  Well, the Lord owns the entire earth and I am physically present on earth at the time of this formal declaration.

> *"<u>For God is the King of all the</u> earth; Sing praises with understanding."*
> *[Psalm 47:7, Bible, NKJV]*

> *The heavens are Yours [God's], the earth also is Yours;*
> *The world and all its fullness, You have founded them.*
> *The north and the south, You have created them;*
> *Tabor and Hermon rejoice in Your name.*
> *You have a mighty arm;*
> *Strong is Your hand, and high is Your right hand."*
> *[Psalm 89:11-13, Bible, NKJV]*

> *"I have made the earth,*
> *And created man on it.*
> *I—My hands—stretched out the heavens,*
> *And all their host I have commanded."*
> *[Isaiah 45:12, Bible, NKJV]*

> *"Indeed heaven and the highest heavens belong to the Lord your God, also the earth with all that is in it."*
> *[Deuteronomy 10:14, Bible, NKJV]*

For you to declare that I am *not* physically present within the territory of my Sovereign Lord to whom I have shifted my domicile and primary legal allegiance is to unlawfully:

1. Exceed your delegated authority.
2. Establish or disestablish a religion.

> *A problem common to both religion clauses of the First Amendment is the dilemma of defining religion.  To define religion is in a sense to establish it--those beliefs that are*

*included enjoy a preferred constitutional status. For those left out of the definition, the definition may prove coercive. Indeed, it is in this latter context, which roughly approximates the area covered by the free exercise clause, where the cases and discussion of the meaning of religion have primarily centered. Professor Kent Greenawalt challenges the effort, and all efforts, to define religion: "No specification of essential conditions will capture all and only the beliefs, practices, and organizations that are regarded as religious in modern culture and should be treated as such under the Constitution". Greenawalt, Religion As a Concept in Constitutional Law, 72 Cal. L.Rev. 753 (1984)*
*[First Amendment Law in a Nutshell, Second Edition, pp. 266-267, Jerome A Barron, West Group]*

3. Interfere with my free exercise of my religion in violation of the First Amendment to the United States Constitution.
4. Unconstitutionally involve the courts and the government in religious and political matters, which it has no jurisdiction to do without violating the First Amendment and the separation of powers doctrine. See:

> *Government Conspiracy to Destroy the Separation of Powers,* Form #05.023
> http://sedm.org/Forms/FormIndex.htm

5. Declare that God does not exist.
6. Declare that God is *not* Sovereign, which is to make the state formally and officially an atheist state which I definitely have good cause to want to disassociate with.
7. Contradict the Bible, which says that the earth belongs to the Lord, and NOT to any man or government. This deprives Him of the use and control of His private property.

With respect to my citizenship status, I declare all previous Affidavits, Declarations, etc., either made by me or in my name by another, which are in conflict with this document to be null and void ab initio.

I further Declare that it is a fact that I pledge my complete allegiance to Christ Jesus, my King, and I am an Ambassador for Christ as per 2nd Corinthians 5:20 of the Holy Scriptures. Hence, I have entered into the jurisdiction of the Lord's Kingdom as a Citizen thereof in fulfillment of the following Scriptures:

> *"It is better to trust in the Lord*
> *Than to put confidence in man*
> *It is better to trust in the Lord*
> *Than to put confidence in princes [or government, or bureaucrats, or judges, or lawyers]."*
> *[Psalm 118:8-9, Bible, NKJV]*

> *"I am the Lord your God, who brought you out of Egypt, out of the house of bondage. **You shall have no other gods [or a government or materialism or love of money or earthly laws] before Me**. You shall not make for yourself a carved image...**you shall not bow down to them nor serve them** [including your government, because you are the sovereign, not the government]. For I, the Lord your God am a jealous God, visiting the iniquity of the fathers upon the children of the third and fourth generations of those who hate Me, but showing mercy to thousands to those who love me and keep my commandments."*
> *[Exodus 20:2-6, Bible, NKJV]*

I likewise declare that it is a fact that I pledge my secondary allegiance (below that of God but above that of any other ephemeral nation or state) to the United States *of America* and to the *REPUBLIC [based on individual rights and freedom], for which it stands one nation, under GOD, indivisible, with liberty, and justice and freedom for all.* God bless America! That allegiance, in turn, is to INDIVIDUAL PEOPLE in their PRIVATE and not PUBLIC capacity, who are my neighbors and "the state" as legally defined. That allegiance is NOT to a "government", which in fact is a fiction of law akin to a civil religion.

> *"State. A people permanently occupying a fixed territory bound together by common-law habits and custom into one body politic exercising, through the medium of an organized government, independent sovereignty and control over all persons and things within its boundaries, capable of making war and peace and of entering into international relations with other communities of the globe. United States v. Kusche, D.C.Cal., 56*

F.Supp. 201 207, 208. *The organization of social life which exercises sovereign power in behalf of the people. Delany v. Moralitis, C.C.A.Md., 136 F.2d 129, 130.* **In its largest sense, a "state" is a body politic or a society of men.** *Beagle v. Motor Vehicle Acc. Indemnification Corp., 44 Misc.2d 636, 254 N.Y.S.2d 763, 765.* **A body of people occupying a definite territory and politically organized under one government.** *State ex re. Maisano v. Mitchell, 155 Conn. 256, 231 A.2d 539, 542. A territorial unit with a distinct general body of law. Restatement, Second, Conflicts, §3. Term may refer either to body politic of a nation (e.g. United States) or to an individual government unit of such nation (e.g. California).*

*[...]*

**The people of a state, in their collective capacity, considered as the party wronged by a criminal deed; the public; as in the title of a cause, "The State vs. A.B."**

*[Black's Law Dictionary, Sixth Edition, p. 1407]*

---

**"Fiction of law.** *An assumption or supposition of law that something which is or may be false is true, or that a state of facts exists which has never really taken place.* **<u>An assumption [PRESUMPTION], for purposes of justice, of a fact that does not or may not exist. A rule of law which assumes as true, and will not allow to be disproved, something which is false,</u>** *but not impossible. Ryan v. Motor Credit Co., 30 N.J.Eq. 531, 23 A.2d 607, 621. These assumptions are of an innocent or even beneficial character, and are made for the advancement of the ends of justice. They secure this end chiefly by the extension of procedure from cases to which it is applicable to other cases to which it is not strictly applicable, the ground of inapplicability being some difference of an immaterial character. See also Legal fiction."*
*[Black's Law Dictionary, Sixth Edition, p. 623]*

The allegiance I have to my neighbor in his INDIVIDUAL and PRIVATE capacity, personified in the term "United States OF AMERICA" is NOT of the following type either, because it is not towards any GOVERNMENT:

**"Allegiance.** *Obligation of <u>fidelity and obedience to government</u> in consideration for protection that government gives. U.S. v. Kyh, D.C.N.Y., 49 F.Supp 407, 414.* See also *Oath of allegiance or loyalty."*
*[Black's Law Dictionary, Sixth Edition, p. 74]*

The reason why this must be so is made clear by God Himself:

*"Owe no one anything [including ALLEGIANCE], except to love one another; for he who loves his neighbor has fulfilled the law."*
*[Romans 13:8, Bible, NKJV]*

In keeping with the content of this section, I have terminated any state driver's license and revoked registration to vote, both of which create a "presumption" of domicile within a state which now is "foreign" with respect to a "transient foreigner" and "stateless person" such as myself.

I remind you that the U.S. Supreme Court has ruled that as an American National, it is my right to be "left alone", and especially by the government.

*"The makers of our Constitution undertook to secure conditions favorable to the pursuit of happiness. They recognized the significance of man's spiritual nature, of his feelings and of his intellect. They knew that only a part of the pain, pleasure and satisfactions of life are to be found in material things. They sought to protect Americans in their beliefs, their thoughts, their emotions and their sensations.* **<u>They conferred, as against the Government,</u>**

> *the right to be let alone - the most comprehensive of rights and the right most valued by*
> *civilized men."*
> [Olmstead v. United States, 277 U.S. 438, 478 (1928) (Brandeis, J., dissenting); see also
> Washington v. Harper, 494 U.S. 210 (1990)]

This right is the most comprehensive of rights recognized but not created by the Constitution. The Constitution, likewise, is law for YOU and not for me, and it attaches not to me or my status, but to the LAND I stand on.

> *"It is locality that is determinative of the application of the Constitution, in such matters*
> *as judicial procedure, and not the status of the people who live in it."*
> [Balzac v. Porto Rico, 258 U.S. 298 (1922)]

Changing or at least correctly and unambiguously describing my municipal domicile so as to civilly "divorce the state" is the most effective and expedient way I know of to accomplish that end.

I also remind the recipient of this notice that it costs NOTHING for the government to simply LEAVE ME ALONE in the context of civil statutes, and that the exercise of EXCLUSIVELY PRIVATE rights cannot be taxed or regulated. Therefore, it is entirely inappropriate to attempt to induct me into any kind of "scheme" to assert any liability to pay taxes for "protection" that I don't want and don't need and actually regard as harmful to my interests. You are OFFICIALLY AND PERMANENTLY FIRED as my "protector". You are inefficient, wasteful, disobedient to the law, and not only don't protect me but INJURE me.

> *"Similarly, when a person is prevented from leaving his domicile by circumstances not*
> *of his doing and beyond his control, he may be relieved of the consequences attendant*
> *on domicile at that place. In Roboz (USDC D.C. 1963) [Roboz v. Kennedy, 219 F.Supp.*
> *892 (D.D.C. 1963), p. 24], a federal statute was involved which precluded the return of an*
> *alien's property if he was found to be domiciled in Hungary prior to a certain date. It was*
> *found that Hungary was Nazi-controlled at the time in question and that the persons*
> *involved would have left Hungary (and lost domicile there) had they been able to. Since*
> *they had been precluded from leaving because of the political privations imposed by the*
> *very government they wanted to escape (the father was in prison there), the court would*
> *not hold them to have lost their property based on a domicile that circumstances beyond*
> *their control forced them to retain."*
> [Conflicts in a Nutshell, David D. Siegel and Patrick J. Borchers, West Publishing, p. 24]

Of those politicians, lawyers, and judges who would attempt to ridicule, penalize, or interfere with the exercise of religious rights protected by the First Amendment, our first President and most revered founding father, George Washington, said the following:

> *"Of all the dispositions and habits which lead to political prosperity, Religion and morality*
> *are indispensable supports. In vain would that man claim the tribute of Patriotism who*
> *should labour to subvert these great Pillars of human happiness, these firmest props of the*
> *duties of Men and citizens. The mere politician, equally with the pious man, ought to*
> *respect and to cherish them. A volume could not trace all their connections with private*
> *and public felicity. Let it simply be asked, "where is the security for property, for*
> *reputation, for life, if the sense of religious obligation desert the oaths which are the*
> *instruments of investigation in courts of justice?" And let us with caution indulge the*
> *supposition that morality can be maintained without religion. Whatever may be conceded*
> *to the influence of refined education on minds of peculiar structure, reason and experience*
> *both forbid us to expect that national morality can prevail in exclusion of religious*
> *principle."*
> [George Washington, Farewell Address]

Along the above lines, our Second President of the United States said the following:

> *"We have no government armed with the power capable of contending with human*
> *passions unbridled by morality and religion. Avarice [greed], ambition, revenge, or*
> *gallantry [debauchery], would break the strongest cords of our Constitution as a whale*

> *goes through a net. <u>Our Constitution was made only for a moral and religious [and a</u>*
> *<u>well educated and self-governing] people. It is wholly inadequate to the government of</u>*
> *<u>any other.</u>"*
> *[John Adams, 2nd President]*

May the judgment of God be upon you for your sins if you attempt to illegally penalize me using an unconstitutional Bill of Attainder in violation of Article 1 Section 10 of the Constitution, remove my citizenship, or otherwise terrorize me for the free exercise of my religious rights protected by the <u>First Amendment</u> as documented in this correspondence:

> *"It is an unconstitutional deprivation of due process for the government to penalize a person merely because he has exercised a protected statutory or constitutional right. United States v. Goodwin, <u>457 U.S. 368</u>, 372, 102 S.Ct. 2485, 2488, 73 L.Ed.2d. 74 (1982)."*
> *[People of Territory of Guam v. Fegurgur, 800 F.2d. 1470 (9th Cir. 1986)]*

> *"A judgment rendered in violation of due process is void in the rendering State and is not entitled to full faith and credit elsewhere.*
> *[Pennoyer v. Neff, <u>95 U.S. 714</u>, 732-733 (1878)]*

> *"Due process of law is violated when the government vindictively attempts to penalize a person for exercising a protected statutory or constitutional right."*
> *[United States v. Conkins, 9 F.3d. 1377, 1382 (9th Cir. 1993)]*

## 4.   CONTRACTUAL AND COMMERCIAL DIVORCE FROM THE STATE AND UNITED STATES

### 4.1   Constraints upon my right to contract

From the date of my birth to my death, I declare and give "reasonable notice" to all interested parties in the government that I cannot and will not be bound by any exercise of my right to contract that:

1.   <u>Is between me and any government, including any state government or the national government.</u>
     1.1.   The Declaration of Independence, which is the organic law of this country, asserts unequivocally that our rights are "unalienable" in relation to the government, which means that they cannot be bargained away through any commercial process, including a franchise agreement or government "benefit" program.

> *"We hold these truths to be self-evident, that <u>all men are created equal, that they are</u>*
> *<u>endowed by their Creator with certain unalienable Rights</u>, that among these are Life, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, -"*
> *[Declaration of Independence]*

> *"Unalienable. Inalienable; incapable of being aliened, that is, sold and transferred."*
> *[Black's Law Dictionary, Fourth Edition, p. 1693]*

Therefore, the only people who can bargain away rights under civil law are those domiciled on federal territory not protected by the Constitution and therefore where such rights DO NOT exist. I am NOT such a person:

> *"Indeed, the practical interpretation put by Congress upon the Constitution has been long continued and uniform to the effect [182 U.S. 244, 279] that <u>the Constitution is applicable</u>*
> *<u>to territories acquired by purchase or conquest, only when and so far as Congress shall</u>*
> *<u>so direct. Notwithstanding its duty to 'guarantee to every state in this Union a republican</u>*
> *<u>form of government' (art. 4, 4), by which we understand, according to the definition of</u>*
> *<u>Webster, 'a government in which the supreme power resides in the whole body of the</u>*
> *<u>people, and is exercised by representatives elected by them,' Congress did not hesitate,</u>*
> *<u>in the original organization of the territories of Louisiana, Florida, the Northwest</u>*
> *<u>Territory, and its subdivisions of Ohio, Indiana, Michigan, Illinois, and Wisconsin and</u>*

*still more recently in the case of Alaska, to establish a form of government bearing a much greater analogy to a British Crown colony than a republican state of America, and to vest the legislative power either in a governor and council, or a governor and judges, to be appointed by the President. It was not until they had attained a certain population that power was given them to organize a legislature by vote of the people. In all these cases, as well as in territories subsequently organized west of the Mississippi, Congress thought it necessary either to extend to Constitution and laws of the United States over them, or to declare that the inhabitants should be entitled to enjoy the right of trial by jury, of bail, and of the privilege of the writ of habeas corpus, as well as other privileges of the bill of rights."*
[Downees v. Bidwell, 182 U.S. 244 (1901)]

1.2. The Founding Fathers assert that we should not enter into any contracts or alliances with foreign powers, which includes the foreign jurisdiction of federal territory. This is the legislative intent of all founding documents, including the Constitution, and I intend to give full force and effect to that legislative intent:

"My ardent desire is, and my aim has been...to comply strictly with all our engagements foreign and domestic; *but to keep the United States free from political connections with every other Country. To see that they may be independent of all, and under the influence of none. In a word, I want an American character, that the powers of Europe may be convinced we act for ourselves and not for others* [as "public officers"]; this, in my judgment, is the only way to be respected abroad and happy at home."
[George Washington, (letter to Patrick Henry, 9 October 1775);
Reference: The Writings of George Washington, Fitzpatrick, ed., vol. 34 (335)]

"About to enter, fellow citizens, on the exercise of duties which comprehend everything dear and valuable to you, it is proper that you should understand what I deem the essential principles of our government, and consequently those which ought to shape its administration. I will compress them within the narrowest compass they will bear, stating the general principle, but not all its limitations. Equal and exact justice to all men, of whatever state or persuasion, religious or political; *peace, commerce, and honest friendship with all nations – entangling alliances [contracts, treaties, franchises] with none;*"
[Thomas Jefferson, First Inaugural Address, March 4, 1801]

1.3. The Bible forbids me to contract with any government and I am acting as a fiduciary, public officer, and trustee of the God under the terms of the Bible trust indenture 24 hours a day, 7 days a week. I take my sincerely held religious faith and practice very seriously.

"You shall have no other gods [including political rulers, judges, governments, or earthly laws] before Me [or My commandments]."
[Exodus 20:3, Bible, NKJV]

"Do not walk in the statutes of your fathers [the heathens], nor observe their judgments, nor defile yourselves with their idols. I am the LORD your God: Walk in My statutes, keep My judgments, and do them; hallow My Sabbaths, and they will be a sign between Me and you, that you may know that I am the LORD your God."
[Ezekial 20:10-20, Bible, NKJV]

"Take heed to yourself, lest you make a covenant or mutual agreement [contract, franchise agreement] with the inhabitants of the land to which you go, lest it become a snare in the midst of you."
[Exodus 34:12, Bible, Amplified version]

"You shall make no covenant [contract or franchise] with them [foreigners, pagans], nor with their [pagan government] gods [laws or judges]. They shall not dwell in your land [and you shall not dwell in theirs by becoming a "resident" in the process of contracting*

*with them], lest they make you sin against Me [God].   For if you serve their gods [under contract or agreement or franchise], it will surely be a snare to you."*
*[Exodus 23:32-33, Bible, NKJV]*

See also:

*Delegation of Authority Order from God to Christians*, Form #13.007
http://sedm.org/Forms/FormIndex.htm

2. Does not contain the signature of all parties to whom the rights are surrendered. For instance, no government form signed by other than a contracting officer of the government can convey any rights to the government over my life, liberty, property whatsoever. You will note that no tax forms are signed by *any* representative or contracting officer of the government, and therefore convey no rights to the government nor establish any valid contract or enforceable right. You also do not have my consent to treat any such forms as negotiable securities which create any right for any third party either. It is also worthy of noting that the only parties who can contract on behalf of the government serve in the Legislative and not Executive Branch of the government. To wit:

> *"But the short answer to this contention is that since no official of the government could have rendered it liable for this work by an express contract, none can by his acts or omissions create a valid contract implied in fact. The limitation upon the authority to impose contract obligations upon the United States is as applicable to contracts by implication as it is to those expressly made."*
> *[Sutton v. U.S., 256 U.S. 575 (1921)]*

3. Is not expressed solely in writing. The U.S. Government in the act of June 2, 1862, 12 Stat. 411 passed a law requiring that all contracts MUST be expressed in writing and are of no force and effect if they are not. In our system of government, all powers of the government derive from the sovereign people and are delegated from and by them to the government. If the government can pass such an act, I too can demand the same in all my interactions with any and all governments. This is a requirement of equal protection of the laws mandated by the Fourteenth Amendment, Section 1. For details on this exercise of government power, see Clark v. United States, 94 U.S. 539 (1877):

> *"Every man is supposed to know the law. A party who makes a contract with an officer [of the government] without having it reduced to writing is knowingly accessory to a violation of duty on his part. Such a party aids in the violation of the law."*
> *[Clark v. United States, 95 U.S. 539 (1877)]*

4. Does not both contain and completely describe ALL of the obligations arising out of it directly within the document itself. No obligation arising out of any transaction made with the government may be *implied* or *assumed*, but must instead be *expressly stated* in the application or form itself which creates said obligation. Any obligation alleged to arise out of signing a government document *must* be completely described directly in the document itself or it shall be presumed to *not* exist. For such a circumstance, it is not and shall not be enough for the government or any court of law to simply claim "every citizen of the United States is supposed to know the law" and use this as a justification for the method by which the person signing the document received the requisite "reasonable notice" of the terms he would be bound by. Since the enforcement of private rights created by private contracts requires full disclosure of all rights conveyed, the government can claim no less of an obligation in relation to me, the Sovereign whom it exists and was created exclusively to serve and protect. This will prevent attempts by the government to engage in the equivalent of "invisible contracts" and it is the only way to ensure that surrenders of Constitutional rights are knowing, voluntary, fully-informed, explicit acts of the citizen who is allegedly surrendering his or her rights:

> *"There is an element of fiction in the presumption that every citizen is charged with a responsibility to know what the law is. But the array of government executives, judges, and legislators who have been accused, and convicted, of mail fraud under the well-settled construction of the statute that the Court renounces today are people who unquestionably knew that their conduct was unlawful. Cf. Nash v. United States, 229 U.S. 373, 377 (1913)."*
> *[Mcnally v. United States, 483 U.S. 350 (1987)]*

> *"Waivers of Constitutional rights not only must be voluntary, but must be knowing, intelligent acts done with sufficient awareness of the relevant circumstances and likely consequences."*

---

*Declaration of Intention to Change Domicile/Citizenship, Divorce the U.S., and Criminal Complaint*          **64 of 120**
Form 10.001, Rev. 01-27-2015

*[Brady v. U.S., 397 U.S. 742 (1970)]*

*"The question of a waiver of a federally guaranteed constitutional right is, of course, a federal question controlled by federal law. There is a presumption against the waiver of constitutional rights, see, e.g. Glasser v. United States, 315 U.S. 60, 70-71, 86 L.Ed. 680, 699, 62 S.Ct. 457, and for a waiver to be effective it must be clearly established that there was "an intentional relinquishment or abandonment of a known right or privilege." Johnson v. Zerbst, 304 U.S. 458, 464, 82 L.Ed. 1461, 1466; 58 S.Ct. 1019, 146 A.L.R. 357."*
*[Brookhart v. Janis, 384 U.S. 1; 86 S.Ct. 1245, 16 L.Ed.2d. 314 (1966)]*

*"Where rights secured by the Constitution there can be no rule making or legislation [or government forms] which would abrogate them."*
*[Miranda v. Arizona, 384 U.S. 436, 491 (1966)]*

*"Where administrative action may result in loss of both property and life, or of all that makes life worth living, any doubt as to the extent of power delegated to administrative officials is to be resolved in citizen's favor, and court must be especially sensitive to the citizen's rights where proceeding is non-judicial."*
*[United States v. Minker, 350 U.S. 179, 76 S.Ct. 281 (1956)]*

If the government believes that there exists any contractual obligations or agreements towards it on my part which are *not* specifically invalidated by this document, it is specifically demanded to produce court-admissible evidence of same within 30 days of receipt of this notice or forever be estopped from asserting any future civil claims against me, the Submitter.

## 4.2   Reservation of rights

Pursuant to U.C.C. §1-207 and its successor, U.C.C. §1-308, I reserve ALL my inalienable constitutional and natural rights at all times in the context of any interactions with any man-made government of any state of the Union or the federal government.  I also demand, pursuant to U.C.C. §3-308, that the government present the signed contract:

*Uniform Commercial Code*
*§ 3-308. PROOF OF SIGNATURES AND STATUS AS HOLDER IN DUE COURSE.*

*(a) In an action with respect to an instrument, the authenticity of, and authority to make, each signature on the instrument is admitted unless specifically denied in the pleadings. If the validity of a signature is denied in the pleadings, the burden of establishing validity is on the person claiming validity, but the signature is presumed to be authentic and authorized unless the action is to enforce the liability of the purported signer and the signer is dead or incompetent at the time of trial of the issue of validity of the signature. If an action to enforce the instrument is brought against a person as the undisclosed principal of a person who signed the instrument as a party to the instrument, the plaintiff has the burden of establishing that the defendant is liable on the instrument as a represented person under Section 3-402(a).*

*(b) If the validity of signatures is admitted or proved and there is compliance with subsection (a), a plaintiff producing the instrument is entitled to payment if the plaintiff proves entitlement to enforce the instrument under Section 3-301, unless the defendant proves a defense or claim in recoupment. If a defense or claim in recoupment is proved, the right to payment of the plaintiff is subject to the defense or claim, except to the extent the plaintiff proves that the plaintiff has rights of a holder in due course which are not subject to the defense or claim.*

## 4.3    Perpetual abandonment of all statutory "employment" , agency, or "public office" on behalf of the U.S. government or any State government

I declare that it is a fact that from my date of birth to the present day, and for all perpetuity, I, the Submitter, do hereby withdraw my consent to act on behalf of or as an agent for the United States and any of its agents, such as the United States corporate agents presiding over its federal enclaves within the states of the Union, heretofore known as "State of_____" under the auspices of the Buck Act of 1940, codified in 4 U.S.C. §106 and 5 U.S.C. §5517. You will note that all "public offices" are voluntary employments from which anyone may resign. Anyone who has not resigned from said office may reserve the right not to engage in such an office within the context of any aspect of their private employment or private lives, as confirmed by numerous prior rulings of the U.S. Supreme Court, to wit:

> *"Every man has a natural right to the fruits of his own labor, is generally admitted; and no other person can rightfully deprive him of those fruits, and appropriate them against his will..."*
> [The Antelope, 23 U.S. 66; 10 Wheat 66; 6 L.Ed. 268 (1825)]

I declare that it is a fact that I do not now and never have consented to act as a "public officer" engaged in a "trade or business" as defined in 26 U.S.C. §7701(a)(26) , and I do not now nor have I ever been voluntarily engaged in a "trade or business" as heretofore defined. Receipt by you of any evidence contrary to the facts and evidence contained in this document and the attachments hereto shall constitute evidence of unlawful activity by my public servants or their pretended agents and the existence of duress directed against the Submitter. For all such instances of duress and unlawful activity, I demand that the submitter of said false documents be investigated and prosecuted by the government, pursuant to 26 U.S.C. §7434 and 18 U.S.C. §872. Such evidence of duress is reflected in, for example, the following IRS documents:

1. Information returns submitted under the authority of 26 U.S.C. §6041, including but not limited to:
    1.1. IRS Form K-1
    1.2. IRS Form W-2
    1.3. IRS Form W-4
    1.4. IRS Form 1098
    1.5. IRS Form 1099
    1.6. IRS Form 1042-S
    See the following for evidence why the above forms are filled out illegally and falsely in the vast majority of cases:
    http://sedm.org/Forms/04-Tax/DmdVerEvOfTradeOrBusiness-IR.pdf
2. IRS Form 8300 Currency Transaction Reports, which may only lawfully be filled out for those engaged in a "trade or business", which the submitter is NOT. See the following:
    http://sedm.org/Forms/04-Tax/DmdVerEvOfTradeOrBusiness-CTR.pdf
3. Federal tax returns, including any variant of the 1040, such as 1040, 1040-EZ, 1040A, 104NR, 1040NR-EZ.
4. State income tax returns of any kind.
5. Penalty and tax assessments, such as Substitute For Returns conducted under the alleged authority of 26 U.S.C. §6020(b). All such assessments are ILLEGAL against me, who is not the "person" defined in 26 U.S.C. §6671(b) or 26 U.S.C. §7343. See the following for proof:
    5.1. *Why the Government Can't Lawfully Assess Human Beings With an Income Tax Liability Without Their Consent*, Form #05.011:
        http://sedm.org/Forms/FormIndex.htm
    5.2. *Why Penalties are Illegal for Anything But Federal Employees*, Contractors, and Agents, Form #05.010:
        http://sedm.org/Forms/FormIndex.htm
6. Use by the government of any federally issued identifying numbers against me, a private person, including Social Security Numbers and Taxpayer Identification Numbers. See section 8.5 later for all presumptions established in this document about the illegal use of such numbers against me.

I similarly declare that it is a fact that according to God's Laws and prior U.S. Supreme Court decisions, it is to no avail on your part and an act of criminal fraud, extortion, and breach of fiduciary duty as a "public official" for you to try to abuse the word "includes" found within the definition of "trade or business" or any other term used in the Internal Revenue Code or other statute within the U.S. Code as a means to unlawfully enlarge federal jurisdiction beyond the clear bounds established in the Constitution. All such activities simply prove the depths of corruption within your organization and the government in general and the lengths to which you will go to defend and protect the fundamentally criminal nature of your unscrupulous love for other people's money.

> *"For the love of money is a root of all kinds of evil, for which some have strayed from the*
> *faith in their greediness, and pierced themselves through with many sorrows."*
> *[1 Tim. 6:10, Bible, NKJV]*

> *"Getting treasures by a lying tongue Is the fleeting fantasy of those who seek death. The*
> *violence of the wicked will destroy them, Because they refuse to do justice."*
> *[Prov. 21:6-7, Bible, NKJV]*

Such futile efforts on your part serve no purpose other than to prove that you are engaging in a criminal conspiracy against my Constitutional rights in violation of 18 U.S.C. §241, and intending to destroy the separation of powers that is at the heart of the United States Constitution. This type of abuse of the rules of statutory construction on your part, for selfish economic reasons is exhaustively briefed and explained in the following resources, which I demand that you rebut the evidence and admissions at the end within 30 days or forever thereafter admit the truthfulness of:

1. *Legal Deception, Propaganda, and Fraud*, Form #05.014:
   http://sedm.org/Forms/FormIndex.htm
2. *Presumption: Chief Weapon for Unlawfully Enlarging Federal Jurisdiction, Form #05.017*:
   http://sedm.org/Forms/FormIndex.htm
3. *Requirement for Reasonable Notice*, Form #05.022: Proves that laws which do not give reasonable notice of EVERYTHING that is included or which compel presumption on the part of the reader violate due process.
   http://sedm.org/Forms/FormIndex.htm

In addition to the above conclusive legal treatises on this subject, the U.S. Supreme Court has unequivocally stated the following:

> *"It is axiomatic that the statutory definition of the term excludes unstated meanings of that*
> *term. Colautti v. Franklin, 439 U.S. 379, 392, and n. 10 (1979). Congress' use of the term*
> *"propaganda" in this statute, as indeed in other legislation, has no pejorative*
> *connotation.{19} As judges, it is our duty to [481 U.S. 485] construe legislation as it is*
> *written, not as it might be read by a layman, or as it might be understood by someone*
> *who has not even read it."*
> *[Meese v. Keene, 481 U.S. 465, 484 (1987)]*

---

> *__"When a statute includes an explicit definition, we must follow that definition, even if it__*
> *__varies from that term's ordinary meaning.__ Meese v. Keene, 481 U.S. 465, 484-485 (1987)*
> *("It is axiomatic that the statutory definition of the term excludes unstated meanings of that*
> *term"); Colautti v. Franklin, 439 U.S. at 392-393, n. 10 ("As a rule, `a definition which*
> *declares what a term "means" . . . excludes any meaning that is not stated'"); Western*
> *Union Telegraph Co. v. Lenroot, 323 U.S. 490, 502 (1945); Fox v. Standard Oil Co. of*
> *N.J., 294 U.S. 87, 95-96 (1935) (Cardozo, J.); see also 2A N. Singer, Sutherland on Statutes*
> *and Statutory Construction § 47.07, p. 152, and n. 10 (5th ed. 1992) (collecting cases).*
> *That is to say, the statute, read "as a whole," post at 998 [530 U.S. 943] (THOMAS, J.,*
> *dissenting), leads the reader to a definition. That definition does not include the Attorney*
> *General's restriction -- "the child up to the head." Its words, "substantial portion," indicate*
> *the contrary."*
> *[Stenberg v. Carhart, 530 U.S. 914 (2000)]*

For additional information about the deceptive use of the word "trade or business" within IRS and Treasury publications, laws, and forms, see the following and rebut the admissions and evidence at the end if you disagree within 30 days or forever be estopped from challenging it later:

> *The "Trade or Business" Scam*, Form #05.001
> http://sedm.org/Forms/FormIndex.htm

I declare that it is a fact that I am, always have been, and always will be a statutory "non-resident non-person" who:

---

1. Is not the "person" defined in 26 U.S.C. §6671(b) and 26 U.S.C. §7343 subject to penalties or criminal enforcement, because not a public officer or agent of the national government.
2. Is NOT an "individual" as that term is currently defined in 26 U.S.C. §7701(b)(1)(B) and
3. Is not, never has been, and never will be involved in a "trade or business" as defined in 26 U.S.C. §7701(a)(26) or a public office in any government.
4. Has no "gross income" pursuant to 26 C.F.R. §1.872-2(f).

Since I am and always have been a statutory "non-resident non-person" and a "national" of the "United States*** of America" pursuant to 8 U.S.C. §1101(a)(21) but not a statutory "citizen" pursuant to 8 U.S.C. §1401, then the proper tax form for me to file, if any, has always been only the 1040NR or 1040NR-EZ if I have "gross income" as a PUBLIC OFFICER or if my private sector employer incorrectly withheld monies from my remuneration. I have not voluntarily ever made an election pursuant to 26 U.S.C. §6013(g) or (h), or 26 U.S.C. §7701(b)(4)(B) as a "nonresident alien" to be treated as a "resident". Any evidence you might now have or which you will receive in the future of such an election is simply evidence that I am under unlawful duress, for which I demand that you investigate and prosecute those responsible for the duress and unlawful extortion. If you disagree, rebut the evidence and admissions contained in Enclosure (5) within 30 days or forever be estopped from challenging it in the future.

The only reason any other form such as the IRS Form 1040 may have been submitted in the past, is because of unlawful enforcement activities by the IRS and deception and false information found in the IRS publications and IRS phone support, which the IRS conspicuously disavows any responsibility for but should be prosecuted and enjoined for like every other promoter of tax fraud schemes:

> *"IRS Publications, issued by the National Office, explain the law in plain language for taxpayers and their advisors... While a good source of general information, publications should not be cited to sustain a position."*
> *[Internal Revenue Manual (I.R.M.), Section 4.10.7.2.8 (05-14-1999)]*

The fact that the Courts hypocritically refuse to hold the IRS just as responsible for its publications as they hold those engaged in tax shelters dispensing false information pursuant to 26 U.S.C. §6700 is simply proof that the IRS and Courts and the government in general are corrupt beyond belief, completely unaccountable and that the judges have a conflict of interest as "taxpayers" who are just as terrorized by the illegal operations of the IRS as the rest of us, in violation of 18 U.S.C. §872, 18 U.S.C. §208, and 28 U.S.C. §455.

> *"He [including judges] who justifies the wicked, and he who condemns the just, both of them alike are an abomination to the Lord."*
> *[Prov. 17:15, Bible, NKJV]*

> *"If a ruler pays attention to lies, All his servants become wicked."*
> *[Prov. 29:12, Bible, NKJV]*

> *"And you shalt take no bribe, for a bribe blinds the discerning and perverts the words of the righteous."*
> *[Exodus 23:8, Bible, NKJV]*

> *"Under a government which imprisons any unjustly, the true place for a just man is also a prison."*
> *[Henry David Thoreau]*

For a truly remarkable expose on the full extent of the corruption within the U.S. government and especially the federal courts, I encourage you to read the following:

> *What Happened to Justice?*, Form #06.012
> http://sedm.org/ItemInfo/Ebooks/WhatHappJustice/WhatHappJustice.htm

If you refuse to take responsibility for the consequences of injuries arising from your own corruption as documented here, I reserve the right to show the jury assembled to prosecute you for your corruption all 5,900+ pages of hard core evidence of government fraud and conspiracy against rights included with the CD version of the above book, should you force me to end up in court to litigate this matter to hold you accountable for your crimes against Americans and humanity documented

therein.  My religious beliefs forbid me from participating in, associating with, subsidizing, or condoning ALL activities of the present unlawful, de facto, criminal government that presently rules because of the corruption that has infected and contaminated it.

> *"Come out from among them*
> *And be separate, says the Lord.*
> *Do not touch what is unclean,*
> *And I will receive you."*
> *[2 Cor. 6:17, Bible, NKJV]*

> *And I heard another voice from heaven saying, "Come out of her[the Totalitarian, Socialist Legislative Democracy that is a Corporation instead of a government], my people, lest you share in her sins, and lest you receive of her plagues.  For her sins have reached to heaven, and God has remembered her iniquities.  Render to her just as she rendered to you, and repay her double according to her works; in the cup which she has mixed, mix double for her.  In the measure that she glorified herself and lived luxuriously, in the same measure give her torment and sorrow; for she says in her heart, 'I sit as queen, and am no widow, and will not see sorrow.'  Therefore her plagues will come in one day—death and mourning and famine. And she will be utterly burned with fire, for strong is the Lord God who judges her.*
> *[Rev. 18:4-8, Bible, NKJV]*

## 4.4    Perpetual Abandonment of all "benefits", privileges, and "public rights" arising under Titles 26 and 42 of the United States Code

> *Mr. Logan: "...Natural laws cannot be created, repealed, or modified by legislation. Congress should know there are many things which it cannot do..."*

> *"It is now proposed to make the Federal Government the guardian of its citizens. If that should be done, the Nation soon must perish. There can only be a free nation when the people themselves are free and administer the government which they have set up to protect their rights. Where the general government must provide work, and incidentally food and clothing for its citizens, freedom and individuality will be destroyed and eventually the citizens will become serfs to the general government..."*
> *[Congressional Record-Senate, Volume 77- Part 4, June 10, 1933, Page 12522]*

This document also constitutes an abandonment of all right, title, and benefit originating from any of the following federal "social insurance" programs:

1. Social Security, Title 42, Chapter 7.
2. Unemployment Compensation, Title 42, Chapter 7, Subchapter III.
3. Medicare, Title 42, Chapter 7, Subchapter XVIII.
4. Every other type of federal insurance.

I am not now, never have been, and never will be eligible to receive benefits under any of the above programs of federal insurance.  In fact, most of those who participate do so illegally because they do not meet the requirements if they do not reside in the "State" as defined in the Social Security Act, which says:

> *ORIGINAL 1935 ACT DEFINITION:*

> *"The term State (except when used in section 531) includes Alaska, Hawaii [only when they were territories]  and the District of Columbia."*

> *CURRENT DEFINITION: 42 U.S.C. §1301(a)(1)*

> *"(1) The term 'State', except where otherwise provided, includes the District of Columbia and the Commonwealth of Puerto Rico, and when used in titles IV, V, VII, XI, XIX, and*

> *XXI includes the Virgin Islands and Guam. Such term when used in titles III, IX, and XII*
> *also includes the Virgin Islands. Such term when used in title v. and in part B of this title*
> *also includes American Samoa, the Northern Mariana Islands, and the Trust Territory of*
> *the Pacific Islands. Such term when used in titles XIX and XXI also includes the Northern*
> *Mariana Islands and American Samoa. In the case of Puerto Rico, the Virgin Islands, and*
> *Guam, titles I, X, and XIV, and title XVI (as in effect without regard to the amendment*
> *made by section 301 of the Social Security Amendments of 1972[51]) shall continue to apply,*
> *and the term 'State' when used in such titles (but not in title XVI as in effect pursuant to*
> *such amendment after December 31, 1973) includes Puerto Rico, the Virgin Islands, and*
> *Guam. Such term when used in title XX also includes the Virgin Islands, Guam, American*
> *Samoa, and the Northern Mariana Islands. Such term when used in title IV also includes*
> *American Samoa."*

Based upon, in part, the written evidence contained in 42 U.S.C. §1301(a)(1), the Social Security Administration can only lawfully administer the program by offering benefits and participation to those who live in federal territories, possessions, and federal enclaves and not within states of the Union, which are collectively called the "federal zone". In practice, SSA and other federal agencies routinely violate these requirements of the law all the time, and should be fired or prosecuted for this by the Dept. of Justice. Their decision to accept new applicants must be based on where the applicants ACTUALLY LIVE and not where they SAY they live. The ignorance about the law that is manufactured by the government in public schools is the reason why Americans are deceived into basically committing perjury under penalty of perjury on most of the federal government forms they filled out is the only reason this type of fraud and destruction of the separation of powers between state and federal government continues. The fact that agencies flagrantly and tacitly "look the other way", acquiesce to, tolerate, and condone such violations of written law makes most federal employees who administer these programs into accessories after the fact to the making of false claims to the U.S. Government in violation of the False Claims Act, 31 U.S.C. §3729. Such fraudulent acts cannot lawfully give rise to any rights, benefits, or liabilities against those who unlawfully participate in the program but who do not meet the residency requirements.

If you disagree with any part of the foregoing analysis, I challenge you to rebut any part of the research or facts that it is based on, as found at:

> *Resignation of Compelled Social Security Trustee*, Form #06.002
> http://sedm.org/Forms/FormIndex.htm

In the absence of a serious written rebuttal within 30 days containing nothing but evidence admissible in a court of law under the Federal Rules of Evidence, signed under penalty of perjury and submitted by a person with demonstrated delegated authority to do so, you agree to everything stated in this document and are permanently estopped from later challenging it.

## 5.  EFFECT ON MY CITIZENSHIP AND LEGAL STATUS

> *"The rights of the individuals are restricted only to the extent that they have been*
> *voluntarily surrendered by the [choice of ] citizenship to the agencies of government."*
> *[City of Dallas v. Mitchell, 245 S.W. 944]*

As a consequence of this amendment to government documentation describing legal domicile and allegiance documented in this affidavit, my citizenship is significantly affected, and this change must be reflected in all of your government records. This section will document all the changes so that you may properly reflect my status in all of your records. If you want further details on the basis for these changes, see Ref. (1).

As a result of this abandonment of domicile and change in allegiance to make allegiance to the state "secondary" to allegiance to God, my status is now described as follows:

1.  I am and always have been:
    1.1.  A Fourteenth Amendment, Constitutional Citizen.
    1.2.  A "national" of the "United States*** of America" rather than the "United States**" pursuant to 8 U.S.C. §1101(a)(21).
    1.3.  A statutory "non-resident non-person".

1.4. A human and not statutory "person" not engaged in a "trade or business" as defined in 26 U.S.C. §7701(a)(26) and who earns no "gross income" as defined in 26 C.F.R. §1.872-2(f) (except those who work or have worked as "public officials" for the federal government).

2. I am NOT and never have been:

2.1. A statutory "alien" as defined in 8 U.S.C. §1101(a)(3). I was born in the COUNTRY "United States*" but not in the FEDERAL "United States**".

2.2. An "individual" as defined in 5 U.S.C. §552a(a)(2). All "individuals" who the government can keep records about and legislate for in their "codes" and "statutes" are public employees and public officials, *not* private citizens. You will note that Title 5 of the U.S. code is "Government Organization and Employees" and that it contains no definition for any term that refers to "private individuals". The ability to legislate for private citizens is, according to the U.S. Supreme Court, "repugnant to the Constitution" and therefore forbidden:

> "The power to "legislate generally upon" life, liberty, and property, as opposed to the "power to provide modes of redress" against offensive state action, was "repugnant" to the Constitution. Id., at 15. See also United States v. Reese, 92 U.S. 214, 218 (1876); United States v. Harris, 106 U.S. 629, 639 (1883); James v. Bowman, 190 U.S. 127, 139 (1903). Although the specific holdings of these early cases might have been superseded or modified, see, e.g., Heart of Atlanta Motel, Inc. v. United States, 379 U.S. 241 (1964); United States v. Guest, 383 U.S. 745 (1966), their treatment of Congress' §5 power as corrective or preventive, not definitional, has not been questioned."
> [City of Boerne v. Florez, Archbishop of San Antonio, 521 U.S. 507 (1997)]

2.3. A STATUTORY "U.S. national" or "non-citizen national" as defined in 8 U.S.C. §1101(a)(22)(B) and 8 U.S.C. §1408.

2.4. A statutory "citizen and national of the United States" as described in 8 U.S.C. §1401.

2.5. A "resident" as described in 26 U.S.C. §7701(b)(1)(A).

2.6. A "U.S. person" as described in 26 U.S.C. §7701(a)(30).

Since my status is that of a "national" of the "United States*** of America" and not the STATUTORY "United States" as defined in 8 U.S.C. §1101(a)(21) and a statutory "non-resident non-person", then I am not required to be registered as an "alien" pursuant to 8 U.S.C. §1302 or to have a "green card". I am a "transient foreigner" because I do not politically or legally associate with the people here, but I am not an "alien" because I was born in this country.

If you attempt to interfere with or prevent this change in my domicile and try to compel me to maintain domicile within any man-made state, then the federal courts say that you must relieve me of all the obligations arising from that choice of domicile because it is compelled:

> "*Similarly, when a person is prevented from [politically, legally, and commercially] leaving his domicile by circumstances not of his doing and beyond his control, he may be relieved of the consequences attendant on domicile at that place.* In Roboz (USDC D.C. 1963) [Roboz v. Kennedy, 219 F.Supp. 892 (D.D.C. 1963), p. 24], a federal statute was involved which precluded the return of an alien's property if he was found to be domiciled in Hungary prior to a certain date. It was found that Hungary was Nazi-controlled at the time in question and that the persons involved would have left Hungary (and lost domicile there) had they been able to. Since they had been precluded from leaving because of the political privations imposed by the very government they wanted to escape (the father was in prison there), the court would not hold them to have lost their property based on a domicile that circumstances beyond their control forced them to retain."
> [Conflicts in a Nutshell, David D. Siegel and Patrick J. Borchers, West Publishing, p. 24]

My correct citizenship status is that of an "American National." and *not* a statutory "U.S. citizen" under 8 U.S.C. §1401. An American National is:

> "a *sovereign* human being, not to be confused with the term 'person' as used anywhere in the Internal Revenue Code, who under the Constitution and the laws of the united States or of a particular state, is entitled to the enjoyment of full civil rights. The rights are those as enumerated in the Bill of Rights to the Constitution for the united States of America and

because of these rights this man is *not subject* to the exclusive or sovereign jurisdiction of the U.S. government at birth under Article 1, Section 8, Clause 17 of the U.S. Constitution."

The rights guaranteed by the Constitution are absolute and natural rights derived from ***birth***, and they cannot and should not, by operation of law, be turned into a taxable government privilege by coercing me into becoming a type of citizen that I do not choose to be or by coercing me and conspiring to trick me to participate in an illegal and unethical state or federal income tax system, in clear violation of my God-given inalienable rights found in the Declaration of Independence, which reads in pertinent part:

*"We hold these truths to be self-evident, that all men are created equal, that **they are**
**endowed by their Creator with certain unalienable Rights**, that among these are Life,
Liberty and the pursuit of Happiness.—"*

Notice it didn't say "*by their government*" or "*by their citizenship*", or "*by operation of law*" but rather "*by their Creator*"? Here is what the author of the above, Thomas Jefferson, said privately about this subject:

*"A free people [claim] their rights as derived from the laws of nature, and not as the gift
of their chief magistrate."
[Thomas Jefferson: Rights of British America, 1774. ME 1:209, Papers 1:134 ]*

*"Can the liberties of a nation be thought secure when we have removed their only firm
basis, a conviction in the minds of the people that these liberties are of the gift of God?
That they are not to be violated but with His wrath?"
[Thomas Jefferson: Notes on Virginia Q.XVIII, 1782. ME 2:227 ]*

Additional justification and authority for this change in your records of my citizenship status derives in part from 26 C.F.R. §301.6109-1(g):

*26 C.F.R. §301.6109-1(g)*

*(g) Special rules for taxpayer identifying numbers issued to foreign persons—*

*(1) General rule—*

*(i) Social security number.*

*A social security number is generally identified in the records and database of the Internal
Revenue Service as a number belonging to a U.S. citizen or resident alien individual. A
person may establish a different status for the number by providing proof of foreign status
with the Internal Revenue Service under such procedures as the Internal Revenue Service
shall prescribe, including the use of a form as the Internal Revenue Service may specify.
Upon accepting an individual as a nonresident alien individual, the Internal Revenue
Service will assign this status to the individual's social security number.*

The U.S. Supreme Court has declared in the case of Hooven and Allison v. Evatt, 324 U.S. 652 (1945) that:

*The term 'United States' may be used in any one of several senses. It may be merely*

*[1] the name of a sovereign occupying the position analogous to that of other sovereigns
in the family of nations [hereafter referred to as "U.S.*"].*

*[2] It may designate the territory over which the sovereignty of the United States extends
[324 U.S. 652, 672] , [hereafter referred to as "U.S.**"] or*

*[3] it may be the collective name of the states which are united by and under the
Constitution. [hereafter referred to as "U.S.***"]*

Be advised that I am _not_ disassociating with the "United States*" _the country_ (the first definition), nor with "United States***", the collective name of the states which are united under the constitution (third definition) but simply the municipal corporation (U.S.**) located in the District of Columbia and federal territories _only_, which is the second definition identified above and whose citizenship derives from 8 U.S.C. §1401 and NOT section 1 of the 14th Amendment, which states:

> Fourteenth Amendment

> Section 1. All persons born or naturalized in the United States, _and subject to the jurisdiction thereof,_ are citizens of the United States and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

To remove all doubt, the municipal corporation to which I am disassociating with is described below:

> United States Code
> TITLE 28 - JUDICIARY AND JUDICIAL PROCEDURE
> PART VI - PARTICULAR PROCEEDINGS
> CHAPTER 176 - FEDERAL DEBT COLLECTION PROCEDURE
> SUBCHAPTER A - DEFINITIONS AND GENERAL PROVISIONS

> Sec. 3002. Definitions
> (15) _"United States" means_ -
> (A) _a Federal corporation;_
> (B) an agency, department, commission, board, or other entity of the United States; or
> (C) an instrumentality of the United States.

Be advised that in all future interaction with the government, if the term "U.S. CITIZEN" appears in all capital letters on any form or application, such as, for example voter registration form, driver's license application, etc., then the meaning attributed to such ambiguity (given the three definitions of "United States" above) by me and by implication also you, shall be _NOT_ that of statutory "citizen" pursuant to 8 U.S.C. §1401, or a "U.S.** citizen", but a Constitutional but not Statutory citizen pursuant to the 14th Amendment until or unless a contrary intent is _clearly expressed_ by the government to remove all ambiguity created by the use of all capital letters. This also applies retroactively to any government forms I may have completed in the past. Thus, I will _not be jeopardizing the citizenship status established in this document by any interaction with the government either in the past or in the future._ The government is chargeable with a full knowledge of this reality in all its dealings with me as an American National. Such a play on words is not unlike the chicanery found throughout the Internal Revenue Code, which is rife with deceit and should have been declared "void for vagueness" a long time ago.

I have provided Enclosure (2): Affidavit of Citizenship, Domicile, and Tax Status, which is incorporated by reference and mandatorily attached and inseparable from any and every government form I have ever filled out or will fill out. It documents all the details of the status described in this section. Government forms or correspondence that become the subject of legal discovery MUST be accompanied by this form, and especially those dealing with a tax liability.

Even though I am not and never have been a statutory "U.S. citizen" or "citizen of the United States" pursuant to 8 U.S.C. §1401, on the assumption that your records reflect this incorrect status, you will note that in accordance with 8 U.S.C. §1101(a)(22), statutory "citizens of the United States" are also "nationals". Furthermore, pursuant to _Afroyim v. Rusk_, 387 U.S. 254 (1967), the government _may not_ remove any aspect of my citizenship or nationality _without_ my consent and voluntary and willful participation, which I now give in the case _only_ of any alleged status as a statutory but not constitutional "citizen of the United States" or "U.S. citizen" but not "national" status.

> _"In our country the people are sovereign and the Government cannot sever its relationship to the people by taking away their citizenship._ Our Constitution governs us and we must never forget that our Constitution limits the Government to those powers specifically granted or those that are necessary and proper to carry out the specifically granted ones. The Constitution, of course, grants Congress no express power to strip people of their citizenship, whether in the exercise of the implied power to regulate foreign affairs or in the exercise of any specifically granted power._

*[...]*

*"The entire legislative history of the 1868 Act makes it abundantly clear that there was a strong feeling in the Congress that the only way the citizenship it conferred could be lost was by the voluntary renunciation or abandonment by the citizen himself. And this was the unequivocal statement of the Court in the case of United States v. Wong Kim Ark, 169 U.S. 649 ."*
*[Afroyim v. Rusk, 387 U.S. 253; 87 S.Ct. 1660 (1967)]*

## 6.  EFFECT ON FEDERAL JURISDICTION

Federal Rule of Civil Procedure 17(b) states that the law to be used in any civil case is the law deriving from the domicile of the party.

> *Federal Rules of Civil Procedure*
> *IV. PARTIES > Rule 17.*
> *Rule 17. Parties Plaintiff and Defendant; Capacity*
>
> *(b) Capacity to Sue or be Sued.*
>
> *Capacity to sue or be sued is determined as follows:*
> *(1) for an individual who is not acting in a representative capacity, by the law of the individual's domicile;*
> *(2) for a corporation[the "United States", in this case, or its officers on official duty representing the corporation], by the law under which it was organized; and*
> *(3) for all other parties, by the law of the state where the court is located, except that:*
> *(A) a partnership or other unincorporated association with no such capacity under that state's law may sue or be sued in its common name to enforce a substantive right existing under the United States Constitution or laws; and*
> *(B) 28 U.S.C. §§754 and 959(a) govern the capacity of a receiver appointed by a United States court to sue or be sued in a United States court.*
> *[SOURCE: http://www.law.cornell.edu/rules/frcp/Rule17.htm]*

It should also be pointed out that even if the government tries to declare that I am on its territory, which is a lie because God owns and controls the earth pursuant to Psalm 47:7 and Deut. 10:14, I still retain the First Amendment right to act FULL TIME, 24 hours a day, as a fiduciary for my God and the corporate Kingdom of God, in which case the only law that can apply is the laws where the incorporation occurred, which is the Holy Bible and Heaven. To declare otherwise is to again violate my First Amendment right of freedom to associate ALL of my time, effort, and labor to the service of a Sovereign being higher than any man or government. Since the government makes me a "taxpayer" by compelling me into a fiduciary role as a "public official" engaged in a "trade or business" and its "agent", then it is denying me equal protection of the law if it attempts to interfere with my right to choose to be an agent and fiduciary of another party other than it, and to associate and devote all of my time, labor, and property to that competing cause.

> *"He who has [understands and learns] My commandments [laws in the Bible] and keeps [obeys] them, it is he who loves Me. And he who loves Me will be loved by My Father, and I will love him and manifest Myself [in, through, and] to him [as My fiduciary]."*
> *[John 14:21, Bible, NKJV]*

> *"And we have known and believed the love that God has for us. God is love, and he who abides in love [obedience to God's Laws] abides in [and is a FIDUCIARY of] God, and God in him."*
> *[1 John 4:16, Bible, NKJV]*

Since my new domicile is the Kingdom of God/Heaven on Earth, and not within the jurisdiction of any man-made government, the only civil laws which apply to any litigation in federal court are those of the Holy Bible, which is the only law that I choose or volunteer to be subject to. The method of providing notice that these laws apply is documented in Federal Rule of Civil Procedure 44.1, which notice I now give. These foreign laws are exhaustively summarized below:

| Laws of the Bible, Form #13.001 |
| http://sedm.org/Forms/FormIndex.htm |

As a human being with no domicile within the "United States" or any federal territory, federal possession, or federal area within any state of the Union, I am not subject to federal law. I am a "transient foreigner" in relation to these jurisdictions, in fact. To wit:

> "*Transient foreigner. One who visits the country, without the intention of remaining.*"
> *[Black's Law Dictionary, Sixth Edition, p. 1498]*

I am also a "stateless person" who is not subject to federal law and may not become subject because I do not meet any of the criteria established in 28 U.S.C. §1332 for a diversity of citizenship action. I am not "stateless" for the purposes of Article III, Section 2 of the United States Constitution, because the "State" referred to there is a state of the Union, which is mutually exclusive to the "State" referenced in 28 U.S.C. §1332(d). Since there are no Article III Courts, then there is no federal court which could have jurisdiction over a diversity case documented in Article III, Section 2 of the United States Constitution, which puts me outside of the jurisdiction of every federal circuit and district court. To wit:

> *In order to be a citizen of a State within the meaning of the diversity statute, a natural person must both be a citizen of the United States and be domiciled within the State. See Robertson v. Cease, 97 U.S. 646, 648-649 (1878); Brown v. Keene, 8 Pet. 112, 115 (1834). **The problem in this case is that Bettison, although a United States citizen, has no domicile in any State. He is therefore "stateless" for purposes of § 1332(a)(3). Subsection 1332(a)(2), which confers jurisdiction in the District Court when a citizen of a State sues aliens only, also could not be satisfied because Bettison is a United States citizen. [490 U.S. 829]***
>
> *When a plaintiff sues more than one defendant in a diversity action, the plaintiff must meet the requirements of the diversity statute for each defendant or face dismissal. Strawbridge v. Curtiss, 3 Cranch 267 (1806).{1} **Here, Bettison's "stateless" status destroyed complete diversity under § 1332(a)(3), and his United States citizenship destroyed complete diversity under § 1332(a)(2).** Instead of dismissing the case, however, the Court of Appeals panel granted Newman-Green's motion, which it had invited, to amend the complaint to drop Bettison as a party, thereby producing complete diversity under § 1332(a)(2). 832 F.2d. 417 (1987). The panel, in an opinion by Judge Easterbrook, relied both on 28 U.S.C. § 1653 and on Rule 21 of the Federal Rules of Civil Procedure as sources of its authority to grant this motion. The panel noted that, because the guarantors are jointly and severally liable, Bettison is not an indispensable party, and dismissing him would not prejudice the remaining guarantors. 832 F.2d. at 420, citing Fed.Rule Civ.Proc. 19(b). The panel then proceeded to the merits of the case, ruling in Newman-Green's favor in large part, but remanding to allow the District Court to quantify damages and to resolve certain minor issues.{2}*
> *[Newman-Green v. Alfonso Larrain, 490 U.S. 826 (1989)]*

The only other method for asserting jurisdiction is under the Foreign Sovereign Immunities Act (F.S.I.A.), 28 U.S.C. §1605(a)(2).

> *TITLE 28 > PART IV > CHAPTER 97 > § 1605*
> *§ 1605. General exceptions to the jurisdictional immunity of a foreign state*
>
> *(a) A foreign state shall not be immune from the jurisdiction of courts of the United States or of the States in any case—*
>
> *[. . .]*
>
> *(2) in which the action is based upon a commercial activity carried on in the United States by the foreign state; or upon an act performed in the United States in connection with a commercial activity of the foreign state elsewhere; or upon an act outside the territory of*

> the United States in connection with a commercial activity of the foreign state elsewhere
> and that act causes a direct effect in the United States;

Since I have formally, officially, and repeatedly abandoned all actual and presumed commercial ties with the federal government and its agents earlier in section 4 and in several earlier correspondences sent to the state and federal governments, then that method of establishing jurisdiction may not be asserted by the government in my case. It is also insufficient to say that I am not authorized to abandon all such ties. You will note that the U.S. Supreme Court said that the social security system is *not* "coercive".

> "Even though it be assumed that the exercise of a sovereign power by a state, in other
> respects valid, may be rendered invalid because of the coercive effect of a federal statute
> enacted in the exercise of a power granted to the national government, such coercion is
> lacking here. It is unnecessary to repeat now those considerations which have L.Ed. to
> our decision in the Chas. C. Steward Machine Co. Case, that *the Social Security Act has*
> *no such coercive effect*. As the Social Security Act is not coercive in its operation, the
> Unemployment Compensation Act cannot be set aside as an unconstitutional product of
> coercion."
> [Carmichael v. Southern Cole and Coke Co, 301 U.S. 495 (1937)]

The only way the Social Security Act cannot be coercive is if it is not contractual AND those who joined not only this program, but any other federal program, can quit at any time. This is especially true if their consent was procured or presumed to have been procured before they reached adulthood or if that consent was procured through fraud.

> "... railroad benefits, like social security benefits, are not contractual and may be altered
> or even eliminated at any time."
> [United States Railroad Retirement Board v. Fritz, 449 U.S. 166 (1980);   See also
> Hisquierdo v. Hisquierdo, 439 U.S. 572, 575 (1979); Flemming v. Nestor, 363 U.S. 603,
> 608 -611 (1960)]

Should the government decide to proceed against me, then it must therefore do so under the Foreign Sovereign Immunities Act, and in so doing, must satisfy all of the criteria that are part of the Minimum Contacts Doctrine elucidated by the Ninth Circuit Court of Federal Appeals, when it held the following:[24]

> In International Shoe Co. v. Washington, 326 U.S. 310 (1945), the Supreme Court held
> that a court may exercise personal jurisdiction over a defendant consistent with due
> process only if he or she has "certain minimum contacts" with the relevant forum "such
> that the maintenance of the suit does not offend 'traditional notions of fair play and
> substantial justice.' " Id. at 316 (quoting Milliken v. Meyer, 311 U.S. 457, 463 (1940)).
> Unless a defendant's contacts with a forum are so substantial, continuous, and systematic
> that the defendant can be deemed to be "present" in that forum for all purposes, a forum
> may exercise only "specific" jurisdiction - that is, jurisdiction based on the relationship
> between the defendant's forum contacts and the plaintiff's claim. The parties agree that
> only specific jurisdiction is at issue in this case.

> In this circuit, we analyze specific jurisdiction according to a three-prong test:

> (1) The non-resident defendant must purposefully direct his activities or consummate some
> transaction with the forum or resident thereof; or perform some act by which he
> purposefully avails himself of the privilege of conducting activities in the forum, thereby
> invoking the benefits and protections of its laws;

> (2) the claim must be one which arises out of or relates to the defendant's forum-related
> activities; and

---

[24] NOTE: The approach of other circuits is similar, though not necessarily identical.

*(3) the exercise of jurisdiction must comport with fair play and substantial justice, i.e. it must be reasonable.*

*Schwarzenegger v. Fred Martin Motor Co., 374 F.3d. 797, 802 (9th Cir. 2004) (quoting Lake v. Lake, 817 F.2d. 1416, 1421 (9th Cir. 1987)). The first prong is determinative in this case. We have sometimes referred to it, in shorthand fashion, as the "purposeful availment" prong. Schwarzenegger, 374 F.3d. at 802. Despite its label, this prong includes both purposeful availment and purposeful direction. It may be satisfied by purposeful availment of the privilege of doing business in the forum; by purposeful direction of activities at the forum; or by some combination thereof.*

*We have typically treated "purposeful availment" somewhat differently in tort and contract cases. In tort cases, we typically inquire whether a defendant "purposefully direct[s] his activities" at the forum state, applying an "effects" test that focuses on the forum in which the defendant's actions were felt, whether or not the actions themselves occurred within the forum. See Schwarzenegger, 374 F.3d. at 803 (citing Calder v. Jones, 465 U.S. 783, 789-90 (1984)). By contrast, in contract cases, we typically inquire whether a defendant "purposefully avails itself of the privilege of conducting activities" or "consummate[s] [a] transaction" in the forum, focusing on activities such as delivering goods or executing a contract. See Schwarzenegger, 374 F.3d. at 802. However, this case is neither a tort nor a contract case. Rather, it is a case in which Yahoo! argues, based on the First Amendment, that the French court's interim orders are unenforceable by an American court.*

*LICRA and UEJF contend that we must base our analysis on the so-called "effects" test of Calder v. Jones, 465 U.S. 783 (1984), which is normally employed in purposeful direction cases. See, e.g., CE Distrib., LLC v. New Sensor Corp., 380 F.3d. 1107, 1111 (9th Cir. 2004); Schwarzenegger, 374 F.3d. at 803; Dole Food Co. v. Watts, 303 F.3d. 1104, 1111 (9th Cir. 2002). In Calder, a California-based entertainer sued the National Enquirer and various individual defendants for an allegedly defamatory article published in the Enquirer. The article had been written and edited in Florida, and the defendants had few contacts with California. The Court nonetheless upheld the exercise of personal jurisdiction in California because the defendants knew that the article would have an effect in that state. In the words of the Court, the defendants had not engaged in "mere untargeted negligence"; rather, their "intentional, and allegedly tortious, actions were expressly aimed at California." 465 U.S. at 789.*

*In this circuit, we construe Calder to impose three requirements: "the defendant allegedly [must] have*

*(1) committed an intentional act,*
*(2) expressly aimed at the forum state,*
*(3) causing harm that the defendant knows is likely to be suffered in the forum state." Schwarzenegger, 374 F.3d. at 803 (quoting Dole Food, 303 F.3d. at 1111).*

*In some of our cases, we have employed a slightly different formulation of the third requirement, specifying that the act must have "caused harm, the brunt of which is suffered and which the defendant knows is likely to be suffered in the forum state." Bancroft & Masters, Inc. v. Augusta Nat'l Inc., 223 F.3d. 1082, 1087 (9th Cir. 2000) (emphasis added). The "brunt" of the harm formulation originated in the principal opinion in Core-Vent Corp. v. Nobel Indus. AB, 11 F.3d. 1482 (9th Cir. 1993). That opinion required that the "brunt" of the harm be suffered in the forum state; based on that requirement, it concluded that there was no purposeful availment by the defendant. Id. at 1486. A dissenting judge would have found purposeful availment. Relying on the Supreme Court's opinion in Keeton v. Hustler Magazine, 465 U.S. 770 (1984), he specifically disavowed the "brunt" of the harm formulation. Core-Vent, 11 F.3d. at 1492 (Wallace, C.J., dissenting) ("[T]he Supreme Court has already rejected the proposition that the brunt of the harm must be suffered in the forum."). Without discussing the disputed "brunt" of the harm formulation, a concurring judge agreed with the dissenter that purposeful availment could be found. Id.*

---

*Declaration of Intention to Change Domicile/Citizenship, Divorce the U.S., and Criminal Complaint*
*Form 10.001, Rev. 01-27-2015*

*77 of 120*

*at 1491 (Fernandez, J., concurring) ("I agree with Chief Judge Wallace that purposeful availment can be found in this case."). Later opinions picked up the "brunt" of the harm formulation of the principal opinion in Core-Vent without noting that at least one, and possibly two, of the judges on the panel disagreed with it. See, e.g., Bancroft & Masters, 223 F.3d. at 1087; Panavision, 141 F.3d. at 1321; Caruth v. Int'l Psychoanalytical Ass'n, 59 F.3d. 126, 128 (9th Cir. 1995).*

*We take this opportunity to clarify our law and to state that the "brunt" of the harm need not be suffered in the forum state. If a jurisdictionally sufficient amount of harm is suffered in the forum state, it does not matter that even more harm might have been suffered in another state. In so stating we are following Keeton, decided the same day as Calder, in which the Court sustained the exercise of personal jurisdiction in New Hampshire even though "[i]t is undoubtedly true that the bulk of the harm done to petitioner occurred outside New Hampshire." 465 U.S. at 780.*

*[Yahoo! Inc. v. La Ligue Contre Le Racisme Et L'Antisemitisme, 433 F.3d. 1199 (9th Cir. 01/12/2006)]*

## 7. EFFECT ON STATE JURISDICTION

The effect on state jurisdiction of this action to terminate domicile with the government having jurisdiction where I am temporarily present includes the following:

1. Anyone who sues me in a state Court is suing a "nonresident defendant" and as such:
    1.1. Must treat me as a "foreign sovereign" and satisfy the requirements of the <u>Foreign Sovereign Immunities Act (F.S.I.A.), 28 U.S.C. §1602</u> et seq., or the Minimum Contacts Doctrine in order to bring me within the jurisdiction of the Court:

> *<u>The Due Process Clause of the Fourteenth Amendment limits the power of a state court to render a valid personal judgment against a nonresident defendant, Kulko v. California Superior Court, 436 U.S. 84, 91 (1978). A judgment rendered in violation of due process is void in the rendering State and is not entitled to full faith and credit elsewhere, Pennoyer v. Neff, 95 U.S. 714, 732 -733 (1878).</u> Due process requires that the defendant be given adequate notice of the suit, Mullane v. Central Hanover Trust Co., <u>339 U.S. 306, 313 -314 (1950)</u>, and be subject to the personal jurisdiction of the court, International Shoe Co. v. Washington, <u>326 U.S. 310 (1945)</u>. In the present case, it is not contended that notice was inadequate; the only question is whether these particular petitioners were subject to the jurisdiction of the Oklahoma courts.*

> *<u>As has long been settled, and as we reaffirm today, a state court may exercise personal jurisdiction over a nonresident defendant only so long as there exist "minimum contacts" between the defendant and the forum State, International Shoe Co. v. Washington, supra, at 316. The concept of minimum contacts, in turn, can be seen to perform two related, but [444 U.S. 286, 292] distinguishable, functions. It protects the defendant against the burdens of litigating in a distant or inconvenient forum. And it acts to ensure that the States, through their courts, do not reach out beyond the limits imposed on them by their status as coequal sovereigns in a federal system.</u>*

> *The protection against inconvenient litigation is typically described in terms of "reasonableness" or "fairness." We have said that the defendant's contacts with the forum State must be such that maintenance of the suit "does not offend `traditional notions of fair play and substantial justice.'" International Shoe Co. v. Washington, supra, at 316, quoting Milliken v. Meyer, <u>311 U.S. 457, 463 (1940)</u>. The relationship between the defendant and the forum must be such that it is "reasonable . . . to require the corporation to defend the particular suit which is brought there." <u>326 U.S., at 317</u>. Implicit in this emphasis on reasonableness is the understanding that the burden on the defendant, while always a primary concern, will in an appropriate case be considered in light of other relevant factors, including the forum State's interest in adjudicating the dispute, see McGee v. International Life Ins. Co., <u>355 U.S. 220, 223 (1957)</u>; the plaintiff's interest in obtaining*

*Declaration of Intention to Change Domicile/Citizenship, Divorce the U.S., and Criminal Complaint*
*Form 10.001, Rev. 01-27-2015*

78 of 120

*convenient and effective relief, see Kulko v. California Superior Court, supra, at 92, at least when that interest is not adequately protected by the plaintiff's power to choose the forum, cf. Shaffer v. Heitner, 433 U.S. 186, 211 , n. 37 (1977); the interstate judicial system's interest in obtaining the most efficient resolution of controversies; and the shared interest of the several States in furthering fundamental substantive social policies, see Kulko v. California Superior Court, supra, at 93, 98.*
*[World-Wide Volkswagen Corp. v. Woodson, 444 U.S. 286 (1980)]*

1.2. May not cite anything but the law from my chosen domicile, which is the Holy Bible, in resolving the dispute.  This is consistent with Federal Rule of Civil Procedure 17(b), which says that the law from the person's domicile or the law of the "state" to which he is a member, both of which are synonymous in the case of a citizen and domiciliary of the Kingdom of God, govern the choice of law in the trial.

2. The state Family Courts no longer have any in personam jurisdiction over me or my property in the context of marriage or divorce.  All family law, like most civil law, is based on domicile, also called "residence", and no court can have jurisdiction over a non-domiciled person.

> *Under our system of law, judicial power to grant a divorce -- jurisdiction, strictly speaking -- is founded on domicil. Bell v. Bell, 181 U.S. 175; Andrews v. Andrews, 188 U.S. 14. The framers of the Constitution were familiar with this jurisdictional prerequisite, and, since 1789, neither this Court nor any other court in the English-speaking world has questioned it. Domicil implies a nexus between person and place of such permanence as to control the creation of legal relations and responsibilities of the utmost significance. The domicil of one spouse within a State gives power to that State, we have held, to dissolve [325 U.S. 230] a marriage wheresoever contracted. In view of Williams v. North Carolina, supra, the jurisdictional requirement of domicil is freed from confusing refinements about "matrimonial domicil," see Davis v. Davis, 305 U.S. 32, 41, and the like. Divorce, like marriage, is of concern not merely to the immediate parties. It affects personal rights of the deepest significance. It also touches basic interests of society. Since divorce, like marriage, creates a new status, every consideration of policy makes it desirable that the effect should be the same wherever the question arises.*

> *[. . .]*

> *If a finding by the court of one State that domicil in another State has been abandoned were conclusive upon the old domiciliary State, the policy of each State in matters of most intimate concern could be subverted by the policy of every other State. This Court has long ago denied the existence of such destructive power. The issue has a far reach. **For domicil is the foundation of probate jurisdiction, precisely as it is that of divorce.***
> *[Williams v. North Carolina, 325 U.S. 226 (1945)]*

3. I am no longer eligible to obtain or hold a driver's license in any state of the Union because domicile in the "State" is a prerequisite to being issued one.  Therefore, this correspondence shall also constitute a formal request to rescind my state driver's license, if any and purge all records of same.  Every state of the Union:
   3.1. Requires a "residence" or "domicile" in order to issue a driver's license.
   3.2. Cannot lawfully issue driver's licenses to non-domiciled persons.
   3.3. Cannot enforce the vehicle code against non-domiciled persons.
   3.4. Requires everyone being issued a state driver's license to surrender all other driver's licenses before being issued a new one, because a person can only have domicile in ONE place at a time.

   > *California Vehicle Code*

   > *12805. The department shall not issue a driver's license to, or renew a driver's license of, any person:*

   > *[. . .]*

   > *(f) Who holds a valid driver's license issued by a foreign jurisdiction unless the license has been surrendered to the department, or is lost or destroyed.*

*[http://www.leginfo.ca.gov/cgi-bin/waisgate?WAISdocID=5072529233+0+0+0&WAISaction=retrieve]*

---

*"A person may have more than one residence but only one domicile. "*
*[Black's Law Dictionary, Sixth Edition, p. 485 under "domicile"]*

By way of example, California requires domicile or "residence" as a prerequisite to issuing a driver's license:

> *California Vehicle Code*
>
> *12505.   (a) (1) For purposes of this division only and notwithstanding Section 516, <u>residency shall be determined as a person's state of domicile.  "State of domicile" means the state where a person has his or her true, fixed, and permanent home and principal residence and to which he or she has manifested the intention of returning whenever he or she is absent.</u>*
>
> *<u>Prima facie evidence of residency for driver's licensing purposes includes, but is not limited to, the following:</u>*
> *<u>(A) Address where registered to vote.</u>*
> *<u>(B) Payment of resident tuition at a public institution of higher education.</u>*
> *<u>(C) Filing a homeowner's property tax exemption.</u>*
> *<u>(D) Other acts, occurrences, or events that indicate presence in the state is more than temporary or transient.</u>*
> *<u>(2) California residency is required of a person in order to be issued a commercial driver's license under this code.</u>*
>
> *<u>(b) The presumption of residency in this state may be rebutted by satisfactory evidence that the licensee's primary residence is in another state.</u>*
>
> *(c) Any person entitled to an exemption under Section 12502, 12503, or 12504 may operate a motor vehicle in this state for not to exceed 10 days from the date he or she establishes residence in this state, except that <u>he or she shall obtain a license from the department upon becoming a resident</u> [domiciliary] before being employed for compensation by another for the purpose of driving a motor vehicle on the highways.*
> *[http://www.leginfo.ca.gov/cgi-bin/waisgate?WAISdocID=49860512592+2+0+0&WAISaction=retrieve]*

The "State" they are talking about in the California Vehicle Code above, incidentally, is a "federal State" or federal area within the exterior limits of the Republic of California.  This is the *only* area within that state not protected by the Constitution and in which the government may therefore license or make into a privilege the exercise of a Constitutional right to travel.  In that sense, the entire state vehicle code is "private law" that applies only to those who, through exercising their private right to contract, place their "res" or legal identity in a virtual place not protected by the Bill of Rights.  Other states of the Union implement their vehicle codes by EXACTLY the same mechanisms.

## 8.  <u>FACTS AND PRESUMPTIONS ESTABLISHED BY THIS LEGAL NOTICE</u>

The only legitimate use of any kind of presumption is the protection of Constitutionally guaranteed rights.  Examples of why this is an absolute requirement of American Jurisprudence are described below:

1.  The presumption in criminal jurisprudence that a criminal defendant is innocent until proven guilty beyond a reasonable doubt.

> *The presumption of innocence plays a unique role in criminal proceedings. As Chief Justice Burger explained in his opinion for the Court in Estelle v. Williams, 425 U.S. 501 (1976):*
> *[507 U.S. 284]*

---

> *The presumption of innocence, although not articulated in the Constitution, is a basic component of a fair trial under our system of criminal justice. Long ago this Court stated:*
>
> *The principle that there is a presumption of innocence in favor of the accused is the undoubted law, axiomatic and elementary, and its enforcement lies at the foundation of the administration of our criminal law.*

*Coffin v. United States, 156 U.S. 432, 453 (1895).*
*[Delo v. Lashely, 507 U.S. 272 (1993)]*

2. The rule that conclusive presumptions which injure constitutionally protected rights are impermissible.

> *(1) [8:4993] Conclusive presumptions affecting protected interests:*
>
> *A conclusive presumption may be defeated where its application would impair a party's constitutionally-protected liberty or property interests. In such cases, conclusive presumptions have been held to violate a party's due process and equal protection rights. [Vlandis v. Kline (1973) 412 U.S. 441, 449, 93 S.Ct. 2230, 2235; Cleveland Bed. of Ed. v. LaFleur (1974) 414 U.S. 632, 639-640, 94 S.Ct. 1208, 1215-presumption under Illinois law that unmarried fathers are unfit violates process]*
> *[Federal Civil Trials and Evidence, Rutter Group, paragraph 8:4993, p. 8K-34]*

3. The presumption that only laws which specifically identify the conduct that is prohibited unambiguously are enforceable. This is called the "void for vagueness" doctrine.

> *"Law fails to meet requirements of due process clause if it is so vague and standardless that it leaves public uncertain as to conduct it prohibits or leaves judges and jurors free to decide, without any legally fixed standards, what is prohibited and what is not in each particular case."*
> *[Giaccio v. State of Pennsylvania, 382 U.S. 399; 86 S.Ct. 518 (1966)]*

4. The fact that presumption may not be used as a substitute for evidence in any legal proceeding.

> *A presumption is an assumption of fact that the law requires to be made from another fact or group of facts found or otherwise established in the action. A presumption is not evidence. A presumption is either conclusive or rebuttable. Every rebuttable presumption is either (a) a presumption affecting the burden of producing evidence or (b) a presumption affecting the burden of proof. Calif.Evid.Code, §600.*
> *[Black's Law Dictionary, Sixth Edition, p. 1185]*

The following subsections and this document in general will therefore create presumptions about my status and my intentions which shall: 1. Protect my Constitutional rights; 2. Form a basis in all legal proceedings between me, the sovereign human being, and the government. If you would like to know more about why presumptions which do anything *but* protect constitutional rights are impermissible in any court of law, see:

*Presumption: Chief Weapon for Unlawfully Enlarging Federal Jurisdiction*, Form #05.017
http://sedm.org/Forms/FormIndex.htm

## 8.1   Privacy Act Warning, License Agreement, and "Shrink Wrap" License applying to all correspondence sent to government

The content of this section establishes every submission to the government as licensed, privileged, copyrighted, and protected information.

1. The information contained in all such submissions is protected by the Privacy Act, 5 U.S.C. §552a.

2. 5 U.S.C. §552a(b) indicates that the government MUST have my consent to use or transmit or store any information about me and I DO NOT give said consent.

3. Recipient is warned that the Submitter **DOES NOT GIVE** his consent to store, use, or transmit any of the information contained herein in electronic form, and especially is not authorized to share any of this information with any other federal or state agency, bureau, instrumentality of any description.  All form or information submissions to the government are licensed and copyrighted and may not be used for ANY commercial or governmental purpose.

4. Any unauthorized use of information pertaining to the Submitter and contained on any submission to the government, any attached form, or previously submitted to the government is subject to a $100,000 penalty per incident plus any tax or penalty liability that might result from the unauthorized use of said information.

## 8.2    Penalty of Perjury and jurat statements on government forms submitted

The perjury statement appearing on all government forms to which this form is attached is not materially modified in symbolic form, but regardless of what it says, the following meaning is intended and is the ONLY meaning that may be enforced or admitted as evidence in any court of law.

> *"Under penalties of perjury from without the United States and from within the United States of America pursuant to* 28 U.S.C. §1746(1), *I declare that the attached correspondence, facts, and statements are true, correct, and complete to the best of my knowledge and ability.  This perjury statement may only be enforced in a court of a state of the Union where neither the judge nor any member of the jury is a "taxpayer" or in receipt of any pecuniary benefit which derives from Subtitle A of the Internal Revenue Code in order to ensure that there is no conflict of interest which might violate* 18 U.S.C. §208 *or* 28 U.S.C. §455."All alleged "taxes" paid UNDER PROTEST presumptions*

## 8.3    All alleged "taxes" paid UNDER PROTEST presumptions

Treasury Decision 3445 establishes that taxes which are voluntarily paid are nonrefundable and may not be recouped.  Here is the text:

> *The principle that taxes voluntarily paid cannot be recovered back is thoroughly established. It has been so declared in the following cases in the Supreme Court: United States v. New York & Cuba Mail Steamship Co. (200 U. S. 488, 493, 494); Chesebrough v. United States (192 U. S. 253); Little v. Bowers (134 U. S. 547, 554); Wright v. Blakeslee (101 U. S. 174, 178); Railroad Co. v. Commissioner (98 U. S. 541, 543); Lamborn v. County Commissioners (97 U. S. 181); Elliott v. Swartwout (10 Pet. 137). And there are numerous like cases in other Federal corm: Procter & Gamble Co. v. United States (281 Fed. 1014); Vaughan v. Riordan (280 Fed. 742, 745); Beer v. Moffatt (192 Fed. 984, affirmed 209 Fed. 779); Newhall v. Jordan (160 Fed. 661); Christie Street Commission Co. v. United States (126 Fed. 991); Kentucky Bank v. Stone (88 Fed. 383); Corkie v. Maxwell (7 Fed. Cas. 3231).*

> *And the rule of the Federal courts is not at all peculiar to them. It is the settled general rule of the State courts as well that no matter what may be the ground of the objection to the tax or assessment if it has been paid voluntarily and without compulsion it cannot be recovered back in an action at law, unless there is some constitutional or statutory provision which gives to one so paying such a right notwithstanding the payment was made without compulsion.--Adams v. New Bedford (155 Mass. 317); McCue v. Monroe County (162 N.Y. 235); Taylor v. Philadelphia Board of Health (31 P.St. 73); Williams v. Merritt (152 Mich. 621); Gould v. Hennepin County (76 Minn. 379); Martin v. Kearney County (62 Minn. 538); Gar v. Hurd (92 Ills. 315); Slimmer v. Chickasaw County (140 Iowa, 448); Warren v. San Francisco (150 Calif. 167); State v. Chicago & C. R. Co. (165 No. 597).*

> *And it has been many times held, in the absence of a statute on the subject, that mere payment under protest does not save a payment from being voluntary, in the sense which forbids a recovery back of the tax paid, if it was not made under any duress, compulsion,*

*or threats, or under the pressure of process immediately available for the forcible collection of the tax.--Dexter v. Boston (176 Mass. 247); Flower v. Lance (59 N.Y. 603); Williams v. Merritt (152 Mich. 621); Oakland Cemetery Association v. Ramsey County (98 Minn. 404); Robins v. Latham (134 No. 466); Whitbeck v. Minch (48 Ohio St. 210); Peebles v. Pittsburgh. (101 Pa.St. 304); Montgomery v. Cowlitz County (14 Wash. 230); Cincinnati & C. R. Co. v. Hamilton County (120 Tenn. 1).*

__*The principle that a tax or an assessment voluntarily paid cannot be recovered back is an ancient one in the common law and is of general application. See Cooley on Taxation (vol. 2, 3d ed. p. 1495).*__ *That eminent authority also points out that every man is supposed to know the law, and if he voluntarily makes a payment which the law would not compel him to make he cannot afterwards assign his ignorance of the law as a reason why the State should furnish him with legal remedies to recover it back. And he adds:*

*Especially is this the case when the officer receiving the money, who is chargeable with no more knowledge of the law than the party making payment, is not put on his guard by any warning or protest, and the money is over to the use of the public in apparent acquiescence in the justice of the exaction. Mistake of fact can scarcely exist in such a case except in connection with negligence; as the illegalities which render such a demand a nullity must appear from the records, and the taxpayer is just as much bound to inform himself what the records show, or do not show, as are the public authorities. The rule of law is a rule of sound public policy also; it is a rule of quiet as well as of good faith, and precludes the courts being occupied in undoing the arrangements of parties which they have voluntarily made, and into which they have not been drawn by fraud or accident, or by any excusable ignorance of their legal rights and liabilities.*

*But the question presented must be decided upon the language of section 252 hereinbefore set forth in this opinion. In the cases within the purview of the section the right of the taxpayer to so much of the tax as he has paid in excess of that properly due is not made to depend upon whether it was paid under protest. The nature of the section must be regarded, as in the case of the statute before the court in United States v. Hvoslef (237 U.S. 1, 12), and so regarded it negatives any intent that a protest should be necessary. In this case as in that the right of repayment is established by the express terms of the statute itself.*

*The section is intended to give the Commissioner of Internal Revenue power to credit or refund overpayments when no claim for a refund is filed by the taxpayer. Prior to that enactment the commissioner had no authority to credit or refund overpayments of taxes unless appeal was duly made to him in the manner prescribed by section 3220 of the Revised Statutes.*

*Section 252 of the act of 1918 has nothing whatever to do with the collector of internal revenue or with an action against him. The power or duty to make refunds under the section is vested not in the collector but in the Commissioner of Internal Revenue. The commissioner, prior to the enactment of section 252, had no authority to credit or refund overpayments of taxes unless appeal was duly made to him in the manner prescribed by section 3220 of the Revised Statutes, which read: "The Commissioner of Internal Revenue * * * is authorized, on appeal to him made, to remit, refund, and pay back all taxes erroneously or illegally assessed or collected * * *." And the appeal had to be made within two years after the cause of action accrued, as required by section 3228.*

*That being the condition of the law Congress enacted section 252 of the act of 1918. The primary purpose of that enactment was to permit the commissioner of his own volition upon discovery of any overpayment to credit or refund the same notwithstanding the provision of section 3228 of the Revised Statutes, and to limit the time within which he could make such credit or refund to "five years from the date the return was made. The section does not in express terms purport to give the taxpayer a right to sue for the recovery of the excess in the tax paid. It simply defines the powers and duties of the commissioner in correcting overpayments which he finds have been made. It was intended to protect the*

*Declaration of Intention to Change Domicile/Citizenship, Divorce the U.S., and Criminal Complaint*
Form 10.001, Rev. 01-27-2015

*83 of 120*

*commissioner in making refunds which ought to be made prescribed by section 3228 had expired. .*

*Taxes erroneously paid or illegally exacted may be recovered-*

*1. From the Commissioner of Internal Revenue under section 3220 of the Revised Statutes heretofore referred to.*

*2. Through an action at law brought against the United States. This is by virtue of the so-called Tucker Act (Judicial Code, sec. 24, par. 20, ch. 397, 24 Stat. 635).being held that a suit may be maintained directly against the United States for the recovery of taxes wrongfully assessed and collected.-Emery, Bird, Thayer, Realty Co. v. United States (198 Fed. 242, 249); Christie Street Commission Co. v. United States (136 Fed. 326).*

*3. Through an action against a collector who wrongfully exacted the tax and who may be sued for such money as he is not entitled to retain.--Smietanka v. Indiana Steel Co. (257 U. S. 1); Sage v. United States (250 U. S. 33).*

*But in Elliott v. Swartwout (10 Pet. 137), the court held that the collector was not liable in an action to recover the excess duties mistakenly collected unless protest was made at the time of payment or notice was given to him not to pay the money over to the Treasury. The principle applied was the one applied to agents in private transactions- that a voluntary payment to an agent without notice of objection would not subject the agent to liability he having paid it over to his principal, but that payment with notice or with a protest might make the agent liable if in despite of the notice or protest he paid the money over to his principal. But after an act of Congress required collectors to pay over much moneys it has held that the personal liability was gone.- Cary v. Curtis (3 How. 236). But later statutes, as pointed out in Smietanka v. Indiana Steel Co., supra, recognize suits against collectors in such cases.*

*In our opinion section 252 of the act of 1918 was apparently designed to counteract the effect of section 3228 of the Revised Statutes which limited refunds to a period of two years after the tax had been paid, and it relates to the matter of obtaining a credit or a refund from the commissioner. If it impliedly gives a cause of action, about which we are not now called upon to express an opinion, it is a cause of action against the United States. It does not confer a right to bring an action against the collector in cam in which no Liability otherwise existed.*
*[Treasury Decision 3445, February 27, 1923;*
*SOURCE: http://famguardian.org/TaxFreedom/CitesByTopic/Voluntary-TD3445.pdf]*

This correspondence establishes the inferences that may be drawn from my behavior in the context of all monies paid to the U.S. government under the auspices of any statute within the Internal Revenue Code. The following presumptions are hereby established:

1.  That all PAST, PRESENT, and FUTURE monies paid to the U.S. government and any state of the Union by me:
    1.1.  Are paid UNDER PROTEST and duress, and NOT voluntarily.

> *"An agreement [consent] obtained by duress, coercion, or intimidation is invalid, since the party coerced is not exercising his free will, and the test is not so much the means by which the party is compelled to execute the agreement as the state of mind induced.[25]  Duress, like fraud, rarely becomes material, except where a contract or conveyance has been made which the maker wishes to avoid.  As a general rule, duress renders the contract or conveyance voidable, not void, at the option of the person coerced,[26]  and it is susceptible of ratification.  Like other voidable contracts, it is valid*

[25] Brown v. Pierce, 74 U.S. 205, 7 Wall. 205, 19 L.Ed. 134

[26] Barnette v. Wells Fargo Nevada Nat'l Bank, 270 U.S. 438, 70 L.Ed. 669, 46 S.Ct. 326 (holding that acts induced by duress which operate solely on the mind, and fall short of actual physical compulsion, are not void at law, but are voidable only, at the election of him whose acts were induced by it); Faske v.

*until it is avoided by the person entitled to avoid it. [27]  However, duress in the form of physical compulsion, in which a party is caused to appear to assent when he has no intention of doing so, is generally deemed to render the resulting purported contract void. [28] "*

*[American Jurisprudence 2d, Duress, §21 (1999)]*

1.2.   Are NOT "gifts" as defined in 31 U.S.C. §3113.

1.3.   Are withheld or paid "under color but without actual authority" of law and therefore constitute a FRAUDULENT transaction or payment or conveyance and an illegal bribe to the public officials who will expend them in violation of 18 U.S.C. §201.

1.4.   Constitute FRAUD, because they do not represent or indicate the fact that they were not paid voluntarily.  The existence of the duress indicated later is why they willfully do NOT indicate the duress that is the cause of them being paid.

*American Jurisprudence, 2d [legal encyclopedia]*
*Fraud and Deceit*
*§8 Effect*

*<u>**Fraud vitiates every transaction and all contracts.**</u> [29]  Indeed, the principle is often stated, in broad and sweeping language, that fraud destroys the validity of everything into which it enters, and that it vitiates the most solemn contracts, documents, and even judgments. [30]  Fraud, as it is sometimes said, vitiates every act, which statement embodies a thoroughly sound doctrine when it is properly applied to the subject matter in controversy and to the parties thereto and in a proper forum. [31]  As a general rule, fraud will vitiate a contract notwithstanding that it contains a provision to the effect that no representations have been made as an inducement to enter into it, or that either party shall be bound by any representation not contained therein, or a similar provision attempting to nullify extraneous representations.  Such provisions do not, in most jurisdictions, preclude a charge of fraud based on oral representations. [32]*

*<u>**It is a general rule in the law of contracts, however, that an agreement induced by fraud is voidable**</u> [33] <u>**and not void,**</u> [34] although the rule laid down in some cases is that fraud in the factum or execution renders the agreement void, whereas fraud in the treaty or inducement renders it merely voidable. [35]  <u>**Fraudulent representations, to avoid a contract,**</u>*

---

Gershman, 30 Misc.2d. 442, 215 N.Y.S.2d. 144; Glenney v. Crane (Tex Civ App Houston (1st Dist)), 352 S.W.2d. 773, writ ref n r e (May 16, 1962); Carroll v. Fetty, 121 W.Va. 215, 2 S.E.2d. 521, cert den  308 U.S. 571, 84 L.Ed. 479,  60 S.Ct. 85.

[27] Faske v. Gershman, 30 Misc.2d. 442, 215 N.Y.S.2d. 144; Heider v. Unicume, 142 or 416, 20 P.2d. 384; Glenney v. Crane (Tex Civ App Houston (1st Dist)), 352 S.W.2d. 773, writ ref n r e (May 16, 1962)

[28] Restatement 2d, Contracts § 174, stating that if conduct that appears to be a manifestation of assent by a party who does not intend to engage in that conduct is physically compelled by duress, the conduct is not effective as a manifestation of assent.

[29] Jackson v. State, 210 App.Div. 115, 205 N.Y.S. 658, affd 241 N.Y. 563, 150 N.E. 556; Trowbridge v. Oehmsen, 207 App.Div. 740, 202 N.Y.S. 833, affd 241 N.Y. 564, 150 N.E. 556.

[30] Johnson v. Waters, 111 U.S. 640, 28 L.Ed. 547, 4 S.Ct. 619; United States v. Throckmorton, 98 U.S. 61, 25 L.Ed. 93; Nudd v. Burrows, 91 U.S. 426, 23 L.Ed. 286; Stoddard v. Chambers, 2 How (U.S.) 284, 11 L.Ed. 269; United States v. The Amistad, 15 Pet (U.S.) 518, 10 L.Ed. 826; 99 Pratt Street Corp. v. Stand Realty Corp., 27 Conn Supp 101, 230 A.2d. 613; Rathbun v. Baumel, 196 Iowa 1233, 191 N.W. 297, 30 A.L.R. 216; Taylor v. State, 73 Md. 208, 20 A. 914; Aspinwall v. Sabin, 22 Neb. 73, 34 N.W. 72; Berry v. Stevens, 168 Okla. 124, 31 P.2d. 950; Alder v. Crosier, 50 Utah 437, 168 P. 83; Re Ernst, 179 Wis. 646,192 N.W. 65, 30 A.L.R. 681; Baylies v. Vanden Boom, 40 Wyo. 411, 278 P. 551, 70 A.L.R. 924.

[31] Field v. Seabury, 19 How (US) 323, 15 L.Ed. 650; Re Ernst, 179 Wis. 646,192 N.W. 65, 30 A.L.R. 681.

[32] See 17 American Jurisprudence 2d,  Contracts §191 (1999).

[33] Joseph Martinelli & Co. v. Simon Siegel Co. (CA1 Mass) 176 F.2d. 98, 13 A.L.R.2d. 1243; Manly v. Ohio Shoe Co. (CA4), 25 F.2d. 384, 59 A.L.R. 413; Pocatello Secur. Trust Co. v. Henry, 35 Idaho 321, 206 P. 175, 27 A.L.R. 337; Commissioner of Banks v. Cosmopolitan Trust Co., 253 Mass. 205, 148 N.E. 609, 41 A.L.R. 658; Salter v. Aviation Salvage Co. 129 Miss 217, 91 So 340,  26 A.L.R. 987.

[34] Commissioner of Banks v. Cosmopolitan Trust Co., 253 Mass. 205, 148 N.E. 609, 41 A.L.R. 658; Ettlinger v. National Surety Co., 221 N.Y. 467, 117 N.E. 945, 3 A.L.R. 865.

[35] See 17 American Jurisprudence 2d,  Contracts §151 (1999).

---

*need not be such as would sustain an indictment for false pretenses. [36] In preventing actual consent, fraud may be as effectual as mistake or a want of capacity; and where such is the fact in dealing with ordinary contracts, its effect is to vitiate and invalidate them. [37] Ordinarily, however, a contract induced by fraud is voidable at the option of the person defrauded, who must take affirmative action for relief. [38] Generally speaking, the right to avoid a contract induced by fraud must be exercised before the rights of third parties have intervened. [39]*

*Fraudulent misrepresentations may operate as an estoppel in pais, whereby the fraudulent person is precluded from denying a statement which another has relied upon to his injury. [40] As respects fraud in law, that is, constructive fraud as contradistinguished from fraud in fact, or actual fraud, where that which is valid can be separated from that which is invalid without defeating the general intent, the maxim, "void in part, void in toto," does not necessarily apply, and the transaction may be sustained notwithstanding the invalidity of a particular provision. If an original transaction is valid, it cannot be rendered fraudulent by subsequent events, as by the mere nonperformance of a contract, [41] unless, under the rule in force in the majority of jurisdictions, there is a coexisting intention not to perform. [42] In the event of a controversy between the parties regarding fraud in the contract, a "valid" contract is what a court acting with jurisdiction says it is. [43]*

*A person does not, by attempting to defraud another, forfeit his property to the latter. [44]*
*[37 American Jurisprudence 2d, Fraud and Deceit, §8 (1999)]*

1.5. Constitute STOLEN PROPERTY for which this document constitutes a formal ADVANCED CRIMINAL COMPLAINT against the payer or withholder, who shall be regarded as the THIEF or EXTORTIONER, if he is not me, the submitter.

1.6. That the receiving government is willfully acting as a *money launderer* for the STOLEN money or property for the period during which it is acting as bailee over it. It may not lawfully possess, spend, or use such proceeds for any public purpose absent my consent, which I do not, never have, and never will give. Money laundering is a criminal violation of 18 U.S.C. §1956.

1.7. That I demand the IMMEDIATE RETURN of all monies paid, withheld, or otherwise extorted from me or any of the business entities of which I am a part.

*"A claim against the United States is a right to demand money from the United States. [45] Such claims are sometimes spoken of as gratuitous in that they cannot be enforced by suit without statutory consent. [46] The general rule of non-liability of the United States does not mean that a citizen cannot be protected against the wrongful governmental acts that*

[36] Nichols v. Michael, 23 N.Y. 264; McNair v. Southern States Finance Co., 191 N.C. 710, 133 S.E. 85.

[37] Brown v. Scott, 140 Md. 258, 117 A. 114, 22 A.L.R. 810.

[38] Ettlinger v. National Surety Co., 221 N.Y. 467, 117 N.E. 945, 3 A.L.R. 865; Adams v. Gillig, 199 N.Y. 314, 92 N.E. 670.

[39] See 17 American Jurisprudence 2d, Contracts §509 (1999).

[40] Block v. Block, 165 Ohio.St. 365, 60 Ohio.Ops. 1, 135 N.E.2d. 857; McAfferty v. Conover, 7 Ohio.St. 99.

[41] Crane v. Conklin, 1 N.J.Eq. 346.

[42] §§ 68 et seq., infra.

[43] Angelina v. Euclid Concrete Corp. 280 App.Div. 405, 113 N.Y.S.2d. 537, affd 306 N.Y. 606, 115 N.E.2d. 831.

[44] Blue v. Blue, 38 Ill 9.

[45] United States ex rel. Angarica v. Bayard, 127 U.S. 251, 32 L.Ed. 159, 8 S.Ct. 1156, 4 A.F.T.R. 4628 (holding that a claim against the Secretary of State for money awarded under a treaty is a claim against the United States); Hobbs v. McLean, 117 U.S. 567, 29 L.Ed. 940, 6 S.Ct. 870; Manning v. Leighton, 65 Vt. 84, 26 A. 258, motion dismd 66 Vt. 56, 28 A. 630 and (disapproved on other grounds by Button's Estate v. Anderson, 112 Vt 531, 28 A.2d. 404, 143 A.L.R. 195).

As to the False Claims Act, see 32 American Jurisprudence 2d, False Pretenses §§88-96 (1999).

As to the jurisdiction of the United States Court of Federal Claims, see 32B American Jurisprudence 2d, Federal Courts §§2266 et seq. (1999)

[46] Blagge v. Balch, 162 U.S. 439, 40 L.Ed. 1032, 16 S.Ct. 853.

> *affect the citizen or his or her property.[47]  If, for example, money or property of an*
> *innocent person goes into the federal treasury by fraud to which a government agent was*
> *a party, the United States cannot hold the money or property against the claim of the*
> *injured party.[48] "*
> [American Jurisprudence 2d, United States, §45 (1999)]

2.  That all monies paid to the government do not constitute "taxes" as legally defined, but a temporary loan whereby the government is the BAILEE but not OWNER in TEMPORARY custody.  Consequently, it cannot lawfully assert sovereign immunity or deny its consent to return said STOLEN property in order to preserve its illegal custody of said laundered funds or property.

3.  That the duress was instituted against me by the following sources:
    3.1.  My private employer, who either threatened to fire or to not hire me if I did not submit an IRS Form W-4 authorizing INVOLUNTARY withholding.
    3.2.  False Information Returns, such as IRS Forms W-2, 1098, 1099, etc., were filed against my earnings.  These information returns connected me to a "trade or business" and a "public office" pursuant to 26 U.S.C. §6041 and 26 U.S.C. §7701(a)(26) which I was NOT, in fact, engaged in.
    3.3.  The above FALSE information Returns constituted a criminal infraction against 26 U.S.C. §7207 and FALSE claims against the United States cognizable under the False Claims Act, 31 U.S.C. §3729, as well as a civil tort pursuant to 26 U.S.C. §7434, and that the U.S. Department of Justice practiced prejudicial and injurious "selective enforcement" by willfully and criminally refusing to prosecute the submitters criminally and civilly for these infractions.

4.  That the above sources of duress against me, the Submitter caused all withholdings and payments to be involuntary.

5.  That I reserve *all* rights over all monies, alleged "taxes", and other payment made by me or on my behalf in the context of any financial arrangement I may have with any third party, pursuant to U.C.C. 1-207 and its successor, U.C.C. 1-308.

6.  That should the government receive any monies from me, they constitute a temporary loan at 20% interest compounded annually and payable on a pro-rata basis when the monies are returned.

7.  That acceptance of all withholdings and payments from my pay or financial assets by the U.S. government constitutes an implied contract for which the United States waives sovereign immunity pursuant to the Tucker Act, 28 U.S.C. §1491, and agrees to be responsible to honor the terms of this document.

> *CALIFORNIA CIVIL CODE*
> *DIVISION 3. OBLIGATIONS*
> *PART 2. CONTRACTS*
> *CHAPTER 3. CONSENT*
> Section 1589

> *1589. A voluntary acceptance of the benefit of a [government benefit] transaction is*
> *equivalent to a consent to all the obligations [and legal liabilities] arising from it, so far*
> *as the facts are known, or ought to be known, to the person accepting.*

The "benefit" referred to above which gives rise to the "constructive consent" is the temporary use of STOLEN property and the authority to act as temporary bailee over said property until it is returned to its rightful owner, which is me, subject to the payment of interest at the rates indicated above for the period of bailment.  The government may not on the one hand ASSUME that I consented to be bound by the Social Security Act and the Internal Revenue Code by virtue of using the "benefits" of it, such as the SSN, without applying the SAME rules to itself in reverse.  To do otherwise is a denial of equal protection of the law and hypocrisy.

8.  I remind the recipient that the First Amendment gives me a right not only to communicate or not communicate with the federal government, but to define the legal significance of all of my words, actions, and behaviors so that they are understood in the light that I wish them to be understood.  To do otherwise is to violate my First Amendment rights.  We can't have a First Amendment right to communicate, if we can't even define the meaning and significance of our words and actions and what we intend for them to convey to the government.

---

[47] Wilson v. Shaw, 204 U.S. 24, 51 L.Ed. 351, 27 S.Ct. 233.

[48] Bull v. United States, 295 U.S. 247, 79 L.Ed. 1421, 55 S.Ct. 695, 35-1 U.S.T.C. ¶ 9346, 15 A.F.T.R. 1069; United States v. State Bank, 96 U.S. 30, 96 Otto 30, 24 L.Ed. 647.

## 8.4 Presumptions Against the existence of Federal Jurisdiction in States of the Union

This document shall create a presumption AGAINST the existence of any kind of legislative jurisdiction of the federal government and its municipal laws within any state of the Union. The authorities for this presumption are as follows:

1. The Federal Rule of Criminal Procedure 54(c ), prior to year 2002 asserted that all Acts of Congress are applicable in the District of Columbia and federal territory only. Removing the rule and making it unrecognizable during the revision process hides that fact but STILL does not change that jurisdictional fact.

> *Federal Rule of Civil Procedure 54(c ), prior to Dec. 2002*
>
> *"Act of Congress" includes any act of Congress locally applicable to and in force in the District of Columbia, in Puerto Rico, in a territory or in an insular possession."*

2. The Internal Revenue Code defines and limits the term "United States" to include only the District of Columbia and nowhere expands the term to include any state of the Union. Consequently, states of the Union are not included.

> *TITLE 26 > Subtitle F > CHAPTER 79 > Sec. 7701.*
> *Sec. 7701. - Definitions*
>
> *(a) When used in this title, where not otherwise distinctly expressed or manifestly incompatible with the intent thereof—*
>
> *(9) United States*
>
> *The term "United States" when used in a geographical sense includes only the States and the District of Columbia.*
>
> *(10) State*
>
> *The term "State" shall be construed to include the District of Columbia, where such construction is necessary to carry out provisions of this title.*

3. Article 1, Section 8, Clause 17 of the Constitution expressly limits the territorial jurisdiction of the federal government to the ten square mile area known as the District of Columbia. Extensions to this jurisdiction arose at the signing of the Treaty of Peace between the King of Spain and the United States in Paris France, which granted to the United States new territories such as Guam, Cuba, the Philippines, etc.

4. 4 U.S.C. §72 limits the exercise of all "public offices" and the application of their laws to the District of Columbia and NOT elsewhere except as expressly provided by Congress.

> *TITLE 4 > CHAPTER 3 > § 72*
> *§72. Public offices; at seat of Government*
>
> *All offices attached to the seat of government shall be exercised in the District of Columbia, and not elsewhere, except as otherwise expressly provided by law.*

5. The Internal Revenue Code, Subtitle A places the income tax primarily upon a "trade or business". The U.S. Supreme Court expressly stated that Congress may not establish a "trade or business" in a state of the Union and tax it.

> *"Congress cannot authorize a __trade or business__ within a State in order to tax it."*
> *[License Tax Cases, 72 U.S. 462, 18 L.Ed. 497, 5 Wall. 462, 2 A.F.T.R. 2224 (1866)]*

6. A "trade or business" is defined as the "functions of a public office" in 26 U.S.C. §7701(a)(26). Pursuant to 4 U.S.C. §72 above, all "public offices", all of which may by law *only* be exercised within the District of Columbia and not elsewhere except as "expressly" provided by an enactment of Congress. See:

> *The "Trade or Business" Scam*, Form #05.001
> http://sedm.org/Forms/FormIndex.htm

7. 48 U.S.C. §1612 expressly extends the enforcement of the criminal provisions of the Internal Revenue Code to the Virgin Islands and is the only enactment of Congress that extends enforcement of any part of the Internal Revenue Code to any place outside the District of Columbia.

8. There is no provision of law which expressly extends the enforcement of Subtitle A of the Internal Revenue Code to any state of the Union. Therefore, jurisdiction does not exist there.

> *"Expressio unius est exclusio alterius. A maxim of statutory interpretation meaning that* *__the expression of one thing is the exclusion of another.__ Burgin v. Forbes, 293 Ky. 456, 169 S.W.2d. 321, 325; Newblock v. Bowles, 170 Okl. 487, 40 P.2d. 1097, 1100. Mention of one thing implies exclusion of another. __When certain persons or things are specified in a law, contract, or will, an intention to exclude all others from its operation may be inferred.__ Under this maxim, if statute specifies one exception to a general rule or assumes to specify the effects of a certain provision, other exceptions or effects are excluded."* [Black's Law Dictionary, Sixth Edition, p. 581]

9. 26 U.S.C. §7601 authorizes enforcement of the Internal Revenue Code and discovery related to the enforcement *only* within the bounds of internal revenue districts.

10. Treasury Order 150-02 abolished all internal revenue districts *except* that of the District of Columbia.

11. 26 U.S.C. §7621 authorizes the President of the United States to define the boundaries of all internal revenue districts. He delegated that authority to the Secretary of the Treasury pursuant to Executive Order 10289. The President may NOT establish internal revenue districts outside of the United States, which is then defined in 26 U.S.C. §7701(a)(9) and (a)(10), 26 U.S.C. §7701(a)(39), and 26 U.S.C. §7408(c) to mean ONLY the District of Columbia.

12. IRS is delegate of the Secretary in insular possessions, as "delegate" is defined at 26 U.S.C. §7701(a)(12)(B), but NOT in states of the Union.

13. The U.S. Supreme Court commonly refers to states of the Union as "foreign states". To wit:

> *We have held, upon full consideration, that although under existing statutes a circuit court of the United States has jurisdiction upon habeas corpus to discharge from the custody of __state officers__ or tribunals one restrained of his liberty in violation of the Constitution of the United States, it is not required in every case to exercise its power to that end immediately upon application being made for the writ. 'We cannot suppose,' this court has said, 'that Congress intended to compel those courts, by such means, to draw to themselves, in the first instance, the control of all criminal prosecutions commenced in state courts exercising authority within the same territorial limits, where the accused claims that he is held in custody in violation of the Constitution of the United States. The injunction to hear the case summarily, and thereupon 'to dispose of the party as law and justice require' [R. S. 761], does not deprive the court of discretion as to the time and mode in which it will exert the powers conferred upon it. That discretion should be exercised in the light of the relations existing, under our system of government, between the judicial tribunals of the Union and of the states, and in recognition of the fact that the public good requires that those relations be not disturbed by unnecessary conflict between courts equally bound to guard and protect rights secured by the Constitution. __When the petitioner is in custody by state authority for an act done or omitted to be done in pursuance of a law of the United States, or of an order, process, or decree of a court or judge thereof; or where, being a subject or citizen of a foreign state, and domiciled therein, he is in custody, under like authority, for an act done or omitted under any alleged right, title, authority, privilege, protection, or exemption claimed under the commission, or order, or sanction of any foreign state, or under color thereof, the validity and effect whereof depend upon the law of nations; in such and like cases of urgency, involving the authority and operations of the general government, or the obligations of this country to, or its relations with, foreign nations, [180 U.S. 499, 502] the courts of the United States have frequently interposed by writs of habeas corpus and discharged prisoners who were held in custody by state authority.__ So, also, when they are in the custody of a state officer, it may be necessary, by use of the writ, to bring them into a court of the United States to testify as witnesses.' Ex parte Royall, 117 U.S. 241, 250, 29 S.L.Ed. 868, 871, 6 Sup.Ct.Rep. 734; Ex parte Fonda, 117 U.S. 516, 518, 29 S.L.Ed. 994, 6 Sup.Ct.Rep. 848; Re Duncan, 139 U.S. 449, 454, sub nom. Duncan v. McCall, 35 L.Ed. 219, 222, 11 Sup.Ct.Rep. 573; Re Wood, 140 U.S. 278, 289, Sub nom. Wood v. Bursh, 35 L.Ed. 505, 509, 11 Sup.Ct.Rep. 738; McElvaine v. Brush,*

*Declaration of Intention to Change Domicile/Citizenship, Divorce the U.S., and Criminal Complaint*
*Form 10.001, Rev. 01-27-2015*

89 of 120

*142 U.S. 155, 160 , 35 S.L.Ed. 971, 973, 12 Sup.Ct.Rep. 156; Cook v. Hart, 146 U.S. 183, 194 , 36 S.L.Ed. 934, 939, 13 Sup.Ct.Rep. 40; Re Frederich, 149 U.S. 70, 75 , 37 S.L.Ed. 653, 656, 13 Sup.Ct.Rep. 793; New York v. Eno, 155 U.S. 89, 96 , 39 S.L.Ed. 80, 83, 15 Sup.Ct.Rep. 30; Pepke v. Cronan, 155 U.S. 100 , 39 L.Ed. 84, 15 Sup.Ct.Rep. 34; Re Chapman, 156 U.S. 211, 216 , 39 S.L.Ed. 401, 402, 15 Sup.Ct.Rep. 331; Whitten v. Tomlinson, 160 U.S. 231, 242 , 40 S.L.Ed. 406, 412, 16 Sup.Ct.Rep. 297; Iasigi v. Van De Carr, 166 U.S. 391, 395 , 41 S.L.Ed. 1045, 1049, 17 Sup.Ct.Rep. 595; Baker v. Grice, 169 U.S. 284, 290 , 42 S.L.Ed. 748, 750, 18 Sup.Ct.Rep. 323; Tinsley v. Anderson, 171 U.S. 101, 105 , 43 S.L.Ed. 91, 96, 18 Sup.Ct.Rep. 805; Fitts v. McGhee, 172 U.S. 516, 533 , 43 S.L.Ed. 535, 543, 19 Sup.Ct.Rep. 269; Markuson v. Boucher, 175 U.S. 184 , 44 L.Ed. 124, 20 Sup.Ct.Rep. 76.*
*[State of Minnesota v. Brundage, 180 U.S. 499 (1901)]*

14. The U.S. Supreme Court has stated repeatedly that the United States federal government is without ANY legislative jurisdiction within the exterior boundaries of a sovereign state of the Union:

> *"The difficulties arising out of our dual form of government and the opportunities for differing opinions concerning the relative rights of state and national governments are many; but for a very long time this court has steadfastly adhered to the doctrine that the taxing power of Congress does not extend to the states or their political subdivisions. The same basic reasoning which leads to that conclusion, we think, requires like limitation upon the power which springs from the bankruptcy clause. United States v. Butler, supra."*
> *[Ashton v. Cameron County Water Improvement District No. 1, 298 U.S. 513, 56 S.Ct. 892 (1936)]*

> *"It is no longer open to question that the general government, unlike the states, Hammer v. Dagenhart, 247 U.S. 251, 275 , 38 S.Ct. 529, 3 A.L.R. 649, Ann.Cas.1918E 724, possesses no inherent power in respect of the internal affairs of the states; and emphatically not with regard to legislation."*
> *[Carter v. Carter Coal Co., 298 U.S. 238, 56 S.Ct. 855 (1936)]*

15. The Uniform Commercial Code defines the term "United States" as the District of Columbia:

> *Uniform Commercial Code (U.C.C.)*
> *§ 9-307. LOCATION OF DEBTOR.*
>
> *(h) [Location of United States.]*
>
> *The United States is located in the District of Columbia.*
> *[SOURCE:*
> *http://www.law.cornell.edu/ucc/search/display.html?terms=district%20of%20columbia&url=/ucc/9/article9.htm#s9-307]*

Based on all the above authorities, there is *no basis* to believe that any part of the federal government enjoys any legislative jurisdiction within any state of the Union, including in its capacity as a lawmaker for the general government. This was confirmed by one attorney who devoted his life to the study of Constitutional law below:

> *"§79. [. . .]There cannot be two separate and independent sovereignties within the same limits or jurisdiction; nor can there be two distinct and separate sources of sovereign authority within the same jurisdiction. The right of commanding in the last resort can be possessed only by one body of people inhabiting the same territory,' and can be executed only by those intrusted with the execution of such authority."*
> *[Treatise on Government, Joel Tiffany, p. 49, Section 78;*
> *SOURCE:*
> *http://famguardian.org/Publications/TreatiseOnGovernment/TreatOnGovt.pdf]*

## 8.5    Federal Identifying Number Presumptions

In all past and future correspondence to or from the government, any use of any identifying numbers in the context of me shall be governed by the following presumptions:

1. The terms "Social Security Number", "SSN", "Employer Identification Number", "EIN", "Taxpayer Identification Number", or "TIN" as used on all attached government forms means "Nontaxpayer Identification Number (NIN)", signifying that the Submitter is a "nontaxpayer" who does not meet the definition of "taxpayer" found in 26 U.S.C. §7701(a)(14), who is not subject to any provision within the Internal Revenue Code, who is a statutory "non-resident non-person" not engaged in a "trade or business" as described in 26 C.F.R. §1.871-1(b)(1)(i), who is Not an "individual" as legally defined because not domiciled on federal territory, and who has no earnings from within the "United States" as described in 26 U.S.C. §871.

2. The term "Social Security Number" or "SSN" as used on the attached government forms *IS NOT* the number issued under the authority of 20 C.F.R. §422.104, which can only lawfully be issued to federal employees, agents, and benefit recipients, none of which describe the Submitter.  See and rebut the following if you disagree:
   > *Resignation of Compelled Social Security Trustee*, Form #06.002
   > http://sedm.org/Forms/FormIndex.htm

3. The term "Employer Identification Number" or "EIN" as used on the attached government forms *IS NOT* the number issued under the authority of 26 U.S.C. §6109 or any other Act of Congress.  Instead, it means a "Nontaxpayer Identification Number" or "NIN" as defined above.

4. The term "Taxpayer Identification Number" or "TIN" as used on the attached government form *IS NOT* the number issued under the authority of either 26 U.S.C. §6109 or any other Act of Congress.  Instead it means a "Nontaxpayer Identification Number" or "NIN" as defined above.

5. All "Nontaxpayer Identification Numbers" or "NINs", or any other synonym described in items 2 through 4 of this section and included in any form or attachment included herein or submitted on any previous government form are the exclusive, licensed, copyrighted intellectual property of the Submitter.  They are protected by the Copyright Act codified in Title 17 of the U.S. Code and this license agreement.  Any use by the government of this property for any commercial or government purpose, including tax collection, is STRICTLY PROHIBITED.  Each unauthorized use is punishable by a penalty of $100,000 per incident plus any tax or penalty assessment associated with the unauthorized use.

6. The presumption is established by the ACTA Agreements between the Secretary of the Treasury and the states of the Union, by 4 U.S.C. §106, and 5 U.S.C. §5517 that those who use a Social Security Number are identified in the IRS records and databases as instrumentalities of the Federal government.  See 26 C.F.R. §301.6109-1(g).  In the context of me, who by this document establishes he or she is not a federal instrumentality, these presumptions are inapplicable.

7. Any federal identifying number provided, regardless of what it is identified as, shall *NOT* be a Social Security Number or the number issued under the authority of 20 C.F.R. §422.104 because:

   7.1. All Social Security Numbers belong and are the public property of the Social Security Administration (SSA) pursuant to 20 C.F.R. §422.103(d) and therefore could not lawfully belong to me unless I am a federal instrumentality, agent, or employee, which section 4.3 earlier makes a statutory and legal impossibility.

   7.2. It is illegal to use "public property" such as Social Security Numbers for a private use, and since I am a "private person" and not a "public employee" or federal agent or instrumentality, then I would be committing embezzlement to have or to use such numbers and would also be falsely impersonating a federal employee in violation of the following:

      7.2.1. 18 U.S.C. §641: Embezzlement of public money, property, or records.  Punishment is ten years in jail.

      7.2.2. 18 U.S.C. §912: Impersonating an officer or employee of the United States.  Punishment is three years in jail.

      Any attempt on your part to facilitate the above crimes makes you an accessory after the fact and guilty of misprision of felony in violation of 18 U.S.C. §§3 and 4 respectively.

   7.3. The fact that Social Security Numbers (SSNs) are the property of the U.S. government that can only be used or employed in the context of a public purpose means that they cannot lawfully be used by a human such as myself, who has explicitly and carefully and clearly, as in this document, cited the legal and statutory boundaries that separate his/her private life and actions from the highly limited jurisdiction of the federal government over public property, offices, and territory.

   7.4. I have sent correspondence to the Social Security Administration evidencing duress in the context of any alleged participation in Social Security Scam pursuant to the following:
   > *Resignation of Compelled Social Security Trustee*, Form #06.002
   > http://sedm.org/Forms/FormIndex.htm

8. The Identifying Number is *not* a Taxpayer Identification Number (TIN) assigned pursuant to 26 U.S.C. §6109. All such numbers can only lawfully be assigned to statutory "aliens" pursuant to the following and it is therefore ILLEGAL (42 U.S.C. §408(a)(8)) to assign a TIN to those who are "non-resident non-persons" and who have made no elections to be a "resident" and it is evidence of duress if the IRS does so:

   8.1. 26 C.F.R. §1.1441-1(c)(3) defines an "individual" as either an "alien" or "nonresident alien".

   8.2. 26 C.F.R. §301.6109-1(d)(3) and 26 C.F.R. §1.1-1(a)(2)(ii) says that IRS individual Taxpayer Identification Numbers may only lawfully be assigned to "aliens".

   8.3. 26 C.F.R. §1.1-1(a)(2)(ii) defines a "married individual" and an "unmarried individual" as an alien engaged in a "trade or business".

   8.4. The definitions of "nonresident alien" in 26 U.S.C. §7701(b)(1)(B) and "alien" in 26 U.S.C. §7701(b)(1)(A) overlap but are not equivalent. A person who is a "nonresident alien" and a "national" but not a "citizen" pursuant to 8 U.S.C. §1101(a)(21) and 8 U.S.C. §1452 can be a "nonresident alien" without also being an "alien".

   8.5. I do not choose at any time in the future nor have I ever voluntarily or knowingly made an election in the past as a "nonresident alien" pursuant to 26 U.S.C. §6013(g) and (h) or 26 U.S.C. §7701(b)(4)(B) to be treated as a "resident alien" as defined in 26 U.S.C. §7701(b)(1)(A).

9. The presumption is also established in 20 C.F.R. §422.103(d) that the only persons who can have or use Social Security Numbers are federal employees. You will note, for instance, that 20 C.F.R. is entitled "employee benefits" and that the only type of employee activity which may be regulated under federal law is that of federal employees. This document shall establish the OPPOSITE presumption, which is that I am not, never have been, and never will be a federal statutory "employee", "public officer", or instrumentality.

10. 26 C.F.R. §301.6109-1(g) also establishes that a person who uses a Social Security Number is a "U.S. person" pursuant to 26 U.S.C. §7701(a)(30). It identifies the holder as either a statutory U.S. citizen pursuant to 8 U.S.C. §1401 or a statutory "resident" pursuant to 26 U.S.C. §7701(b)(1)(A). This document establishes the OPPOSITE presumption, which is that I am neither a "U.S. person" pursuant to 26 U.S.C. §7701(a)(30), a statutory "U.S. citizen" pursuant to 8 U.S.C. §1401 or a statutory "U.S. resident" pursuant to 26 U.S.C. §7701(b)(1)(A).

11. There is a common de facto presumption created by political and social custom that everyone is required to have and to use a Social Security Number or other federal identifying number. This document establishes the presumption that there is no such law and places the burden of proof upon the government to produce such a law which has general applicability and legal effect within states of the Union. It also establishes that the Social Security Administration has admitted repeatedly to all who ask that there is no law requiring one to obtain or use federal identifying numbers. See:

> *Letter from Social Security Administration*, Exhibit #07.004
> http://sedm.org/Exhibits/ExhibitIndex.htm

12. Regardless of the label or name assigned by the government to such a number on any government form or correspondence, all such numbers shall constitute ONLY a "Nontaxpayer Identification Numbers" (NIN). A NIN identifies a statutory "non-resident non-person" not engaged in the "trade or business" public office franchise as described in 26 C.F.R. §1.871-1(b)(1)(i), who is NOT an "individual" as defined in 26 C.F.R. §1.1441-1(c)(3), and whose estate is a "foreign estate" as described in 26 U.S.C. §7701(a)(31).

## 8.6   Presumptions about Meaning of words in all correspondence to or from the government

*Other than the words defined in the following subsections, all words used in all my communications shall have only the common meaning ascribed to them and shall NOT be construed in any way to have the legal meaning found in any federal or state law.* The only exceptions to this rule are those found in the following subsections or when a word is surrounded in quotation marks and preceded or succeeded by an indication of the legal definition upon which it is based, then and only then will it assume the legal definition. Submitter wishes to exercise his right of freedom from compelled association with all federal law in order to restore and protect his sovereignty. The legal definitions for words used, in turn, shall be based entirely upon the following:

> *Sovereignty Forms and Instructions Online*, Form #10.004, Cites By Topic
> http://famguardian.org/TaxFreedom/FormsInstr-Cites.htm

The purpose of the above requirements is to eliminate ALL presumptions from any legal proceeding about what I might write or say so that such false and unauthorized presumptions *cannot* be used to discredit or slander us or prejudice our rights or sovereignty. For instance, here are two examples:

**Table 2: Example terms**

| Statement from this website | Meaning |
|---|---|
| Wages are not taxable | Earnings from labor of a human being that *do not* fit the description of "wages" defined in 26 U.S.C. §3401(a) and 26 C.F.R. §31.3401(a)-3 are not taxable without the consent of the subject. |
| "Wages" are taxable | Wages as defined in 26 U.S.C. §3401(a) and 26 C.F.R. §31.3401(a)-3 ARE taxable because they fit the legal description of "wages". |

Any federal forms submitted by me or sent to me by the government:

1. Are considered untrustworthy and unreliable, pursuant to the rulings of the federal courts.  See section 4 of the document below:
   *Reasonable Belief About Income Tax Liability*, Form #05.007:
   http://sedm.org/Forms/FormIndex.htm
2. Shall *not* be made factual or trustworthy or actionable in any manner even by a signature of me under penalty of perjury.  An affidavit of the truthfulness or reliability of any tax form that the IRS itself positively refuses to vouch for the accuracy of shall *not* make it any more accurate or truthful than a blank form.  Holding me any more accountable for my statements than employees of the government is a violation of the equal protection of the laws.  The implication of this is that any perjury statement appearing on any federal form pursuant to 28 U.S.C. §1746 shall not be actionable and shall create no obligation on my part unless I specifically state otherwise.

## 8.6.1   Specific terms

### 8.6.1.1   "taxpayer"

The term "**taxpayer**" on all government forms and submissions to or from the government shall be defined as a human being and NOT a statutory "person" under any government code or law who is:

1. NOT the entity described in 26 U.S.C. §7701(a)(14) or 26 U.S.C. §1313.
2. NOT subject to any provision of the Internal Revenue Code, which is "foreign law".
3. A statutory "non-resident non-person" not engaged in a "trade or business" as defined in 26 U.S.C. §7701(a)(26) and whose entire estate is a "foreign estate" as defined in 26 U.S.C. §7701(a)(31).

### 8.6.1.2   "benefit"

"Benefit:  Advantage; profit; fruit; gain; interest associated with a specific transaction which conveys a right or property interest which:

1. Is <u>not</u> dispensed by an administrative agency of any state or federal government, but by a private individual.
2. Does not require the recipient to be an officer, agent, employee, or "personnel" within any government.
3. Is not called a "tax" or collected by the Internal Revenue Service, but is clearly identified as "private business activity beyond the core purposes of government".
4. Does not confer upon the grantor any form of sovereign, official, or judicial immunity.
5. Is legally enforceable in OTHER than a franchise court or administrative agency.  That is, may be heard in equity within a true, Article III constitutional court and NOT a legislative franchise court.
6. True constitutional courts are provided in which to litigate disputes arising under the benefit and those with said disputes are not required to exhaust administrative remedies with an executive branch agency BEFORE they may litigate.  These constitutional courts are required to produce evidence that they are constitutional courts with OTHER than strictly legislative franchise powers when challenged by the recipients of said benefits.
7. The specific value of the consideration can be quantified at any time.
8. Monies paid in by the recipient to subsidize the program are entirely refundable if the benefits they pay for have not been received or employed either partially or in full.
9. A person who dies and never collects a benefit is refunded ALL of the monies they paid in.
10. Participation in the program is not also attached to any other government program.  For instance, being a recipient of "social insurance" does not also make the recipient liable for unrelated or other federal taxes.
11. The term "benefit" must be defined in the franchise agreement that dispenses it, and its definition may not be left to the subjective whims of any judge or jury.

12. If the "benefit" is financial, then it is paid in lawful money rather than Federal Reserve Notes, which are non-interest bearing promissory notes that are not lawful money and are backed by nothing.

13. The franchise must expressly state that participation is voluntary and that no one can be prosecuted or punished for failure to participate.

14. The identifying numbers, if any, that administer the program may not be used for identification and may not be shared with or used by any nongovernmental entity other than the recipient him or her self.

15. May not be heard by any judge, jurist, or prosecutor who is a recipient or beneficiary of the same benefit, because this would cause a conflict of interest in violation of 18 U.S.C. §208, 28 U.S.C. §144, and 28 U.S.C. §455, 18 U.S.C. §597, and 18 U.S.C. §201.

16. During any litigation involving the "benefit", both the grantor and the grantee share equal obligation to prove that equally valuable consideration was provided to the other party. Note that Federal Reserve Notes do not constitute lawful money or therefore consideration.

Anything offered by the government that does not meet ALL of the above criteria is herein defined as an INJURY and a TORT. Compelled participation is stipulated by both parties as being slavery in criminal violation of 18 U.S.C. §1583, 42 U.S.C. §1994, and the Thirteenth Amendment.

Receipt of the attached government application constitutes consent by the recipient of the application to use the above definition of "benefit" in any disputes that might arise over this transaction. Government recipient and its agents, employees, and assigns forfeit their right as private individuals acting in any government office to define the term "benefit" and agree to use ONLY the above definition.

## 8.6.1.3   "dollar"

"dollar": The U.S. dollar was first defined by the Coinage Act of 1792, which specified a "dollar" to be based in the Spanish milled dollar and of 371 grains and 4 sixteenths part of a grain of pure or 416 grains (27.0 g) of standard silver and an "eagle" to be 247 and 4 eighths of a grain or 270 grains (17 g) of gold (again depending on purity).[49] The choice of the value 371 grains arose from Alexander Hamilton's decision to base the new American unit on the average weight of a selection of worn Spanish dollars. Hamilton got the treasury to weigh a sample of Spanish dollars and the average weight came out to be 371 grains. A new Spanish dollar was usually about 377 grains in weight, and so the new U.S. dollar was at a slight discount in relation to the Spanish dollar.

The same coinage act also set the value of an eagle at 10 dollars, and the dollar at 1/10 eagle. It called for 90% silver alloy coins in denominations of 1, 1/2, 1/4, 1/10, and 1/20 dollars; it called for 90% gold alloy coins in denominations of 1, 1/2, 1/4, and 1/10 eagles. The value of gold or silver contained in the dollar was then converted into relative value in the economy for the buying and selling of goods. This allowed the value of things to remain fairly constant over time, except for the influx and outflux of gold and silver in the nation's economy.

There is no statutory definition of "dollar" that equates a Federal Reserve Note with a dollar and the legal definition of "money" found in Black's Law Dictionary specifically excludes "notes" from the definition of "money".

> *"Money: In usual and ordinary acceptation it means coins and paper currency used as circulating medium of exchange, and **does not embrace notes**, bonds, evidences of debt, or other personal or real estate. Lane v. Railey, 280 Ky. 319, 133 S.W.2d. 74, 79, 81."*
> *[Black's Law Dictionary, Sixth Edition, p. 1005]*

Therefore, the current use of Federal Reserve Notes as "money" is "de facto" and violates the original United States of America Money Act, 1 Stat. 246. The penalty for debasing the currency under such as is death. Current legal dictionaries water down the definitions to paper over the de facto nature of modern "legal tender" and protect the perpetrators of this crime, but it's still a crime because the act has never been repealed.

> *"Since the suspension in 1971[50] of convertibility of paper U.S. currency into any precious metal, the U.S. dollar is, de facto, fiat money."*

---

[49] Mint, U.S. *"Coinage Act of 1792"*. U.S. treasury; SOURCE: https://www.usmint.gov/learn/history/historical-documents/coinage-act-of-april-2-1792.

[50] "Nixon Ends Convertibility of US Dollars to Gold and Announces Wage/Price Controls". Federal Reserve Bank of Richmond. Retrieved October 17, 2018.

*[Wikipedia: United States Dollar, Downloaded 8/20/2019; SOURCE: https://en.wikipedia.org/wiki/United_States_dollar]*

The use of the term "de facto" in the above definition also implies that the so-called "government" employing it is "de facto" as described below:

> *De Facto Government Scam*, Form #05.043
> https://sedm.org/Forms/FormIndex.htm

For the purposes of this definition "fiat money", "legal tender", "currency", and "medium of exchange" are equivalent at this time, but are NOT equivalent to "dollar" as legally defined in the original United States of America Money Act, 1 Stat. 254. See:

1. *The Money Scam*, Form #05.041
   https://sedm.org/Forms/FormIndex.htm
2. *SEDM Exhibit #06.001*
   http://sedm.org/Exhibits/ExhibitIndex.htm

### 8.6.1.4    "nontaxpayer"

Same definition as "taxpayer" in section 8.6.1.1 earlier.

### 8.6.1.5    "frivolous"

The word "frivolous" as used in all documents and communications that refer to any of the writings or statement of me in the past, present, or future shall mean "correct" and "truthful". Any attempts to call anything I say incorrect or untruthful *must* be accompanied by authoritative, court-admissible evidence to support such a conclusion or shall be presumed by the reader to be untrustworthy and untruthful. That evidence must satisfy the rules of evidence found in the following:

1. *Reasonable Belief About Income Tax Liability*, Form #05.007:
   http://sedm.org/Forms/FormIndex.htm
2. *Government Burden of Proof*, Form #05.025:
   http://sedm.org/Forms/FormIndex.htm

### 8.6.1.6    "meritless"

"meritless": See "frivolous" above.

### 8.6.1.7    "Federal income tax"

The term "federal income tax", in the context of all correspondence, means the revenue scheme described in Subtitle A of the Internal Revenue Code, which is Title 26 of the United States Code, as applied specifically and only to natural persons and not to businesses.

### 8.6.1.8    "individual"

"individual": Defined as follows:

1. Excludes the "individual" defined in 26 C.F.R. §1.1441-1(c)(3).
2. Excludes "aliens" as defined in 26 U.S.C. §7701(b)(1)(A) and "nonresident aliens" as defined in 26 U.S.C. §7701(b)(1)(B).
3. Excludes the definition found in 5 U.S.C. §552a(a)(2), who are all "domiciliaries" of the "United States".
4. Excludes the statutory "citizens and nationals of the United States" defined in 8 U.S.C. §1401.
5. Includes persons who are "nonresident aliens INDIVIDUALS" not engaged in a "trade or business" as defined in 26 C.F.R. §1.871-1(b)(1)(i) who have no earnings from the "United States" as defined in 26 U.S.C. §7701(a)(9) and (a)(10) and whose estate is a "foreign estate" pursuant to 26 U.S.C. §7701(a)(31).

### 8.6.1.9   "employee"

"employee": Defined as:

1. A human being and NOT a statutory "person" under any government statutory, code, or law who works for a "private employer" and not a "public employer" or any state or federal government, who is NOT engaged in a "trade or business" as defined in 26 U.S.C. §7701(a)(26), and who has no liability to deduct, withhold, or pay any tax described in 26 U.S.C. Subtitles A, B, or C.
2. NOT the entity described in 26 U.S.C. §3401(c) or 26 C.F.R. §31.3401(c)-1 or any other statute or regulation published by the United States federal government.

### 8.6.1.10   "employer"

"employer": A non-statutory, private business entity who has "employees" as defined in the previous section.

### 8.6.1.11   "exempt"

"exempt": Means

1. Not subject to any provision within the Internal Revenue Code, Subtitles A or C.
2. Not an "individual" (26 C.F.R. §1.1441-1(c)(3)) or "person" (26 U.S.C. §7701(c)) or "taxpayer" (26 U.S.C. §7701(a)(14)) within the Internal Revenue Code.
3. Entire estate is a "foreign estate" pursuant to 26 U.S.C. §7701(a)(31).
4. Not the entity described in 26 U.S.C. §7701(b)(5) as an "exempt individual", because not the "individual" defined in 26 C.F.R. §1.1441-1(c)(3) or any other state or federal statute, code, or law.

### 8.6.1.12   "resident"

"resident": Means an alien with a legal domicile or "residence" in the "United States", which includes the territories and possessions of the "United States" and excludes constitutional states of the Union.

### 8.6.1.13   "wage" or "wages"

"wage" or "wages": The term defined in 26 U.S.C. §3401(a). Excludes earnings of persons who are not engaged in a "public office" and who have not made an "election" to associate their earnings with a "public office" by voluntarily submitting an "agreement" pursuant to 26 C.F.R. §31.3401(a)-3(a), and 26 C.F.R. §31.3402(p)-1. Consequently, anyone who does not submit an IRS Form W-4 and who is not otherwise engaged in a "public office" earns no reportable "wages" or "gross income" in connection with their labor pursuant to 26 C.F.R. §31.3401(a)-3(a), and 26 C.F.R. §31.3402(p)-1.

### 8.6.1.14   "trade or business"

"trade or business": Defined in 26 U.S.C. §7701(a)(26) as "the functions of a public office". Excludes anything or class of things not expressly described somewhere in the Internal Revenue Code. See:

| |
|---|
| *The "Trade or Business" Scam*, Form #05.001 |
| http://sedm.org/Forms/FormIndex.htm |

### 8.6.1.15   "gross income"

"gross income": Profit originating from within the United States government corporation and earned by a federal instrumentality. Pursuant to 26 U.S.C. §871, said profit must either originate from the District of Columbia or abroad pursuant to 26 U.S.C. §911 but may not originate within any state of the Union.

### 8.6.1.16   "beneficial owner"

"beneficial owner": Defined as a human being and not a statutory "person" who is:

1. NOT the entity described 26 C.F.R. §1.1441-1(c)(6).
2. A statutory "non-resident non-person" not engaged in a "trade or business" who is a "nontaxpayer" not subject to any provision of Internal Revenue Code, Subtitles A, B, or C.

### 8.6.1.17   "U.S. person"

"**U.S. person**":  Defined as:

1. NOT the entity described in 26 U.S.C. §7701(a)(30) or any other statute or regulation published by the United States federal government.
2. A person domiciled in either a state of the Union or a foreign country on land not under the exclusive jurisdiction of the United States Federal Government as documented in 40 U.S.C. §3112.

### 8.6.1.18   "permanent address"

"**permanent address**":  Defined as one's legal domicile.  See:

> *Why Domicile and Becoming a "Taxpayer" Require Your Consent*, Form #05.002
> http://sedm.org/Forms/FormIndex.htm

### 8.6.1.19   "personal services"

"**personal services**":  Defined as services which:

1. Are NOT connected with a "trade or business" or a "public office" within any government or any other government "franchise".
2. Are NOT the term defined in 26 C.F.R. §1.469-9(b)(4).
3. Are NOT defined or referenced anywhere within any statute or regulation published by the United States federal government and therefore entirely beyond the jurisdiction of the government to regulate.
4. Are connected with labor of a human being that is not subject to withholding, attachment, or taxation of any kind:

> *"Every man has a natural right to the fruits of his own labor, is generally admitted; and*
> *no other person can rightfully deprive him of those fruits, and appropriate them against*
> *his will..."*
> [The Antelope, 23 U.S. 66, 10 Wheat 66, 6 L.Ed. 268 (1825)]

### 8.6.1.20   "protection"

"**protection**":  In relation to any government, defined as:

1. The right to be left alone by the United States government and every state government in the context of ALL CIVIL ENFORCEMENT ACTIONS.

> *"The makers of our Constitution undertook to secure conditions favorable to the pursuit of happiness. They*
> *recognized the significance of man's spiritual nature, of his feelings and of his intellect. They knew that only a*
> *part of the pain, pleasure and satisfactions of life are to be found in material things. They sought to protect*
> *Americans in their beliefs, their thoughts, their emotions and their sensations. They conferred, as against the*
> *Government, the right to be let alone - the most comprehensive of rights and the right most valued by civilized*
> *men."*
> [Olmstead v. United States, 277 U.S. 438, 478 (1928) (Brandeis, J., dissenting); see also Washington v. Harper,
> 494 U.S. 210 (1990)]

2. The right to be a "nonresident" and a foreign sovereign in relation to both state and federal governments protected by the Foreign Sovereign Immunities Act (FSIA), 28 U.S.C., Chapter 97.
3. The right to be able to approach any state government or the U.S. government *in equity* in a court of law and:
   3.1. If it is a franchise court, such as a Family Court, Tax Court, or Traffic Court, to have the case dismissed for lack of jurisdiction because I am not a franchisee and have no delegated authority to consent to any franchise.
   3.2. For the government to be compelled by the judge to produce an express waiver of sovereign immunity in writing signed by me in accordance with this document prior to attempting to enforce any civil liability against me.  This

1        is the same requirement that those suing the government must abide by: meet the burden of proving that the
2        government waived sovereign immunity.
3  4.  For the state and federal governments to actively and criminally prosecute anyone who insists that I must provide a
4      government identifying number or participate in any government franchise in order to do business with them.
5  5.  The right to NOT have *any* government civil statute or franchise enforced against me, including but not limited to the
6      following types of statutes:
7      5.1.  The vehicle code.
8      5.2.  The family code.
9      5.3.  Internal Revenue Code.
10     5.4.  State revenue code.
11     5.5.  Social Security Act.
12  6.  The right to receive an administrative redress for correction and nullification of all information returns that connect me
13     with any of the above franchises, such as IRS Forms W-2, K-1, 1042-S, 1098, 1099, etc. Since I have no delegated
14     authority to participate in franchises, all such reports MUST be presumed to be false and fraudulent and must be
15     nullified administratively without the need to litigate. No government may ignore correspondence originating from me
16     intended to correct these false reports and becomes the ultimate (and substitute) liable party if it omits to
17     administratively correct all such reports associated with my name.

18  My motto is: No one deserves to be hired as my protector who won't even protect me from itself. A failure to observe all
19  the requirements of this section by any specific government shall make that respective government a "terrorist government"
20  in my book, because it won't respect the requirement for consent and equality that is the foundation of ALL freedom in this
21  country.

22       *No language is more worthy of frequent and thoughtful consideration than these words of*
23       *Mr. Justice Matthews, speaking for this court, in Yick Wo v. Hopkins, <u>118 U.S. 356, 369</u>,*
24       *6 S. Sup. Ct. 1064, 1071: 'When we consider the nature and the theory of our institutions*
25       *of government, the principles upon which they are supposed to rest, and review the history*
26       *of their development, we are constrained to conclude that they do not mean to leave room*
27       *for the play and action of purely personal and arbitrary power.' The first official action of*
28       *this nation declared the foundation of government in these words: 'We hold these truths to*
29       *be self-evident, [165 U.S. 150, 160] that all men are created equal, that they are endowed*
30       *by their Creator with certain unalienable rights, that among these are life, liberty, and the*
31       *pursuit of happiness.' While such declaration of principles may not have the force of*
32       *organic law, or be made the basis of judicial decision as to the limits of right and duty, and*
33       *while in all cases reference must be had to the organic law of the nation for such limits,*
34       *yet the latter is but the body and the letter of which the former is the thought and the spirit,*
35       *and it is always safe to read the letter of the constitution in the spirit of the Declaration of*
36       *Independence. <u>No duty rests more imperatively upon the courts than the enforcement of*</u>
37       *<u>those constitutional provisions intended to secure that equality of rights which is the*</u>
38       *<u>foundation of free government."*</u>
39       *[Gulf, C. & S. F. R. Co. v. Ellis, <u>165 U.S. 150</u> (1897) ]*

## 8.6.2  <u>Capitalization within Statutes and Regulations</u>

41  Whenever you are reading a particular law, including the <u>U.S. Constitution</u>, or a statute, the <u>Sovereign</u> referenced in that law,
42  who is usually the author of the law, is referenced in the law with the first letter of its name capitalized. For instance, in the
43  U.S. Constitution the phrase "<u>W</u>e the <u>P</u>eople", "<u>S</u>tate", and "<u>C</u>itizen" are all capitalized, because these were the sovereign
44  entities who were writing the document residing in the <u>S</u>tates. This document formed the federal government and gave it its
45  authority. Subsequently, the federal government wrote statutes to implement the intent of the Constitution, and it became the
46  Sovereign, but only in the context of those territories and lands ceded to it by the union states. When that federal government
47  then refers in statutes to federal "States", for instance in <u>26 U.S.C. §7701</u>(a)(10) or <u>4 U.S.C. §110</u>(d), then these federal
48  "States" are Sovereigns because they are part of the *territory* controlled by the Sovereign who wrote the statute, so they are
49  capitalized. Foreign states referenced in the federal statutes then must be in lower case. The sovereign 50 union states, for
50  example, must be in lower case in federal statutes because of this convention because they are foreign states. *Capitalization*
51  *is therefore always relative to who is writing the document, which is usually the Sovereign and is therefore capitalized*. The
52  exact same convention is used in the Bible, where all appellations of God are capitalized because they are sovereigns: "<u>J</u>esus"
53  ", "<u>G</u>od", "<u>H</u>im", "<u>H</u>is", "<u>F</u>ather". These words aren't capitalized because they are proper names, but because the entity
54  described is a <u>sovereign or an agent or part of the sovereign</u>. The only exception to this capitalization rule is in state revenue

1 laws, where the state legislators use the same capitalization as the Internal Revenue Code for "State" in referring to federal
2 enclaves within their territory because they want to scam money out of you. In state revenue laws, for instance in the
3 California Revenue and Taxation Code (R&TC) sections 17018 and 6017, "State" means a federal State within the boundaries
4 of California and described as part of the Buck Act of 1940 found in 4 U.S.C. §§105-113. See the following URL to see
5 what we mean:

6 http://www.leginfo.ca.gov/cgi-bin/displaycode?section=rtc&group=17001-18000&file=17001-17039.1

### 8.6.3   Terms in quotation marks

8 Whenever a term appears in quotation marks, we are using the statutory or regulatory definition of the term *instead* of the
9 layman's or dictionary definition. We do this to clarify which definition we mean and to avoid creating the kind of confusion
10 with definitions that the federal government and the unethical lawyers who work in it are famous for. For instance, when we
11 use say "employee", we mean the statutory definition of that term found in 26 U.S.C. §3401(c ) and 26 C.F.R. §31.3401(c )-
12 1 rather than the common definition everyone uses, which means anyone who receives compensation for their labor.
13 "Employees" are much more narrowly defined in the Internal Revenue Code to mean elected or appointed officers of the U.S.
14 government only. We also put terms in quotation marks if they are new or we just introduced the term, to emphasize that we
15 are trying to explain what the word means.

### 8.6.4   Geographical terms

17 The following geographical definitions apply in the reading of all law.

| Law | Federal constitution | Federal statutes | Federal regulations | State constitutions | State statutes | State regulations |
|---|---|---|---|---|---|---|
| Author | Union States/ "We The People" | Federal Government | | | "We The People" | State Government | |
| "state" | Foreign country | Union state | Union state | Other Union state or federal government | Other Union state or federal government | Other Union state or federal government |
| "State" | Union state | Federal state | Federal state | Union state | Union state | Union state |
| "in this State" or "in the State"[51] | NA | NA | NA | NA | Federal enclave within state | Federal enclave within state |
| "State"[52](State Revenue and taxation code only) | NA | NA | NA | NA | Federal enclave within state | Federal enclave within state |
| "several States" | Union states collectively[53] | Federal "States" collectively | Federal "States" collectively | Federal "States" collectively | Federal "States" collectively | Federal "States" collectively |
| "United States" | states of the Union collectively | Federal United States** | Federal United States** | United States* the country | Federal United States** | Federal United States** |

18 What the above table clearly shows is that the word "State" in the context of federal statutes and regulations means (not
19 includes!) federal States only under Title 48 of the U.S. Code[54], and these areas do not include any of the 50 Union
20 States. This is true in most cases and especially in the Internal Revenue Code. The lower case word "state" in the context of
21 federal statutes and regulations means one of the 50 union states, which are "foreign states", and "foreign countries" with
22 respect to the federal government as clearly explained in section 5.2.15 of the Great IRS Hoax, Form #11.302 book. In the
23 context of the above, a "Union State" means one of the 50 Union states of the United States* (the country, not the federal
24 United States**) mentioned in the Constitution for the United States of America.

---

[51] See California Revenue and Taxation Code, section 6017 at http://www.leginfo.ca.gov/cgi-bin/displaycode?section=rtc&group=06001-07000&file=6001-6024

[52] See California Revenue and Taxation Code, section 17018 at http://www.leginfo.ca.gov/cgi-bin/displaycode?section=rtc&group=17001-18000&file=17001-17039.1

[53] See, for instance, U.S. Constitution Article IV, Section 2.

[54] See https://www.law.cornell.edu/uscode/text/48

## 8.7   Facts about Penalties for submission of this form

Penalties may only lawfully be instituted against federal employees, instrumentalities, agents, and benefit recipients, all of whom are involved in federal franchises of one kind or another. For Internal Revenue Code Subtitle A, the franchise described therein is a "trade or business", which is defined in 26 U.S.C. §7701(a)(26) as "the functions of a public office". Those who are not involved in said franchises:

1. If they are penalized in connection with the submission of this form, are being subjected to illegal witness tampering in violation of 18 U.S.C. §1512(b) punishable by a fine and/or imprisonment for up to ten years.
2. Are protected by the Constitutional prohibition against "Bills of Attainder" found in Article 1, Section 10.
3. Are protected against administrative penalties of all kinds, which constitute "Bills of Attainder" in the case of persons who are not franchisees.
4. May not lawfully have any provision of federal statutory law cited against them *without* enforcement implementing regulations published in the Federal Register which allow or permit enforcement against persons who are not in receipt of federal franchises. This requirement is found in 26 C.F.R. §601.702(a)(2)(ii) and 5 U.S.C. §552(a). See and rebut the questions at the end of the following if you disagree or forever be estopped from challenging later:

   > *Federal Enforcement Authority in States of the Union*, Form #05.032
   > http://sedm.org/Forms/FormIndex.htm

5. Any Recipient of this form who attempts to institute or successfully institutes a penalty for use of this form is demanded to answer the following Admissions in the correspondence or penalty notice they send in response to this correspondence. Failure to answer the question shall constitute a default of "Admit" in response to every question. Recipient waives his right to contradict his answers beyond 30 days from mailing of this notice.

   5.1. Admit that a person who is NOT "resident" or present within the "United States" as legally defined, according to 28 U.S.C. §1746, cannot sign any variation of the following perjury statement without either committing perjury under penalty of perjury or electing to be treated as a resident:

   > ***"Under penalties of perjury, I declare*** *that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, **they are true, correct, and complete.** Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge."*
   > *[IRS Forms 1040 and 1040NR jurat/perjury statement]*

   5.2. Admit that a person who is not a "taxpayer" as defined in 26 U.S.C. §7701(a)(14) and instead who is a "nontaxpayer" not subject to any part of the Internal Revenue Code cannot sign the above perjury statement without committing perjury under penalty of perjury.

   5.3. Admit that the IRS Mission Statement found in Internal Revenue Manual (I.R.M.), Section 1.1.1.1 says the IRS serves ONLY "taxpayers" and that the word "nontaxpayers" are nowhere identified as being entitled to anything from the IRS.

   > *Internal Revenue Manual (I.R.M.), Section 1.1.1.1 (02-26-1999)*
   > *IRS Mission and Basic Organization*

   > *1. The IRS Mission: Provide America's taxpayers [not "nontaxpayers"] top quality service by helping them understand and meet their tax responsibilities and by applying the tax law with integrity and fairness to all [taxpayers only].*

   5.4. Admit that the Internal Revenue Code Subtitle A describes a franchise agreement that pertains to persons either engaged in a "public office" which is described in 26 U.S.C. §7701(a)(26) as a "trade or business", or those in receipt of payment from or on behalf of the U.S. government pursuant to 26 U.S.C. §871.

   > *"The revenue laws are a code or system in regulation of tax assessment and collection. They relate to taxpayers, and not to nontaxpayers. The latter are without their scope. No procedure is prescribed for nontaxpayers, and no attempt is made to annul any of their rights and remedies in due course of law. With them Congress does not assume to deal, and they are neither of the subject nor of the object of the revenue laws..."*
   > *[Long v. Rasmussen, 281 F. 236 (1922)]*

*"Revenue Laws relate to taxpayers [instrumentalities, officers, employees, and elected officials of the Federal Government] and not to non-taxpayers [American Citizens/American Nationals not subject to the exclusive jurisdiction of the Federal Government]. The latter are without their scope. No procedures are prescribed for non-taxpayers and no attempt is made to annul any of their Rights or Remedies in due course of law. With them[non-taxpayers] Congress does not assume to deal and they are neither of the subject nor of the object of federal revenue laws."*
*[Economy Plumbing & Heating v. U.S., 470 F.2d. 585 (1972)]*

5.5. Admit that no provision of the I.R.C. may lawfully be cited against persons who are "nontaxpayers".

5.6. Admit that no federal court ruling involving a "taxpayer" may lawfully be cited as authority against a person who is a "nontaxpayer".

5.7. Admit that the IRS Internal Revenue Manual (I.R.M.), Section 4.10.7.2.9.8 says that no ruling below the U.S. Supreme Court may be cited against anyone other than the individual "taxpayer" who was party to the suit.

*Internal Revenue Manual (I.R.M.), Section 4.10.7.2.9.8 (05/14/99)*

*1 "Decisions made at various levels of the court system are considered to be interpretations of tax laws and may be used by either examiners or taxpayers to support a position.*

*2. Certain court cases lend more weight to a position than others. **A case decided by the U.S. Supreme Court becomes the law of the land and takes precedence over decisions of lower courts. The Internal Revenue Service must follow Supreme Court decisions. For examiners, Supreme Court decisions have the same weight as the Code.***

*3. **Decisions made by lower courts, such as Tax Court, District Courts, or Claims Court, are binding on the Service only for the particular taxpayer and the years litigated.** Adverse decisions of lower courts do not require the Service to alter its position for other taxpayers."*

5.8. Admit that the reason for the above section of the IRS Internal Revenue Manual is that there is no federal common law within states of the Union.

*"There is no Federal Common Law, and Congress has no power to declare substantive rules of Common Law applicable in a state. Whether they be local or general in their nature, be they commercial law or a part of the Law of Torts"*
*[Erie Railroad v. Tompkins, 304 U.S. 64 (1938) ]*

6. Any Recipient of this form who attempts to institute or successfully institutes a penalty for use of this form is demanded to answer the following open-ended interrogatories in the correspondence or penalty notice they send in response to this correspondence. Recipient waives his right to contradict his answers beyond 30 days from mailing of this notice.

6.1. Please describe which government or IRS Forms would be suitable for use by "nontaxpayers" as a substitute for the standard government forms you received, in order to avoid perjuring myself in signing the perjury statement consistent with the entire content of this form and all attachments.

6.2. The First Amendment gives me a right to communicate, to NOT communicate, and to define the significance OF said communication when interacting with the government. How can you order me to say something to the government that I know is clearly inconsistent with the truth without violating the First Amendment?

6.3. Please show me the statute and implementing regulation published in the Federal Register that prohibits alteration of forms.

6.4. How can a person who does not reside in the "United States" and instead who is located in the "United States of America" sign a perjury statement consistent with 28 U.S.C. §1746(2) *without* committing perjury under penalty of perjury?

6.5. How can a person who is a "nontaxpayer" not subject to any provision of the Internal Revenue Code sign any government form which uses the word "taxpayer" and is signed under penalties of perjury *without* committing perjury under penalty of perjury?

6.6. Will the IRS accept a form with the portion "signature of taxpayer" crossed off?

6.7. How can a person who has no "Social Security Number" and who never personally or lawfully applied for one be required to accept all the obligations and disabilities associated with participation in the Social Security Program without violating the prohibition against involuntary servitude found in the Thirteenth Amendment, 42 U.S.C. §1994, and 18 U.S.C. §1589?

6.8. Will the IRS accept a form with the words "of taxpayer" struck thru? [in other words leaving just the word "Signature" showing.]

6.9. Will the IRS accept a form with the portion signature of taxpayer replaced with "signature of non-taxpayer"?

6.10. Will the IRS accept a form with the portion "signature of taxpayer" replaced with "signature of non-filer"? [The term non-filer is a permitted designation by the IRS]

6.11. Will the IRS accept a form with a separate declaration printed on the bottom attesting to non-taxpayer or non-filer status?

6.12. Will the IRS accept a form with an attachment and the statement in the signature block, "invalid without attachment".?

6.13. Please provide court-admissible evidence under penalty of perjury that I am the "person" defined in 26 U.S.C. §6671(b) as "an officer or employee of a corporation or partnership", which is the only person against whom IRS penalties may be instituted.

6.14. You may allege that the IRS prohibits alteration of forms. Please explain how can I fill in ANYTHING on the form prior to submission without altering it? Do you want me to send you ONLY blank forms with no information added to them?

6.15. How can I submit the attached government forms and omit this form WITHOUT committing subornation of perjury? The exclusion of the information contained on this form renders the remaining information the incomplete truth which is susceptible to misinterpretation because it uses terms that are nowhere defined in the law and even if they were defined on the IRS website or in an IRS publication, that definition would be untrustworthy pursuant to Internal Revenue Manual (I.R.M.), Section 4.10.7.2.8:

> *Internal Revenue Manual (I.R.M.), Section 4.10.7.2.8  (01-01-2006)*
> *IRS Publications*
>
> *1. IRS Publications explain the law in plain language for taxpayers and their advisors. They typically highlight changes in the law, provide examples illustrating Service positions, and include worksheets. Publications are nonbinding on the Service and do not necessarily cover all positions for a given issue. While a good source of general information, publications should not be cited to sustain a position.*

6.16. Explain why any sane, rational American in their right mind would want to sign a form under penalty of perjury that the IRS itself DEFIANTLY REFUSES to guarantee the accuracy and completeness of similarly under penalty of perjury as required by 26 U.S.C. §6065? See Internal Revenue Manual (I.R.M.), Section 4.10.7.2.8 above.

## 8.8   Fair Debt Collection Practices Act (FDCPA) Presumptions

In the context of any attempt to assert any financial liability by the federal government or its agents pursuant to the Fair Debt Collection Practices Act, Title 15, Chapter 41, Subchapter V , the following constraints shall apply to all past, present, and future interactions:

1. All such debts are automatically disputed by me.
2. I demand ahead of time, pursuant to 15 U.S.C. §1692g that the disputed debt collection presentment shall and MUST be accompanied by the original debt instrument in each such presentment. When challenged, you are required by law to produce evidence of the alleged debt within 20 days.
3. The original debt instrument provided must contain my original signature as required by 15 U.S.C. §1692g(b). In other words, you must prove that it was a debt which I consented to explicitly.
4. If the alleged debt is a tax debt, the collection notice:
   4.1. Must be accompanied by all the original assessment documents signed by an Assessment Officer under penalty of perjury per 26 U.S.C. §6065 and who agrees to take full legal and personal responsibility for the accuracy of his assessment and its compliance with the law.
   4.2. Must identify me and only me as the debtor. Aggregated assessments of multiple "taxpayers" are unacceptable and do not constitute proof of consent or lawful assessment. All such aggregated assessments, such as IRS Form RACS006 report, are simply a means to evade liability for false assessment by the Assessment Officer.

4.3.  Must contain answers/rebuttals to all the admissions found at the end of forms 05.001 through 05.028 below. These documents clearly establish that the government has no authority to collect income taxes under Subtitle A of the I.R.C. within the 50 states of the Union:
http://sedm.org/Forms/FormIndex.htm

Any debt collection communication with me by the government which fails to comply completely with all the above requirements shall constitute a binding admission by the sender of the debt collection correspondence that:

5.  There is no actual debt.
6.  The collection is fraudulent and illegal.
7.  The sender of the fraudulent notice agrees to assume all liabilities it falsely attributes to me.
8.  The sender agrees to compensate me for my personal time in responding to and litigating the cessation of false notices and collection actions at the billable rate of $1,000 per hour.
9.  The answers to all the Memorandums of Law, Forms 05.001 through 05.099 at the address below is stipulated by both parties as "Admit" in the context of any litigation arising out the debt collection and the parties furthermore stipulate to admit these memorandums as evidence in any litigation between them pursuant to Federal Rule of Civil Procedure 29.
http://sedm.org/Forms/FormIndex.htm

## 8.9    Federal Court Litigation Presumptions

For the purposes of all litigation in which the Submitter of this document is involved, the following presumptions shall be established:

1.  Submitter reserves all rights without prejudice in relation to all federal tribunals pursuant to U.C.C. 1-207 and its successor, U.C.C. 1-308.
2.  Submitter does not submit to the jurisdiction of the court and all instances in which he physically shows up in the court building constitute "special visitations" and not "appearances" as legally defined:

> *appearance.  A coming into court as a party to a suit, either in person or by attorney, whether as plaintiff or defendant.  The formal proceeding by which a defendant submits himself to the jurisdiction of the court.  The voluntary submission to a court's jurisdiction.*
>
> *In civil actions the parties do not normally actually appear in person, but rather through their attorneys (who enter their appearance by filing written pleadings, or a formal written entry of appearance).  Also, at many stages of criminal proceedings, particularly involving minor offenses, the defendant's attorney appears on his behalf.  See e.g., Fed.R.Crim.P. 43.*
>
> *An appearance may be either general or special; the former is a simple and unqualified or unrestricted submission to the jurisdiction of the court, the latter is a submission to the jurisdiction for some specific purpose only, not for all the purposes of the suit.  A special appearance is for the purpose of testing or objecting to the sufficiency of service or the jurisdiction of the court over defendant without submitting to such jurisdiction; a general appearance is made where the defendant waives defects of service and submits to the jurisdiction of court.  Insurance Co. of North America v. Kunin, 175 Neb. 260, 121 N.W.2d 372, 375, 376.*
>
> *[Black's Law Dictionary, Sixth Edition, p. 97]*

3.  If a plea is demanded from a federal court in connection with a criminal matter, Submitter enters no plea because federal criminal law only applies within federal territory and Submitter does not maintain a domicile or abode on federal territory and did not commit any of the alleged acts on federal territory:

> *"Territory:  A part of a country separated from the rest, and subject to a particular jurisdiction.  Geographical area under the jurisdiction of another country or sovereign power.*
>
> *A portion of the United States not within the limits of any state, which has not yet been admitted as a state of the Union, but is organized with a separate legislature, and with executive and judicial powers appointed by the President."*

---

*[Black's Law Dictionary, Sixth Edition, p. 1473]*

*"Territories' or 'territory' as including 'state' or 'states." While the term 'territories of the' <u>United States</u> may, under certain circumstances, include the states of the Union, as used in the federal Constitution and in ordinary acts of congress "territory" does not include a <u>foreign state</u>.*
*[Corpus Juris Secundum (C.J.S.), Territories, §1 (2003)]*

The criminal provisions of the Internal Revenue Code are not exception to the above.

4. Submitter DOES NOT, under any circumstances, consent to the jurisdiction of any Magistrate Judge.
    4.1. Federal Magistrates only preside by mutual consent of BOTH parties, pursuant to 28 U.S.C. §636(b)(2).
    4.2. Pursuant to Federal Rule of Civil Procedure 72(b), this document shall constitute formal notice to the government that Submitter hereby disputes any and all rulings of any Magistrate on any and all dispositive issues.
5. All submissions to the court relating to motions shall constitute protected First Amendment petitions for redress of grievances and NOT "motions". One can only "motion" a court by making an appearance and submitting to the jurisdiction of said court.
6. The terms and conditions appearing on the Federal Pleading Attachment apply to every past, present, or future petition or pleading of the Submitter before any federal court. This document is available below:

> *Federal Petition/Pleading/Motion Attachment*, Litigation Tool #01.002
> http://sedm.org/Litigation/LitIndex.htm

## 8.10   NONConsent to an extension of time to file presumptions

This document shall constitute proof that I *do not consent* to any extension of time to file or to perform an assessment pursuant to IRS Form 4868, which is indicated in the IRS Individual Master File (IMF) as Transaction Code (TC) 460. Any entries in the Individual Master File (IMF) which indicate my consent to an extension of the time for filing absent the ORIGINAL, SIGNED IRS Form 4868 constitute *criminal computer fraud* in violation of 18 U.S.C. §1030. The reason for this presumption is the following language relating to the admissibility of "public records" pursuant to Federal Rule of Evidence 803(8)(A):

> *(1) Records of public agency's own activities (FRE 803(8)(A)): Subsection (A) allows admissibility of a public office's records to prove its own activities in either civil or criminal litigation. [See FRE 803(8)(A)]*
>
> *(a) Application:*
>
> *[. . .]*
>
> - *Printout of IRS database pertaining to Taxpayer's account containing a code signifying receipt of Taxpayer's consent to an extension of the statute of limitations was sufficient to prove such consent had been given. [Malkin v. United States (2nd Cir.2001), 243 F.3d. 120, 124]*
>
> *[SOURCE: Federal Civil Trials and Evidence, Rutter Group, Sections 8:2786-8:2799.1, Year 2007, pp. 8G-118-8G-119]*

## 9.   AFFIDAVIT OF DURESS

It is a fact that government, financial institutions, and private employers within your jurisdiction universally require ID of some kind in order to authenticate those they do business with. There is nothing fundamentally wrong with this general practice in and of itself. HOWEVER, this practice has been unlawfully perverted and abused by state and federal governments alike to criminally promote their financial gain to the extreme, unlawful, and unconstitutional detriment of those in the public they are supposed to be protecting by the following methods:

1. You have transformed the process of issuance of state ID into a privilege and a franchise that causes not only a surrender of rights, but of ALL rights, as a precondition of being able to conduct commerce within your jurisdiction, such as banking, private employment, etc.

> *"It has long been established that a State may not impose a penalty upon those who exercise a right guaranteed by the Constitution." Frost & Frost Trucking Co. v. Railroad Comm'n of California, 271 U.S. 583. "Constitutional rights would be of little value if they could be indirectly denied,' Smith v. Allwright, 321 U.S. 649, 644, or manipulated out of existence,' Gomillion v. Lightfoot, 364 U.S. 339, 345."*
> *[Harman v. Forssenius, 380 U.S. 528 at 540, 85 S.Ct. 1177, 1185 (1965)]*

This is done by:

1.1. Compelling the use of Social Security Numbers and/or Taxpayer Identification Numbers as a precondition of obtaining ID. These numbers make the holder into a public officer and a federal instrumentality on official business and engaged in a federal franchise. People domiciled in a state of the Union are NOT eligible for these numbers. See:

1.1.1. *Resignation of Compelled Social Security Trustee*, Form #06.002
http://sedm.org/Forms/FormIndex.htm

1.1.2. *Why It is Illegal for Me to Request or Use a "Taxpayer Identification Number"*, Form #04.205
http://sedm.org/Forms/FormIndex.htm

1.2. Requiring those applying and who are domiciled in the exclusive jurisdiction of a Constitutional but not Statutory "State" to falsely admit that they are statutory "U.S. citizens" (8 U.S.C. §1401) or "U.S. residents" (aliens pursuant to 26 U.S.C. §7701(b)(1)(A)) with a domicile on federal territory and therefore not protected by the Constitution. Those domiciled on federal territory have NO rights.

> *"Indeed, the practical interpretation put by Congress upon the Constitution has been long continued and uniform to the effect [182 U.S. 244, 279] that __the Constitution is applicable to territories acquired by purchase or conquest, only when and so far as Congress shall so direct. Notwithstanding its duty to 'guarantee to every state in this Union a republican form of government' (art. 4, 4), by which we understand, according to the definition of Webster, 'a government in which the supreme power resides in the whole body of the people, and is exercised by representatives elected by them,' Congress did not hesitate, in the original organization of the territories of Louisiana, Florida, the Northwest Territory, and its subdivisions of Ohio, Indiana, Michigan, Illinois, and Wisconsin and still more recently in the case of Alaska, to establish a form of government bearing a much greater analogy to a British Crown colony than a republican state of America,__ and to vest the legislative power either in a governor and council, or a governor and judges, to be appointed by the President. It was not until they had attained a certain population that power was given them to organize a legislature by vote of the people. In all these cases, as well as in territories subsequently organized west of the Mississippi, Congress thought it necessary either to extend to Constitution and laws of the United States over them, or to declare that the inhabitants should be entitled to enjoy the right of trial by jury, of bail, and of the privilege of the writ of habeas corpus, as well as other privileges of the bill of rights."*
> *[Downes v. Bidwell, 182 U.S. 244 (1901)]*

1.3. Refusing to issue state ID to those who claim to be "nonresidents" in relation to the following, in violation of the equal protection of the law, whereby the Constitution itself is the law in question that I am being protected by.

1.3.1. Federal territory.

1.3.2. The "United States" as defined in 26 U.S.C. §7701(a)(9) and (a)(10).and who instead are domiciled in the de jure state that has no jurisdiction over federal territory,

1.4. Making all those applying for state driver's licenses into "residents" (aliens), meaning privileged aliens with a domicile on federal territory not protected by the Constitution.

2. You have tried to conceal and protect the illegal and criminal acts associated with the government ID and identity theft scam by:

2.1. Not providing definitions of the word "resident" in the vehicle code so that it can conveniently and wrongfully be confused with a "resident" in the revenue code.

> *"The truth about the income tax is so precious to the government that it must be surrounded by a bodyguard of lies."*
> *[Unknown]*

2.2. Confusing a "resident" within the vehicle code with a "resident" in the state or federal revenue code. The two are NOT the same. A "resident" in the revenue code is, in fact, a resident alien and NOT a statutory "U.S. citizen" pursuant to 8 U.S.C. §1401 or a constitutional "citizen of the United States" as described in Section 1 of the Fourteenth Amendment.

2.3. Interfering with or prosecuting efforts such as this to remove the duress described in this section.

2.4. Harassing those domiciled within a de jure state of the Union who lawfully apply for USA passports as Constitutional but not Statutory citizens by impeding issuance without explanation and demanding further information that is not authorized by law and using that information to engage in "selective enforcement" against those who demand their rights. See:

> *Getting A USA Passport as a "state national"*, Form #09.007
> http://sedm.org/Forms/FormIndex.htm

3. You have abused and continue to willfully abuse private institutions that are not part of the government but who are acting as "public officers" under your jurisdiction as a recruitment vehicle for non-consensually converting private human beings into "public officers" engaged in federal franchises. Such methods include, but are not limited to the following methods directed against those not in possession of government ID that falsely portrays their status as domiciliaries of the federal zone called statutory "U.S. citizens" (8 U.S.C. §1401) or "U.S. residents" (aliens with a domicile on federal territory pursuant to 26 U.S.C. §7701(b)(1)(A)):

3.1. Private institutions basically boycotting and refusing to provide private service for those without fraudulent government ID. They are doing so in the alleged capacity as "withholding agents" pursuant to 26 U.S.C. §7701(a)(16), and therefore are subject to the constitutional constraints applying to all government instrumentalities.

3.2. State and federal governments refusing to publish or enforce standards for the issuance of lawful PRIVATE ID by PRIVATE PARTIES not directly associated with the government or with government franchises.

3.3. State and federal governments refusing to prosecute financial institutions and employers who discriminate against or deny service to those who form their own government and issue their own private ID, or who have "foreign ID" that they don't want to recognize.

The end result of the illegal and unconstitutional government ID scam documented above is that people you are supposed to be protecting the sovereignty and constitutional rights of are extorted and threatened with removal of all ability to participate in commercial transactions and to support themselves and their families unless they:

1. Commit fraud on a government form by describing themselves as statutory "U.S. citizens" (8 U.S.C. §1401) or "U.S. residents" (8 U.S.C. §1101(a)(3) and 26 U.S.C. §7701(b)(1)(A))

2. Conspire to defraud the U.S. government in criminal violation of 18 U.S.C. §371 by signing up for franchises that they are not eligible for as nonresidents domiciled in a foreign state and not subject to the federal franchises. 20 C.F.R. §422.104 says that only statutory but not constitutional "U.S. citizens" (8 U.S.C. §1401) and "permanent residents" are eligible to participate, and those citizens and residents are domiciliaries of federal territory that is no part of any state of the Union.

3. Subjecting themselves to involuntary servitude by donating everything they own to a public use, public purpose, and public office by connecting it with government property (20 C.F.R. §422.103(d)) in the form of a TIN or SSN.

4. Aiding and abetting the state and federal governments to unconstitutionally break down the separation of powers between them. This compels me to serve two masters who are part of one monolithic "U.S. Inc." corporation that isn't even a government, but a private corporation. See:

4.1. *Government Conspiracy to Destroy the Separation of Powers*, Form #05.023
   http://sedm.org/Forms/FormIndex.htm

4.2. *Corporatization and Privatization of the Government*, Form #05.024
   http://sedm.org/Forms/FormIndex.htm

Such an approach and conspiracy against my Constitutional rights is:

1. Anathema to the whole notion of a free society.

2. Creates an unconstitutional "title of nobility" in public servants and the creation of a privileged class.

> *United States Constitution*
> *Article I, Section 9, Clause 8*
>
> *No Title of Nobility shall be granted by the United States: And no Person holding any*
> *Office of Profit or Trust under them, shall, without the Consent of the Congress, accept of*

*any present, Emolument, Office, or **Title, of** any kind whatever, from any King, Prince, or foreign State.*

3. Transforms a government based on individual rights and personal sovereignty into a "dulocracy", whereby public servants have so much license and privilege that they domineer over people that they are supposed to be serving and protecting:

> *"**Dulocracy.** A government where servants and slaves have so much license and privilege that they domineer."*
> *[Black's Law Dictionary, Sixth Edition, p. 501]*

4. Compels sovereign Americans into becoming government public officers and instrumentalities without their consent and without compensation.

5. Illegally and under threat and extortion compels the average American to contract with the government. All franchises such as Social Security and the income tax are contracts between the grantor and the grantee.

> *As a rule, **franchises spring from contracts between the sovereign power and private citizens**, made upon valuable considerations, for purposes of individual advantage as well as public benefit,[55] and thus a franchise partakes of a double nature and character.  **So far as it affects or concerns the public, it is publici juris and is subject to governmental control.  The legislature may prescribe the manner of granting it, to whom it may be granted, the conditions and terms upon which it may be held, and the duty of the grantee to the public in exercising it, and may also provide for its forfeiture upon the failure of the grantee to perform that duty.**  But **when granted, it becomes the property of the grantee, and is a private right, subject only to the governmental control growing out of its other nature as publici juris.** [56]*
> *[American Jurisprudence 2d, Franchises, §4: Generally (1999)]*

For further details, see:

5.1. *The "Trade or Business" Scam*, Form #05.001
   http://sedm.org/Forms/FormIndex.htm

5.2. *Resignation of Compelled Social Security Trustee*, Form #06.002
   http://sedm.org/Forms/FormIndex.htm

6. Causes identity theft whereby the legal identity of those domiciled in states of the Union is effectively kidnapped from the protections of the Constitution and transported to a foreign jurisdiction and federal territory not protected by the Constitution pursuant to 26 U.S.C. §7408(d) and 26 U.S.C. §7701(a)(39).  THIS is a very serious crime if the party who is the victim, such as me, does not consent to the theft.  Statutes making identity theft a criminal infraction and which you are subject to include:

6.1. 18 U.S.C. §912:  Impersonating a public officer.

6.2. 42 U.S.C. §405(c)(2)(C)(i):  Evidence, Procedure, and Certification for payments

6.3. 42 U.S.C. §408(a)(7):  Penalties

6.4. 18 U.S.C. §1028(a)(7):  Fraud and related activity in connection with identification documents, authentication features, and information

6.5. 18 U.S.C. §1028A:  Aggravated Identity Theft

6.6. 18 U.S.C. §654:  Anyone who uses a public number in connection with your private property without your consent is guilty of conversion.

To make things even worse, the Department of Homeland Security fraudulently and maliciously labels all those who are aware of the Government ID Scam described herein as "terrorists" and "extremists", as though knowledge of your unlawful efforts to compel association, compel contracting, and compel fraudulent participation in your franchises is an illegal activity.  What a SICK JOKE.  The real terrorists are any state and federal government that compels me to lie on a government form about my status in order to procure the benefits of a franchise that I don't want, don't need, and which is actually harmful and not protective of me.

---

[55] Georgia R. & Power Co. v. Atlanta, 154 Ga. 731, 115 S.E. 263; Lippencott v. Allander, 27 Iowa 460; State ex rel. Hutton v. Baton Rouge, 217 La 857, 47 So.2d. 665; Tower v. Tower & S. Street R. Co., 68 Minn 500, 71 N.W. 691.

[56] Georgia R. & Power Co. v. Atlanta, 154 Ga. 731, 115 S.E. 263; Lippencott v. Allander, 27 Iowa 460; State ex rel. Hutton v. Baton Rouge, 217 La 857, 47 So.2d. 665; Tower v. Tower & S. Street R. Co., 68 Minn 500, 71 N.W. 691.

*(U) sovereign citizen movement :  (U///FOUO)*

*A rightwing extremist movement composed of groups or individuals who reject the notion of U.S. citizenship. They claim to follow only what they believe to be God's law or common law and the original 10 amendments (Bill of Rights) to the U.S. Constitution. They believe they are emancipated from all other responsibilities associated with being a U.S. citizen, such as paying taxes, possessing a driver's license and motor vehicle registration, or holding a social security number. They generally do not recognize federal or state government authority or laws. **Several sovereign citizen groups in the United States produce fraudulent documents for their members in lieu of legitimate government-issued forms of identification. Members have been known to advocate or engage in criminal activity and plot acts of violence and terrorism in an attempt to advance their extremist goals.** They often target government officials and law enforcement. (also: state citizens, freemen, preamble citizens, common law citizens)*
*[Domestic Extremism Lexicon, Dept. of Homeland Security Document #IA-0233-09, p. 9; SOURCE: http://famguardian.org/Subjects/Crime/Terrorism/DomeExtrLexicon.pdf]*

The reason the groups mentioned would even feel the need to produce their own ID's is because you have made it impossible to procure ID or to engage in commerce to support themselves without committing fraud about their domicile or status on a government form, and without signing up for government franchise in the process.

This section therefore constitutes an affidavit of duress against the unlawful and criminal forms of duress described herein. The existence of such duress renders void and of no legal effect all evidence of consent or status derived from said consent, including any and all government IDs in conflict with the status stated herein or implying a citizenship or domicile different or inconsistent with that described herein.

*"**An agreement [including a franchise, because all franchises are contracts] obtained by duress, coercion, or intimidation is invalid, since the party coerced is not exercising his free will, and the test is not so much the means by which the party is compelled to execute the agreement as the state of mind induced.** [57]  Duress, like fraud, rarely becomes material, except where a contract or conveyance has been made which the maker wishes to avoid. As a general rule, duress renders the contract or conveyance voidable, not void, at the option of the person coerced, [58]  and it is susceptible of ratification.  Like other voidable contracts, it is valid until it is avoided by the person entitled to avoid it. [59]  However, duress in the form of physical compulsion, in which a party is caused to appear to assent when he has no intention of doing so, is generally deemed to render the resulting purported contract void. [60]"*
*[American Jurisprudence 2d, Duress, §21 (1999)]*

I remind the recipient that any use of government ID, driver's licenses, and driver's license applications as proof of domicile, because the product of the crimes documented herein, is not admissible as evidence pursuant to the fruit of a poisonous tree doctrine.  You cannot use the fruit of YOUR crime in kidnapping my identity and as evidence against me in any civil or criminal proceeding.

If you as the recipient would like to investigate the Government ID Scam further and prosecute the perpetrators, see Ref. (1), Section 13.

---

[57] Brown v. Pierce, 74 U.S. 205, 7 Wall. 205, 19 L.Ed. 134

[58] Barnette v. Wells Fargo Nevada Nat'l Bank, 270 U.S. 438, 70 L.Ed. 669, 46 S.Ct. 326 (holding that acts induced by duress which operate solely on the mind, and fall short of actual physical compulsion, are not void at law, but are voidable only, at the election of him whose acts were induced by it); Faske v. Gershman, 30 Misc.2d. 442, 215 N.Y.S.2d. 144; Glenney v. Crane (Tex Civ App Houston (1st Dist)), 352 S.W.2d. 773, writ ref n r e (May 16, 1962); Carroll v. Fetty, 121 W.Va. 215, 2 S.E.2d. 521, cert den 308 U.S. 571, 84 L.Ed. 479, 60 S.Ct. 85.

[59] Faske v. Gershman, 30 Misc.2d. 442, 215 N.Y.S.2d. 144; Heider v. Unicume, 142 or 416, 20 P.2d. 384; Glenney v. Crane (Tex Civ App Houston (1st Dist)), 352 S.W.2d. 773, writ ref n r e (May 16, 1962)

[60] Restatement 2d, Contracts § 174, stating that if conduct that appears to be a manifestation of assent by a party who does not intend to engage in that conduct is physically compelled by duress, the conduct is not effective as a manifestation of assent.

---

Lastly, the following affidavit of duress is hereby incorporated by reference into this document.

> *Affidavit of Duress: Illegal Tax Enforcement by De Facto Officers*, Form #02.005
> http://sedm.org/Forms/FormIndex.htm

## 10. ACTIONS REQUESTED OF YOU AND YOUR RESPONSE

The following subsections document specific actions requested of you to ensure that your records are not inaccurate, false, or fraudulent and to thereby prevent the crimes documented in section 11 that result from a FAILURE to take the actions indicated.

### 10.1   Secretary of State of United States and Secretary of State of a state of the Union Must Apostille both copies of this document they receive, return one copy, and record the other copy

If the recipient of this notice is either the Dept. of State of the United States or the Dept. of State of a State of the Union, then pursuant to Volume 2 of the U.S. Department of State Foreign Affairs Manual (FAM), Section 1292.1 (2 Foreign Affairs Manual (F.A.M.) 1292.1), I request that:

1. All of the Certificates of Service you receive for this document be apostilled by you. THEN
2. One of them be recorded in your system of records. THEN
3. The other copies be returned to me promptly.

You can find a copy of Volume 2 of the U.S. Dept. of State Foreign Affairs Manual (FAM) at the address below, if you don't have your own copy:

> *U.S. Department of State Website, Foreign Affairs Manual*
> http://foia.state.gov/REGS/Search.asp

### 10.2   AMEND PAST and FUTURE USA Passport applications by appending Enclosure (6)

Enclosure (6) is provided as a mandatory attachment to all PAST and FUTURE USA Passport applications. A USA Passport application, Department of State form DS-11 is NOT included because this exhibit modifies and is included by reference in any and all PAST, PRESENT, and FUTURE applications submitted independently of this correspondence.

I certify that any DS-11 passport applications you receive are both FALSE and FRAUDULENT without this mandatory attachment included by reference. A refusal on your part to amend these applications shall constitute the following crimes:

1. Impersonating a statutory U.S. citizen: 18 U.S.C. §911.
2. Perjury: 18 U.S.C. §1001, 18 U.S.C. §1542, 18 U.S.C. §1621.
3. Fraud: 18 U.S.C. §§1001, 1002, 1028, 1028A, 1029, 1039.
4. Misprision of felony: 18 U.S.C. §3.
5. Accessory after the fact: 18 U.S.C. §4.

### 10.3   Update NUMIDENT status with the Social Security Administration

Citizenship is recorded Social Security NUMIDENT records within the CSP field. This information is shared with the Internal Revenue Service (IRS) and the Department of Homeland Security (DHS). Those who are statutory "nationals and citizens of the United States" per 8 U.S.C. §1401 are identified with a value of "A" for the CSP field.

Please update the SSA NUMIDENT record to reflect OTHER than "A" and to correctly reflect my status as:

1. A Constitutional citizen per the Fourteenth Amendment.
2. A statutory "non-resident non-person".
3. NOT a "national and citizen of the United States** at birth" per 8 U.S.C. §1401, 26 U.S.C. §3121(e), and 26 C.F.R. §1.1-1(c).

1   This request SUPERCEDES and is CONTROLING over any past, present, or future government form or communication you
2   receive from either myself or any third party that might be in conflict. If you receive any government form, including the
3   above forms, in conflict with this request, then this request shall supersede it for the subjects it covers.

### 10.4   Update all SS-5, IRS Form W-8, DOS Form I-9, and USCIS E-Verify Applications on file

5   Please update my citizenship status on any and every one of the following government forms:

6   1.   SSA Form SS-5.
7   2.   IRS Form W-8.
8   3.   Department of State Form I-9.
9   4.   USCIS E-Verify Application.

10   The status I want indicated is that reflected in Item #3.1 in the table on the following page. This request SUPERCEDES and
11   is CONTROLING over any past, present, or future government form or communication you receive from either myself or
12   any third party that might be in conflict. If you receive any government form, including the above forms, in conflict with this
13   request, then this request shall supersede it for the subjects it covers.

Table 3:  Tabular Summary of Citizenship Status on Government Forms

| # | Citizenship status | Place of birth | Domicile | Defined in | Social Security NUMIDENT Status | Status on Specific Government Forms | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Social Security SS-5 Block 5 | IRS Form W-8 Block 3 | Department of State I-9 Section 1 | E-Verify System |
| 1 | "national and citizen of the United States**" at birth" or "U.S.** citizen" or "Statutory U.S.** citizen" | Statutory "United States" pursuant to 8 U.S.C. §1101(a)(38), (a)(36) and 8 C.F.R. §215.1(f) or in the "outlying possessions of the United States" pursuant to 8 U.S.C. §1101(a)(29) | District of Columbia, Puerto Rico, Guam, Virgin Islands | 8 U.S.C. §1401; 8 U.S.C. §1101(a)(22)(A) | CSP=A | "U.S. Citizen" | Can't use Form W-8 | "A citizen of the United States" | See Note 2. |
| 2 | "non-citizen national of the United States**" at birth" or "U.S.** national" | Statutory "United States" pursuant to 8 U.S.C. §1101(a)(38), (a)(36) and 8 C.F.R. §215.1(f) or in the "outlying possessions of the United States" pursuant to 8 U.S.C. §1101(a)(29) | American Samoa; Swains Island; or abroad to U.S. national parents under 8 U.S.C. §1408(2) | 8 U.S.C. §1101(a)(22)(B); 8 U.S.C. §1408; 8 U.S.C. §1452 | CSP=B | "Legal alien authorized to work. (statutory)" | "Non-resident NON-person Nontaxpayer" if PRIVATE "Individual" if PUBLIC officer | "A non-citizen national of the United States*" | See Note 2. |
| 3.1 | "U.S.A.*** national" or "state national" or "Constitutional but not statutory citizen" | Constitutional Union state | State of the Union | 8 U.S.C. §1101(a)(21); 14th Amend., Sect. 1 | CSP=D | "Other (8 U.S.C. §1101(a)(21))" | "Non-resident NON-person Nontaxpayer" | "A citizen of the United States***.  Not a citizen of the United States**" under 8 U.S.C. §1101(a)(22)(A) or 8 U.S.C. §1401" | See Note 2. |
| 3.2 | "U.S.A.*** national" or "state national" or "Constitutional but not statutory citizen" | Constitutional Union state | Foreign country | 8 U.S.C. §1101(a)(21); 14th Amend., Sect. 1 | CSP=D | "Other (8 U.S.C. §1101(a)(21))" | "Non-resident NON-person Nontaxpayer" | "A citizen of the United States***.  Not a "citizen of the United States**" under 8 U.S.C. §1101(a)(22)(A) or 8 U.S.C. §1401" | See Note 2. |
| 3.3 | "U.S.A.*** national" or "state national" or "Constitutional but not statutory citizen" | Constitutional Union state | Foreign country | 8 U.S.C. §1101(a)(21); 14th Amend., Sect. 1 | CSP=D | "Other (8 U.S.C. §1101(a)(21))" | "Non-resident NON-person Nontaxpayer" | "A citizen of the United States***.  Not a "citizen of the United States**" under 8 U.S.C. §1101(a)(22)(A) or 8 U.S.C. §1401" | See Note 2. |

| # | Citizenship status | Place of birth | Domicile | Defined in | Social Security NUMIDEN T Status | Status on Specific Government Forms | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Social Security SS-5 Block 5 | IRS Form W-8 Block 3 | Department of State I-9 Section 1 | E-Verify System |
| 3.4 | Statutory "citizen of the United States**" or Statutory "U.S.** citizen" | Constitutional Union state | Puerto Rico, Guam, Virgin Islands, American Samoa, Commonwealth of Northern Mariana Islands | 8 U.S.C. §1101(a)(21); 14th Amend., Sect. 1 8 U.S.C. §1101(a)(22)(A) | CSP=A | "U.S. Citizen" | Can't use Form W-8 | "A citizen of the United States**" | See Note 2. |
| 4.1 | "alien" or "Foreign national" | Foreign country | Puerto Rico, Guam, Virgin Islands, American Samoa, Commonwealth of Northern Mariana Islands | 8 U.S.C. §1101(a)(21); 8 U.S.C. §1101(a)(3) | CSP=B | "Legal alien authorized to work. (statutory)" | "Non-resident NON-person Nontaxpayer" if PRIVATE "Individual" if PUBLIC officer | "A lawful permanent resident" OR "An alien authorized to work" | See Note 2. |
| 4.2 | "alien" or "Foreign national" | Foreign country | State of the Union | 8 U.S.C. §1101(a)(21); 8 U.S.C. §1101(a)(3) | CSP=B | "Legal alien authorized to work. (statutory)" | "Non-resident NON-person Nontaxpayer" | "A lawful permanent resident" OR "An alien authorized to work" | See Note 2. |
| 4.3 | "alien" or "Foreign national" | Foreign country | State of the Union | 8 U.S.C. §1101(a)(21); 8 U.S.C. §1101(a)(3) | CSP=B | "Legal alien authorized to work. (statutory)" | "Non-resident NON-person Nontaxpayer" | "A lawful permanent resident" OR "An alien authorized to work" | See Note 2. |
| 4.4 | "alien" or "Foreign national" | Foreign country | Foreign country | 8 U.S.C. §1101(a)(21) | CSP=B | "Legal alien authorized to work. (statutory)" | "Non-resident NON-person Nontaxpayer" | "A lawful permanent resident" OR "An alien authorized to work" | See Note 2. |
| 4.5 | "alien" or "Foreign national" | Foreign country | Foreign country | 8 U.S.C. §1101(a)(21) | CSP=B | "Legal alien authorized to work. (statutory)" | "Non-resident NON-person Nontaxpayer" | "A lawful permanent resident" OR "An alien authorized to work" | See Note 2. |

## 10.5    Update of all existing government records describing me

Pursuant to 26 C.F.R. §301.6109-1(g)(1)(i), please change my status to that of a "non-resident" but NOT a "nonresident alien INDIVIDUAL" not engaged in a "trade or business" as defined in 26 C.F.R. §1.871-1(b)(1)(i). Then remove my information from all electronic systems as indicated in the next section.

Should you find this affidavit or the enclosures deficient or insufficient in any way to accomplish the changes in your documentation necessary to correctly reflect my citizenship as a "National but not citizen", *please promptly inform me within 10 days* of receipt of this Legal Notice of this condition and I will gladly provide to you any additional documentation you might require to satisfy the requirements of applicable law and regulations. *Otherwise, under the Uniform Commercial Code (UCC), Section 1-205, your failure to respond shall constitute an affirmative act of approval of and compliance with the wishes expressed by me in this affidavit.* Should you respond with a request for additional information, please:

1. Include your full legal name, mailing address, phone number, position, organization, title, and email address.
2. Include a reference to the enacted positive law and corresponding implementing regulation that requires any additional information or forms you might request.
3. Use an *OMB-approved document* which complies with the requirements of the Paperwork Reduction Act (PRA) by stating whether disclosing the information is "mandatory" or "voluntary", the code or regulation requiring disclosure if mandatory, and by providing an OMB control number and expiration date clearly visible on the form.

## 10.6    Removal of all information about me in all government records

After you have accomplished the request in the previous section, you are requested to remove my name and all personal information about me from all government electronic information systems. That information is copyrighted, privileged, and licensed information copyrighted by me and also protected from disclosure or use by the Privacy Act, 5 U.S.C. §552a. Pursuant to the enacted positive law codified in the Privacy Act, 5 U.S.C. §552a(b):

1. You do *not* have my consent to store any information about me contained herein or already existing in your computer systems in any electronic information system or share it with anyone outside of the immediate government you work for. This means that if you work for the federal government, you may not share this information with any state of the Union without my prior written consent.
2. You may not disclose or provide any information about me, either on this form or existing within your computer system, to any foreign government.
3. You may not use or store any identifying number described as either a Social Security Number or Taxpayer Identifying Number, in any electronic information system and are demanded to destroy and discontinue using any such number. Use of such numbers violates my religious beliefs, and they may NOT be used without my consent pursuant to 5 U.S.C. §552a(b).

## 10.7    Legal Requirements Imposed Upon Your Response

Pursuant to the Administrative Procedures Act, 5 U.S.C. §556(d) and 26 U.S.C. §7491, you as the moving party asserting a position contrary to the law documented here have the burden of showing the facts and statements made are false, and you must satisfy the following requirements of evidence in your challenge:

1. Must conform completely with the conclusions contained in:
   *Reasonable Belief About Income Tax Liability*, Form #05.007
   http://sedm.org/Forms/FormIndex.htm
2. Must be admissible, non-prima facie evidence.
   2.1. The 1939 code upon which the present internal revenue code was based has been REPEALED. See 53 Stat 1, Section 4. Not only did it repeal itself, but it also repealed all prior revenue laws from the Statutes at Large. Therefore, nothing from the Statutes at large prior to 1939 can be cited as positive law.
   2.2. 1 U.S.C. §204 legislative notes, the GPO website (http://www.gpoaccess.gov/uscode/about.html), and the House of Representatives websites (http://uscode.house.gov/about/info.shtml) all say that the Internal Revenue Code was not presently enacted into positive law. Therefore, if your evidence consists of cites from the I.R.C., you must prove that every section of the code you cite is individually a positive law, which is the only type of admissible, non-

presumptive evidence having to do with written law. The way to prove that is to cite a section of the Statutes at Large AFTER 1939 which was enacted into positive law. We remind you that it is a religious sin for Christians (see Numbers 15:30) and a violation of due process to "presume" or "assume" anything, and therefore the government cannot compel us to "presume" that a section of the I.R.C. is enacted positive law without proving it.

3. If your evidence is from a witness, then the witness must agree on a notarized affidavit to be financially liable for making a false statement and an address where that person may be served with legal process must be provided in case litigation becomes necessary because of his or her misrepresentations.

4. Your evidence may not come from any IRS publication, because the IRS Internal Revenue Manual says in section 4.10.7.2.8 that IRS publications may *not* be cited to sustain a position. See the link below for further details on this scam:
   http://famguardian.org/Subjects/Taxes/Articles/IRSNotResponsible.htm

5. If the evidence relates to the liability of a person who does not reside on federal property, then any court cites must come from a state court, because:

   5.1. The Supreme Court said in *Erie Railroad v. Tompkins*, 304 U.S. 64 (1938) that there is no federal common law in a state of the Union.

   5.2. The Rules of Decision Act, 28 U.S.C. §1652 says that the law to be applied in the courts is state law and not federal law, and especially when the domicile of the Defendant is on state property and not on federal property.

   5.3. The IRS Internal Revenue Manual (I.R.M.), Section 4.10.7.2.9.8 says that courts below the Supreme Court may only be cited as precedent for the particular person involved in the proceeding.

   5.4. Federal Rule of Civil Procedure 17(b) states that the capacity to sue or be sued is based on the domicile of the Defendant. If that domicile is in a state and not on land ceded to the federal government or under general federal jurisdiction, then no federal statute or no federal judicial precedent may be cited as authority in the case.

6. Your answer may *not* include or consist of either the IRS "The Truth About Frivolous Tax Arguments" or the Congressional Research Report 97-59A entitled " Frequently Asked Questions About the Federal Income Tax". The reasons for this are many, not the least of which consist of:

   6.1. The IRS document doesn't identify the IRS or anyone in the IRS as a source and is not signed or authenticated. Under the Federal Rules of Evidence, nothing can be used as evidence without at least the identity of the author being known and the author being sworn under oath and held just as accountable as those who relied on his statements.

   6.2. The Office of the Chief Counsel of the IRS (202-622-3300) positively refuses to either sign or take personal responsibility in writing for publication of this document and thereby be held legally liable for false statements contained therein, even though his administrative help indicated on the telephone that he was the author. How ironic it is that anyone from the government would insist on calling anything "truth" that absolutely no one conspicuously will claim legal responsibility for. How ironic also is it that the IRS would base all of its positions against allegedly "frivolous" positions that it can't and won't take personal and legal responsibility for, even though the people who argue against their unofficial position can and are held legally responsible for making "frivolous" arguments by courts that demonstrably don't even have any jurisdiction. Therefore, both of these publications for similar reasons are simply hearsay evidence that is exoludible under the Hearsay Rule (Federal Rule of Evidence 802) and also amount essentially to "political propaganda" and "false commercial speech" unless and until they are authenticated and the authors are identified and held liable for their dubious and deliberately vague and deceptive statements therein.

   6.3. Federal courts have repeatedly said that one may not rely upon the statements of public servants in forming a reasonable belief. See the link below:
   http://famguardian.org/Subjects/Taxes/Articles/reliance.htm

## 10.8   Significance of behaviors and responses to this correspondence

I ask that you conform to the legal constraints imposed on your response which are documented in this section. The First Amendment notices you of my right to communicate with the government as I see fit. Included within that right is the right to define the meaning and significance of certain words and actions, which are "symbols" that communicate an intention on your part. Therefore, for the purposes of your response:

1. Any use of the words "frivolous" in your response shall mean "correct, truthful". We have a First Amendment right to communicate with the government as we see fit. This means you must communicate with me in a language I understand and define. If people who speak Spanish are entitled to interpreters in court, I am entitled to a similar "interpreter". My "language" does not include the word "frivolous" or any variation thereof as commonly used by the legal profession. Those who want to identify anything that I say as incorrect must specify exactly what is incorrect and do so under the rules of evidence established above using only legally admissible evidence consistent with that identified in the list above.

2.  Any issue raised in this correspondence that you remain silent on or do not explicitly rebut with evidence consistent with the Federal Rules of Evidence shall constitute an admission and estoppel in pais for all future litigation on this subject. This is a requirement of <u>Federal Rule of Civil Procedure 8</u>(b)(6), which says that failure to deny (with evidence rather than just opinion) shall constitute an admission.  Federal Courts have also said that when a criminal, which is you, is confronted with evidence of his wrongdoing, and either responds with silence or claims the Fifth Amendment, that shall constitute an admission and a negative inference against them to a jury or fact finder.

> *"It is well established that in a criminal trial a judge or prosecutor may not suggest that the jury draw an adverse inference from a defendant's failure to testify. " United States v. Solano-Godines, 120 F.3d. 957, 962 (9th Cir. 1997). However, in civil proceedings adverse inferences can be drawn from a party's invocation of this Fifth Amendment right. See SEC v. Colello, 139 F.3d. 674, 677 (9th Cir. 1998). The seminal case in this area is Baxter v. Palmigiano, 425 U.S. 308 (1976). In Baxter, the Supreme Court was confronted with a prison inmate who had been brought before a prison disciplinary board on charges of inciting a disturbance. When informed that state criminal charges might be brought against him arising out of his conduct while in prison, the inmate was advised that he could remain silent before the board, but that his silence would be used against him. See id. at 312. During the hearing, the inmate was confronted with incriminating evidence, remained completely silent, and as a consequence was given further punishment under the assumption that he perpetrated the acts for which he was being questioned. See id. at 313, 317. <u>The Supreme Court held that the drawing of the adverse inference from the inmate's silence was proper when incriminating evidence had also been presented, and therefore no Fifth Amendment violation had taken place.</u> See id. at 317-18.*
>
> *<u>The Baxter holding is not a blanket rule that allows adverse inferences to be drawn from invocations of the privilege against self-incrimination under all circumstances in the civil context. Rather, lower courts interpreting Baxter have been uniform in suggesting that the key to the Baxter holding is that such adverse inference can only be drawn when independent evidence exists of the fact to which the party refuses to answer. See, e.g., LaSalle Bank Lake View v. Seguban, 54 F.3d. 387, 391 (7th Cir. 1995); Peiffer v. Lebanon Sch. Dist., 848 F.2d. 44, 46 (3d Cir. 1988). Thus, an adverse inference can be drawn when silence is countered by independent evidence of the fact being questioned, but that same inference cannot be drawn when, for example, silence is the answer to an allegation contained in a complaint.</u> See Nat'l Acceptance Co. v. Bathalter, 705 F.2d. 924, 930 (7th Cir. 1983). In such instances, when there is no corroborating evidence to support the fact under inquiry, the proponent of the fact must come forward with evidence to support the allegation, otherwise no negative inference will be permitted. See LaSalle Bank, 54 F.3d. at 391.*
> *[Doe v. Glanzer, 232 F.3d. 1258, 232 F.3d. 1258 (9th Cir. 11/17/2000)]*

3.  If you provide a general answer rather than specifically address the issues raised herein about your coercive and illegal conduct, then this shall constitute fraud, based on the following maxims of law:

> *"Fraus latet in generalibus. Fraud lies hid in general expressions."*

> *"Fraus est celare fraudem. It is a fraud to conceal a fraud. 1 Vern. 270."*

> *"Lata culpa dolo aequiparatur. Gross negligence is equal to fraud."*
> *[Bouvier's Maxims of Law, 1856; SOURCE:*
> *http://famguardian.org/Publications/BouvierMaximsOfLaw/BouviersMaxims.htm]*

4.  The expression of an personal or agency opinion rather than providing legal evidence under penalty of perjury supporting your position shall constitute an admission of the truthfulness of everything not rebutted with such evidence.  I am not interested in opinions, rhetoric, agency "propaganda", or agency "policy", but <u>only facts and law that are relevant and admissible in a legal proceeding involving the issues raised herein</u>.  The U.S. Supreme Court has declared that we are a "society of law and not men".

---

> *"The government of the United States has been emphatically termed a government of laws, and not of men. It will certainly cease to deserve that high appellation, if the laws furnish no remedy [against a public official such as yourself] for the violation of a vested legal right."*
> [Marbury v. Madison, 5 U.S. 137; 1 Cranch 137, 2 L.Ed. 60 (1803)]

Therefore, I am not interested in what "men" such as you have to say, but what the law, the courts, and the legally admissible evidence signed under penalty of perjury by someone in authority with *personal knowledge* and who agrees to take legal responsibility in court for their statements. An opinion that is not legally "actionable" from a person who is not responsible for what they say is meaningless and makes a very poor basis for belief. Whenever I communicate with you on a government form, it usually must be under penalty of perjury. That is exactly what I expect from you, because the Fourteenth Amendment, Section 1 and 42 U.S.C. §1981 both say that I am legally entitled to the same "equal protection". Any expression of policy rather than legally admissible, specific evidence of authority shall constitute an off-point non-response and will also serve as an admission on your part that we are not a society of law, but of men and the policies of men, and that we live in a totalitarian democracy based not on individual sovereignty and rights, but on the totalitarian will of the socialist "collective" and those such as yourself who claim but cannot prove that they have lawful authority to "represent" that socialist collective.

## 11. CRIMINAL COMPLAINT

This document constitutes a formal criminal complaint for the violations indicated in the following subsections.

### 11.1   Request to criminally and civilly prosecute violations of law by Social Security and other government personnel

Pursuant to the massive instances of fraud and false claims filed with the U.S. Government documented in section 4.4 earlier, I respectfully demand that the Dept. of Justice investigate the violations of law indicated and prosecute all those federal employees and public officials who condone, tolerate, or participate in it under the False Claims Act, 31 U.S.C. §3729, for THREE TIMES the amount of fraud perpetrated against the United States government. If you do not, I am contemplating initiating a qui tam action on your behalf to recover said damages.

### 11.2   Criminal Complaint against those engaged in the Government ID Scam documented in section 9

Recipient of this legal notice is hereby formally requested to criminally prosecute all those in the state government, federal government, financial institutions, and employers who have instituted, protected, sanctioned, or condoned the duress documented in section 9 earlier against me personally under the following authorities relating to compelled participation in government franchises and identity theft:

1. Compelled Participation in Government Franchises:
   1.1. Thirteenth Amendment:  Prohibition against involuntary Servitude.  I am being asked to represent a public office in the U.S. government as a franchisee, that I am not eligible to occupy, cannot lawfully occupy, and which I do not consent to occupy FOR ANY AMOUNT OF COMPENSATION.
   1.2. 18 U.S.C. §912:  Impersonating a public officer.  A private person in possession, use, or control of public property and engaging in a "trade or business" ("public office" pursuant to 26 U.S.C. §7701(a)(26) is guilty of impersonating a public officer.  Those who only offer government ID to public officers are indirectly compelling people to impersonate such officers.
   1.3. 18 U.S.C. §654: Anyone who uses or compels the use of a public number in connection with your *private property* without your consent is guilty of conversion.
   1.4. 42 U.S.C. §408(a)(8): Penalties
2. Government ID Available Only to "U.S. persons" domiciled on federal territory:  Includes driver's licenses and state ID that connect me with domicile on federal territory and status as a statutory but not constitutional "U.S. citizen".
   2.1. 18 U.S.C. §911:  Impersonating a statutory "U.S. citizen".  By compelling me to misrepresent my status as a statutory and not constitutional "U.S. citizen" pursuant to 8 U.S.C. §1401 in exchange for the Privilege of being able to conduct commerce using government ID, those responsible are compelling me illegally to impersonate a statutory but not constitutional "U.S. citizen".
   2.2. 42 U.S.C. §405(c)(2)(C)(i): Evidence, Procedure, and Certification for payments.

2.3. 18 U.S.C. §1028(a)(7): Fraud and related activity in connection with identification documents, authentication features, and information

2.4. 18 U.S.C. §1028A: Aggravated Identity Theft

2.5. 18 U.S.C. §1201: Kidnapping. Whether I am physically moved or my legal identity is moved to a foreign jurisdiction without my consent, the result is the same and it is a crime.

If you need legal authorities and memorandums of law useful in prosecuting the compelled participation in government franchises, the following should prove useful:

1. *Government Instituted Slavery Using Franchises*, Form #05.030
   http://sedm.org/Forms/FormIndex.htm
2. *Why You Aren't Eligible for Social Security*, Form #06.001
   http://sedm.org/Forms/FormIndex.htm
3. *Why It is Illegal for Me to Request or Use a "Taxpayer Identification Number"*, Form #04.205
   http://sedm.org/Forms/FormIndex.htm
4. *Resignation of Compelled Social Security Trustee*, Form #06.002
   http://sedm.org/Forms/FormIndex.htm

For information on how to prosecute identity theft crimes described herein, please see:

1. *Property and Privacy Protection Page, Section 10: Identity Theft*
   http://famguardian.org/Subjects/PropertyPrivacy/PropertyPrivacy.htm
2. Prosecuting Social Security Number Misuse: Attacking Identity Theft at its Source, U.S. Attorney Bulletin, Vol. 53, No. 1
3. Identity Theft Laws: State Penalties and Remedies and Pending Federal Bills, Congressional Research Service Report #RL34028 / 2007-08-06

If you can't even protect me from your *own* usurpations, identity theft, and kidnapping, it would be ridiculous to hire you as my "protector" against other less injurious parties by becoming a customer of your "protection racket" called a "citizen", "resident", or "inhabitant". When you have demonstrated a sincere and ongoing desire to protect me from *your own extortion* and adhesion contracts/franchises, and to place me and my identity *back* on land protected by the Constitution instead of on federal territory devoid of rights and constitutional protections, then and only then will I consider politically and legally re-associating with you by becoming a "citizen" or a "resident".

> *"In a free society, government protects citizens from threats against their persons and property. In a police state, government deploys its law enforcement assets to protect itself against the "threat" posed by its own subjects."*
> *[W.N. Grigg]*

Until you quit acting like a de facto corporation[61], return us to lawful money, eliminate the Federal Reserve, and return to your station as the *servant* of the true sovereign, which is We the People and NOT the government who serves them, then:

1. The Declaration of Independence says you need my consent to "govern" and that if you don't have it, you are a tyrant and a terrorist. I remind you that you don't have my consent and therefore, the DHS ought to be protecting me against you, not third parties. There are only two types of governments: 1. Governments by consent; 2. Terrorist governments. Which one are you? The Declaration of Independence not only makes it my right, but my duty to provide "better safeguards for my future security" because you obviously can't and won't. Refusing to recognize my RIGHT and DUTY to do so by becoming a "foreign state" and an ambassador of the de jure constitutional republic would simply be an interference with that right and DUTY imposed by the organic law that is the foundation of ALL of your lawful authority.

2. I choose to be a "transient foreigner" and a "stateless person" in relation to the de facto state and federal corporations that have usurped and destroyed the original constitutional republic.

3. All I want you to do is simply leave me alone, and not enforce your fraudulent Ponzi scheme franchises or civil law against me. Since it costs you nothing to be leave me alone, then it's ridiculous to say that I'm not "paying my fair share" for protection that I don't need, don't want, and which I regard as harmful and not protective. All that the

---

[61] See *Corporatization and Privatization of the Government*, Form #05.024; http://sedm.org/Forms/FormIndex.htm.

present government seem to be inclined to do with the money people send them now is protect their own criminal "protection racket" enterprise.

4. My sincerely held constitutionally protected First Amendment religious convictions require me to separate from, not to fornicate with, not participate in, nor do commerce with you until you reform your ways.  In that sense, I become a "church" and you become the "state", and the law must keep us separate.[62]  The Bible in fact says my body is a temple, and I cannot pollute or corrupt that temple by engaging in government harlotry.

> *"Do you not know that **you are the temple of God** and that the Spirit of God dwells in you?  **If anyone defiles the temple of God, God will destroy him.  For the temple of God is holy, which temple you are."**
> [1 Cor. 3:16-17, Bible, NKJV]*

> *And I heard another voice from heaven saying, **"Come out of her [the government BEAST, Rev. 19:19], my people, lest you share in her sins, and lest you receive of her plagues.  For her sins have reached to heaven, and God has remembered her iniquities.** Render to her just as she rendered to you [THEFT, LIES, TERRORISM, DECEIT, and KIDNAPPING], and repay her double according to her works; in the cup which she has mixed, mix double for her.  In the measure that she glorified herself and lived luxuriously [on STOLEN loot taken from non-consenting "subjects"], in the same measure give her torment and sorrow; for she says in her heart, 'I sit as queen, and am no widow, and will not see sorrow.'  Therefore her plagues will come in one day—death and mourning and famine.  And she will be utterly burned with fire, for strong is the Lord God who judges her.*
> *[Rev. 18:4-8, Bible, NKJV]*

---

[62] See: *We Are the Church, Family Guardian Fellowship*:  http://famguardian.org/Subjects/Spirituality/ChurchTaxation/WeAreTheChurch.htm.

## 12. ADVANCE REBUTTAL OF GOVERNMENT LIES AND PROPAGANDA DESIGNED TO DISCREDIT THE SUBMITTER OR THIS COMMUNICATION

This section shall provide references that rebut any and every publication and statement by the government that might be used or attempted to be used to discredit this communication or any portion thereof. The following list references all of the publications that rebut all such LIES and PROPAGANDA you might use to discredit me, this communication, or any portion thereof. You have 30 days to rebut all the documents on this list in a communication signed under penalty of perjury by you personally. If you do not, you shall be deemed to consent and agree that everything listed is truthful, accurate, consistent with prevailing law, and stipulated as admitted into evidence in any and every litigation that might arise from our relationship or this communication:

1. *Policy Document: Rebutted False Arguments Against this Website*, Form #08.011
   DIRECT LINK: http://sedm.org/Forms/08-PolicyDocs/RebFalseArgAgWebsite.pdf
   FORMS PAGE: http://sedm.org/Forms/FormIndex.htm
2. *Policy Document: Rebutted False Arguments About Sovereignty*, Form #08.018
   DIRECT LINK: http://sedm.org/Forms/08-PolicyDocs/RebFalseArgSovereignty.pdf
   FORMS PAGE: http://sedm.org/Forms/FormIndex.htm
3. *Flawed Tax Arguments to Avoid*, Form #08.004
   DIRECT LINK: http://sedm.org/Forms/08-PolicyDocs/FlawedArgsToAvoid.pdf
   FORMS PAGE: http://sedm.org/Forms/FormIndex.htm
4. *Rebutted Version of the IRS "The Truth About Frivolous Tax Arguments"*, Form #08.005
   DIRECT LINK: http://sedm.org/Forms/08-PolicyDocs/friv_tax_rebuts.pdf
   FORMS PAGE: http://sedm.org/Forms/FormIndex.htm
5. *Rebutted Version of Congressional Research Service Report 97-59A: Frequently Asked Questions Concerning the Federal Income Tax*, Form #08.006
   DIRECT LINK: http://sedm.org/Forms/08-PolicyDocs/CRS-97-59A-rebuts.pdf
   FORMS PAGE: http://sedm.org/Forms/FormIndex.htm
6. *Rebutted Version of "Tax Resister Frequently Asked Questions"*, Form #08.007
   DIRECT LINK: http://famguardian.org/Subjects/Taxes/FalseRhetoric/TRFAQ/TRFAQ.htm
   FORMS PAGE: http://sedm.org/Forms/FormIndex.htm

### 13. **AFFIRMATION**

In accordance with 28 U.S.C. §1746(1), I declare under penalty of perjury under the laws of the United States of America that the foregoing and the entire contents of this correspondence and all attachments are true and correct.

I also affirm, under the Common Law of America, from without the "United States**", that I am over 18 years of age and that the contents of this correspondence are a true, correct, and accurate reflection of my *voluntary will* , and that I am in no way under any kind of duress in signing this correspondence.

I now affix my own signature to all of the above affirmations WITH EXPLICIT RESERVATION OF ALL MY RIGHTS AND WITHOUT PREJUDICE U.C.C. 1-207 (UCCA 1207), and its successor, U.C.C. 1-308.

| Full name | : Derald-Wilford: Geddes |
| Signature | by: Derald-Wilford: Geddes |
| Signature of witness | |
| Date | May 19, 2021 |

### NOTARY PUBLIC'S JURAT

BEFORE ME, the undersigned authority, a Notary Public, of the County of _We ber_ _____, Republic of _Utah_____ (statename), this _19_ day of _May_____, 20_21_, _Derald Geddes_ _____, the Signator did personally appear and was identified by (check all that apply):

1. __✓__ Passport
2. __✓__ Birth Certificate
3. _____ Military ID
4. _____ Other verified government id (e.g. notarized copy of picture and birth certificate with affidavit they belong to one and the same person)

..and who, upon first being duly sworn and/or affirmed, deposes and says that the aforegoing asseveration is true to the best of his/her knowledge and belief.

I certify under PENALTY OF PERJURY under the laws of the State of _Utah_____ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

**AARON CHADWICK**
NOTARY PUBLIC • STATE of UTAH
COMMISSION NO 709733
COMM. EXP. 12-20-2023

/s/ _____   _____ SEAL
        Notary Public

My Commission Expires On:

# ENCLOSURE 1

**14. ENCLOSURE (1): ~~CERTIFIED COPY OF BIRTH or NATURALIZATION CERTIFICATE~~**

*AUTHENTICATED CERTIFICATE OF LIVE BIRTH And*
*Two 'Witness Testimony in the FORM of an Affidavit'*

*Declaration of Intention to Change Domicile/Citizenship, Divorce the U.S., and Criminal Complaint*          *14-1*
*Enclosure (1): Certified Copy of Birth or Naturalization Certificate*
*Form 10.001, Rev. 02-25-2012*



Witness Testimony in the Form of an Affidavit

1. "I, Rossawa U. Geddes a living woman now living at 1500 e 36th St, Ogden, UT 84403 ,

2. have first-hand knowledge that Derald Wilford Geddes, whose photograph appears hereon and who lived privately in Ogden, Utah and temporarily lived in Chile, now temporarily living in Ogden, Utah.

3. is the man who was born on July 28, 1961 in Spokane, Washington,

4. and from without the United States and under the penalties of perjury under the public law of The United States of America,

5. I do affirm this to be the truth.

6. This Witness Testimony is granted freely, without coercion or payment of any kind,

7. and so say I to all facts above this 24 day of June in the year 20 20,

8. and I have affixed my signature in affirmation of these facts before these Witnesses:

By: _____ :, LS

autograph

Witness of Public Notary to Signature

Your County:
State:

Today I was visited by Rossana U. Geddes and she did present appropriate identification and she did provide this Testimony in the Form of an Affidavit freely and without coercion before me and she did also freely sign this Testimony without coercion in my presence this 24th day of June in Witness whereof my hand and seal appear:

By: _____ Public Notary; my commission expires on:

EMAD E. MOHAMED,
NOTARY PUBLIC OF NEW JERSEY
Comm. # 2426968
My Commission Expires 10/09/2022

Sworn to and subscribed before me this 24 day of June, 2020

06/20/2020  23:01  3126



Witness Testimony in the Form of an Affidavit

1. "I, _Darfel O Hendrickson_, a living man now living at _680 East_ , _Creekview Drive , Layton Utah  84041_ ,

2. have first-hand knowledge that Derald Wilford Geddes, whose photograph appears hereon and who lived privately in Ogden, Utah and temporarily lived in Chile, now temporarily living in Ogden, Utah.

3. is the man who was born on July 28, 1961 in Spokane, Washington,

4. and from without the United States and under the penalties of perjury under the public law of The United States of America,

5. I do affirm this to be the truth.

6. This Witness Testimony is granted freely, without coercion or payment of any kind,

7. and so say I to all facts above this _29th_ day of _June_ in the year 20_20_ ,

8. and I have affixed my signature in affirmation of these facts before these Witnesses:

By: _David O Hendrickson_  : , LS

    autograph

Witness of Public Notary to Signature

Your County: _Weber_
State: _Utah_

Today I was visited by _David O Hendrickson_ and he did present appropriate identification and he did provide this Testimony in the Form of an Affidavit freely and without coercion before me and he did also freely sign this Testimony without coercion in my
presence this _29th_ day of _June 2020_ in Witness whereof my hand and seal appear:

By: _Jacob Packer_ Public Notary; my commission
expires on: _March 7th 2021_

NOTARY PUBLIC
JACOB PACKER
694171
COMMISSION EXPIRES
MARCH 07, 2021
STATE OF UTAH

# CALEB A. TYSON
## CLERK SUPERIOR/JUVENILE COURT
## LAMAR COUNTY COURTHOUSE
### 326 THOMASTON STREET, BOX 7
### BARNESVILLE, GA 30204

Debra L. Holmes, Deputy
Tammy R. Bell, Deputy
William S. Hewitt, Deputy
Paula Reeves, Deputy
Kristen Kilchriss, Deputy
Christy Truluck, Assistant

Phone:  (770) 358-5145

Fax: (770) 358-5814

GEORGIA, LAMAR COUNTY

I hereby certify the within and foregoing to be a true, correct and complete copy of the original that
appears of record in this office.

This __26ᵗʰ__ day of ___August___, 20 19

p.521-543

_____
William S. Hewitt
Deputy Clerk, Lamar County Superior Court

SEAL



true copy of original



# UNITED STATES OF AMERICA
# The State of Washington

## Secretary of State

*I, **KIM WYMAN,** Secretary of State of the State of Washington and custodian of its seal,*

*hereby certify that according to the records on file in my office,*

**JEAN REMSBECKER**

*is the State Registrar of Vital Records, for the state of Washington.*

Date:  February 20, 2019
Certificate:  X21987015



Given under my hand and the Seal of the State
of Washington at Olympia, the State Capital

Kim Wyman, Secretary of State

Office of the Secretary of State
Invalid if Removed



19056326-2

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Washington, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility
This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Michael R. Pompeo, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twenty-ninth day of August, 2019.

*Michael R. Pompeo*
Secretary of State

By *Matthews*

Assistant Authentication Officer,
Department of State

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

STATE OF WASHINGTON
DEPARTMENT OF HEALTH



## CERTIFICATE OF LIVE BIRTH

STATE FILE NUMBER:
146-1961-035296

DATE ISSUED:
FEBRUARY 15, 2019

FIRST AND MIDDLE NAME(S):
**DERALD WILFORD**

LAST NAME(S):
**GEDDES**

DATE OF BIRTH:
**JULY 28, 1961**

SEX:
**MALE**

PLACE OF BIRTH (CITY, COUNTY, STATE):
**SPOKANE COUNTY, WASHINGTON**

MOTHER'S NAME PRIOR TO FIRST MARRIAGE:
**VARLENE M COOK**

MOTHER'S PLACE OF BIRTH:
**UTAH**

MOTHER'S AGE:
**27 YEARS**

FATHER'S NAME:
**WILFORD H GEDDES**

FATHER'S PLACE OF BIRTH:
**IDAHO**

FATHER'S AGE:
**29 YEARS**

DATE FILED:
**AUGUST 07, 1961**

FEE NUMBER:
**87755098**

NOT VALID IF PHOTOCOPIED OR ALTERED

# Affidavit for Correction

**This is a legal document. Complete in ink and do not alter.**

Washington State Department of
**Health**

| STATE OFFICE USE ONLY | | | | |
|---|---|---|---|---|
| State File Number | Fee Number | | Initials | Date | Affide |

### Required information must match current information on record

Record Type: ☐ Birth   ☐ Death   ☐ Marriage   ☐ Dissolution (Divorce)

| 1. Name on Record: | | | 2. Date of Event: | 3. Place of Event: |
|---|---|---|---|---|
| First | Middle | Last | MM/DD/YYYY | (City or County) |

| 4. Father/Parent Full Birth Name (Spouse A for Marriage or Dissolution) | | | 5. Mother/Parent Full Birth Name (Spouse B for Marriage or Dissolution) | | |
|---|---|---|---|---|---|
| First | Middle | Last/Maiden | First | Middle | Last/Maiden |

6. Name of Person Requesting Correction:   Relationship to Person on Record: ☐ Self ☐ Parent(s) ☐ Guardian ☐ Funeral Director ☐ Informant ☐ Other (specify) ☐ Hospital

7. Return Mailing Address:

| PO Box or Street Address | City | State | Zip |
|---|---|---|---|

Telephone Number:
(     )

Email Address:

### Use the section below for requesting any changes on the record. The record is incorrect or incomplete as follows:

| The record now shows: | The true fact is: |
|---|---|
| 8. | 9. |
| 10. | 11. |
| 12. | 13. |
| 14. | 15. |

### I declare under penalty of perjury under the laws of the State of Washington that the forgoing is true and correct

| 16a. Signature: | 16b. Signature of 2nd parent (if required): |
|---|---|
| Printed name:            Date: | Printed name:            Date: |

**INSTRUCTIONS** – go to www.doh.wa.gov for more information

**Driver's license, Social Security card or hospital decorative birth certificate cannot be used as proof**

Required documentary proof must be submitted with the affidavit and include full name and birth date. Examples of documentary proof include:
- Birth/Marriage/Divorce record
- Military record (DD-214)
- School transcripts
- Social Security Numident Report
- Certificate of Naturalization
- Hospital/medical record
- Passport
- Green/Permanent Resident card (I-551)

**Birth Certificates**
1. Only a parent(s), legal guardian (if the child is under 18), or the named individual (if 18 or older) may change the birth certificate
2. **The proof(s) must match** the asserted fact(s). For example, if the affidavit says the name should be Mary Ann Doe, the proof must show the name to be Mary Ann Doe
3. Documentary proof must be five or more years old or established within five years of birth

**Child under 18**
- If legal guardian(s), include certified court order proving guardianship
- Up to age one, last name can be changed once to either parents' name on certificate (can be any combination of the first, middle or last names)*
- After age one, a court order is required to change the last name
- No proof is required to change the first or middle name*
- To correct parent's information, one documentary proof is required.
- To correct the sex of the child, one documentary proof from a medical provider is required

**Adult (18 years or older)**
- Only the adult can change his or her birth certificate
- If the first or middle name is missing, three pieces of documentary proof are required
- If the first, middle and/or last name is misspelled, or date of birth is incorrect, two pieces of documentary proof are required
- To correct parent's birth date, place of birth, or name, one documentary proof is required

*To change any part of the name of a child using this form, signatures from both parents listed on the certificate are required. If one parent is deceased, submit a death certificate with request.

**This affidavit cannot be used to add a father to a birth certificate (use paternity acknowledgment form DOH 422-032)**

**Death Certificates**
1. Only the informant, the funeral director, or executors/administrators (if evidence confirming such position is presented) may change the non-medical information. Proof is required to make changes if requested by a family member not listed as the informant on the certificate (family members are spouse or registered domestic partner, parent, sibling or adult child or stepchild). Marital status requires a certified copy of a court order if someone other than the informant is requesting the change.
2. The medical information (cause of death) may be changed only by the certifying physician or the coroner/medical examiner.

**Marriage/Dissolution (Divorce) Certificates**
1. Personal facts (minor spelling changes in name, date or place of birth or residence) may be changed by the person with one piece of documentary proof
2. To change the date or place of marriage or dissolution, the officiant (marriage) or clerk of court (dissolution) must complete and submit the affidavit

DOH 422-034 January 2015



This is a true and exact certification of the record officially registered and on file with the Washington State Department of Health, issued under the authority of Chapter 70.58 RCW, and at the direction of Jean Remsbecker, State Registrar.

*Jean Remsbecker*

Certificate not valid unless the Seal of the State of Washington changes color when heat applied.



# ENCLOSURE 2

## 15. ENCLOSURE (2): AFFIDAVIT OF CITIZENSHIP, DOMICILE, AND TAX STATUS

This attachment defines my citizenship, domicile, and tax status from the date of my birth to the date of my death. It shall be included automatically in any and every form I submit or have ever submitted to the government, even if not physically attached. It is also a mandatory part of any civil or criminal discovery that might affect or enforce any tax liability under the Internal Revenue Code or any state revenue code.

*Declaration of Intention to Change Domicile/Citizenship, Divorce the U.S., and Criminal Complaint*          *15-1*
*Enclosure (2): Affidavit of Citizenship, Domicile, and Tax Status*
*Form 10.001, Rev. 02-25-2012*

# AFFIDAVIT OF CITIZENSHIP, DOMICILE, AND TAX STATUS

## SECTION 1: SUBMITTER INFORMATION

| 1. Name | Derald Wilford: Geddes | | |
|---|---|---|---|
| 2. Mailing Address (NOT a domicile) | 1500 36th Street | | |
| 3. City | Ogden | 4. State | Utah Republic |
| 5. Zip | 84403 | 6. Country | united states of America |
| 7. Phone | | 8. Email | |
| 9. Date of Birth: | 28 July 1961 | 10. Place of Birth: | Spokan, Washington Republic |

| 11. CITIZENSHIP: (Check only one. See Appendix, item #16-18 for explanation) | 12. DOMICILE: (Check only one, NO other "residences"). See and rebut the following within 30 days if you disagree or forever be estopped from later challenging it. *Why Domicile and Becoming a "Taxpayer" Require Your Consent*, Form #05.002; http://sedm.org/Forms/FormIndex.htm |
|---|---|
| ☑ **11.1 Constitutional but not statutory "Citizen"**, "national" but not "citizen" under federal law pursuant to 8 U.S.C. §1101(a)(21). Born in state of the Union. NOT an "alien" (per 26 U.S.C. §7701(b)(1)(A)) or "individual" (per 26 C.F.R. §1.1441-1(c)(3)), "Stateless Person" as per Newman-Green v. Alfonso Larrain, 490 U.S. 826 (1989). *Constitutional diversity of citizenship pursuant to U.S. Const. Art. III, Section 2, but NOT statutory diversity pursuant to 28 U.S.C. §1332.* Rebut the following if you disagree within 30 days or you stipulate it as truth. http://sedm.org/Forms/05-MemLaw/WhyANational.pdf | ☑ **12.1 Nonfederal areas within de jure state of the Union:** _Utah_ (state name). NOT part of the "State" defined in 26 U.S.C. §7701(a)(10), 4 U.S.C. §110(d), 42 U.S.C. §1301(a)(1), or 28 U.S.C. §1332(d) nor part of the geographical sense of "United States" defined in 26 U.S.C. §7701(a)(9), or 42 U.S.C. §1301(a)(2). Not a political "alien" pursuant to 8 U.S.C. §1101(a)(3)) nor a "resident alien" pursuant to 26 U.S.C. §7701(b)(1)(A) since a national of the nation United States. A civil sensed, or legal "alien", pursuant to 8 U.S.C. §1101(a)(3) since not domiciled in the geographical sensed "United States" defined in either 26 U.S.C. §7701(a)(9) or 42 U.S.C. §1301(a)(2). No "residence" within the meaning of the I.R.C., because only statutory "aliens" can have a "residence" per 26 C.F.R. §1.871-2. Constitutional citizens or "nationals of the United States***" of America* have a domicile rather than a residence. Only privileged constitutional/political "aliens" have a "residence". |
| ☐ **11.2 Statutory but not constitutional "U.S. citizen".** Described in 8 U.S.C. §1401 and 8 U.S.C. §1101(a)(2)(B). Born on federal territory and domiciled in the District of Columbia or federal territory or possession. | ☑ **12.2 Kingdom of Heaven on Earth.** I have a religious objection to having an earthly domicile within any existing, man-made government. I am a "transient foreigner" but not an "inhabitant" with respect to the man-made government having jurisdiction in the place where I temporarily live. The Bible says in Psalm 89:11-13, Isaiah 45:12, Deut. 10:14 that the Earth was created and is owned exclusively by God and NOT any man or government of men. It also says in Psalm 47:7 that God is the King of all the Earth. Therefore no one but God's Kingdom can have domiciliaries because presence on the territory of the Sovereign is a prerequisite to all declarations of domicile and allegiance. |
| ☐ **11.3 Statutory "U.S. national".** Described in 8 U.S.C. §1408 and 8 U.S.C. §1101(a)(22)(B), and 8 U.S.C. §1452. Born anywhere in the country and domiciled in American Samoa or Swains Island. | ☐ **12.3 Not within any government on earth.** I choose not to politically associate with any group or government on earth for my protection. The First Amendment to the Constitution protects my right of freedom from compelled association. I am a "transient foreigner" but not an "inhabitant" of the place where I live. |
| ☐ **11.4 Foreign National.** Country:_____. Nonresident alien under 26 U.S.C. §7701(b)(1)(B) if a public officer. | ☐ **12.4** "United States" (District of Columbia, see 26 U.S.C. §7701(a)(9) and (a)(10)) |
| ☐ **11.5 Dual nationality.** national of USA*** (NOT "U.S.***") pursuant to 8 U.S.C. §1101(a)(21) AND the following country, nation, or government: | ☐ **12.5 Federal areas within state:**_____ (state name) |
| ☐ **11.6 Dual nationality.** national of USA*** (NOT "U.S.***") pursuant to 8 U.S.C. §1101(a)(21) AND Kingdom of Heaven on Earth. | ☐ **12.6 Foreign country or government:**_____ (name of foreign country or government). See 26 U.S.C. §892(a)(3) for definition of "foreign government". |
| ☐ **11.7 "Free Inhabitant"** under the Articles of Confederation but not Constitutional "Citizen" or "citizen of the United States". Articles of Confederation identify themselves as "perpetual", and therefore this status is perpetual. | ☐ **12.7 Federal territory or possession.** Territory/possession name:_____ |

## 13. DIPLOMATIC STATUS

The following statuses constitute internationally protected persons pursuant to 18 U.S.C. §112 who are immune (not "exempt") from federal income taxation pursuant to 26 U.S.C. §892. Those claiming such status must file IRS Form W-8EXP to claim immunity from taxation.

| | |
|---|---|
| ☑ | **13.1** Employee or agent of God's government on earth. Abandoned all aid and protection of man-made statutory national laws and became a "stateless person" relative only to the national government pursuant to Newman-Green v. Alfonso Larrain, 490 U.S. 826 (1989), Phil. 3:20, Psalm 119:19, Psalm 68:8-9. |
| ☑ | **13.2** Minister or ambassador of a foreign state or government: *Utah and or Washington* (State name). See 26 U.S.C. §892(a)(3) for definition of "foreign government". |
| ☐ | **13.3** Employee or agent of a foreign government. Government name: |

## 14. FEDERAL FRANCHISES:

(See Liberty University, Section 4: http://sedm.org/Liberty/Lib.Liberty/U.htm)

| | |
|---|---|
| Yes ☐ No ☑ | **14.1** Internal Revenue Code, Subtitle A "trade or business" franchise/excise tax. Also called "income tax". |
| | "trade or business" is defined in 26 U.S.C. §7701(a)(26) as "the functions of a public office" in the government. Those not engaged are a "foreign estate" pursuant to 26 U.S.C. §7701(a)(31); See and rebut following within 30 days if disagree or be held in default, estoppel, and laches: *The Trade or Business Scam*, Form #05.001; http://sedm.org/Forms/FormIndex.htm |
| | If "NO" is checked to the left, the following applies: |
| | **PRIVATE RECIPIENTS OF THIS FORM:** If you are a private recipient and the answer to the question to the left is "NO", you are warned that you may NOT use any of the information provided by the Submitter of this form or any of the attached items to submit to the government or for ANY commercial purpose. This means you may not use any of the information provided to prepare or submit any IRS information return, such as forms W-2, 1042S, 1098, 1099, K-1, etc. and that you risk criminal prosecution if you do under the provisions of 26 U.S.C. §6702B, 7207, 18 U.S.C. §654, and 18 U.S.C. §912. This document also constitutes an indemnification of all personal liability of the private recipient for failure to withhold or report. Submitter agrees to accept all legal consequences for following the content of this form and to become the Substitute Defendant in an action against the Private Recipient for following the requirements of this form. This indemnification does NOT apply to government recipients. |
| | **GOVERNMENT RECIPIENTS OF THIS FORM:** If recipient of this form is the government and the answer to the question to the left is "NO", you are hereby legally notified that any information returns you may have received connected with me, such as W-2, 1042S, 1098, and 1099, are FALSE and FRAUDULENT and this submission constitutes a formal request to correct the false reports and criminally prosecute the submitter pursuant to 26 U.S.C. §6720B, 7207, 18 U.S.C. §654, and 18 U.S.C. §912 and civilly prosecute pursuant to 26 U.S.C. §7434 and 31 U.S.C. §3729. Any numbers associated with these reports are provided under duress and are not "Social Security Numbers" as defined in 20 C.F.R. §422.104 but rather PRIVATELY issued "Nontaxpayer Identification Numbers" which are protected by copyright and private license agreement and may NOT be stored in any government computer system or used for ANY commercial purpose without violating the license agreement. |
| Yes ☐ No ☑ | **14.2** Social Security (See 42 U.S.C. Chapter 7). Any applications on file are fraudulent and a nullity for any one or more of the following reasons: 1. Never personally made application and therefore nonbinding; 2. Never consented to participate; 3. Cannot lawfully consent because not domiciled on federal territory and not a "U.S. citizen" per 8 U.S.C. §1401 or a "permanent resident" at the time of application in violation of 20 C.F.R. §422.104; 4. Acting as a fiduciary with no capacity to contract with federal government. See Forms #06.002 and #13.007 at http://sedm.org/Forms/FormIndex.htm. <br><br> Date that UNLAWFUL participation was retroactively terminated: _____ <br> (Date SSA Form 521 and/or Resignation of Compelled Social Security, Form #06.002, was mailed to SSA and IRS) <br><br> **WARNING:** If the answer to this question is "NO", any Social Security Number or Taxpayer Identification Number you have on file is FALSE and must be removed from your records. Failure to abide by this absolute requirement of law is a criminal violation of 18 U.S.C. §1028A(7), 18 U.S.C. §1028A, and a civil violation of 42 U.S.C. §408(a)(7) and 42 U.S.C. §405(c)(2)(C)(i). Further details: *Resignation of Compelled Social Security Trustee*, Form #06.002; http://sedm.org/Forms/FormIndex.htm |
| Yes ☐ No ☑ | **14.3** Federal elected or appointed "public officer" |
| Yes ☐ No ☑ | **14.4** Federal "employee" as defined in 26 U.S.C. §3401(c) and 26 C.F.R. §31.3401(c)-1 |
| Yes ☐ No ☑ | **14.5** State-issued driver's license. Corporate (not de jure) State name: |
| Yes ☐ No ☑ | **14.6** State-issued marriage license. |
| Yes ☐ No ☑ | **14.7** Attorney license (Admitted to practice by state supreme Court) |
| Yes ☐ No ☑ | **14.8** Government Identifying Numbers. If "NO" is specified, the following applies: <br><br> **WARNING:** You may not use any government issued identifying number in connection with the Submitter, such as a Social Security Number (SSN) as defined in 20 C.F.R. §422.103(d), Taxpayer Identification Number (TIN) as defined in 26 U.S.C. §6109, or Employer Identification Number (EIN) as defined in 26 U.S.C. §6109. Submitter: <br><br> 1. Would be violating the law to either request or use a Taxpayer Identification Number. See: *Why It is Illegal for Me to Request or Use a Taxpayer Identification Number*, Form #04.205; http://sedm.org/Forms/FormIndex.htm <br> 2. Is not required to have or to use a Social Security Number or Taxpayer Identification Number pursuant to 31 C.F.R. §103.34(a)(3)(x) and 31 C.F.R. §309.10 Note 2. <br> 3. Does not participate and is not lawfully eligible to participate in Social Security or the "trade or business" excise taxable franchise described in 26 U.S.C. Subtitle A. <br> 4. Is not an "alien" for which an Individual Taxpayer Identification Number may lawfully be used pursuant to 26 C.F.R. §301.6109-1(d)(3). Nonresident aliens are NOT "aliens" and are not equivalent. A person who is a "national" can be a "nonresident alien" without being an "alien", See 26 U.S.C. §7701(b)(1)(A) and 26 U.S.C. §7701(b)(1)(B). For further details on this SCAM, see the following: *Flawed Tax Arguments to Avoid*, Form #08.004; Section 5.4 http://sedm.org/Forms/FormIndex.htm <br> 5. May not lawfully use or possess any government identifying number because it is "public property" which belongs to the government pursuant to 20 C.F.R. §422.103(d). Only "public officers" on official business may lawfully use public property, and only in strict accordance with law for the benefit of the government and not them as private individuals. <br> 6. Is appearing here as a private person and not a public officer. If you compel me to use a government identifying number, you are an accessory to criminal conversion of private property to a public use and a public purpose if you connect me or my assets with a public number in violation of 18 U.S.C. §654. You could end up in jail for up to ten years if you put an identifying number on any records pertaining to me or my property, assets, or my earnings from PRIVATE employment. <br> 7. Has been a victim of identity theft, compelled association, and conversion by the government and its agents in banks and financial institutions in the past by unlawfully and involuntarily connecting him/her with knowingly false and fraudulent identifying numbers in criminal violation of 18 U.S.C. §1028(a)(7), 18 U.S.C. §1028A, and a civil violation of 42 U.S.C. §408(a)(7) and 42 U.S.C. §405(c)(2)(C)(i). He would like to prevent a recurrence of this behavior again. |

8. Will file a criminal complaint in connection with the use of any government issued identifying number connected with his exclusively PRIVATE life, property, and liberty and vociferously prosecute all those who unlawfully compel him to use a knowingly false number or any number at all in order to obtain any service or product in violation of 42 U.S.C. §408.

## 15. DOMICILE AND RESIDENCE:

1. My domicile is NOT "residence" is that indicated earlier in block 12.
2. My domicile is outside the statutory "United States" defined in 26 U.S.C. §7701(a)(9) and outside of federal territory.
3. I am not a statutory "resident". All "residents" are statutory "aliens" per 26 U.S.C. §7701(b)(4).
4. I DO NOT have a statutory "residence" anywhere within the statutory "United States" per 26 C.F.R. §1.871-2(b) because I am not a statutory "alien". If you believe that the term "residence" includes the domicile of those who are nationals of the United States*** OF AMERICA and non-resident NON-persons, please produce a statute that expressly includes this status within the meaning of the term "residence".
5. As used throughout this document, the term "statutory United States" includes federal territory within the exclusive jurisdiction of Congress and not within the exclusive jurisdiction of any state of the Union.

## 16. TAX WITHHOLDING LEGAL REQUIREMENTS:

1. **WARNING:** You may not lawfully withhold any amount from my earnings. The remainder of this section provides legally admissible evidence proving why this is.
2. Your withholding is ONLY on "wages" as legally defined in 26 U.S.C. §3401. The earnings of non-resident NON-persons not engaged in a "trade or business" as legally defined are excluded from "wages" per 26 U.S.C. §3401(a)(6) and 26 U.S.C. §3401(a)(11) and therefore may not lawfully become the subject of tax withholding. If you withhold, you will therefore be guilty of the following crimes:
   - 2.1. 18 U.S.C. §654: Conversion of private property to a "public use" and a "public office". You are converting my PRIVATE earnings from labor into a public purpose and a "public office" by fraudulently and falsely connecting same with a "trade or business".
   - 2.2. 18 U.S.C. §201: Bribery of public officials and witnesses. You are bribing public officials who will receive the money you STOLE from me in violation of the law. The punishment is a fine and up to 15 years in jail. I remind you that all tax withholdings are classified as "gifts" by the IRS. See IRS Document 6209, pp. 4-1 and 4-2, which identify W-2 forms as "Estate and gift taxes". All tax withholdings are "gifts" to public officials that also constitute bribes.
   - 2.3. 18 U.S.C. §1956(a)(1)(A)(ii): Money laundering. You are laundering unlawfully withheld monies. The punishment is a fine up to $500,000 and imprisonment for up to twenty years.
3. IRS Publication 515 indicates that nonresident alien *individuals* who give you IRS form W-8BEN are exempt from backup withholding. This requirement is also found in 26 U.S.C. §3401(a)(6) or 26 C.F.R. §31.3401(a)(6)-1(b). This form serves the equivalent of IRS Form W-8BEN because IRS doesn't have a form for those who are "nonresident aliens" but who are not "individuals", "persons", or "taxpayers".

   *"Foreign persons who provide Form W-8BEN, Form W-8ECI, or Form W-8EXP (or applicable documentary evidence) are exempt from backup withholding and Form 1099 reporting."*
   *[IRS Publication 515, Year 2001, p.3]*

4. You MAY NOT lawfully tamper with, reject, redact any portion of, or alter any withholding forms that I give you. You must accept them AS IS and may not lawfully threaten me to change them. If you do, you could be prosecuted for extortion.

   *"The employer is not authorized to alter the form or to dishonor the employee's claim. The certificate goes into effect automatically in accordance with certain standards enumerated in § 3402(f)(3)."*
   *[U.S. v. Malinowski, 347 F.Supp. 347 (1972)]*

5. The earnings connected with our relationship *do not* constitute "income" and therefore cannot be the subject of any tax or withholding or reporting within the Internal Revenue Code. The only definition of "income" in the Internal Revenue Code is found in 26 U.S.C. §643(b) and it includes ONLY the earnings of a trust or estate. I am not representing a domestic trust or estate. My earnings and my entire estate instead are a "foreign estate" pursuant to 26 U.S.C. §7701(a)(31).

6. Any earnings that result from our relationship do not originate from "sources within the United States". The term "United States" is defined below. If you dispute this definition, please provide the definition that expressly identifies states of the Union as being included in the meaning of "United States":

   *TITLE 26 > Subtitle F > CHAPTER 79 > Sec. 7701.*
   *Sec. 7701. - Definitions*

   *(a) Definitions*

   *(9) United States*

   *The term "United States" when used in a geographical sense includes only the States and the District of Columbia.*

   *(10) State*

   *The term "State" shall be construed to include the District of Columbia, where such construction is necessary to carry out provisions of this title.*

   *TITLE 4 - FLAG AND SEAL, SEAT OF GOVERNMENT, AND THE STATES*
   *CHAPTER 4 - THE STATES*

   *Sec. 110. Same; definitions.*
   *(d) The term "State" includes any Territory or possession of the United States.*

   *"Expressio unius est exclusio alterius. A maxim of statutory interpretation meaning that the expression of one thing is the exclusion of another. Burgin v. Forbes, 293 Ky. 456, 169 S.W.2d 321, 325; Newblock v. Bowles, 170 Okl. 487, 40 P.2d 1097, 1100. Mention of one thing implies exclusion of another. When certain persons or things are specified in a law, contract, or will, an intention to exclude all others from its operation may be inferred. Under this maxim, if statute specifies one exception to a general rule or assumes to specify the effects of a certain*

*provision; other exceptions or effects are excluded."*
*[Black's Law Dictionary, Sixth Edition, p. 581]*

7.    The financial transactions likely to result from our relationship are excluded from (not "subject to" but not "exempt") taxation pursuant to the following authorities and therefore not subject to withholding:

7.1.   26 U.S.C. §861(a)(3)(C)(i):  Earnings from labor of "nonresident aliens" not engaged in a "trade or business" and working in the "United States" is not deemed to be income from sources within the "United States".

7.2.   26 U.S.C. §3401(a)(6): Nonresident aliens do not earn "wages".

7.3.   26 U.S.C. §1402(b): Nonresident aliens do not earn "self-employment income".

7.4.   26 U.S.C. §864(b)(1)(A):  Earnings of "nonresident aliens" working for foreign employers such as private employers do not have earning associated with a "trade or business in the United States".

7.5.   26 C.F.R. §31.3401(a)(6)-1(b): Remuneration of nonresident aliens outside the "United States" is not subject to taxation.

7.6.   26 C.F.R. §1.872-2(f):  Earnings of nonresident aliens outside the "United States" do not constitute "gross income".

7.7.   26 C.F.R. §1.871-7(a)(4):  Nonresident aliens not engaged in a "trade or business" earn no "gross income".

8.    Tax withholding is only appropriate for those having a tax liability.  A non-resident NON-person such as the submitter with no "income" or earnings from "sources within the United States" under 26 U.S.C. §871 can have no tax liability.  If you think you, as a private employer or private institution, constitute a "source within the United States", then why did the IRS Internal Revenue Manual say the following and where are states of the Union included in "United States" as defined above?:

*IRM 5.14.10.2  (09-30-2004)*
*Payroll Deduction Agreements*

*2.   Private employers, states, and political subdivisions are not required to enter into payroll deduction agreements. Taxpayers should determine whether their employers will accept and process executed agreements before agreements are submitted for approval or finalized.*
*[http://www.irs.gov/irm/part5/ch10s10.html]*

9.    You can only be an "employer" if I am an "employee", according to 26 U.S.C. §3401(d), I am NOT an "employee", because all "employees" are "public officers" engaged in a "trade or business" who work for the United States government as the equivalent of "temps" or "Kelly Girls" on loan to private employers such as you.  I DO NOT consent to act in such capacity, and therefore you cannot be an "employer" in the context of me:

*26 C.F.R. §31.3401(c)-1 Employee:*

*"...the term [employee] includes [is limited to] officers and employees, whether elected or appointed, of the United States, a [federal] State, Territory, Puerto Rico or any political subdivision, thereof, or the District of Columbia, or any agency or instrumentality of any one or more of the foregoing.  The term 'employee' also includes an officer of a corporation."*

*26 U.S.C. §3401(c) Employee*

*For purposes of this chapter, the term "employee" includes [is limited to] an officer, employee, or elected official of the United States, a State, or any political subdivision thereof, or the District of Columbia, or any agency or instrumentality of any one or more of the foregoing. The term "employee" also includes an officer of a corporation.*

*8 Federal Register, Tuesday, September 7, 1943; §404.104, pg. 12267*

*Employee:  "The term employee specifically includes officers and employees whether elected or appointed, of the United States, a state, territory, or political subdivision thereof or the District of Columbia or any agency or instrumentality of any one or more of the foregoing."*

If you disagree with this item, please rebut the admissions at the end of the following document within 30 days or be held in default and estoppel to challenge later: *Why Your Government Is Either a Thief or You Are a "Public Officer" for Federal Income tax Purposes*, Form #05.008; http://sedm.org/Forms/FormIndex.htm

10.   You are only liable to withhold if you are an "employer" and if I receive "wages".  26 C.F.R. §31.3403-1, 26 C.F.R. §31.3111-4, 26 C.F.R. §3102-1(c).  The only way I can receive "wages" is to sign a contract called a W-4 absent duress consenting to call what I earn "wages" as legally defined but not commonly understood.  If I don't sign the contract, then I don't earn "wages" subject to any withholding or reporting:

*"Every man has a natural right to the fruits of his own labor, is generally admitted; and no other person can rightfully deprive him of those fruits, and appropriate them against his will..."*
*[The Antelope, 23 U.S. 66; 10 Wheat 66, 6 L.Ed. 268 (1825)]*

*"Included in the rights of personal liberty and the right of private property--partaking of the nature of each--is the right to make contracts for the acquisition of property. Chief among such contracts is that of personal employment, by which labor and other services are exchanged for money or other forms of property."*

*"...The right of a person to sell his labor upon such terms as he deems proper is, in its essence, the same as the right of the purchaser of labor to prescribe the conditions under which he will accept such labor from the person offering to sell it."*

*26 C.F.R. §31.3401(a)-3 Amounts deemed wages under voluntary withholding agreements*

*(a) In general.*

*Notwithstanding the exceptions to the definition of wages specified in section 3401(a) and the regulations thereunder, the term "wages" includes the amounts described in paragraph (b)(1) of this section with respect to which there is a voluntary withholding agreement in effect under section 3402(p). References in this chapter to the definition of wages contained in section 3401(a) shall be*

Copyright SEDM, http://sedm.org
Copyright SEDM, http://sedm.org

*deemed to refer also to this section (§31.3401(a)–3.*

*Title 26: Internal Revenue*
*PART 31—EMPLOYMENT TAXES AND COLLECTION OF INCOME TAX AT SOURCE*
*Subpart E—Collection of Income Tax at Source*
*§31.3402(p)-1  Voluntary withholding agreements.*

*(a) In general.*

*An employee and his employer may enter into an agreement under section 3402(b) to provide for the withholding of income tax upon payments of amounts described in paragraph (b)(1) of §31.3401(a)–3, made after December 31, 1970. An agreement may be entered into under this section only with respect to amounts which are includible in the gross income of the employee under section 61, and must be applicable to all such amounts paid by the employer to the employee. The be withheld pursuant to an agreement under section 3402(p) shall be determined under the rules contained in section 3402 and the regulations thereunder. See §31.3405(c)–1, Q&A–3 concerning agreements to have more than 20-percent Federal income tax withheld from eligible rollover distributions within the meaning of section 402.*

11. If I never give you an IRS form W-4 and thereby consent to call what I earn "wages" as defined in the Internal Revenue Code, then you can't lawfully withhold or report anything:
  11.1. Everything that goes on the IRS form W-2 constitutes "wages" as legally defined and not commonly understood.
  11.2. Tax withholding ONLY pertains to "wages" as legally defined and NOT all earnings. The U.S. Supreme Court confirmed this:

> "We must reject in this case, as we have rejected in cases arising under the Corporation Excise Tax Act of 1909 (Doyle, Collector, v. Mitchell Brothers Co., 247 U.S. 179, 38 Sup. Ct. 467, 62 L. Ed.—), the broad contention submitted on behalf of the government that all receipts—everything that comes in-are income within the proper definition of the term 'gross income,' and that the entire proceeds of a conversion of capital assets, in whatever form and under whatever circumstances accomplished, should be treated as gross income. Certainly the term "income" has no broader meaning in the 1913 act than in that of 1909 (see Stratton's Independence v. Howbert, 231 U.S. 399, 416, 417 S., 34 Sup. Ct. 136), and for the present purpose we assume there is no difference in its meaning as used in the two acts."
> [Southern Pacific Co., v. Lowe, 247 U.S. 330, 335, 38 S.Ct. 540 (1918)]

  11.3. If you are ordered by the IRS to withhold at single zero because I refuse to submit an IRS form W-4, then you must withhold and report ONLY on "wages" as statutorily defined and limited pursuant to the I.R.C. "trade or business" franchise agreement. I don't earn "wages" if I never consented to call them "wages" using a private contract called an IRS form W-4.
12. On the subject of unlawful withholding, the Bible says the following. "Wages" as used below implies the ordinary and excludes the statutory definition:

> *"Woe to him who builds his house by unrighteousness*
> *And his chambers by injustice,*
> *Who [whether individual or government] uses his neighbor's service without wages*
> *And gives him nothing for his work,"*
> *[Jer. 22:13, Bible, NKJV]*

> *"Come now, you rich, weep and howl for your miseries that are coming upon you! Your riches are corrupted, and your garments are moth-eaten. Your gold and silver are corroded, and their corrosion will be a witness against you and will eat your flesh like fire. You have heaped up treasure in the last days. Indeed the wages of the laborers who mowed your fields, which you kept back by fraud, cry out; and the cries of the reapers have reached the ears of the Lord of Sabaoth. You [the business owner who controls the purse of the workers] have lived on the earth in pleasure and luxury; you have fattened your hearts as in a day of slaughter. You have condemned, you have murdered the just; he does not resist you. "*
> *[James 5:1-6, Bible, NKJV]*

> *"You shall not cheat your neighbor, nor rob him. The wages of him who is hired shall not remain with you all night until morning. "*
> *[Lev. 19:13, Bible, NKJV]*

## 17. TAX REPORTING LEGAL REQUIREMENTS:

1. **WARNING:** It is a criminal offense to file information returns against any payments you make in connection with our relationship. Filing of false information returns carries severe civil and criminal penalties. Information returns include IRS Forms W-2, 1042S, 1098, and 1099. I can only earn "wages" reportable on an IRS form W-2 if I am lawfully engaged in a "public office" in the U.S. Government as required by 26 U.S.C. §6041(a). Voluntarily signing a contract/agreement called an IRS form W-4 is the *only* way that a non-resident NON-person not engaged in a "trade or business" can engage in such a "public office" per 26 C.F.R. §31.3401(a)-3(a), and 26 C.F.R. §31.3402(p)-1. Otherwise, it is a crime to impersonate a public officer in violation of 18 U.S.C. §912 to file an information return. If you file any kind of information return relating to me, you will be guilty of conspiracy to commit all the following crimes and civil infractions:
  1.1. False information returns submitted in violation of 26 U.S.C. §7434. Punishment is all attorney fees plus twice the false amount reported.
  1.2. Impersonating a public officer in violation of 18 U.S.C. §912. Punishment is a fine and up to three years in jail. Only "public officers" can act as "taxpayers", and you are creating a false presumption that I am a "taxpayer" by filing false information returns.
  1.3. Conversion of private property to a public use, public purpose, and public office as a "withholding agent" in violation of 18 U.S.C. §654.
  1.4. Impersonating a statutory "U.S. citizen" in violation of 18 U.S.C. §911. Punishment is a fine and up to three years in jail. Only *statutory* and not *constitutional* "U.S. citizens" can lawfully act as "public officers" engaged in a "trade or business" and I am NOT a statutory "U.S. citizen" pursuant to 8 U.S.C. §1401 or 26 U.S.C. §7701(a)(30), but rather a non-resident non-person and CONSTITUTIONAL citizen.
  1.5. False information returns in violation of 26 U.S.C. §7206. Punishment is up to a $100,000 fine and 3 years in jail to file a false information return.
  1.6. False information returns in violation of 26 U.S.C. §7207. Punishment is up to $10,000 and 1 year in jail to submit a false information

return.

1.7. Perjury in violation of 18 U.S.C. §1001 and 18 U.S.C. §1621. The IRS Forms W-3 and 1096 submitted with the information return is signed under penalty of perjury and verifies the accuracy of the accompanying information return. These forms are submitted as a government officer and agent called a "withholding agent" defined in 26 U.S.C. §7701(a)(16). Those forms are FRAUDULENT now that you have been notified that they are false and you willfully refuse to either stop filing the false report or correct the false reports already filed.

2. IRS Publication 515 indicates that nonresident aliens who give you IRS form W-8BEN are exempt from 1099 reporting. This form serves the equivalent purpose and is a superset of that form.

*"Foreign persons who provide Form W-8BEN, Form W-8ECI, or Form W-8EXP (or applicable documentary evidence) are exempt from backup withholding and Form 1099 reporting."*
*[IRS Publication 515, Year 2001, p. 3]*

3. 26 U.S.C. §6041 says that only earnings connected with a "trade or business" may be reported on an information return such as IRS forms W-2, W-3, 1042-S, 1096, and 1099.

*TITLE 26 > Subtitle F > CHAPTER 61 > Subchapter A > PART III > Subpart B > § 6041*
*§ 6041. Information at source*

*(a) Payments of $600 or more*

*All persons engaged in a trade or business and making payment in the course of such trade or business to another person, of rent, salaries, wages, premiums, annuities, compensations, remunerations, emoluments, or other fixed or determinable gains, profits, and income (other than payments to which section 6042 (a)(1), 6044 (a)(1), 6047 (e), 6049 (a), or 6050N (a) applies, and other than payments with respect to which a statement is required under the authority of section 6042 (a)(2), 6044 (a)(2), or 6045), of $600 or more in any taxable year, or, in the case of such payments made by the United States, the officers or employees of the United States having information as to such payments and required to make returns in regard thereto by the regulations hereinafter provided for, shall render a true and accurate return to the Secretary, under such regulations and in such form and manner and to such extent as may be prescribed by the Secretary, setting forth the amount of such gains, profits, and income, and the name and address of the recipient of such payment.*

4. None of the earnings connected with our relationship pertains to a "trade or business" as statutorily defined below, and therefore is not subject to reporting:

*26 U.S.C. Sec. 7701(a)(26)*

*"The term 'trade or business' includes the performance of the functions of a public office."*

5. The term "income" is defined in 26 U.S.C. §643(b), and only "income" may be reported. Since I am NOT an "estate or trust", I earn no reportable "income":

*TITLE 26 > Subtitle A > CHAPTER 1 > Subchapter J > PART I > Subpart A > § 643*
*§643. Definitions applicable to subparts A, B, C, and D*

*(b) Income*

*For purposes of this subpart and subparts B, C, and D, the term "income", when not preceded by the words "taxable", "distributable net", "undistributed net", or "gross", means the amount of income of the estate or trust for the taxable year determined under the terms of the governing instrument and applicable local law. Items of gross income constituting extraordinary dividends or taxable stock dividends which the fiduciary, acting in good faith, determines to be allocable to corpus under the terms of the governing instrument and applicable local law shall not be considered income.*

IRS Form 1042-S may only be prepared in the case of statutory "nonresident aliens" (per 26 U.S.C. §7701(b)(1)(B)( who have "income" from "sources within the statutory but not constitutional "United States" that is not connected with a "trade or business" and therefore constitutes "gross income" within the meaning of 26 U.S.C. §61. All such sources are expressly indicated in 26 U.S.C. §871(a). All of these sources are government payments. The transactions likely to occur between us are NOT government payments and are not listed in 26 U.S.C. §871(a), and therefore may not lawfully be reported. For further details, see the following article:
*Correcting Erroneous Information Returns, Form #04.001;*  http://sedm.org/Forms/FormIndex.htm

## SECTION 2: AFFIDAVIT OF TAX STATUS

Human being (but not statutory "Person") who signed this form hereby affirms under penalty of perjury from WITHOUT the statutory "United States" per 28 U.S.C. §1746(1) that:

1. Submitter has **NO tax liability** or "gross income" pursuant to 26 C.F.R. §1.872-2(f), 26 C.F.R. §1.871-1(a), and 26 U.S.C. §861(a)(3)(C)(i) and therefore no need to deduct or withhold.

2. Submitter is not a statutory "taxpayer" as defined in 26 U.S.C. §7701(a)(14) and not subject to the revenue laws.

   *"Revenue Laws relate to taxpayers [instrumentalities, officers, employees, and elected officials of the Federal Government] and not to non-taxpayers [American Citizens/American Nationals not subject to the exclusive jurisdiction of the Federal Government and not engaged in the "trade or business" franchise as a public officer]. The latter are without their scope. No procedures are prescribed for non-taxpayers and no attempt is made to annul any of their Rights or Remedies in due course of law. With them [non-taxpayers] Congress does not assume to deal and they are neither of the subject nor of the object of federal revenue laws."*
   *[Economy Plumbing & Heating v. U.S., 470 F.2d. 585 (1972)]*

3. Submitter is not "exempt" or an "exempt individual" as defined in 26 U.S.C. §7701(b)(5) because one must otherwise be subject to the I.R.C. to be such a legal "person". Rather, Submitter is "not subject" to Internal Revenue Code Subtitle A franchise agreement and is a nonresident. Since IRS forms very deliberately do not have a block for "not subject" and are only for use by those who are "taxpayers", Submitter had to make his/her own form, THIS form, to avoid committing perjury on a government form in describing his/her status under penalty of perjury. Those who are "not subject" are described NOT as a "person", "individual", or "taxpayer", but simply as "foreign" or a "foreign estate" in 26 U.S.C. §7701(a)(31).

   *TITLE 26 > Subtitle F > CHAPTER 79 > § 7701*
   *§ 7701. Definitions*

   *(a) Definitions*

   *(31) Foreign estate or trust*

   *(A) Foreign estate*

   *The term "foreign estate" means an estate the income of which, from sources without the United States which is not effectively connected with the conduct of a trade or business within the United States, is not includible in gross income under subtitle A.*

4. Submitter is a "non-resident" but not a "nonresident alien" individual". A "nonresident alien" is defined as one who is "neither a citizen nor a resident" of the "United States", which is exactly what an "American National", or "national" born in a state of the Union who is not domiciled on federal territory in the "United States" is. The only withholding form that a "nonresident" who is neither a statutory "alien" (per 26 U.S.C. §7701(b)(1)(A)) nor an "individual" (per 26 C.F.R. §1.1441-1c )(3) and 5 U.S.C. §2105(a)) and who is not engaged in federal franchises can fill out is a W-8BEN with block 3 modified to add the word "nontaxpayer" or "human being" to it. All statutory "taxpayers" and "individuals" are "aliens" per 26 C.F.R. §1.1441-1c )(3) and public officers in the national and not state government, and therefore submitter cannot check the "individual" block of the W-8BEN form without committing perjury. Even statutory "U.S. Citizens" per 26 C.F.R. §1.1-1(c ) and 26 U.S.C. §3121(e) must be aliens in relation to a foreign country under a tax treaty per 26 U.S.C. §911 in order to be "taxpayers".

5. Submitter is not engaged in a "trade or business", which is defined in 26 U.S.C. §7701(a)(26) as "the functions of a public office". Receipt of earnings from the District of Columbia in connection with a "trade or business" under 26 U.S.C. §871(b) or not connected under 26 U.S.C. §871(a) are the only types of "gross income" or "taxable income" that nonresidents who are not aliens can have under I.R.C. Subtitle A.

6. Submitter is a "transient foreigner" but not a statutory "foreign person" or statutory "alien" in respect to the national government and federal territory. A human being or artificial entity such as a state corporation domiciled in a state of the Union is a "transient foreigner" but not a "person", "individual", or "foreign person" for the purposes of the Internal Revenue Code because the term "United States" is defined in 26 U.S.C. §7701(a)(9) and (a)(10) as the District of Columbia and is nowhere expressly expanded to include any state of the Union.

7. Submitter is not in receipt of any treaty benefit under the terms of an income tax treaty with a foreign country.

8. Submitter has not made an election to be treated as a "resident alien" as defined in 26 U.S.C. §7701(b)(1)(A) under the authority of 26 U.S.C. §6013(g) and (h).

9. Submitter is not a statutory "individual" as defined in 26 C.F.R. §1.1441-1c )(3) or a "person" as defined in 26 U.S.C. §7701(c.) because not domiciled or resident on federal territory and not eligible or consensually participating in any federal franchise or "benefit" in the context of this exclusively private and not public transaction. As such, he/she is not a "public officer" within the government but rather a private human being. The only thing the government can regulate or tax are public activities, public officers, and public "employees" who are the only "persons mentioned in the I.R.C. franchise per 26 U.S.C. §7343 and 6671(b). It is otherwise unconstitutional to regulate exclusively private conduct.

   *"The power to "legislate generally upon" [the PRIVATE] life, liberty, and property, as opposed to the "power to provide modes of redress" against offensive state [e.g. "public officer"/"employee"] action, was "repugnant" to the Constitution. Id., at 15. See also United States v. Reese, 92 U.S. 214, 218 (1876); United States v. Harris, 106 U.S. 629, 639 (1883); James v. Bowman, 190 U.S. 127, 139 (1903). Although the specific holdings of these early cases might have been superseded or modified, see, e.g., Heart of Atlanta Motel, Inc. v. United States, 379 U.S. 241 (1964); United States v. Guest, 383 U.S. 745 (1966), their treatment of Congress' §5 power as corrective or preventive, not definitional, has not been questioned."*
   *[City of Boerne v. Flores, Archbishop of San Antonio, 521 U.S. 507 (1997)]*

10. Submitter is **NOT** subject to IRS Form 1099 reporting, withholding, or backup withholding pursuant to 26 U.S.C. §3401(a)(6) or 26 C.F.R. §31.3401(a)(6)-1(b):

    *"Foreign persons who provide Form W-8BEN, Form W-8ECI, or Form W-8EXP (or applicable documentary evidence) are exempt from backup withholding and Form 1099 reporting."*
    *[IRS Publication 515, year 2001, p. 3]*

11. Submitter is not a "U.S. person" as statutorily defined pursuant to 26 U.S.C. §7701(a)(30). The term "U.S. person" is statutorily defined as

follows:

TITLE 26 > Subtitle F > CHAPTER 79 > Sec. 7701.
Sec. 7701. - Definitions.

(a)(30) United States person
The term "United States person" means -
(A) a citizen or resident of the United States,
(B) a domestic partnership,
(C) a domestic corporation,
(D) any estate (other than a foreign estate, within the meaning of paragraph (31)), and
(E) any trust if -
  (i) a court within the United States is able to exercise primary supervision over the administration of the trust, and
  (ii) one or more United States persons have the authority to control all substantial decisions of the trust.

12.   The term "United States" as used in "U.S. person" above is defined in 26 U.S.C. §7701(a)(9) and (a)(10) as follows:

TITLE 26 > Subtitle F > CHAPTER 79 > Sec. 7701. [Internal Revenue Code]
Sec. 7701. - Definitions.

(a) When used in this title, where not otherwise distinctly expressed or manifestly incompatible with the intent thereof—

(9) United States

The term "United States" when used in a geographical sense includes only the States and the District of Columbia.

(10) State

The term "State" shall be construed to include the District of Columbia, where such construction is necessary to carry out provisions of this title.

13.   Pursuant to the rules for statutory construction, if the states of the Union are mentioned anywhere in Subtitle A of the Internal Revenue Code and are not included in the definition of "United States" above, they can be safely assumed to be EXCLUDED by implication:

"Expressio unius est exclusio alterius. A maxim of statutory interpretation meaning that the expression of one thing is the exclusion of another. Burgin v. Forbes, 293 Ky. 456, 169 S.W.2d 321, 325; Newblock v. Bowles, 170 Okl. 487, 40 P.2d 1097, 1100. Mention of one thing implies exclusion of another. When certain persons or things are specified in a law, contract, or will, an intention to exclude all others from its operation may be inferred. Under this maxim, if statute specifies one exception to a general rule or assumes to specify the effects of a certain provision, other exceptions or effects are excluded."
[Black's Law Dictionary, Sixth Edition, p. 581]

14.   Nonresidents not engaged in a "trade or business" such as the Submitter are not required to provide identifying numbers to open financial accounts. The regulation below mentions "nonresident aliens", and non-residents who are not statutory "aliens" must be treated the same:

Title 31: Money and Finance: Treasury
PART 103—FINANCIAL RECORDKEEPING AND REPORTING OF CURRENCY AND FOREIGN TRANSACTIONS
Subpart C—Records Required To Be Maintained
§103.34 Additional records to be made and retained by banks.

(a)(3) A taxpayer identification number required under paragraph (a)(1) of this section need not be secured for accounts or transactions with the following:

(x) non-resident aliens who are not engaged in a trade or business in the United States.

In instances described in paragraphs (a)(3), (vii) and (ix) of this section, the bank shall, within 15 days following the end of any calendar year in which the interest accrued in that year is $10 or more use its best effort to secure and maintain the appropriate taxpayer identification number or application form therefor.

15.   It amounts to "compelled to association" in violation of the First Amendment to force me to associate with or be identified as a "U.S. person" (under 26 U.S.C. §7701(a)(30)), a statutory "U.S. citizen" (under 8 U.S.C. §1401), or a "taxpayer" (under 26 U.S.C. §7701(a)(14) or any status OTHER than that described above.  I would also be committing perjury under penalty of perjury to sign any government form that identified me as any of these three types of entities.

16.   I will not allow you to compel me to participate in the "trade or business" franchise or contract with the government by changing my status to be anything other than that described herein.  All franchises are contracts between the grantor and the grantee:

As a rule, franchises spring from contracts between the sovereign power and private citizens, made upon valuable considerations, for purposes of individual advantage as well as public benefit, [1] and thus a franchise partakes of a double nature and character. So far as it affects or concerns the public, it is publici juris and is subject to governmental control. The legislature may prescribe the manner of granting it, to whom it may be granted, the conditions and terms upon which it may be held, and the duty of the grantee to the public in exercising it, and may also provide for its forfeiture upon the failure of the grantee to perform that duty.  But when granted, it becomes the property of the grantee, and is a private right, subject only to the governmental control growing out of its other nature as publici juris. [2]
[Am.Jur.2d, Franchises, §4: Generally]

17.   Pursuant to the Declaratory Judgments Act, 28 U.S.C. §2201(a) and the federal courts, the recipient of this form and any government agent

---

[1] Georgia R. & Power Co. v. Atlanta, 154 Ga 731, 115 SE 263; Lippencott v. Allander, 27 Iowa 460; State ex rel. Hutton v. Baton Rouge, 217 La 857, 47 So 2d 665; Tower v. Tower & S. Street R. Co. 68 Minn 500, 71 NW 691.

[2] Georgia R. & Power Co. v. Atlanta, 154 Ga 731, 115 SE 263; Lippencott v. Allander, 27 Iowa 460; State ex rel. Hutton v. Baton Rouge, 217 La 857, 47 So 2d 665; Tower v. Tower & S. Street R. Co. 68 Minn 500, 71 NW 691.

handling this case has NO authority to assume any tax status other than that indicated on this form or to convert an innocent "nontaxpayer" into a "taxpayer".

> Specifically, Rowen seeks a declaratory judgment against the United States of America with respect to "whether or not the plaintiff is a taxpayer pursuant to, and/or under 26 U.S.C. § 7701(a)(14)." (See Compl. at 2.) *This Court lacks jurisdiction to issue a declaratory judgment "with respect to Federal taxes other than actions brought under section 7428 of the Internal Revenue Code of 1986," a code section that is not at issue in the instant action.* See 28 U.S.C. §2201; see also *Hughes v. United States, 953 F.2d 531, 536-537 (9th Cir. 1991)* (affirming dismissal of claim for declaratory relief under § 2201 where claim concerned question of tax liability). Accordingly, defendant's motion to dismiss is hereby GRANTED, and the instant action is hereby DISMISSED.
> [Rowen v. U.S., 05-3766MMC (N.D.Cal. 1/02/2005)]

> "And by statutory definition, 'taxpayer' includes any person, trust or estate subject to a tax imposed by the revenue act. ...Since the statutory definition of 'taxpayer' is exclusive, the federal courts do not have the power to create nonstatutory taxpayers for the purpose of applying the provisions of the Revenue Acts..."
> [C.I.R. v. Trustees of L. Inv. Ass'n, 100 F.2d 18 (1939)]

> "A reasonable construction of the taxing statutes does not include vesting any tax official with absolute power of assessment against individuals not specified in the statutes as a person liable for the tax without an opportunity for judicial review of this status before the appellation of 'taxpayer' is bestowed upon them and their property is seized..."
> [Botta v. Scanlon, 288 F.2d. 504, 508 (1961)]

18. A summary of Citizenship Status v. Tax Status and the meaning of "State" and "state" in the context of federal and state laws is found in Table 3 of the Appendix to this document to clarify the statements herein.

## SECTION 3: DURESS STATEMENT

If any other government form which the Recipient of this form might have received or viewed which I might have signed contradicts anything contained herein, the reasons are that:

1. I was threatened or felt threatened:
    1.1. By the Recipient to either not be hired or be fired if I did not sign a W-4 agreement or submit a specific government form that doesn't pertain to me and thereby commit what I know to be fraud and/or perjury on a government form. . .OR
    1.2. By the Recipient because I was told that I would be denied the EQUAL right of all to engage in a business opportunity or financial account needed to sustain my life if I did not fill out and submit the form indicated and which I knew misrepresented my status or had no options to correctly represent my status. . .OR
    1.3. By the government because I would become the target of unlawful or "selective" IRS/government enforcement that the legal profession, the courts, and the government routinely protect and encourage because of conflicts of interest, undue consolidation of power, and greed,

    > "For the love of money is the root of all evil: which while some coveted after, they have erred from the faith, and pierced themselves through with many sorrows.

    > But thou, O man of God, *flee these things; and follow after righteousness, godliness, faith, love, patience, meekness.*

    > *Fight the good fight of faith, lay hold on eternal life, whereunto thou art also called,* and hast professed a good profession before many witnesses."
    > [1 Timothy 6:5-12, Bible, NKJV]

    1.4. By the Recipient, who may have refused to accept this form or sent it back, because they knew they were violating both the law and my rights and wanted to obstruct justice, destroy evidence of their wrongdoing, and tamper with a federal witness because this form is signed under penalty of perjury.
2. I was therefore under unlawful duress and the target of racketeering, extortion, and/or unconscionable "adhesion contracts" by the recipient/government.
3. The origin of the duress was the Recipient of this form acting in a quasi-governmental and "public officer" capacity as a "withholding agent" pursuant to 26 U.S.C. §7701(a)(16) and who is therefore legally liable to respect my constitutional rights and REFUSED demands to do so. . . .AND
4. The result of the unlawful duress was that I was compelled to contract with or engage in commerce with the government against my will and/or religious beliefs in violation of Article 1, Section 10 of the United States Constitution, and to donate private property to a public use, public purpose, and/or public office in the government such as the "trade or business" franchise that is the heart of the Internal Revenue Code. Participation in all government franchises is an act of contracting because all franchises are contracts.

I hereby for the record declare as void, untrustworthy, and not admissible as evidence of any obligation on my part any and all forms, declarations of status, or other correspondence in conflict with this form or any attached form I may have provided because submitted under unlawful duress.

> "An agreement [consensual contract] obtained by duress, coercion, or intimidation is invalid, since the party coerced is not exercising his free will, and the test is not so much the means by which the party is compelled to execute the agreement as the state of mind induced. [3] Duress, like fraud, rarely becomes material, except where a contract or conveyance has been made which the maker wishes to avoid, *As a general rule, duress renders the contract or conveyance voidable, not void, at the option of the person coerced, [4] and it is susceptible of ratification. Like other voidable contracts, it is valid until it is avoided by the person entitled to avoid it. [5]*

---

[3] Brown v. Pierce, 74 U.S. 205, 7 Wall 205, 19 L.Ed 134

[4] Barnette v. Wells Fargo Nevada Nat'l Bank, 270 U.S. 438, 70 L.Ed 669, 46 S Ct 326 (holding that acts induced by duress which operate solely on the mind, and fall short of actual physical compulsion, are not void at law, but are voidable only, at the election of him whose acts were induced by it); Faske v. Gershman, 30 Misc 2d 442, 215 NYS2d 144; Glenney v. Crane (Tex Civ App Houston (1st Dist)) 352 SW2d 773, writ ref n e (May 16, 1962); Carroll v. Fetty, 121 W.Va 215, 2 SE 2d 521, cert den 308 U.S 571, 84 L.Ed 479, 60 S Ct 85.

*However, duress in the form of physical compulsion, in which a party is caused to appear to assent when he has no intention of doing so, is generally deemed to render the resulting purported contract void.* [6]
[*American Jurisprudence 2d, Duress, Section 21*]

This affidavit of duress and void declaration especially includes, but is not limited to, anything relating to government franchises, disclosures of government identifying numbers such as SSN or TIN, tax withholding or reporting forms such as the W-4 contract forms (26 C.F.R. §31.3401(a)-3(a) and 26 C.F.R. §31.3402(p)-1), tax returns, or any other declarations of status (e.g. "employee", "taxpayer", "individual", "inhabitant", "U.S. citizen") arising out of any tax, citizenship, or licensing forms provided to the government such as driver's license applications, applications for ID cards, voter registration, or benefit applications.

An expanded version of this duress statement is contained at the following address and is hereby incorporated into this document by reference:

*Affidavit of Duress:  Illegal Tax Enforcement by De Facto Officers*, Form #02.005
http://sedm.org/Forms/FormIndex.htm

## SECTION 4: DO NOT ATTEMPT TO ADVISE ME WHAT TO PUT ON ANY GOVERNMENT FORM OR TO CHANGE THE STATUS DESCRIBED IN THIS FORM

Per 26 U.S.C. §6065, all tax forms must be signed under penalty of perjury, just as this form is.  As such, this form and ALL tax forms I submit to you constitute "testimony of a witness" and are protected by witness tampering laws.  I remind the recipient that it is a federal offense to tamper with witnesses.  Tampering includes, but is not limited to:

1.  Advising me what to put on this form or any tax or withholding form and thereby conspire to commit PERJURY in violation of 18 U.S.C. §1542, 18 U.S.C. §911, 18 U.S.C. §1001, and 18 U.S.C. §1621.  All such attempts shall form an inseparable part of the forms you both receive and must keep on file so that you may be held accountable.
2.  Refusing to honor that status that I describe here and thereby compelling me to commit perjury for the PRIVILEGE of being treated EQUALLY to everyone else you service.
3.  Telling me that what I put on the form is INCORRECT or FALSE and thereby refusing to accept the form, and yet refusing to offer legal evidence signed under penalty of perjury (as required by 26 U.S.C. §6065) PROVING that it is false.
4.  Threatening to withhold service or discriminate against me while acting as a public officer called a "withholding agent" defined in 26 U.S.C. §7701(a)(14).  That would be a denial of equal protection of the law.
5.  Imputing or assuming a legal status OTHER than what I put here, and which might subject me to illegal enforcement or penalties against parties not subject.  All such activities constitute an unconstitutional "Bill of Attainder" if implemented against those not consensually and lawfully engaged in government franchises.  Not even federal judges can make such determinations.  28 U.S.C. §2201(a) forbids such determinations.

Consistent with the above, if any of the above criminal witness tampering has occurred or will occur, the following additional checkboxes are provided to document said tampering so that it may become legal evidence useful against the recipient in a subsequent enforcement proceeding.  The Submitter, by checking and initialing any of the boxes below certifies the existence of witness tampering in the context of this transaction:

☐ Advised me to put information on tax withholding forms that I know is FALSE and thus conspired to commit perjury. Initial:_____
☐ Refused to do business with me unless I committed perjury on tax withholding forms, and thus deprived me of equal protection and equal treatment while acting as a public officer of the U.S. government called a "withholding agent". Initial:_____
☐ Identified the information I provided as FALSE but refusing to provide court admissible evidence signed under penalty of perjury (as required by 26 U.S.C. §6065) PROVING it is.  Thus, they created the equivalent of a state sponsored religion in which presumption serves as a substitute for "faith" and which forces me to "worship" and serve the pagan government as a superior or supernatural being in violation of the First Amendment and Thirteenth Amendment.  Initial:_____
☐ Stole from me or subjected me to involuntary servitude as a public officer "withholding agent" by imputing a statutory status to me that was UNTRUE. Initial:_____

## SECTION 5: MANDATORY FRANCHISE AGREEMENT

All information relating to Submitter and all property of the Submitter in the custody or control or influence of the Recipient, including but not limited to the labor and earnings of the Submitter, are protected by the following franchise agreement, which is hereby incorporated by reference into this submission.

*Sovereignty Franchise and Agreement*, Form #06.027
http://sedm.org/Forms/FormIndex.htm

The above franchise shall govern any all commercial or governmental uses of information relating to or property owned by the Submitter both prior to and after this submission and all relationships between the Submitter and any government or government agent, officer, or withholding agent.  By accepting or using or affecting all such information or property relating to the Submitter for any purpose, the Recipient of this form and all his/her/its agents, assigns, and any and all government entities he or she or it represents implicitly consents to all present and future versions of the above franchise.  If Recipient is acting as a tax withholding or reporting agent under 26 U.S.C. §7701(a)(16), Recipient represents that he/she/it has the authority to obligate the government for whom it is acting as said agent, and that if it cannot obligate said government, then it also has no legal authority to act as said agent to begin with.

If the Submitter of this form is treated by any government or court as a public officer or as being engaged in a statutory "trade or business" per 2 U.S.C. §7701(e)(26) in relation to the transaction or relationship established or described by this submission and any attached forms, Submitter

---

[5] Feske v. Gershman, 30 Misc 2d 442, 215 NYS2d 144; Helder v. Unicume, 142 Or 416, 20 P2d 384; Glenney v. Crane (Tex Civ App Houston (1st Dist)) 352 SW2d 773, writ ref n r e (May 16, 1962)
[6] Restatement 2d, Contracts § 174, stating that if conduct that appears to be a manifestation of assent by a party who does not intend to engage in that conduct is physically compelled by duress, the conduct is not effective as a manifestation of assent.

hereby exercises his sovereign capacity as said compelled and public officer of any and all governments he or she is imputed to represent in consenting to this agreement on behalf of said government, and in assigning the role of "Government Actor" to everyone in the government who might benefit commercially or financially; both directly or indirectly, by using the information or property protected by the above franchise contract for their commercial benefit.

This attachment shall accompany any and all tax forms, withholding forms, and reporting forms in the custody of the Recipient and his agent or assigns, and any and all reports sent to any government entity and relating to the Submitter in order to give reasonable notice to all parties affected by the above franchise. It shall especially accompany all information returns submitted by the Recipient or his/her/its agents and assigns to any government, including but not limited to IRS forms W-2, 1042-S, 1098, and 1099.

Like government laws, the above franchise agreement is subject to change without notice to the Recipient of this form or the government he/she/it is acting as an agent for. This is a requirement of the mandate for equal protection and equal treatment that is the foundation of the United States Constitution. Caveat emptor.

## SECTION 6: ENCLOSURES

**Block 18**

| Check | Enclosure description (in the order provided) | Encl. # | Mandatory/optional |
|---|---|---|---|
| ☑ | 18.1 IRS Form W-8/W-8BEN | A | Optional |
| ☐ | 18.2 IRS Form W-8EXP | B | Optional |
| ☐ | 18.3 Withholding Attachment Form | C | Optional |

**FREE REFERENCES AND RESOURCES:**

| | |
|---|---|
| **Family Guardian-Taxes page:** http://famguardian.org/Subjects/Taxes/taxes.htm | **Why You are a "national", "state national", and Constitutional but not Statutory Citizen, Form #05.006:** http://sedm.org/Forms/FormIndex.htm |
| **Liberty University:** http://sedm.org/LibertyU/LibertyU.htm | **Great IRS Hoax, Form #11.302 (book):** http://sedm.org/Forms/FormIndex.htm |
| **Why Domicile and Becoming a "Taxpayer" Require Your Consent, Form #05.002:** http://sedm.org/Forms/FormIndex.htm | **Federal and State Tax Withholding Options for Private Employers , Form #04.101:** http://sedm.org/Forms/FormIndex.htm |

## SECTION 7: SIGNATURE OF SUBMITTER

| 19. Worker signature: | I certify under penalty of perjury from without the "United States" in accordance with 28 U.S.C. §1746(1) that the information provided on this form is true, correct, and complete to the best of my knowledge and ability. Remedy for perjury may only be pursued in a state (and NOT federal) court under the common law and NOT statutory civil law. | 20. Date signed: | |
|---|---|---|---|
| | *Derald W Geddes*  Signature | 12-18-2014 | |

**NOTARY PUBLIC CERTIFICATION**

BEFORE ME, the undersigned authority, a Notary Public, of the County of _Davis_ , Republic of _Utah_ (statename), this _18_ day of _December_ , 20_14_.

_Derald W Geddes_ the above signed human being did appear and was identified by (circle one): driver's license/passport/other and who, upon first being duly sworn and/or affirmed, deposes and says that the aforegoing asseveration is true to the best of his/her knowledge and belief.

I certify under PENALTY OF PERJURY under the laws of the State of _Utah_ that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

_Haley N. Peterson_
Notary Public

My Commission Expires On: _July 30, 2018_

_____ SEAL

HALEY NICOLE PETERSEN
Notary Public
State of Utah
Comm. No. 678446
My Comm. Expires Jul 30, 2018

## APPENDIX: LEGAL POINTS AND AUTHORITIES
*(This section provided for those who seek supporting authorities of statements made in this document)*

1. A "national" is statutorily defined as follows:

   *TITLE 8 > CHAPTER 12 > SUBCHAPTER I > Sec. 1101.*
   *Sec. 1101. - Definitions*
   (a)(21) *The term "national" means a person owing permanent allegiance to a state.*

2. The "state" in the above definition is a state of the Union. All states of the Union are "foreign states" with respect to federal government legislative jurisdiction, and therefore are lower case. Federal territories are capitalized as "State" within federal law. For example:

   *TITLE 4 - FLAG AND SEAL, SEAT OF GOVERNMENT, AND THE STATES*
   *CHAPTER 4 - THE STATES*
   *Sec. 110. Same; definitions*
   *(d) The term "State" includes any Territory or possession of the United States.*

3. Even the "United States of America" passport recognizes the two types of citizenship defined in federal statutory law. On the inside cover of the passport it says the following. Note the phrase "citizen/national", which means "citizen OR national":

   *"The Secretary of State of the United States of America hereby request all whom it may concern to permit the __citizen/national__ of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection"*

4. Below are some cites that establish the foreign relationship between the state and federal government for the purposes of legislative jurisdiction:   also see:  *U.S. v. Anthony 24, F.ed, 829 (1873) ; Slaughter house cases, 16 Wall [83 U.S.]*

   *Foreign States:* "Nations outside of the United States...Term may also refer to another state; i.e. a sister state. The term 'foreign nations', ...should be construed to mean all nations and states other than that in which the action is brought; and hence, one state of the Union is foreign to another, in that sense."
   *[Black's Law Dictionary, 6th Edition, p. 648]*

   *Foreign Laws:* "The laws of a foreign country or sister state."
   *[Black's Law Dictionary, 6th Edition, p. 647]*

   *"Generally, the states of the Union sustain toward each other the relationship of independent sovereigns or independent foreign states, except in so far as the United States is paramount as the dominating government, and in so far as the states are bound to recognize the fraternity among sovereignties established by the federal Constitution, as by the provision requiring each state to give full faith and credit to the public acts, records, and judicial proceedings of the other states..."*   ut. code Annotated  60G.
   *[81A Corpus Juris Secundum (C.J.S.), United States, §29, legal encyclopedia]*

   *"It is no longer open to question that __the general government, unlike the states__, Hammer v. Dagenhart, 247 U.S. 251, 275 , 38 S.Ct. 529, 3 A.L.R. 649, Ann.Cas.1918E 724, possesses no inherent power in respect of the internal affairs of the states; and emphatically not with regard to legislation. The question in respect of the inherent power of that government as to the external affairs of the Nation and in the field of international law is a wholly different matter which it is not necessary now to consider.*
   *[Carter v. Carter Coal Co., 298 U.S. 238, 56 S.Ct. 855 (1936)]*

5. The sole function of the federal government of the United States is to handle FOREIGN affairs with other countries, but it has no jurisdiction within states of the Union, including taxation. All of its revenues must derive *only* from the external affairs over which it has exclusive legislative jurisdiction. The rulings below occurred AFTER the passage of the Sixteenth Amendment and still limit the federal government exclusively to external matters in relation to states of the Union.

   *"The States, after they formed the Union, continued to have the same range of [INTERNAL] taxing power which they had before, barring only duties affecting exports, imports, and on tonnage [which all deal with FOREIGN/EXTERNAL commerce only]. 2 Congress, on the other hand, to lay taxes in order 'to pay the Debts and provide for the common Defence and general Welfare of the United States', Art. 1, Sec. 8, U.S.C.A.Const., can reach every person and every dollar in the land with due regard to Constitutional limitations as to the method of laying taxes."*   Apportionment among the states
   *[Graves v. People of State of New York, 306 U.S. 466 (1939)]*

   *"The difficulties arising out of our dual form of government and the opportunities for differing opinions concerning the relative rights of state and national governments are many; but for a very long time this court has steadfastly adhered to the doctrine that the taxing power of Congress does not extend to the states or their political subdivisions. The same basic reasoning which leads to that conclusion, we think, requires like limitation upon the power which springs from the bankruptcy clause. United States v. Butler, supra."*
   *[Ashton v. Cameron County Water Improvement District No. 1, 298 U.S. 513; 56 S.Ct. 892 (1936)]*

   *Congress is authorized to lay and collect taxes, and to pay the debts, and provide for the common defence and general welfare of the United States. This does not interfere with the power of the States to tax [internally] for the support of their own governments; nor is the exercise of that power by the States [to tax INTERNALLY], an exercise of any portion of the power that is granted to the United States [to tax EXTERNALLY]. In imposing taxes for State purposes, they are not doing what Congress is empowered to do. Congress is not empowered to tax for those purposes which are within the exclusive province of the States. When, then, each government exercises the power of taxation, neither is exercising the power of the other. But, when a State proceeds to regulate commerce with foreign nations, or among the several States, it is exercising the very power that is granted to Congress, [22 U.S. 1, 200] and is doing the very thing which Congress is authorized to do. There is no analogy, then, between the power of taxation and the power of regulating commerce."*
   *[Gibbons v. Ogden, 22 U.S. 21 (1824)]*

*"It will contribute to the elucidation of the question if we first consider the differences between the powers of the federal government in respect of foreign or external affairs and those in respect of domestic or internal affairs. That there are differences between them, and that these differences are fundamental. may not be doubted. The two classes of powers are different, both in respect of their origin and their nature. The broad statement that the federal government can exercise no powers except those specifically enumerated in the Constitution, and such implied powers as are necessary and proper to carry into effect the enumerated powers, is categorically true only in respect of our internal affairs. In that field, the primary purpose of the Constitution was to carve from the general mass of legislative powers then possessed by the states such portions as it was thought desirable to vest in the federal government, leaving those not included in the enumeration still in the states. Carter v. Carter Coal Co., 298 U.S. 238, 294, 56 S.Ct. 855, 865. . . .*

*The Union existed before the Constitution, which was ordained and established among other things to form 'a more perfect Union.' Prior to that event it is clear that the Union, declared by the Articles of Confederation to be 'perpetual,' was the sole possessor of external sovereignty, and in the Union it remained without change save in so far as the Constitution in express terms qualified its exercise. The Framers' Convention was called and exerted its powers upon the irrefutable postulate that though the states were several their people in respect of foreign affairs were one."*
*[United States v. Curtiss-Wright Export Corporation, 299 U.S. 304 (1936)]*

6. The states of the Union are "foreign" to federal legislative jurisdiction, because, as the U.S. Supreme Court held above, they are not subject to it. This is a result of what is called the "Separation of Powers Doctrine", which was explained by the Supreme Court as follows:

*". . . the Constitution divides authority [legislative jurisdiction] between federal and state governments for the protection of individuals. State sovereignty is not just an end in itself: 'Rather, federalism secures to citizens the liberties that derive from the diffusion of sovereign power." Coleman v. Thompson, 501 U.S. 722, 759 (1991) (BLACKMUN, J., dissenting). "Just as the separation and independence of the coordinate branches of the Federal Government serve to prevent the accumulation of excessive power in any one branch, a healthy balance of power between the States and the Federal Government will reduce the risk of tyranny and abuse from either front." Gregory v. [505 U.S. 144, 182] Ashcroft, 501 U.S. at 458 . See The Federalist No. 51, p. 323. (C. Rossiter ed. 1961)."*
*[New York v. United States, 505 U.S. 144 (1992)]*

7. The federal government has no legislative power outside of its "territory".

*"Judge Story, in his treatise on the Conflicts of Laws, lays down, as the basis upon which all reasonings on the law of comity must necessarily rest, the following maxims: First 'that every nation [or state] possesses an exclusive sovereignty and jurisdiction within its own territory'; secondly, 'that no state or nation can by its laws directly affect or bind property out of its own territory, or bind persons not resident therein, whether they are natural born subjects or others.' The learned Judge then adds: 'From these two maxims or propositions there follows a third, and that is that whatever force and obligation the laws of one country have in another depend solely upon the laws and municipal regulation of the latter; that is to say, upon its own proper jurisdiction and polity, and upon its own express or tacit [voluntary] consent." Story on Conflict of Laws §23."*
*[Baltimore & Ohio Railroad Co. v. Chambers, 73 Ohio St. 16; 76 N.E. 91; 11 L.R.A., N.S., 1012 (1905)]*

8. The states of the Union are NOT "territory" of the federal government. They are instead INDEPENDENT and SOVEREIGN states:

*86 Corpus Juris Secundum (C.J.S.) Legal Encyclopedia, Territories:*
*"§1. Definitions, Nature, and Distinctions*
*"The word 'territory,' when used to designate a political subdivision has a distinctive, fixed, and legal meaning under the political institutions of the United States, and does not necessarily include all the territorial possessions of the United States, but may include only the portions thereof which are organized and exercise governmental functions under act of congress."*

*"While the term 'territory' is often loosely used, and has even been construed to include municipal subdivisions of a territory, and 'territories of the' United States is sometimes used to refer to the entire domain over which the United States exercises dominion, the word 'territory,' when used to designate a political subdivision has a distinctive, fixed, and legal meaning under the political institutions of the United States, and the term 'territory' or 'territories' does not necessarily include only a portion or the portions thereof which are organized and exercise government functions under act of congress. The term 'territories' has been defined to be political subdivisions of the outlying dominion of the United States, and in this sense the term 'territory' is not a description of a definite area of land but of a political unit governing and being governed as such. The question whether a particular subdivision or entity is a territory is not determined by the particular form of government with which it is, more or less temporarily, invested.*

*"Territories' or 'territory' as including 'state' or 'states." While the term 'territories of the' United States may, under certain circumstances, include the states of the Union, as used in the federal Constitution and in ordinary acts of congress "territory" does not include a foreign state.*

*"As used in this title, the term 'territories' generally refers to the political subdivisions created by congress, and not within the boundaries of any of the several states."*

9. States of the Union retain their essential character as independent nations and foreign countries with respect to the federal government except in the matter of EXTERNAL affairs delegated by them to the Federal Government in their corporate capacity as the "United States of America":

*"The States between each other are sovereign and independent. They are distinct and separate sovereignties, except so far as they have parted with some of the attributes of sovereignty by the Constitution. They continue to be nations, with all their rights, and under all their national obligations, and with all the rights of nations in every particular; except in the surrender by each to the common purposes and objects of the Union, under the Constitution. The rights of each State, when not so yielded up, remain absolute."*
*[Bank of Augusta v. Earle, 38 U.S. (13 Pet.) 519; 10 L.Ed. 274 (1839)]*

*"In determining the boundaries of apparently conflicting powers between states and the general government, the proper question is, not so much what has been, in terms, reserved to the states, as what has been, expressly or by necessary implication, granted by the*

*people to the national government; for each state possess all the powers of an independent and sovereign nation, except so far as they have been ceded away by the constitution. The federal government is but a creature of the people of the states, and, like an agent appointed for definite and specific purposes; must show an express or necessarily implied authority in the charter of its appointment, to give validity to its acts."*
[People ex re. Atty. Gen. v. Naglee, 1 Cal. 234 (1850)]

10. A human being ( but NOT "person") who is born in a state of the Union, which is *outside* of federal exclusive legislative jurisdiction, is called a "national". A person who is a "national" is subject to the "political jurisdiction" but not the "legislative jurisdiction" of their mother country because they are outside of the territorial reach of its general laws. The circumstances or qualifications for becoming an "American National" as such *cannot be prescribed* in any federal statute or law, because the Congress *cannot* write any law that governs what happens within states of the Union, as the above citations indicate (see, for instance, Carter v. Carter Coal Co., 298 U.S. 238, 56 S.Ct. 855 (1936)). The reason is that the states and the people in them are SOVEREIGN, and their creation, the federal government, cannot be greater than its Creator, which is the states and the people in them. The federal government is a SERVANT to the states, not their master: the equivalent of an independent contractor that handles EXTERNAL affairs only. This was confirmed by the Federalist Papers, which were written prior to the ratification of the Constitution by the states of the Union in 1789:

> *"No legislative act [of Congress] contrary to the Constitution can be valid. To deny this would be to affirm that the deputy (agent) [which is the federal government] is greater than his principal [the States and the people in them]; that the servant is above the master; that the representatives of the people are superior to the people; that men, acting by virtue of powers may do not only what their powers do not authorize, but what they forbid...[text omitted] It is not otherwise to be supposed that the Constitution could intend to enable the representatives of the people to substitute their will to that of their constituents. It is far more rational to suppose, that the courts were designed to be an intermediate body between the people and the legislature, in order, among other things, to keep the latter within the limits assigned to their authority. The interpretation of the laws is the proper and peculiar province of the courts. A Constitution is, in fact, and must be regarded by judges, as fundamental law. If there should happen to be an irreconcilable variance between the two, the Constitution is to be preferred to the statute."*
[Alexander Hamilton, Federalist Paper # 78]

11. It is absurdly ridiculous to demand from the submitter a federal statute that confers but not defines citizenship status of a person born *outside* of federal jurisdiction. The laws of the states in the Union, and not federal law, govern the citizenship status of people born within their exclusive jurisdiction. States of the Union have exclusive and "plenary" jurisdiction to determine the status of people born within their jurisdiction and they have never yielded that authority to the federal government either in the Constitution or in any subsequent amendment or enactment. To conclude otherwise is to admit that states of the Union have NO SOVEREIGNTY, because the federal government could just pass a law to literally STEAL all of their citizens. If the federal government had jurisdiction to pass a law that allowed them to STEAL all the citizens of the states, then the states would be left with no one to govern! ~~see U.S. v. Anthony 24 Fed. 829~~

12. Congress has the power to "naturalize" people coming *into* America, and when they do this, these people become statutory "nationals" and constitutional but not statutory "Citizens".

> *"Provision of Nationality Act of 1940 that a person becoming a national by naturalization shall lose his nationality by residing continuously for three years in territory of a foreign state, being practically identical to its successor, which was condemned by United States Supreme Court as discriminatory, would have been invalid as a congressional attempt to expatriate regardless of intent."*
[United States v. Lucienne D'Hotelle, 558 F.2d 37 (1976)]

The statutory definition of "naturalization" confirms that in America, naturalization means conferring the character of a statutory "national" and *not* a statutory "citizen":

> *8 U.S.C. §1101(a)(23) naturalization defined*
>
> *(a)(23) The term "naturalization" means the conferring of nationality [NOT "citizen" or "U.S. citizen" status, but "nationality", which means "national"] of a state [of the Union] upon a person after birth, by any means whatsoever.*
> [NOTE: Compare with the definition of "expatriation"]

> *"The power of naturalization, vested in congress by the constitution, is a power to confer citizenship, not a power to take it away. 'A naturalized citizen,' said Chief Justice Marshall, 'becomes a member of the society, possessing all the rights of a native citizen, and standing, in the view of the constitution, on the footing of a native. The constitution does not authorize congress to enlarge or abridge those rights. The simple power of the national legislature[over citizenship] is to prescribe a uniform rule of naturalization, and the exercise of this power exhausts it, so far as respects the individual.'*
> [U.S. v. Wong Kim Ark, 169 U.S. 649 (1898)]

13. A human being who is a "national" but not a "citizen" under federal statutory law is identified as a "citizen of the United States" within the Fourteenth Amendment to the U.S. Constitution. The United States Constitution confines itself to describing citizenship *within* the states of the Union found in the term "United States", as used within the Constitution, means the collective states of the Union [called "The United States of America"] and EXCLUDES federal territories and possessions and the District of Columbia. The "United States" mentioned in the Constitution and the "United States" mentioned in most federal enactments are two completely different and mutually exclusive places. This is shown in tabular form in Table 3 of the following pages. This is VERY important and fundamental to understanding the Separation of Powers Doctrine.

14. If you would like to learn more about why people born in states of the Union are "nationals" rather than "citizens" under federal law, refer to the pamphlet below:
   *Why you are a "national", "state national", and Constitutional but not Statutory Citizen*, Form #05.006
   http://sedm.org/Forms/FormIndex.htm

15. If recipient of this form disagrees with any of the facts stated in this section, then please provide the following within thirty calendar days or forever be estopped from challenging these statements of fact:
   15.1. Written evidence signed under penalty of perjury (not opinion, but enacted positive law, regulations, and Supreme Court rulings but not those of lower courts) of same.
   15.2. Admissions to sections 1, 3, and 14 of the questions indicated below signed under penalty of perjury as required under 28 USC §6065: Tax Deposition Questions, Form #03.016; http://sedm.org/Forms/FormIndex.htm

Case 1:15-cr-00093-TC   Document 64   Filed 07/06/21   PageID.406   Page 149 of 209

16. The following tables describes the relationship of citizenship to legal jurisdiction in the context of citizenship as described on this form.

## Table 1: Citizenship summary

| Citizenship | Defined in | Domicile in the District of Columbia? | Subject to U.S. government *legislative jurisdiction/ police powers?* | Subject to *"political jurisdiction"*? | A *"nonresident alien"*? |
|---|---|---|---|---|---|
| "citizen" | 8 U.S.C. §1401 | Yes | Yes | Yes | No |
| "resident"/ "alien" | 8 U.S.C. §1101(a)(3) 26 U.S.C. §7701(b)(1)(A) | Yes | Yes | No | No |
| "national" | 8 U.S.C. §1101(a)(21) | No | No | Yes | Yes |
| "non-citizen national of the United States**" | 8 U.S.C. §1101(a)(22) | Yes | Yes | Yes | Yes |

## Table 2: Civil and political status

| Location of birth | Political status | Civil status if domiciled WITHIN "United States**" | Civil status if domiciled WITHOUT "United States**" |
|---|---|---|---|
| "United States**" per 8 U.S.C. §1101(a)(38), per 8 U.S.C. §1101(a)(36), 8 C.F.R.§215.1(f) | "national of the United States**" per 8 U.S.C. §1101(a)(22) | Statutory "citizen of the United States**" at birth" per 8 U.S.C. §1401; "United States person" per 26 U.S.C. §7701(a)(30) | "non-citizen national of the United States**" per 8 U.S.C. §1452 |
| "outlying possession of the United States" per 8 U.S.C. §1101(a)(29) | "non-citizen national of the United States**" per 8 U.S.C. §1101(a)(22)(B) | "non-citizen national of the United States** at birth" per 8 U.S.C. §1408 and 8 U.S.C. §1452 "United States** person" per 26 U.S.C. §7701(a)(30) | "non-citizen national of the United States**" per 8 U.S.C. §1408, 8 U.S.C. §1452 |
| A Constitutional Union state | Constitutional "citizen of the United States**" per 14th Amendment; "national" of the United States of America per 8 U.S.C. §1101(a)(21) | "United States** person" per 26 U.S.C. §7701(a)(30) | "nonresident alien" per 26 U.S.C. §7701(b)(1)(B) if a public officer "non-resident NON-person" if not a public officer |
| A foreign country | Foreign "national" per 8 U.S.C. §1101(a)(21) "alien" per 8 U.S.C. §1101(a)(3) | "resident" (alien) per 26 U.S.C. §7701(b)(1)(A) "United States** person" per 26 U.S.C. §7701(a)(30) | "nonresident alien" per 26 U.S.C. §7701(b)(1)(B) if a public officer "non-resident NON-person" if not a public officer |

17. The table below describes the effect that changes in domicile have on citizenship status in the case of both "foreign nationals" and "domestic nationals". A "domestic national" is anyone born anywhere within any one of the 50 states on nonfederal land or who was born in any territory or possession of the United States. A "foreign national" is someone who was born anywhere outside of these areas.

## Table 3: Effect of domicile on citizenship status

| Description | CONDITION | | |
| --- | --- | --- | --- |
| | Domicile WITHIN the FEDERAL ZONE and located IN FEDERAL ZONE | Domicile WITHIN the FEDERAL ZONE and temporarily located abroad in foreign country | Domicile WITHOUT the FEDERAL ZONE and located WITHOUT the FEDERAL ZONE |
| Location of domicile | "United States" per 26 U.S.C. §§7701(a)(9) and (a)(10), 7701(a)(39), 7408(d) | "United States" per 26 U.S.C. §§7701(a)(9) and (a)(10), 7701(a)(39), 7408(d) | Without the "United States" per 26 U.S.C. §§7701(a)(9) and (a)(10), 7701(a)(39), 7408(d) |
| Physical location | Federal territories, possessions, and the District of Columbia | Foreign nations ONLY (NOT states of the Union) | Foreign nations states of the Union Federal possessions |
| Tax Status | "U.S. Person" 26 U.S.C. §7701(a)(30) | "U.S. Person" 26 U.S.C. §7701(a)(30) | "Nonresident alien individual" if a public officer in the U.S. government: 26 CFR §1.1441-1(c)(3)(ii)<br><br>"Non-resident NON-person" if NOT a public officer in the U.S. government |
| Tax form(s) to file | IRS Form 1040 | IRS Form 1040 plus 2555 | IRS Form 1040NR: "alien individuals", "nonresident alien individuals"<br><br>No filing requirement if "non-resident NON-person" |
| Status if DOMESTIC "national of the United States" | "national and citizen of the United States" at birth per 8 U.S.C. §1401 and "citizen of the United States" per 8 U.S.C. §1101(a)(22)(A) if born in on federal territory.<br>(Not required to file if physically present in the "United States" because no statute requires it) | Citizen abroad 26 U.S.C. §911 (Meets presence test) | "non-resident" if born in a state of the Union 8 U.S.C. §1408, 8 U.S.C. §1452, and 8 U.S.C. §1101(a)(22)(B) if born in a possession. |
| Status if FOREIGN "national" pursuant to 8 U.S.C. §1101(a)(21) | "Resident alien" 26 U.S.C. §7701(b)(1)(A) | "Resident alien abroad" 26 U.S.C. §911 (Meets presence test) | "Nonresident alien individual" if a public officer in the U.S. government. 26 CFR §1.1441-1(c)(3)(ii)<br><br>"Non-resident NON-person" if NOT a public officer in the U.S. government |

NOTES:
1. "United States" is defined as federal territory within 26 U.S.C. §§7701(a)(9) and (a)(10), 7701(a)(39), and 7408(d), and 4 U.S.C. §110(d). It does not include any portion of a Constitutional state of the Union.
2. The "District of Columbia" is statutorily defined as a federal corporation but not a physical place, a "body politic", or a de jure "government" within the District of Columbia Act of 1871, 16 Stat. 419, 426, Sec. 34. See: *Corporatization and Privatization of the Government*, Form #05.024; http://sedm.org/Forms/Formindex.htm.
3. "nationals" of the United States of America who are domiciled outside of federal jurisdiction, either in a state of the Union or a foreign country, are "nationals" but not "citizens" under federal law. They also qualify as "nonresident aliens" under 26 U.S.C. §7701(b)(1)(B) if and only if they are engaged in a public office. See sections 4.11.2 of the *Great IRS Hoax* for details.
4. Temporary domicile in the middle column on the right must meet the requirements of the "Presence test" documented in IRS publications.
5. "FEDERAL ZONE"=District of Columbia and territories of the United States in the above table
6. The term "individual" as used on the IRS form 1040 means an "alien" engaged in a "trade or business". All "taxpayers" are "aliens" engaged in a "trade or business". This is confirmed by 26 C.F.R. §1.1441-1(c)(3), 26 C.F.R. §1.1-1(a)(2)(ii), and 5 U.S.C. §552a(a)(2). Statutory "U.S. citizens" as defined in 8 U.S.C. §1401 are not "individuals" unless temporarily abroad pursuant to 26 U.S.C. §911 and subject to an income tax treaty with a foreign country. In that capacity, statutory "U.S. citizens" interface with the I.R.C. as "aliens" rather than "U.S. citizens" through a tax treaty with a foreign country.

18. The following table describes the definition of various terms used on this form and in other contexts.

## Table 4: Summary of meaning of various terms and the contexts in which they are used

| Law | Federal constitution | Federal statutes | Federal regulations | State constitutions | State statutes | State regulations |
|---|---|---|---|---|---|---|
| Author | Union States/ "We The People" | Federal Government | | "We The People" | State Government | |
| "state" | Foreign country | Union state or foreign country | Union state or foreign country | Other Union state or federal government | Other Union state or federal government | Other Union state or federal government |
| "State" | Union state | Federal state | Federal state | Union state | Union state | Union state |
| "in this State" or "in the State"[7] | NA | NA | NA | NA | Federal enclave within state | Federal enclave within state |
| "State"[8] (State Revenue and taxation code only) | NA | NA | NA | NA | Federal enclave within state | Federal enclave within state |
| "several States" | Union states collectively[9] | Federal "States" collectively | Federal "States" collectively | Federal "States" collectively | Federal "States" collectively | Federal "States" collectively |
| "United States" | states of the Union collectively | Federal United States** | Federal United States** | United States* the country | Federal United States** | Federal United States** |

*What the above table clearly shows is that the word "State" in the context of federal statutes and regulations means (not includes!) federal States only under Title 48 of the U.S. Code[10], and these areas do not include any of the 50 Union States. This is true in most cases and especially in the Internal Revenue Code. In the context of the above, a "Union State" means one of the 50 Union states of the United States* (the country, not the federal United States**), which are sovereign and foreign with respect to federal legislative jurisdiction.*

19. The following table starting on the next page describes the relationship of citizenship to tax status in the context of this form:

---

[7] See California Revenue and Taxation Code, section 6017.

[8] See California Revenue and Taxation Code, section 17018.

[9] See, for instance, U.S. Constitution Article IV, Section 2.

[10] See http://www4.law.cornell.edu/uscode/48/

Table 5: "Citizenship status" vs. "Income tax status"

| # | Citizenship status | Place of birth | Domicile | Accepting tax treaty benefits? | Defined in | Tax Status under 26 U.S.C./Internal Revenue Code | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | "Citizen" (defined in 26 C.F.R. §1.1-1) | "Resident alien" (defined in 26 U.S.C. §7701(b)(1)(A), 26 C.F.R.§1.1441-1(c.)(3)(i) and 26 C.F.R.§1.1-1(a)(2)(ii)) | "Nonresident alien INDIVIDUAL" (defined in 26 U.S.C. §7701(b)(1)(B) and 26 C.F.R.§1.1441-1(c.)(3)) | "Non-resident NON-person" (NOT defined) |
| 1 | "national and citizen of the United States** at birth" or "U.S.** citizen" or Statutory "U.S.** citizen" | Statutory "United States" pursuant to 8 U.S.C. §1101(a)(38), (a)(36) and 8 C.F.R. §215.1(f) or in the "outlying possessions of the United States" pursuant to 8 U.S.C. §1101(a)(29) | District of Columbia, Puerto Rico, Guam, Virgin Islands | NA | 8 U.S.C. §1401; 8 U.S.C. §1101(a)(22)(A) | Yes (only pay income tax abroad with IRS Forms 1040/2555. See Cook v. Tait, 265 U.S. 47 (1924)) | No | No | No |
| 2 | "non-citizen national of the United States** at birth" or "U.S.** national" | Statutory "United States" pursuant to 8 U.S.C. §1101(a)(38), (a)(36) and 8 C.F.R. §215.1(f) or in the "outlying possessions of the United States" pursuant to 8 U.S.C. §1101(a)(29) | American Samoa; Swain's Island; or abroad to U.S. national parents under 8 U.S.C. §1408(2) | NA | 8 U.S.C. §1408 8 U.S.C. §1101(a)(22)(B); 8 U.S.C. §1452 | No (see 26 U.S.C. §7701(b)(1)(B)) | No | Yes (see IRS Form 1040NR for proof) | No |
| 3.1 | "U.S.A.*** national" or "state national" or "Constitutional but not statutory U.S.*** citizen" | Constitutional Union state | State of the Union | NA (ACTA agreement) | 8 U.S.C. §1101(a)(21); 14th Amend. Sect.1 | No | No | No | Yes |
| 3.2 | "U.S.A.*** national" or "state national" or "Constitutional but not statutory U.S.*** citizen" | Constitutional Union state | Foreign country | Yes | 8 U.S.C. §1101(a)(21); 14th Amend. Sect.1 | No | No | Yes | No |

| # | Citizenship status | Place of birth | Domicile | Accepting tax treaty benefits? | Defined in | Tax Status under 26 U.S.C./Internal Revenue Code | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | "Citizen" (defined in 26 C.F.R. §1.1-1) | "Resident alien" (defined in 26 U.S.C. §7701(b)(1)(A), 26 C.F.R.§1.1441-1(c)(3)(i) and 26 C.F.R.§1.1-1(a)(2)(ii)) | "Nonresident alien INDIVIDUAL" (defined in 26 U.S.C. §7701(b)(1)(B) and 26 C.F.R.§1.1441-1(c)(3)) | "Non-resident NON-person" (NOT defined) |
| 3.3 | "U.S.A.***" national" or "state national" or "Constitutional but not statutory U.S.*** citizen" | Constitutional Union state | Foreign country | No | 8 U.S.C. §1101(a)(21); 14th Amend. Sect.1 | No | No | No | Yes |
| 3.4 | Statutory "citizen of the United States***" or Statutory "U.S.* citizen" | Constitutional Union state | Puerto Rico, Guam, Virgin Islands, Commonwealth of Northern Mariana Islands | NA (ACTA agreement) | 8 U.S.C. §1101(a)(21); 14th Amend. Sect.1 | Yes | No | No | No |
| 4.1 | "alien" or "Foreign national" | Foreign country | Puerto Rico, Guam, Virgin Islands, Commonwealth of Northern Mariana Islands | NA | 8 U.S.C. §1101(a)(21); 8 U.S.C. §1101(a)(3) | No | Yes | No | No |
| 4.2 | "alien" or "Foreign national" | Foreign country | State of the Union | Yes | 8 U.S.C. §1101(a)(21); 8 U.S.C. §1101(a)(3) | No | No | Yes | No |
| 4.3 | "alien" or "Foreign national" | Foreign country | State of the Union | No | 8 U.S.C. §1101(a)(21); 8 U.S.C. §1101(a)(3) | No | No | No | Yes |
| 4.4 | "alien" or "Foreign national" | Foreign country | Foreign country | Yes | 8 U.S.C. §1101(a)(21) | No | No | Yes | No |
| 4.5 | "alien" or "Foreign national" | Foreign country | Foreign country | No | 8 U.S.C. §1101(a)(21) | No | No | No | Yes |

NOTES:
1. Domicile is a prerequisite to having any civil status per Federal Rule of Civil Procedure 17. One therefore cannot be a statutory "alien" under 8 U.S.C. §1101(a)(3) without a domicile on federal territory. Without such a domicile, you are a transient foreigner and neither an "alien" nor a "nonresident alien".
2. "United States" is described in 8 U.S.C. §1101(a)(38), (a)(36) and 8 C.F.R. §215.1(f) and includes only federal territory and possessions and excludes all Constitutional Union states. This is a product of the separation of powers doctrine that is the heart of the United States Constitution.
3. A "nonresident alien individual" who has made an election under 26 U.S.C. §6013(g) and (h) to be treated as a "resident alien" is treated as a "nonresident alien" for the purposes of withholding under I.R.C. Subtitle C but retains their status as a "resident alien" under I.R.C. Subtitle A. See 26 C.F.R. §1.1441-1(c)(3)(ii).
4. A "non-person" is really just a transient foreigner who is not "purposefully availing themselves" of commerce within the legislative jurisdiction of the United States on federal territory under the Foreign Sovereign Immunities Act, 28 U.S.C. Chapter 97. The real transition from a "NON-person" to an "individual" occurs when one:
    4.1. "Purposefully avails themself" of commerce on federal territory and thus waives sovereign immunity. Examples of such purposeful availment are the next three items.
    4.2. Lawfully and consensually occupying a public office in the U.S. government and thereby being an "officer and individual" as identified in 26 U.S.C. §2105(a). Otherwise, you are PRIVATE and therefore beyond the civil legislative jurisdiction of the national government.
    4.3. Voluntarily files an IRS Form 1040 as a citizen or resident abroad and takes the foreign tax deduction under 26 U.S.C. §911. This too is essentially an act of "purposeful availment". Nonresidents are not mentioned in section 911. The upper left corner of the form identifies the filer as a "U.S. individual". You cannot be an "U.S. individual" without ALSO being

an "individual". All the "trade or business" deductions on the form presume the applicant is a public officer, and therefore the "individual" on the form is REALLY a public officer in the government and would be committing FRAUD if he or she was NOT.

    4.4.  VOLUNTARILY fills out an IRS Form W-7 ITIN Application (IRS identifies the applicant as an "individual") AND only uses the assigned number in connection with their compensation as an elected or appointed public officer. Using it in connection with PRIVATE earnings is FRAUD;

5.  What turns a "non-resident NON-person" into a "nonresident alien individual" is meeting one or more of the following two criteria found in 26 C.F.R. §1.1441-1(c)(3)(ii):  presumptively?

    5.1.  Residence/domicile in a foreign country under the residence article of an income tax treaty and 26 C.F.R. §301.7701(b)-7(a)(1).

    5.2.  Residence/domicile as an alien in Puerto Rico, Guam, the Commonwealth of Northern Mariana Islands, the U.S. Virgin Islands, or American Samoa as determined under 26 C.F.R. §301.7701(b)-1(d).

6.  All "taxpayers" are STATUTORY "aliens" or "nonresident aliens". The definition of "individual" found in 26 C.F.R. §1.1441-1(c)(3) does NOT include "citizens". The only occasion where a "citizen" can also be an "individual" is when they are abroad under 26 U.S.C. §911 and interface to the I.R.C. under a tax treaty with a foreign country as an alien pursuant to 26 C.F.R. §301.7701(b)-7(a)(1)

*And when he had come into the house, Jesus anticipated him, saying, "What do you think, Simon? From whom do the kings [governments] of the earth [lawfully] take customs or taxes, from their sons [citizens and subjects] or from strangers ["aliens", which are synonymous with "residents" in the tax code, and exclude "citizens"]?"*

*Peter said to Him. "From strangers ["aliens"/"residents" ONLY. See 26 C.F.R. §1-1(a)(2)(ii) and 26 C.F.R. §301.6109-1(d)(3)]."*

*Jesus said to him. "Then the sons ["citizens" of the Republic, who are all sovereign "nationals" and "nonresident aliens" under federal law] are free [sovereign over their own person and labor. e.g. SOVEREIGN IMMUNITY]. "*
*[Matt. 17:24-27, Bible, NKJV]*

**Table 6:  Citizenship Status on Government Forms**

| # | Citizenship status | Place of birth | Domicile | Defined in | Social Security NUMIDENT Status | Status on Specific Government Forms | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Social Security SS-5 Block 5 | IRS Form W-8 Block 3 | Department of State I-9 Section 1 | E-Verify System |
| 1 | "national and citizen of the United States** at birth" or "U.S.** citizen" or "Statutory U.S.** citizen" | Statutory "United States" pursuant to 8 U.S.C. §1101(a)(38), (a)(36) and 8 C.F.R. §215.1(f) or in the "outlying possessions of the United States" pursuant to 8 U.S.C. §1101(a)(29) | District of Columbia, Puerto Rico, Guam, Virgin Islands | 8 U.S.C. §1401; 8 U.S.C. §1101(a)(22)(A) | CSP=A | "U.S. Citizen" | Can't use Form W-8 | "A citizen of the United States" | See Note 2. |
| 2 | "non-citizen national of the United States** at birth" or "U.S.** national" | Statutory "United States" pursuant to 8 U.S.C. §1101(a)(38), (a)(36) and 8 C.F.R. §215.1(f) or in the "outlying possessions of the United States" pursuant to 8 U.S.C. §1101(a)(29) | American Samoa; Swains Island; or abroad to U.S. national parents under 8 U.S.C. §1408(2) | 8 U.S.C. §1101(a)(22)(B); 8 U.S.C. §1408; 8 U.S.C. §1452 | CSP=B | "Legal alien authorized to work. (statutory)" | "Non-resident NON-person Nontaxpayer" if PRIVATE "Individual" if PUBLIC officer | "A non-citizen national of the United States**" | See Note 2. |
| 3.1 | "U.S.A.*** national" or "state national" or "Constitutional but not statutory citizen" | Constitutional Union state | State of the Union | 8 U.S.C. §1101(a)(21); 14th Amend., Sect. 1 | CSP=D | "Other (8 U.S.C. §1101(a)(21))" | "Non-resident NON-person Nontaxpayer" | "A citizen of the United States***. Not a "citizen of the United States**" under 8 U.S.C. §1101(a)(22)(A) or 8 U.S.C. §1401" | See Note 2. |
| 3.2 | "U.S.A.*** national" or "state national" or "Constitutional but not statutory citizen" | Constitutional Union state | Foreign country | 8 U.S.C. §1101(a)(21); 8 U.S.C. §1101(a)(22)(B); 14th Amend., Sect. 1 | CSP=D | "Other (8 U.S.C. §1101(a)(21))" | "Non-resident NON-person Nontaxpayer" | "A citizen of the United States***. Not a "citizen of the United States**" under 8 U.S.C. §1101(a)(22)(A) or 8 U.S.C. §1401" | See Note 2. |

| # | Citizenship status | Place of birth | Domicile | Defined in | Social Security NUMIDENT Status | Status on Specific Government Forms | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Social Security SS-5 Block 5 | IRS Form W-8 Block 3 | Department of State I-9 Section 1 | E-Verify System |
| 3.3 | "U.S.A.***" national" or "state national" or "Constitutional but not statutory citizen" | Constitutional Union state | Foreign country | 8 U.S.C. §1101(a)(21); 14th Amend., Sect. 1 | CSP=D | "Other (8 U.S.C. §1101(a)(21))" | "Non-resident NON-person Nontaxpayer" | "A citizen of the United States***. Not a citizen of the United States***" under 8 U.S.C. §1101(a)(22)(A) or 8 U.S.C. §1401" | See Note 2. |
| 3.4 | Statutory "citizen of the United States**" or Statutory "U.S.** citizen" | Constitutional Union state | Puerto Rico, Guam, Virgin Islands, American Samoa, Commonwealth of Northern Mariana Islands | 8 U.S.C. §1101(a)(21); 14th Amend., Sect. 1 | CSP=A | "U.S. Citizen" | Can't use Form W-8 | "A citizen of the United States**" | See Note 2. |
| 4.1 | "alien" or "Foreign national" | Foreign country | Puerto Rico, Guam, Virgin Islands, American Samoa, Commonwealth of Northern Mariana Islands | 8 U.S.C. §1101(a)(21); 8 U.S.C. §1101(a)(3) | CSP=B | "Legal alien authorized to work. (statutory)" | "Non-resident NON-person Nontaxpayer" if PRIVATE "individual" if PUBLIC officer | "A lawful permanent resident" OR "An alien authorized to work" | See Note 2. |
| 4.2 | "alien" or "Foreign national" | Foreign country | State of the Union | 8 U.S.C. §1101(a)(21); 8 U.S.C. §1101(a)(3) | CSP=B | "Legal alien authorized to work. (statutory)" | "Non-resident NON-person Nontaxpayer" | "A lawful permanent resident" OR "An alien authorized to work" | See Note 2. |
| 4.3 | "alien" or "Foreign national" | Foreign country | State of the Union | 8 U.S.C. §1101(a)(21); 8 U.S.C. §1101(a)(3) | CSP=B | "Legal alien authorized to work. (statutory)" | "Non-resident NON-person Nontaxpayer" | "A lawful permanent resident" OR "An alien authorized to work" | See Note 2. |
| 4.4 | "alien" or "Foreign national" | Foreign country | Foreign country | 8 U.S.C. §1101(a)(21) | CSP=B | "Legal alien authorized to work. (statutory)" | "Non-resident NON-person Nontaxpayer" | "A lawful permanent resident" OR "An alien authorized to work" | See Note 2. |
| 4.5 | "alien" or "Foreign national" | Foreign country | Foreign country | 8 U.S.C. §1101(a)(21) | CSP=B | "Legal alien authorized to work. (statutory)" | "Non-resident NON-person Nontaxpayer" | "A lawful permanent resident" OR "An alien authorized to work" | See Note 2. |

**NOTES:**

1. "United States" is described in 8 U.S.C. §1101(a)(38), (a)(36) and 8 C.F.R. §215.1(f) and includes only federal territory and possessions and excludes all Constitutional Union states.  This is a product of the separation of powers doctrine that is the heart of the United States Constitution.

2. E-Verify CANNOT be used by those who are a NOT lawfully engaged in a public office in the U.S. government at the time of making application.  Its use is VOLUNTARY and cannot be compelled.  Those who use it MUST have a Social Security Number or Taxpayer Identification Number and it is ILLEGAL to apply for, use, or disclose said number for those not lawfully engaged in a public office in the U.S. government at the time of application. See:

   > *Why It is Illegal for Me to Request or Use a "Taxpayer Identification Number"*, Form #04.205
   >
   > http://sedm.org/Forms/FormIndex.htm

3. For instructions useful in filling out the forms mentioned in the above table, see:

   3.1.  Social Security Form SS-5:

   > *Why You Aren't Eligible for Social Security*, Form #06.001
   >
   > http://sedm.org/Forms/FormIndex.htm

   3.2.  IRS Form W-8:

   > *About IRS Form W-8BEN*, Form #04.202
   >
   > http://sedm.org/Forms/FormIndex.htm

   3.3.  Department of State Form I-9:

   > *I-9 Form Amended*, Form #06.028
   >
   > http://sedm.org/Forms/FormIndex.htm

   3.4.  E-Verify:

   > *About E-Verify*, Form #04.107
   >
   > http://sedm.org/Forms/FormIndex.htm



**Figure 1: Citizenship and domicile options and relationships**

If you would like a concise summary of all citizenship, domicile, and tax status options that is a superset of the above, see:

*Citizenship, Domicile, and Tax Status Options Summary*, Form #10.003
http://sedm.org/Forms/FormIndex.htm

*Copyright SEDM, http://sedm.org, Form 02.001, Rev. 6-24-2014*

Figure 2: Federal Statutory Citizenship Statuses

# FEDERAL STATUTORY CITIZENSHIP STATUSES

"The term 'United States' may be used in any one of several senses. **1)** It may be merely the naem of a sovereign occupying the position analogous to that of other sovereigns in the family of nations. **2)** It may designate the territory over which the sovereignty of the United States extends,or **3)** it may be the collective name of the states which are united by and under the Constitution." **[Numbering Added]** [Hooven & Allison Co. v. Evatt, 324 U.S. 652 (1945)]

US[1]-Context used in matters describing our sovereign country within the family of nations.

US[2]-Conext used to designate the territory over which the Federal Government is exclusively sovereign.

US[3]-Context used regarding sovereign states of the Union united by and under the Constitution.



# ENCLOSURE 3

## 16. <u>ENCLOSURE (3): DECLARATION OF PERSONAL INDEPENDENCE</u>

This Declaration is addressed to you, individually, personally and collectively; the bankers, the bureaucrats, the agents, the administrators, the corporate entities, the officers, the officials, the commissioners, the politicians, the President, the speakers, the senators, the representatives, the congressmen, the governors, the judges and the lawyers of, by, and for the present de facto corporate United States and the de facto corporate United States who have usurped the Peoples' rightful American republican form of Constitutional government *mandated* by Article 4, section 4 of the Constitution.

When in the course of human events, it becomes necessary for People to dissolve the forced political bands which have connected them with others, and to assume among the powers of the earth, the separate and equal station to which the laws of nature and of nature's God entitle them, a decent respect to the opinions of mankind requires that I should declare the cause which impel me to separate from their insolvent, pretended government. I therefore must state the usurpation and seditious and tyrannical behavior of the present de facto system in each of the 50 states and the United States.

I have never willingly surrendered any of my constitutional rights up to this time, and yet, through chicanery and deceit and legal sophistry, you have abused my own ignorance of the law to deceive me into involuntary servitude of the present insolvent, corrupt, de facto administrators of the United States or the 50 American states. In the process, you have committed treason of the highest order and have violated your oath:

> *"I swear that I will  support and defend the Constitution against all enemies, foreign and domestic."*

In fact, by operation of excessive greed and love of money, you have allowed the illegal enforcement of the income tax laws by a corrupt judiciary to trample our God-given rights found in the Bill of Rights.

> *"The love of money is the root of all evil."*
> *[1 Tim. 6:10, Bible, NKJV]*

You have allowed tyrant judges, shameless lawyers, and a corrupt IRS to extort, harass, and terrorize law-abiding citizens who do not want to participate in or benefit from the income tax Social(ist) Security franchise. You have allowed idolatrous citizens to abuse their voting power for selfish gain in the process of allowing corrupt politicians to buy votes using money borrowed from their children's inheritance. You have turned this once great country into a debtor nation full of socialists that is hostile to liberty and freedom in every respect. In the process, you have sold our children into slavery to pay off debts accumulated by the sins of their parents in clear violation of <u>18 U.S.C. §1581</u>. Treason!  Thomas Jefferson, our founding father, warned of this evil:

> *"Funding I consider as limited, rightfully, to a redemption of the debt within the lives of a majority of the generation contracting it; every generation coming equally, by the laws of the Creator of the world, to the free possession of the earth He made for their subsistence, unincumbered by their predecessors, who, like them, were but tenants for life."*
> *[Thomas Jefferson to John Taylor, 1816. ME 15:18]*

> *"[The natural right to be free of the debts of a previous generation is] a salutary curb on the spirit of war and indebtment, which, since the modern theory of the perpetuation of debt, has drenched the earth with blood, and crushed its inhabitants under burdens ever accumulating."*
> *[Thomas Jefferson to John Wayles Eppes, 1813. ME 13:272]*

> *"We believe--or we act as if we believed--that although an individual father cannot alienate the labor of his son, the aggregate body of fathers may alienate the labor of all their sons, of their posterity, in the aggregate, and oblige them to pay for all the enterprises, just or unjust, profitable or ruinous, into which our vices, our passions or our personal interests may lead us. But I trust that this proposition needs only to be looked at by an American to be seen in its true point of view, and that we shall all consider ourselves unauthorized to saddle posterity with our debts, and morally bound to pay them ourselves; and*

> consequently within what may be deemed the period of a generation, or the life of the
> majority."
> [Thomas Jefferson to John Wayles Eppes, 1813. ME 13:357]

> "It is incumbent on every generation to pay its own debts as it goes. A principle which if
> acted on would save one-half the wars of the world."
> [Thomas Jefferson to A. L. C. Destutt de Tracy, 1820. FE 10:175 ]

> To preserve [the] independence [of the people,] we must not let our rulers load us with
> perpetual debt. We must make our election between economy and liberty, or profusion and
> servitude. If we run into such debts as that we must be taxed in our meat and in our drink,
> in our necessaries and our comforts, in our labors and our amusements, for our callings
> and our creeds, as the people of England are, our people, like them, must come to labor
> sixteen hours in the twenty-four, give the earnings of fifteen of these to the government for
> their debts and daily expenses, and the sixteenth being insufficient to afford us bread, we
> must live, as they now do, on oatmeal and potatoes, have no time to think, no means of
> calling the mismanagers to account, but be glad to obtain subsistence by hiring ourselves
> to rivet their chains on the necks of our fellow-sufferers."
> [Thomas Jefferson to Samuel Kercheval, 1816. ME 15:39]

You have violated the United States Constitution when creating interstate compacts with other States and foreign states, which fundamentally changed the form and substance of the Republican form of government to that of a totalitarian socialist democracy.

You have raped and debauched the specie by which governs the mode of the medium of money, and have bankrupted the Nation as a whole through conspiracy and sedition under treaty. The U.S. Constitution, under Article I, Section 10 of the U.S. Constitution, which still reads:

> "No state shall...coin money, emit bills of credit, make any thing but gold and silver a
> tender in payment of debts..."

Following the civil war, in 1868, you coerced legislators of the southern states to ratify the 14th Amendment at gunpoint, which subsequently created a new class of U.S. citizenship originally meant only for slaves and which carried with it less than full constitutional rights. The cite below clarifies this from Elk v. Wilkins, 112 U.S. 94 (1884):

> "By the thirteenth amendment of the constitution slavery was prohibited. The main object
> of the opening sentence of the fourteenth amendment was to settle the question, upon which
> there had been a difference of opinion throughout the country and in this court, as to the
> citizenship of free negroes, (Scott v. Sandford, 19 How. 393;) and to put it beyond doubt
> that all persons, white or black, and whether formerly slaves or not, born or naturalized in
> the United States, and owing no allegiance to any alien power, should be citizens of the
> United States and of the state in which they reside. Slaughter-House Cases, 16 Wall. 36,
> 73; Strauder v. West Virginia, 100 U.S. 303 , 306. "
> [Elk v. Wilkins, 112 U.S. 94 (1884)]

You then deceived everyone born in the nation into falsely believing that they were "U.S. citizens" with inferior rights, and thereby created a contractual nexus within equity law under Section 4 of the 14th Amendment to violate the prohibitions against direct taxation found in Article 1, Section 2, Clause 3 and Article 1, Section 9, Clause 4 of the U.S. Constitution. I'm not a freed slave nor do I want to be treated as a second class citizen like the freed slaves were, with no Bill of Rights. May God's judgment be upon you for trying to use words of art in the law and deceptive government forms containing LIES to entice me into slavery to my government!

> "Single acts of tyranny may be ascribed to the accidental opinion of a day. But a series of
> oppressions, pursued unalterably through every change of ministers, too plainly proves a
> deliberate systematic plan of reducing us to slavery".
> [Thomas Jefferson]

You allowed a corrupt, lame-duck secretary of state, Philander Knox, to fraudulently declare the 16th Amendment ratified in 1913. When the Supreme Court would not authorize the direct tax you sought using the 16th Amendment, you obfuscated the tax code to fool law-abiding citizens with "words of art" such as a "trade or business" into thinking that they were liable for an excise/franchise tax they didn't owe and are being unlawfully compelled to participate in. The product of this debauchery has been such a complicated tax code that few truthfully or completely understand today.

You subsequently sold your nation into debtor slavery by passing the Federal Reserve Act of 1913, which turned over control of our nation's money supply to PRIVATE banking interests which you then refused to audit or oversee. This was one of the greatest acts of treason this country has ever seen and the judgment of God is upon you for that. In the process, you lawlessly and illegally delegated powers that you had **_no constitutional authority_** to delegate and which violated the public trust. Thomas Jefferson warned of this evil, when he said:

> "If the American people ever allow private banks to control the issue of their currency first
> by inflation and then by deflation, the banks and corporations that will grow up around
> them will deprive the people of all property until their children will wake up homeless on
> the continent their fathers conquered".
> [Thomas Jefferson in 1802 in a letter to then Secretary of the Treasury, Albert Gallatin]

In 1929, you allowed the Federal Reserve to manipulate the money supply so low as to create an induced national crisis and depression situation that then became the nexus to further illegally expand the powers of the national government. In that same year, on March 9, 1933, you passed the Trading with the Enemy Act to create a state of national emergency. You used this act as an opportunity to plunder all the gold and silver from sovereign Americans and thereby coerce them to accept the paper money they didn't want and which the Constitution did not authorize. That state of national emergency, still in existence today, illegally expanded the powers of the president and the national government under the guise of a government-induced national emergency. Hitler did the same thing when he passed Article 48, the German Emergency Power Law:

> German Emergency Power Law

> "If the public safety and order in the German Reich are seriously disturbed or endangered,
> the President of the Reich may...suspend in whole or in part the fundamental rights
> established [including] inviolability of person, inviolability of domicile, freedom of opinion
> and expression, freedom of assembly and association, secrecy in communication and
> inviolability of property."

You then abused this crisis and through demagoguery and lies implemented the _socialist security system_ that, like a cancer, began eating away at our liberties, one by one in the slow death of a republic. This began the relentless march of the _totalitarian socialist democracy_ that we now find ourselves in, and which I will have no part of. You lied when you started the socialist security program by telling us that the number you gave us (spoken of unfavorably in the Bible, in Revelation 13:16-18) would _not_ be used for identification. Now, you have written all kinds of laws that make it nearly impossible to function in society without that number. Now everyone must violate their Christian beliefs and accept "the mark of the beast", in full violation of the First Amendment.

> "And he causeth all, both small and great, rich and poor, free and bond, to receive a mark
> in their right hand, or in their foreheads:

> And that no man might buy or sell, save he that had the mark, or the name of the beast, or
> the number of his name.

> Here is wisdom. Let him that hath understanding count the number of the beast: for it is
> the number of a man; and his number is Six hundred threescore and six."
> [Revelation 13:16-18, the Bible]

You then offered up the American States, and therefore the property of all the inhabitants, as collateral to pay the foreign organization, the International Monetary Fund (I.M.F.) and bank, in 1945. You authorized the private International Monetary Fund (I.M.F.), via Federal Reserve Banks, to control the issue of our currency, by inflation and deflation and fiat de facto dollars, to the extent that people today are being deprived of all their property, driven homeless, and controlled by the very same banking cartel that forced our forefathers to this country for refuge, all to pay your bankruptcy-not mine. Their

manipulation of the money supply has introduced a new kind of invisible tax called inflation that amounts to about 3 percent per year, but which would not occur if you had followed the Constitution and only allowed gold or silver money.

You have created, by sophistry, a class of people known as United States citizens that has caused domestic unrest amongst those of us, who still call ourselves Americans by birth of Blood, Soil, and Crown (Crown meaning God, whence all rights come). We threw off all Kings over two hundred years ago, only to be enslaved by men of your despicable political ilk.

You have secretly entered compacts with foreign states, organizations and powers, which caused the bankrupt status of not only the 50 American State governments, but put all Americans into involuntary bankruptcy and forced me into slavery, peonage, and involuntary servitude, under a fraudulent, tyrannical, seditious foreign oligarchy.

These foreign powers, operating through the Fund and Bank under Bretton Woods Agreement Act, rule the governments of the separate States of America and United States, by compacts, pactum and the like, and have erected a dictatorship over the people of America, who are non-residents to such compact, thereby making it, as it applies to me, nadum pactum.

The Secretary of Treasury, as Governor of the Fund and Bank, and not an officer of the United states in the normal sense that people perceive, controls all aspects of forced pecuniary contributions (taxation). He is also the Receiver and Trustee in bankruptcy of the United states to collect and pay the Fund and Bank, all at the cost of my freedom under Foreign Constitutions, agreements, Piquancy, Confederations, Alliances, and under pretenses of emergency, March 9, 1933, December 16, 1950, March 23, 1970, and August 15, 1971, which you yourselves created.

As a bankrupt system, you commit a crime whenever you loan money, for under all principles of law and reason, bankrupt persons are forbidden to loan money, nor are they allowed to institute criminal mala prohibits actions against the people, and neither can the foreign principal.

Through the unconstitutional operation of our tax laws and the requirement to use Social Security Numbers, you have conspired to deprive Americans of their privacy by making it virtually impossible to conduct a financial transaction without incriminating oneself in violation of the Fifth Amendment.

The Secretary of Treasury, Secretary of State, and the Attorney General are foreign principals of the Fund and Bank under agreement. They are forbidden to be paid by the United States, under Title 22 of the United States Code and Bretton Woods Agreement, thereby holding a colorable law character of public office, while in reality being paid by the Fund and Bank and holding a Title of Nobility, extracting the wealth (labor) from me and other Americans who profess to be Nonresidents to this pretended de facto government (the System). Their foreign agents, revenue enforcers, are never registered so that we might know the true character of the agents when they bear false witness against us when destroying nonresident Americans through legal plunder.

You have forced me, by fraud, indirectly, into foreign contracts by application, i.e., Social Security, in order to live and exercise my God-given right to exist, in violation of your pretended constitutions. Because you have made it impossible for me to quit the Social Security Program, you have, in effect, virtually *outlawed personal responsibility*.

You have caused injustice when: taking away the forum of common courts for Americans; controlled the slavery of all judges making them dependent on your will and obligated to illegally pay an income tax that creates a conflict of interest in violation of 28 U.S.C. §144 and 18 U.S.C. §208:

> *"In the general course of human nature, A POWER OVER A MAN's SUBSISTENCE*
> *AMOUNTS TO A POWER OVER HIS WILL."*
> *[Alexander Hamilton, The Federalist, No. 79]*

You have overlooked the tyranny, debauchery, and transgressions of these courts and thereby transformed our nation into a government of men instead of laws. You have failed to correct injustice in the Supreme Court when it denied certiorari for cases which it clearly should have heard, especially as it relates to taxation and appeal from the circuit courts. The federal courts have thereby become an arm of the Executive branch, indicated by the Executive gold fringed flag and seal, and not the arm of independent justice under God's Law of Natural right; have hidden the true justice in the courts at law, as true despots do, so that a man of average or above average intelligence cannot find the true Courts: replaced the Courts with international vice-admiralty tribunals because of the compacts with foreign powers, to which, YOU, under the guise of

government, have become servant; this then makes the judges nothing more than civil affairs operatives under military power, and they too are not registered, in violation of the Foreign Registration Laws of this country.

You allow the National Conference Commissioners of State Law, being lawyers, judges and the law profession belonging to a private American Bar Association, exclusively to write the laws for America, then rubber stamp them under the guise of a representative Congress of the people in direct violation of your pretended constitutions and in violation of your oaths that you pretend to take.

You have assigned the exclusive power to litigate cases before your tribunals to the bar association, to which most of you belong. This is in violation of the Titles of Nobility Clauses of the pretended constitutions, which deprives me of a jury of my peers, and counsel of my choice, as no alien American can sit on your juries, for they are all shilling homage juries and shilling defense attorneys.

You have allowed an unconscionable contracting foreign agency (IRS), in concert with the Agency for International Development, to illegally collect your debt, to which I never agreed and consented, which eats out my substance, all in order to pay for your greed, in violation of your peonage laws (see 42 U.S.C. §1994 and 18 U.S.C. §1581). This same IRS illegally enforces a Subtitle A of the Internal Revenue Code outside the District of Columbia. I.R.C. Subtitle A describes an indirect excise tax upon a "trade or business", which is a "word of art" that is defined in 26 U.S.C. §7701(a)(26) to mean a "public office". 4 U.S.C. §72 requires that all public offices shall be exercised ONLY in the District of Columbia and not elsewhere, and there is no statutory authority for public offices elsewhere. Consequently, this tax may not lawfully be enforced outside the District of Columbia except as expressly provided by Congress. You have looked the other way while this agency and the federal courts raped and pillaged Americans in states of the Union, because you didn't have the decency to control your own lust for power and money and the debt that feeds it which must be paid off with extorted tax dollars.

You have twisted the definitions of words, as true sophisticators, to suit the means by which you enslave the masses, which deprives them of the right to: travel, work, farm, own property in allodium, free from taxation, as it should be, and to be let alone.

> ### *"Woe to you lawyers! for you have taken away the keys of knowledge; you did not enter yourselves, and you hindered those who were entering."*
> *[Luke 11:52 woe unto lawyers who write a law to deliberately be confusing or who use or interpret a law that is written in a confusing way to hide the truth or deceive people for their own selfish gain]*

You create Mala Prohibita crimes under foreign pactum, then coerce me to sign instruments containing perjury statements under this pactum, against my consent, or be fined or jailed, in order to live.

You are the biggest whoremongers of the people's liberty by being sophisticators, legalist, and miscreants of the highest order, in your legal plunder with the foreign organizations and powers that now control us. You have destroyed my freedoms and unalienable (nontransferable) rights given to men by my God (not your Mammon), by your arbitrary dominion over me and mine.

You have come full circle, and then some, in your absolute despotism when imprisoning and killing innocent Americans for exercising their God-given rights.

At every stage of these tyrannical oppressions I have petitioned for redress, only to be denied any semblance of true Justice; my repeated petitions have been ignored and then answered by repeated injury. You have destroyed my Peace, Welfare, Dignity, and Happiness, the damage to which have been higher than mere money can repay. According to Natural Law and reason, you should be hanged for your seditious behavior, odious actions and contrived emergencies that have never been legally declared over. You have been deaf to the voice of Justice and of consanguinity. Nor have you been wanting, for information has been conveyed to you from the American nonresidents of your arbitrary dominion and usurpation. The time for correction is now!

I must, therefore, denounce your way against me and other Americans so I can live under God's Laws which you proclaimed under P.L. 97-280, not the Noahide law you passed in P.L. 102-14, which destroys this Christian Nation and which shows your pretended constitutions for that which they are. For God, the true Lawgiver (see Isaiah 33:22), acknowledged in the

Preamble of each American State, said, "After the doings of the land of Egypt, wherein ye dwelt, shall ye not do: and after the doings of the land of Canaan, whither I bring you, shall ye not do: neither shall ye walk in the [government] ordinances. Ye shall do _My_ judgments, and keep _Mine_ ordinances, to walk therein: I am the Lord your God. Ye shall therefore keep _My_ statutes, and _My_ judgments: which if a man do, shall he live in them: I am the Lord." Leviticus 16:3-5. "Thou shalt make no covenant with them [government] nor with their gods. They shall not dwell in thy land, least they make thee sin against me; for if thou serve their gods, it will surely be a snare unto thee." Exodus 23:32-33.

> *"Behold, the nations are as a drop in the bucket, and are counted as the small dust on the scales."*
> *[Isaiah 40:15, Bible, NKJV]*

> *"All nations before Him are as __nothing__, and they are counted by Him __less than nothing and worthless__."*
> *[Isaiah 40:17, Bible, NKJV]*

> *"He brings the princes to nothing; He makes the judges of the earth useless."*
> *[Isaiah 40:23, Bible, NKJV]*

> *"Indeed __they are all worthless; their works are nothing__; their molded images are wind and confusion."*
> *[Isaiah 41:29, Bible, NKJV]*

You have failed to live up to the true intent of Romans 13 of the Holy Bible. As usurping Miscreant Legislators of separate States of America and the United States you have failed. Your laws do not protect me, for you will not protect me from your foreign principal (You are no longer controlled by the people who GRANTED your power). Robin v. Hardaway, 1 Jefferson 109 (1772) states:

> *"A legislature must not obstruct our obedience to Him from whose punishment they cannot protect us."*

Therefore, we, as the people of America, who gave you the power you now enjoy, must revoke _all_ your granted power, and reform or destroy the organization that has no place in America because of the evil and injustice you have institutionalized and fostered in the name of vanity, idolatry, greed and lust for power.

Upon finding of your fraud, I now declare total separation, retroactively to the very beginning of my life as it should have been, from your arbitrary dominion and seditious actions. My liberties are in imminent danger; they are imperative to my Natural Rights, Duties, Privileges, Immunities, Life, and Property, and that of my posterity. I declare my separate and equal and sovereign station, and exercise my right and duty to throw off and abolish the insolvent de facto, fraudulent, seditious state and United States from my life, for you can no longer truthfully call yourselves "government". When it comes to money, "mafia" has become a more appropriate term to describe your behavior.

> *"But money demands of you the highest virtues, if you wish to make it or to keep it. Men who have no courage, pride, or self-esteem, men who have no moral sense of their right to their money and are not willing to defend it as they defend their life, men who apologize for being rich--will not remain rich for long. They are the natural bait for the swarms of looters that stay under rocks for centuries, but come crawling out at the first smell of a man who begs to be forgiven for the guilt of owning wealth. They will hasten to relieve him of the guilt--and of his life, as he deserves.*

> *"Then you will see the rise of the double standard--the men who live by force [the government and the IRS and scumbag lawyers], yet count on those who live by trade to create the value of their looted money--the men who are the hitchhikers of virtue. In a moral society, these are the criminals, and the statutes are written to protect you against them. But when a society establishes criminals-by-right and looters-by-law--men*

*who use force to seize the wealth of DISARMED victims--then money becomes its creators' avenger.* Such looters [IRS] believe it safe to rob defenseless [made ignorant of the law by sneaky lawyers and politicians who run the public education system, in this case] men, once they've passed a law to disarm them. But their loot becomes the magnet for other looters, who get it from them as they got it. Then the race goes, not to the ablest at production, but to those most ruthless at brutality. *When force is the standard, the murderer wins over the pickpocket. And then that society vanishes, in a spread of ruins and slaughter.*

"Do you wish to know whether that day is coming? Watch money. *Money is the barometer of a society's virtue.* When you see that trading is done, not by consent, but by compulsion--when you see that in order to produce, you need to obtain permission from men who produce nothing--when you see that money is flowing to those who deal, not in goods, but in favors--when you see that men get richer by graft and by pull than by work, and your laws don't protect you against them, but protect them against you--when you see corruption being rewarded and honesty becoming a self-sacrifice-- you may know that your society is doomed. Money is so noble a medium that it does not compete with guns and it does not make terms with brutality. It will not permit a country to survive as half-property, half-loot.

"Whenever destroyers [the IRS, the Federal Reserve, and the Department of Justice] appear among men, they start by destroying money, for *money is men's protection and the base of a moral existence.* Destroyers seize gold and leave to its owners a counterfeit pile of paper. This kills all objective standards and delivers men into the arbitrary power of an arbitrary setter of values. Gold was an objective value, an equivalent of wealth produced. Paper is a mortgage on wealth that does not exist, backed by a gun aimed at those who are expected to produce it. *Paper is a check drawn by legal looters upon an account which is not theirs: upon the virtue of the victims.* Watch for the day when it becomes, marked: 'Account overdrawn.'

"When you have made evil [government looting through fraud, obfuscation and complication of the tax laws, and through vote for sugar-daddies who promise loot] the means of survival, do not expect men to remain good. Do not expect them to stay moral and lose their lives for the purpose of becoming the fodder of the immoral. Do not expect them to produce, when production is punished and looting rewarded. Do not ask, 'Who is destroying the world?' You are."
[Ayn Rand, Atlas Shrugged]

It is stated in the Declaration of Independence:

"That to secure these rights governments are instituted among men.... that whenever any form of government becomes destructive to these ends, it is the right of the people to alter or abolish it..."

It is recognized in every American State Preamble, that God gave me my natural Rights, NOT you. We are to transmit the same unimpaired to succeeding generations. YOU HAVE FAILED! For as that great principled Man, Patrick Henry Stated on June 5, 1788, and I ask all of You:

"for where, Sir[s] is the responsibility? The yeas and nays will show you nothing, unless they be fools as well as knaves: For after having wickedly trampled on the rights of the

> *people, they would act as fools indeed, were they [you] to publish and divulge [your]*
> *iniquity, when they [you] have it equally in their [your] power to suppress and conceal it."*

> *"...Where is the responsibility-that leading principle in the British government? In that*
> *government a punishment, certain and inevitable, is provided: But in this, there is no real*
> *actual punishment for the grossest maladministration. They [you] may go without*
> *punishment, though they [and now you] commit the most outrageous violations on our*
> *immunities. That paper may tell me they [you] will be punished. I ask, by what law?*
> *They[you] must make the law -for there is no existing law to do it. What--will they [you]*
> *make a law to punish themselves [you haven't yet]? This, sir, is my great objection to the*
> *constitution, that there is no true responsibility--and that the preservation of our liberty*
> *depends on the single chance of men being virtuous enough to make laws to punish*
> *themselves,"*
> *[Patrick Henry, Stated on June 5, 1788]*

You, the Lawmakers, the lawyers, and the judges, by your actions have long relinquished your trust and last ounce of virtue. Therefore, I, an American, declare I will regain my Sovereign status in my native country of America, under God's Law, and will keep it Independent from the United Nations World Order, or any other unlawful control. I will protect myself from your legal plunder and looting with whatever means necessary.

> *"When governments fear the people there is freedom. When the people fear governments*
> *there is slavery."*
> *[Thomas Jefferson]*

History has shown how tyrants have been punished. May He have Mercy on your souls, for the Americans dispensing your punishment will not.

This Sovereign American is servant only to my Lord, the Supreme Being, and not at the mercy of your pagan god, Baal.

The Declaration of Independence states the following:

> *"We hold these truths to be self-evident, that all men are created equal, that they are*
> *endowed by their Creator with certain unalienable rights, that among these are life, liberty*
> *and the pursuit of happiness. That to secure these rights, governments are instituted among*
> *men, <u>deriving their just powers from the consent of the governed</u>."*
> *[Thomas Jefferson]*

Over the years, the United States government has wantonly and ever more blatantly disregarded the constitutional constraints on its power and usurped the power of the states in violation of the <u>Tenth Amendment</u> and has thus exceeded the authority delegated to it by the sovereign people in the Constitution. Most of the powers it exercises today are completely without legal authority or justification. Through its criminal agents in a corrupt federal judiciary, it has abused sovereign immunity and official immunity in order to make areas under its control within the "federal zone" into havens for financial terrorists at the IRS, who recklessly disregard my sacred property and constitutional rights for which the government was instituted to protect from the beginning. The only lawfully sanctioned protector of my rights has thus become its *worst* abuser and violator. In this regard, the "D.C." in the term "Washington, D.C." has come to mean for me "District of Criminals". Henceforth, the U.S. government no longer has my *consent* to exercise *any* authority beyond that needed to protect my life, liberty, property, and my Constitutional rights. Because I had a natural right to protect these God given endowments *before* there ever was a government, the exercise of these sovereign stewardship functions over my own person and property through participation in civil functions such as serving on jury duty, voting, and serving in the military, *cannot* and should not be turned into taxable or statutory privileges, and to do so is unconscionable *treason*. Henceforth, any jurisdiction the U.S. government might attempt to assert over this sovereign American beyond that needed by me to participate in the above civil functions is, by implication of the words of Thomas Jefferson in the <u>Declaration of Independence</u>, *nonconsensual and unjust,* and in conflict with God's Laws and will be treated as the naked trespasses of a criminal terrorist organization known as the U.S. government.

There are many other corruptions of our de jure republic too numerous to list here which give rise to this firm decision of mine. You may read about these numerous usurpations below:

_Highlights of American Legal and Political History CD_, Form #11.202
http://sedm.org/ItemInfo/Disks/HOALPH/HOALPH.htm

# ENCLOSURE 4

STATE: Utah

NOTARY WITNESS/ACKNOWLEDGEMENT

Signature:

NOTARY PUBLIC SIGNATURE

Signature:

foreign national document holder/SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL ...
bearer signature

_____ day of ___ ___ ___ the under ...
his identity to verify that this document (or image of the document) ...
my presence, in witness thereof, my hand and seal appear: A United States of America passport belongs to him. In ...

Renald Wilford Geddes

SEAL

EXPIRE DATE:
of my commission

AARON CHADWICK
NOTARY PUBLIC • STATE of UTAH
COMMISSION NO 709733
COMM. EXP. 12-20-2023

UNITED STATES OF AMERICA

Passport No.

Surname /
Given Names / Prénoms / Nombres
GEDDES
DERALD WILFORD
Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento
28 Jul 1961
Place of birth / Lieu de naissance / Lugar de nacimiento
WASHINGTON, U.S.A.
Date of issue / Date de délivrance / Fecha de expedición
14 Mar 2014
Date of expiration / Date d'expiration / Fecha de caducidad
13 Mar 2024
Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 27

Sex / Sexe / Sexo
M

Authority / Autorité / Autoridad
United States
Department of State

USA

P<USAGEDDES<<DERALD<WILFORD<<<<<<<<<<<<<<<<<<
3154839481USA6107288M2403135715420552<893814

# ENCLOSURE 6



United States Department of State

*Washington, D.C. 20520*

*www.state.gov*

April 16, 2021

Service Number: 21025162

Derald Gesses
Weber County Jail
535164 P O Box 14000
Ogden, UT   84412

Dear Authentications Customer:

We have received your authentication request.  Please follow
the below instructions.
   The document must be acknowledged before a notary
public.  The document must be certified for foreign use by
the Secretary of State or Commonwealth for each state in
which the document is being executed.

Our mailing address is 44132 Mercure Circle, PO BOX 1206,
Sterling VA. 20166-1206. If you require further assistance,
please contact us by calling 202-485-8000.

                                        Authentications Office

Attachments:
     As stated.

Petitioner/Agent used this document in March 2014 to correct and replace a lost or stolen passport. This application/correction document is currently being requested from the Authentications Office of the Department of State.

# UNITED STATES OF AMERICA PASSPORT APPLICATION
# ATTACHMENT FORM INSTRUCTIONS
Last revised: 2/10/14

1. **PURPOSE:**
   1.1. To provide a form to attach to United States Department of State Form DS-11 or DS-82, which is an application for a United States of America Passport.
   1.2. To provide a brief, succinct summary of your citizenship status which ensures that your proper legal citizenship status is not undermined or destroyed by the abuse of "words of art", undefined words on government forms, and ignorant presumption on the part of government employees who process the DS-11 forms.
   1.3. To preserve your sovereign status, by clearly and unambiguously describing your citizenship and domicile so as to prevent you from losing your status as a "foreign state" by virtue of improperly and falsely describing yourself as a statutory "U.S. citizen" pursuant to 8 U.S.C. §1401.   28 U.S.C. §1603(b)(3) says that you cannot be an "instrumentality of a foreign state", such as a state of the Union, if you are a statutory "U.S. citizen" pursuant to 8 U.S.C. §1401.  This will prevent a surrender sovereign immunity under federal law as documented in 28 U.S.C. Chapter 97 found at:
       http://www4.law.cornell.edu/uscode/html/uscode28/usc_sup_01_28_10_IV_20_97.html
2. **REASON WHY THIS DOCUMENT IS NECESSARY:**
   2.1. Those who are carefully following the procedures on this website realize that their ensuring that their citizenship and domicile status is truthfully and correctly reflected in all government records about them is of extreme importance as far as defending and protecting their sovereignty and giving them the proper standing in court to defend their rights.
   2.2. The government just loves to destroy your sovereignty and make you into one of their serfs by:
       2.2.1. Using either "words of art" on government forms and not providing definitions for the words on the forms themselves.
       2.2.2. Using words that aren't defined in the law on government forms and then making false and self-serving presumptions about their meaning.
       2.2.3. Interfering with the protection of your sovereignty by refusing to acknowledge your status or refusing to accept forms documenting your status that you submit to them.
       2.2.4. Limiting choices for your status on government forms to exclude "not subject" or "nontaxpayer" or "non-citizen national" so as to FORCE the innocent and ignorant to procure a status to places them into slavery and subjection.
   2.3. Those who wish to prevent being injured by the above tactics in the context of their citizenship and domicile must take extreme measures to prevent them and undermine them.  There are two methods for doing this:
       2.3.1. Electronically modifying the form to use terms that are legally defined instead of terms that are undefined.. . . OR
       2.3.2. Using the standard government form but putting in Block 17, the Permanent address "NONE" or "Heaven" and writing next to it on the address line "

           *"False, perjurious, and not valid without signed enclosed USA Passport Application Attachment, 19 pages"*

           WARNING:  Do not put the above language in the oath block at the end of the form, because it may render the oath invalid because qualified.  Many clerks at the passport office will tell you that a modified oath will invalidate the application, even though on many occasions, they have also said that it is OK to modify the oath if THEY authorize it as described later in item 5.4.7 later.  Also, do not put the above language in the margins of the form, because it will not photocopy and therefore may conveniently "disappear" from the government's records.
   2.4. Two forms are provided on this website for updating your citizenship status in government records:
       2.4.1. *Getting a USA Passport as a "non-citizen national"*, Forms #10.012 and 10.013
           http://sedm.org/Forms/FormIndex.htm
       2.4.2. *Legal Notice of Change in Domicile/Citizenship Records and Divorce from the United States*, Form #10.001 at: http://sedm.org/Forms/FormIndex.htm
   2.5. The first option above, applying for a passport as a "national" but not a federal "citizen", is the first step our readers normally take to restore their sovereignty, and sometimes they have trouble with this step because some ignorant public servants maliciously try to prevent them from doing this for self-serving reasons.  In effect, our public servants are trying to make the passport application into a "privilege" and forcing applicants to surrender their Constitutionally protected rights such as the right of privacy in order to procure privileges that you don't want and

---

don't need. This form is provided to help them when they run into this sort of trouble because, for instance, the use of AMENDED DS-11 forms does not work for them.

2.6. For further details on why this form is important and what your proper citizenship status is, refer to the following form:

> *Why you are a "national", "state national", and Constitutional but not Statutory Citizen*, Form #05.006
> http://sedm.org/Forms/FormIndex.htm

## 3. PROCEDURE FOR USE:

> NOTE: This form is included as a standard part of the current version of the *Legal Notice of Change in Domicile/Citizenship Records and Divorce from the United States*, Form #10.001. Hence, if you have followed our Path to Freedom Process, then you already sent in this form and all past passport applications already submitted have been requested to be amended to reflect that this form is included by reference, even if not provided at the time you made application.

3.1. This form has the effect of describing dual citizenship: 1. In the country and Republic of your birth; 2. In the Kingdom of Heaven. It also makes one of the two citizenships subordinate to the other. You may therefore benefit from reading the dual citizenship questions and answers found on the internet at the address below:
http://www.richw.org/dualcit/

3.2. First read the article on applying for a passport as a "national" at:

> *How to Apply for a Passport as a "non-citizen national"*, Form #10.012
> http://sedm.org/Forms/FormIndex.htm

3.3. We have provided at the end of this form a Government Verified Identity Document. This form:
  3.3.1. Is optional.
  3.3.2. Is provided for those who are not able to provide sufficient photo ID to authenticate their identity to the passport acceptance agent. This could be because they do not have a state driver's license or their old expired passport connects them to government issued identifying numbers that they now know are not theirs and are inaccurate.
  3.3.3. Acts as a substitute for state-issued photo ID. State-issued ID should be avoided because it connects you to licensed activity or franchises applicable only to federal territory.
  3.3.4. Constitutes "Government ID" in every sense of the word, because issued by a state notary, who is a public officer and therefore a representative of the state.
  *NOTE*: **We strongly discourage those applying for USA passports to use any ID that connects them to either a state-issued identifying number, a state license, or any other franchise, because this information will be used to make you a government statutory "employee" or public officer who has NO CONSTITUTIONAL RIGHTS and is representing an office domiciled on federal territory under Federal Rule of 17(b).**

3.4. Next, download the AMENDED DS-11 form and try applying for the passport.

3.5. If the government rejects the use of the AMENDED DS-11 form, try using an unmodified version of the DS-11 form with this form attached. Complete the form according to the instructions contained in the above article, and then write the following above the applicant's signature on block 23 of the DS-11 form:

> *"Subornation of perjury and FALSE unless accompanied by the attached form entitled 'United States of America Passport Application Attachment'"*

3.6. Print the applicant's name and sign and date the USA Passport Attachment in the Affirmation section then staple it to the completed DS-11 form.  If you are signing for a minor applicant, then sign applicants name rather than your own name and print after the applicants name: "by <YourName>, father

3.7. In the SSN block, put either "NONE" or "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" and disregard the repeated requests for an SSN. If you put an SSN, you are waiving your sovereign immunity, forfeiting your sovereignty, and becoming a federal statutory "employee" pursuant to 5 U.S.C. §2105(a) and 28 U.S.C. §1605(a)(2). This is exhaustively described in the following pamphlet:

> *Resignation of Compelled Social Security Trustee*, Form #06.002
> http://sedm.org/Forms/FormIndex.htm

If they give you a bad time about not proving a Taxpayer Identification Number, ensure that you also attach the following form:

> *Why It is Illegal for Me to Request or Use a Taxpayer Identification Number*, Form #04.205
> http://sedm.org/Forms/FormIndex.htm

3.8. Leave the signature block of the DS-11 form blank.

3.9. Go to the Dept of State office.

3.10. AFTER you get to the Dept. State, wait until you are called and go up to the clerk. Sign and date the DS-11 form in Section 11 in the presence of the clerk..

3.11. Submit the application to the Department of State either in person or via postal mail. Your chances of getting a passport are best if you use the in-person process because it makes them more accountable, as explained in section 4 below. If you use postal mail, please ensure that you send it using the Certificate of Service, Form #01.002 at: http://sedm.org/Forms/FormIndex.htm

The reason you need a Certificate of Service is that if they deny your application or ignore it, you will have legal standing to sue them for deprivation of rights. You have a right to travel.

## 4.   CONTINGENCIES

4.1.   Compelled Use of SSN on the form is a violation of the Privacy Act:

4.1.1.   The Privacy Act forbids compelled use of SSNs. Those demanding numbers must disclose BOTH whether the disclosure is MANDATORY or VOLUNTARY, and the statute that makes it mandatory IN YOUR CASE and based on YOUR SPECIFIC STATUS:

> *Disclosure of Social Security Number*
>
> *Section 7 of Pub. L. 93–579 provided that:*
>
> *"(a)(1) It shall be unlawful for any Federal, State or local government agency to deny to any individual any right, benefit, or privilege provided by law because of such individual's refusal to disclose his social security account number.*
> *"*
>
> *(2) the [The] provisions of paragraph (1) of this subsection shall not apply with respect to— "*
>
> *(A) any disclosure which is required by Federal statute, or "*
> *(B) the disclosure of a social security number to any Federal, State, or local agency maintaining a system of records in existence and operating before January 1, 1975, if such disclosure was required under statute or regulation adopted prior to such date to verify the identity of an individual. "*
>
> *(b) **Any Federal, State, or local government agency which requests an individual to disclose his social security account number shall inform that individual whether that disclosure is mandatory or voluntary, by what statutory or other authority such number is solicited, and what uses will be made of it.**"*
> *[SOURCE: 5 U.S.C. §552a Legislative Notes,*
> *http://www.law.cornell.edu/uscode/html/uscode05/usc_sec_05_00000552---a000-notes.html*

4.1.2.   In the case of the Internal Revenue Code, the place where disclosure of SSNs/TINs is mandatory is described in 26 C.F.R.§301.6109-1(b) in the case of "nonresident aliens INDIVIDUALS".

4.1.2.1.   If you are a "nonresident alien" but NOT an "individual" then you are NOT the subject of the section.

4.1.2.2.   The passport clerk is NOT empowered to make legal determinations about your status or whether you are or ARE NOT a "nonresident alien individual". All they are allowed to do is act upon the status you describe yourself with under penalty of perjury.

4.1.2.3.   Furthermore, NONE of the provisions of the I.R.C. are even relevant to a "nontaxpayer", and so all you have to tell them is that you are NOT a "taxpayer" and that any provision mandating numbers for "taxpayers" is therefore NOT applicable to you.

> *"Revenue Laws relate to taxpayers [officers, employees, and elected officials of the Federal Government] and not to non-taxpayers [American Citizens/American Nationals not subject to the exclusive jurisdiction of the Federal Government]. The latter are without their scope. No procedures are prescribed for non-taxpayers and no attempt is made to annul any of their Rights or Remedies in due course of law. With them[non-taxpayers] Congress does not assume to deal and they are neither of the subject nor of the object of federal revenue laws."*
> *[Economy Plumbing & Heating v. U.S., 470 F2d. 585 (1972)]*

4.1.3.   If the clerk insists that they will not process your passport application without an SSN, we suggest:

4.1.3.1.   Asking them to produce the statute that MANDATES use of the SSN for "nontaxpayers". They may try to quote 26 U.S.C. §6039E because it is mentioned in the passport instructions, but that provision, like the entire I.R.C., only pertains to "taxpayers" which you are NOT. They can't argue with what you tell them you are, and not even the courts can declare you a "taxpayers" so they can't PRESUME you are one either.

> *Specifically, Rowen seeks a declaratory judgment against the United States of America with respect to "whether or not the plaintiff is a taxpayer pursuant to, and/or under 26 U.S.C. § 7701(a)(14)." (See Compl. at 2.) **This Court lacks jurisdiction to issue a declaratory judgment "with respect to Federal taxes other than actions brought under section 7428 of the Internal Revenue Code of 1986," a code section that is not at issue in the instant action. See 28 U.S.C. § 2201; see also Hughes v. United States, 953 F.2d 531, 536-537 (9th Cir. 1991)** (affirming dismissal of claim for declaratory relief under § 2201 where claim concerned question of tax liability). Accordingly, defendant's motion to dismiss is hereby GRANTED, and the instant action is hereby DISMISSED.*
> *[Rowen v. U.S., 05-3766MMC. (N.D.Cal. 11/02/2005)]*

4.1.3.2. Asking them where it says in 26 C.F.R.§301.6109-1 mandates that you MUST use an SSN under the I.R.C., since you aren't a statutory "U.S. citizen", "U.S. resident", or "nonresident alien INDIVIDUAL". Instead, you are a "nonresident alien NON-Individual" because not occupying a public office in the U.S. government and therefore are NOT required to have or use a number.

4.1.3.3. Presenting them with the SSA 521 form you sent in terminating participation with the number redacted.

4.1.4. 5 U.S.C. §552a(g)(4) provides for a penalty of a minimum of $1,000 for compelled use of Social Security Numbers:

*5 U.S.C. §552a(g)(4)*

*(4) In any suit brought under the provisions of subsection (g)(1)(C) or (D) of this section in which the court determines that the agency acted in a manner which was intentional or willful, the United States shall be liable to the individual in an amount equal to the sum of—*
*(A) actual damages sustained by the individual as a result of the refusal or failure, but __in no case shall a person entitled to recovery receive less than the sum of $1,000__; and*
*(B) the costs of the action together with reasonable attorney fees as determined by the court."*
*[SOURCE: http://www.law.cornell.edu/uscode/html/uscode05/usc_sec_05_00000552---a000-.html*

4.1.5. For additional information, read ***Doe v. Chao***, 540 U.S. 614 (2004):
http://en.wikipedia.org/wiki/Doe_v._Chao

4.2. Some people using this form, and especially those applying by correspondence instead of in person, have had their applications rejected without explanation, along with a letter demanding further information using the IN-709-1 form. This is a delay tactic intended to harass you and punish you for reflecting the truth about your status in official records. If your application is rejected or delayed:

4.2.1. You may want to resubmit it with the IN-709-1 form attached with all additional information lined out and writing above the line that says "First Amendment: Right to NOT speak" and/or "Fifth Amendment: Right to not incriminate myself". That way, you have complied fully and yet will not allow them to compel you to violate your rights. You can provide additional government-issued ID's by simply providing an Affidavit that is signed and notarized by a notary with your picture on it and attach it to the letter as Enclosure (3).

4.2.2. You may want to send them the following form off our website:

| |
|---|
| *Passport Notice and Demand Letter*, Form #06.017 |
| http://sedm.org/Forms/FormIndex.htm |

4.3. We always want to improve the quality of the information we offer on our website and feedback helps with that improvement. If you receive a negative or derogatory response from the government to this form, we would appreciate if you would fax the response to the fax number on our Contact Us page.

5. **IMPORTANT NOTES:**

5.1. Remember: A confused mind or a fearful mind always says no. Try to avoid confusing the clerk or threatening the clerk or he/she will say no.

5.2. Some of our readers use the "Government Verified Identity Document" to get into the Dept. of State building instead of using ID that can be swiped. This is a good idea if you want to avoid being connected to government numbers or franchises while in the building of The Beast.

5.3. Don't argue that you are NOT a "U.S. citizen" if you use this form. Jesus said be quick to agree with your adversary. Instead, ensure that you emphasize WHICH of the three "United States" you mean within the phrase "U.S. citizen" by attaching this form, and EXACTLY which STATUTORY statuses you have and DO NOT have under Title 8 of the U.S. Code. That approach will quickly diffuse any resistance or delay you might otherwise experience.

5.4. We have found that if you apply by the mail, typically they are much more likely to delay, harass, and impede the application until you do EVERYTHING they want, including provide a number and removing the attachment. They do this because the mail process is anonymous and they can do so with impunity, whereas the in-person process makes them much more accountable. Therefore, we recommend:

5.4.1. Using the in-person process by driving to the Dept of State building and making application in person on an expedited passport that you can get the same way. We recommend doing this even if it is much more inconvenient. In order to use the in-person process, you must have an IMMEDIATE need to travel and they may ask you for plane tickets or some other proof of urgency. You may need to fabricate the emergency in order to justify showing up in person and not using the mail application process, but it's worth it. There are two advantages to going in person.

5.4.1.1. One is that it makes them immediately accountable to you with the risk of facing the flame throwers.

5.4.1.2. They HAVE to process all the passports they made appointments for by three o'clock that same day.

5.4.2. Bringing a friend with you in your in-person visit who stands at your shoulder and takes notes about what the clerk said. You may need this person as a witness if you have to sue the clerk for refusing to issue you a lawful passport.

5.5. Avoid arguments with the clerk. Only pull out the tanks and the flamethrowers if you absolutely HAVE to. A good way to avoid arguments with the clerk and get them on your side is with the following tactics when confronting them in person at the passport office:

5.5.1. Show up at the counter with a blank DS-11 of DS-82 form and this form.

5.5.2. Explain to the clerk that you need help filling out the form because you are thoroughly confused.

5.5.3. Show the clerk the title of the DS-11 or DS-82 form that says "U.S. Passport Application Form" along with the passport itself, which says "USA passport" and explain that the U.S. and the USA are not the same thing, and that there are several statutory definitions of both and that you don't know which one applies to the passport.

5.5.4. Show the clerk the venn diagram in Figure 2 of this form and explain that there are at least six different types of citizenship identified in Title 8 of the U.S. Code and that their form doesn't say which one a 'U.S. citizen is, and that you want to unambiguously specify which one you are.

5.5.5. If they try to sit down and read this entire form, you can say: "You can read the whole attachment, but it just verifies everything I just told you about my status and identifies me as having the status numbered 6 in the Venn Diagram. I'm just trying to save you some time because I know you are busy."

5.5.6. Emphasize that you INSIST on attaching this attachment so that neither the applicant nor the clerk looks like they are acting negligently or frivolously. It definitely protects the clerk from a negative response from above them.

5.5.7. Explain that you have changed your status by submitting the SSA-521 form and are not eligible to participate and never have been eligible to participate in Social Security and want to ensure that the application does not include a number, but that the form says in at least two places that a number is required and that you can't give them one.

5.5.8. Explain that the perjury statement asks you to swear under penalty of perjury that you are one of two citizenship statuses that are not specifically identified in Title 8 of the U.S. Code and that you want to clarify the meaning and line one of the two out so that your perjury statement doesn't end up being FALSE. You could say: "Maam, if someone asked you to take a perjury oath swearing that you are two contradictory things and that you were going to tell the truth, the whole truth, and nothing but the truth, but that you were also going to tell a pack of lies, would you sign it?" But you should ASK for permission to change it to make it accurate. If you make the change without asking for permission, they may try to reject the form and call you frivolous.

5.5.9. After saying the above, the clerk will probably say the following:

5.5.9.1. We don't require Social Security Numbers. Just put all zeros in the SSN block.

5.5.9.2. Put "NONE" in the Permanent Address block 17 blank. They may ask you whether you have a permanent address and you can explain to the clerk that the Permanent Address is a domicile, and that the only place you consent to occupy permanently and return to is Heaven, but that is a belief, and you can't put religious beliefs on a form signed under penalty of perjury because they can't be independently verified, so you had can only put "NONE" instead of "HEAVEN".

5.5.9.3. Go ahead and modify the perjury statement at the end to read:

> *I declare under penalty of perjury all of the following: 1) I am a ~~citizen~~ or **non-citizen national** ~~of the United States~~ and have not, since acquiring U.S. citizenship or **nationality**, performed any of the acts listed under "Acts of Conditions" on the reverse side of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph submitted with this application is a genuine, current, photograph of me; and 5) I have read and understood the warning on page two of the instructions to the application form.*

## 6. FURTHER READING AND RESEARCH:

6.1. *Your Exclusive Right to Declare or Establish Your Civil Status*, Form #13.008. Proves that NO ONE may interfere with your right to declare your civil status, which is a fulfillment of your First Amendment right to associate and your right to be free from compelled association
http://sedm.org/Forms/FormIndex.htm

6.2. *Citizenship and Sovereignty Course*, Form #12.001:
http://sedm.org/Forms/FormIndex.htm

6.3. *Developing Evidence of Citizenship Course*, Form #12.002
http://sedm.org/Forms/FormIndex.htm

6.4. *Citizenship, Domicile, and Tax Status Options*, Form #10.010. Use this form in responding to correspondence from legal counsel and immigration officials relating to your citizenship, domicile, and tax status.
http://sedm.org/Forms/FormIndex.htm

6.5. *Affidavit of Citizenship, Domicile, and Tax Status*, Form #02.001. Use this form as an attachment to all tax forms you are asked to fill out in connection with immigration issues
http://sedm.org/Forms/FormIndex.htm

6.6. *Why it is Illegal for Me to Request or Use a Taxpayer Identification Number*, Form #04.205 –attach this form if they give you a bad time about providing a Social Security Number or Taxpayer Identification Number on the form
http://sedm.org/Forms/FormIndex.htm

6.7. *Why you are a "national", "state national", and Constitutional but not Statutory Citizen*, Form #05.006
http://sedm.org/Forms/FormIndex.htm

6.8. *Why Domicile and Becoming a "Taxpayer" Require Your Consent*, Form #05.002.  Shows why government can only govern you with your consent and how you can withdraw your consent to be subject to civil law.
http://sedm.org/Forms/FormIndex.htm

6.9. *Why Domicile and Becoming a "Taxpayer" Require Your Consent*.  Shows why government can only govern you with your consent and how you can withdraw your consent to be subject to civil law.
http://famguardian.org/Subjects/Taxes/Articles/DomicileBasisForTaxation.htm

6.10. *Legal Notice of Change in Domicile/Citizenship Records and Divorce from the United States*, Form #10.001.  Document you can use to divorce the U.S. government legally and politically and to correct all of their records describing your citizenship and domicile status so as to restore your sovereignty.  Available at:
http://sedm.org/Forms/FormIndex.htm

6.11. *Sovereignty Forms and Instructions Online, Form #10.004*: How to restore sovereignty.
http://famguardian.org/TaxFreedom/FormsInstr.htm

6.12. *Sovereignty Forms and Instructions Online*, Form #10.004, Step 3.13: Correct government records documenting your citizenship status:
http://famguardian.org/TaxFreedom/Instructions/3.13ChangeUSCitizenshipStatus.htm

6.13. *How to Apply for a Passport as a "non-citizen national"*, Form #09.007:
http://sedm.org/Forms/FormIndex.htm

6.14. *Sovereignty Forms and Instructions Manual*, Form #10.005.  Adobe ebook on how to restore your sovereignty.
http://sedm.org/Forms/FormIndex.htm

6.15. *Socialism: The New American Civil Religion,* Form #05.016.  Free electronic book about how socialism is taking over the American body politic in fulfillment of Biblical prophesy.  Available from:
http://sedm.org/Forms/FormIndex.htm

6.16. *Social Security: Mark of the Beast*, Form #11.407.  Free electronic book containing detailed legal research into Social Security.  Available from:
http://famguardian.org/Publications/SocialSecurity/TOC.htm

# UNITED STATES OF AMERICA PASSPORT APPLICATION ATTACHMENT

This form is provided as a mandatory attachment to U.S. Department of State form DS-11 or DS-82 in order to carefully define my citizenship status and legal domicile. The attached DS-11 or DS-82 passport application is INVALID and not useful as evidence in any legal proceeding WITHOUT this mandatory attachment also included in its entirety with no information altered or redacted on either the DS-11, DS-82, or this form by anyone other than me. The reason why it is necessary to for me to attach this form to the passport application form is that there are certain terms used on the form which have multiple legal meanings, yet no provisions are provided on the form for the applicant to indicate which one of the multiple legal meanings applies to the applicant.  Also, there are certain terms used on the passport application form which are not defined either statutorily or on the form itself.  Therefore, this attached form is necessary to remove the ambiguity contained on the passport application form.  Without the clarifications contained in this form, it would be possible for you to misconstrue my status as that of a statutory "citizen of the United States" pursuant to 8 U.S.C. §1401, resulting in the surrender of my sovereign status.   A statutory "U.S. citizen" cannot be a "foreign sovereign" by virtue of their statutory citizenship as described in 28 U.S.C. §1603(b)(3). It is also a crime pursuant to 18 U.S.C. §1542, 18 U.S.C. §911, 18 U.S.C. §1001, and 18 U.S.C. §1621 to declare oneself to be a statutory "U.S. citizen" pursuant to 8 U.S.C. §1401 when one has no evidence on which to base a reasonable belief that they are and I don't ever want to be a criminal by saying anything on a government form that I know either isn't true or which I can't prove with evidence is true.  The submission of this form is therefore provided at the advice of my counsel as an act of self-defense intended to protect my constitutional rights from being injured by false presumptions, being coerced under unlawful duress to engage in compelled association, or from having my legal identity kidnapped and moved to the District of Columbia pursuant to 26 U.S.C. §§7701(a)(39) and 7408(d) without my consent.  DO NOT attempt to:

1.   Contact me to persuade me to change my citizenship or domicile status as documented on this form or to change any answer provided on the attached DS-11 or DS-82 form.
2.   Remove, redact, or disassociate this form with the attached forms DS-11, DS-82, or DS-71 form(s).

Doing either of the above will cause you to engage in a criminal conspiracy to tamper with a witness in violation of 18 U.S.C. §1512 and to violate 18 U.S.C. §1542, 18 U.S.C. §911, 18 U.S.C. §1001, and 18 U.S.C. §1621.  The penalty for violating these statutes is up to 25 years in jail.  If you have a problem with my status as documented herein, please in your response copy this form and complete Section 11 of this form and send the completed signed form back to me.

*WARNING: 22 U.S.C. §2721 prohibits denial of a passport because of one's religious beliefs, opinions, statements, membership or absence of membership in any political group or activity. This provision protects the exercise of all sincerely held religious convictions documented herein. Failure to issue a passport will therefore be considered an infringement of my First Amendment rights under this provision actionable as a Constitutional tort in any state or federal court.*

Note that in relation to the attached or associated DS-11 or DS-82 passport application:

1.   The application is NOT being made on federal territory, but on territory OUTSIDE the statutory "United States" that is NOT subject to federal civil or criminal law of any kind.  Applicant is standing on land protected by the constitution at the time of application and therefore you must honor his/her rights identified in said constitution. All law is prima facie territorial:

> *"It is a well established principle of law that all federal regulation applies only within the territorial jurisdiction of the United States unless a contrary intent appears."*
> *[Foley Brothers, Inc. v. Filardo, 336 U.S. 281 (1949)]*

> *"The laws of Congress in respect to those matters [outside of Constitutionally delegated powers] do not extend into the territorial limits of the states, but have force only in the District of Columbia, and other places that are within the exclusive jurisdiction of the national government.")*
> *[Caha v. U.S., 152 U.S. 211 (1894)]*

> *"There is a canon of legislative construction which teaches Congress that, unless a contrary intent appears [legislation] is meant to apply only within the territorial jurisdiction of the United States.")*
> *[U.S. v. Spelar, 338 U.S. 217 at 222.]*

2.   There are TWO contexts in which such an application can be made:
2.1.   On behalf of the NATIONAL government or "United States" for the federal territories and possessions in the case of  STATUTORY "nationals of the United States" pursuant to 8 U.S.C. §1101(a)(22). The term **"United States"** in this context is described in 8 U.S.C. §1101(a)(38), 8 U.S.C. §1101(a)(36), and 8 C.F.R.215.1(f) and **includes only the statutory federal "States"** pursuant to 8 U.S.C. §1101(a)(36) **AND EXCLUDES all Constitutional Union states**.  Those born in "United States" or an "outlying possession of the United States" pursuant to 8 U.S.C. §1101(a)(29) whom are domiciled WITHIN the "United States" are STATUTORY "citizens of the United States" pursuant 8 U.S.C. §1401 and 8 U.S.C. §1101(a)(22)(A).  Those born in "United States" or an "outlying possession of the United States" pursuant to 8 U.S.C. §1101(a)(29) whom are domiciled WITHOUT the "United States" are "non-citizen nationals of the United States" pursuant to 8 U.S.C. §1408, 8 U.S.C. §1452 and 8 U.S.C. §1101(a)(22)(B).   The STATUTORY "citizen" of the United States" status is a civil status and is mutually exclusive from the Constitutional "citizen" of the United States";
2.2.   On behalf of the FEDERAL government or "United States of AMERICA" for the Constitutional but not STATUTORY states of the Union in the case of "nationals" of the United States of AMERICA pursuant to 8 U.S.C. §1101(a)(21).  A "National" of the United States of AMERICA pursuant to 8 U.S.C. §1101(a)(21) is Constitutional "citizens of the United States" pursuant to the 14th Amendment, which is a political status.  The term "United States" in the context of the Constitution means the 50 Union states united by and under the Constitution.  "Nationals" of the United States of America are "aliens" pursuant to 8 §1101(a)(3) since not a citizen or national of the "United States" pursuant to 8 U.S.C. §1101(a)(38), which includes only federal territory AND EXCLUDES the Constitutional Union states.
These two jurisdictions were recognized in Cohens v. Virginia, 19 U.S. 264, 6 Wheat. 265; 5 L.Ed. 257 (1821): ""It is clear that Congress, as a legislative body, exercise two species of legislative power: the one, limited as to its objects, but extending all over the Union: the other, an absolute, exclusive legislative power over the District of Columbia. The preliminary inquiry in the case now before the Court, is, by virtue of which of these authorities was the law in question passed?"

3.   The application is NOT a request for the issuance of a passport "under the authority of the United States" as described in 18 U.S.C. §1542, but rather "under the authority of the United States OF AMERICA", meaning that is issued for and on behalf of the Constitutional union states

RATHER than federal territories and possessions.  Whenever the national government is acting in its FEDERAL capacity, it is called "The United States OF AMERICA" rather than simply the "United States".  The U.S. Supreme court made this distinction between "United States" and "United States OF AMERICA" in U.S. v. Curtis-Wright Corp. 299 U. S. 304, 57 S. Ct. 216 (1936).

4. The application is NOT being requested for a person who is a STATUTORY "national of the United States" as described in 8 U.S.C. §§1481(a), 1408, or 1101(a)(22), but rather a "national" of the United States **OF AMERICA**" or the CONSTITUTIONAL but not STATUTORY "United States".  As a human being with no civil domicile on federal territory within the STATUTORY but not CONSTITUTIONAL "United States", I cannot have a statutory civil status under federal law that would subject me to federal civil law or jurisdiction and instead am a transient foreign and a nonresident.  "**It is no longer open to question that the general government, unlike the states, Hammer v. Dagenhart, 247 U.S. 251, 275 , 38 S.Ct. 529, 3 A.L.R. 649, Ann.Cas.1918E 724, possesses no inherent power in respect of the internal affairs of the states; and emphatically not with regard to legislation.**"  [Carter v. Carter Coal Co.,, 298 U.S. 238, 56 S.Ct. 855 (1936)]

5. The phrase "citizen or non-citizen national of the United States", as used in the perjury statement of the passport application form, may mean Constitutional "citizen of the United States" pursuant to 14th Amendment Section 1, statutory "citizen of the United States" pursuant to 8 U.S.C. §1401, or "non-citizen national of the United States" pursuant to 8 U.S.C. §1408, 8 U.S.C. §1452, and 8 U.S.C. §1101(a)(22)(B). The applicant clarifies that he is only a Constitutional "citizen of the United States" but NOT a statutory "national and citizen of the United States" pursuant to 8 U.S.C. §1401 and 8 U.S.C. §1101(a)(22)(A), NOR a "non-citizen national of the United States" pursuant to 8 U.S.C. §1408, 8 U.S.C. §1452, and 8 U.S.C. §1101(a)(22)(B).

6. Block 10 of the DS-11 form inquires about whether or not the applicant's parents are a "U.S. Citizen".  The term "U.S. Citizen" is not defined anywhere on the DS-11 form nor in Title 8 of the U.S. Code.  Therefore, the applicant clarifies that for purposes of his/her attached DS-11 application form:
   6.1. The term "U.S. Citizen" means a Constitutional "citizen of the United States" pursuant to 14th Amendment Section 1 of the United States Constitution.
   6.2. The term "U.S. Citizen" EXCLUDES a "national and citizen of the United States" per 8 U.S.C. §1401.

7. By making application, applicant does not seek and will not accept ANY protection, "benefit", privilege, public right, or franchise from recipient by virtue of the approval of such application.  He/she seeks ONLY to be unmolested and NOT protected by the recipient in his/her travels.  Since LEAVING HIM/HER ALONE costs the recipient/government nothing, then no financial consequence or injury can be sustained by the recipient or grantor of the passport for any inaccuracies found in the application  Therefore, any inaccuracies that might be identified by the recipient are NOT "material" or punishable because they do not injure the recipient.  An injury must be sustained by the recipient before inaccuracies become legally "actionable".

8. The application requests the issuance or receipt of a "United States OF AMERICA passport" for a state and NOT a federal citizen and is not a privilege but a right and cannot be converted into a privilege without theft and eminent domain over my right to travel by the national government.  Only "U.S. passports" issued to those domiciled on federal territory and therefore subject to federal law are a privilege.

> *"It has long been established that a State may not impose a penalty upon those who exercise a right guaranteed by the Constitution." Frost & Frost  Trucking Co. v. Railroad Comm'n of California, 271 U.S. 583. "Constitutional rights would be of little value if they could be indirectly denied,' Smith v. Allwright, 321 U.S. 649, 644, or manipulated out of existence,' Gomillion v. Lightfoot, 364 U.S. 339, 345."*
> *[Harman v. Forssenius, 380 U.S. 528 at 540, 85 S.Ct. 1177, 1185 (1965)]*

> *"Indeed, the practical interpretation put by Congress upon the Constitution has been long continued and uniform to the effect [182 U.S. 244, 279] that the Constitution is applicable to territories acquired by purchase or conquest, only when and so far as Congress shall so direct. Notwithstanding its duty to 'guarantee to every state in this Union a republican form of government' (art. 4, 4), by which we understand, according to the definition of Webster, 'a government in which the supreme power resides in the whole body of the people, and is exercised by representatives elected by them,' Congress did not hesitate, in the original organization of the territories of Louisiana, Florida, the Northwest Territory, and its subdivisions of Ohio, Indiana, Michigan, Illinois, and Wisconsin and still more recently in the case of Alaska, to establish a form of government bearing a much greater analogy to a British Crown colony than a republican state of America, and to vest the legislative power either in a governor and council, or a governor and judges, to be appointed by the President. It was not until they had attained a certain population that power was given them to organize a legislature by vote of the people. In all these cases, as well as in territories subsequently organized west of the Mississippi, Congress thought it necessary either to extend to Constitution and laws of the United States over them, or to declare that the inhabitants should be entitled to enjoy the right of trial by jury, of bail, and of the privilege of the writ of habeas corpus, as well as other privileges of the bill of rights."*
> *[Downes v. Bidwell, 182 U.S. 244 (1901)]*

I politely ask that in responding to this passport application, you avoid challenging the status I claim on this form because:

1. I do not authorize you to legally represent me.
2. You have no delegated authority to practice law.
3. I do not consent to allow you to interfere with the exercise of my First Amendment right of freedom to politically associate and disassociate. I must consent to any status I choose under the civil law or else I am being subjected to involuntary servitude and theft of my property, because rights are property.  The way I describe and characterize my status is the method by which I politically associate and disassociate and/or contract with the government through its franchises. See and rebut the following if you disagree:
   Your Exclusive Right to Declare or Establish Your Civil Status, Form #13.008; http://sedm.org/Forms/FormIndex.htm
4. I do not consent to contract with the government and cannot be forced to contract with the government. Taking on any status described in any government franchise constitutes consent to contract with the government because all franchises are contracts that only those who consent can participate in and I do not consent and will not allow myself to be compelled to consent.

Pursuant to Federal Rule of Civil Procedure 8(b)(6), failure to deny any fact or statement contained within this affidavit within 30 days of receipt shall constitute:

1. An admission of everything not expressly denied in writing and under penalty of perjury.
2. A default and equitable estoppel against the government and the recipient for any matters involving my citizenship status and domicile in the future beyond that point.

If the applicant is a minor child or under age 21, the applicant authorizes their father/mother to speak, act, and correspond as the minor applicant and thereby exercise power of attorney on their behalf in the context of submitting, arbitrating, and litigating this application. The father/mother in question also reserves the right to act on their behalf without the need to disclose that he/she is doing so unless asked. For further details, see: *Family Private Articles of Incorporation*, Form #13.011 (http://sedm.org/Forms/FormIndex.htm).

## SECTION 1: MY POLITICAL STATUS-NATIONALITY

1.  **I AM ALL OF THE FOLLOWING:**
    1.1.  I was born or naturalized within the exclusive jurisdiction of a state of the Union or obtained derived/automatic citizenship through my parents pursuant to 8 U.S.C. §1431. I was not born within and am not domiciled within federal territory or within the "United States" defined in all federal statutes, being federal territory.
    1.2.  I am the *constitutional* "citizen of the United States" described in Section 1 of the Fourteenth Amendment, where "United States" as used in this phrase means the exclusive jurisdiction of states of the Union and excludes federal territories and possessions and federal areas within the states. The "citizens" of District of Columbia referred to below are statutory "citizen of the United States" defined in 8 U.S.C. §1401.

        *"The 1st section of the 14th article [Fourteenth Amendment], to which our attention is more specifically invited, opens with a definition of citizenship—not only citizenship of the United States[***], but citizenship of the states. **No such definition was previously found in the Constitution, nor had any attempt been made to define it by act of Congress.** It had been the occasion of much discussion in the courts, by the executive departments and in the public journals. **It had been said by eminent judges that no man was a citizen of the United States[***] except as he was a citizen of one of the states composing the Union. Those therefore, who had been born and resided always in the District of Columbia or in the territories, though within the United States[*], were not citizens [under the constitution but WERE statutory "citizens" under 8 U.S.C. §1401].*"*
        [Slaughter-House Cases, 83 U.S. (16 Wall.) 36, 21 L.Ed. 394 (1873)]

    1.3.  I am a "U.S. Citizen" where the term "U.S." *includes* the "United States" mentioned in the Constitution but *excludes* the "United States" defined in 8 U.S.C. §1101(a)(38), 8 U.S.C. §1101(a)(36), 8 C.F.R. §215.1, 26 U.S.C. §7701(a)(9) and (a)(10), or any other federal statute.
    1.4.  I am a "national" of the United States of America pursuant to 8 U.S.C. §1101(a)(21).
    1.5.  I am a "alien" pursuant to 8 U.S.C. §1103(a)(3).
    1.6.  I am a "nonresident alien" NON-individual pursuant to 26 U.S.C. §7701(b)(1)(B).
    1.7.  I am the "Citizen" described in the original 1789 Constitution of the United States of America.
    1.8.  I am "subject to *the* jurisdiction of the United States", which means the "*political"* but not *"legislative"* jurisdiction as described by the U.S. Supreme Court in *U.S. v. Wong Kim Ark*:

        *"This section contemplates two sources of citizenship, and two sources only,-birth and naturalization. The persons declared to be citizens are 'all persons born or naturalized in the United States[***], and **subject to the jurisdiction thereof.'** The evident meaning of these last words is, not merely subject in some respect or degree to the jurisdiction of the United States[**], but completely subject to their **political jurisdiction,** and owing them [the states of the Union, and NOT the federal government] direct and immediate allegiance. And the words relate to the time of birth in the one case, as they do [169 U.S. 649, 725] to the time of naturalization in the other. Persons not thus subject to the jurisdiction of the United States[***] at the time of birth cannot become so afterwards, except by being naturalized, either individually, as by proceedings under the naturalization acts, or collectively, as by the force of a treaty by which foreign territory is acquired."*
        [U.S. v. Wong Kim Ark, 169 U.S. 649, 18 S.Ct. 456; 42 L.Ed. 890 (1898)]

    1.9.  My allegiance to God, my Creator, is SUPERIOR to that of any earthly government. My allegiance to the "United States of America" is *subordinate* to that which I owe to my Creator. The Kingdom of Heaven is a "foreign state" in that respect, to which I owe undiluted and superior allegiance. I have sworn an oath of allegiance to my Creator and to the Kingdom of Heaven, which is a "foreign state". The First Amendment says that you cannot discriminate against me or take away my nationality by virtue of having that superior allegiance or taking that oath to my Creator:

        *"You shall fear the LORD your God and serve [only] Him, and shall take oaths in His name."*
        [Deut. 6:13, Bible, NKJV]

    1.10.  Where the laws of my Creator found in the Holy Bible conflict with the laws of the United States, the former shall at all times take precedent:

        *"Much has been said of the paramount duty to the state, a duty to be recognized, it is urged, even though it conflicts with convictions of duty to God. Undoubtedly that duty to the state exists within the domain of power, for government may enforce obedience to laws regardless of scruples. When one's belief collides with the power of the state, the latter is supreme within its sphere and submission or punishment follows. But, in the forum of conscience, duty to a moral power higher than the state has always been maintained. **The reservation of that supreme obligation, as a matter of principle, would unquestionably be made by many of our conscientious and law-abiding citizens. The essence of religion is belief in a relation to God involving duties superior to those arising from any human relation. As was stated by Mr. Justice Field, in Davis v. Beason, 133 U.S. 333, 342 , 10 S. Ct. 299, 300: 'The term 'religion' has reference to one's views of his relations to his Creator, and to the obligations they impose of reverence for his being and character, and of obedience to his will.' One cannot speak of religious liberty, with proper appreciation of its essential and historic significance, without assuming the existence of a belief in supreme allegiance to the will of God.** Professor MacIntosh, when pressed by the inquiries put to him, stated what is axiomatic in religious doctrine. And, putting aside dogmas with their particular conceptions of deity, **freedom of conscience itself implies respect for an innate conviction of paramount duty. The battle for religious liberty has been fought and won with respect to religious beliefs and practices, which are not in conflict with good order, upon the very ground of the supremacy of conscience within its proper field.** What that field is, under our system of government, presents in part a question of constitutional law, and also, in part, one of legislative policy in avoiding unnecessary clashes with the dictates of conscience. **There is abundant room for enforcing the requisite authority***

*of law as it is enacted and requires obedience, and for maintaining the conception of the supremacy of law as essential to orderly government, without demanding that either citizens or applicants for citizenship shall assume by oath an obligation to regard allegiance to God as subordinate to allegiance to civil power. The attempt to exact such a promise, and thus to bind one's conscience by the taking of oaths or the submission to tests, has been the cause of many deplorable conflicts. The Congress has sought to avoid such conflicts in this country by respecting our happy tradition. In no sphere of legislation has the intention to prevent such clashes been more conspicuous than in relation to the bearing of arms. It would require strong evidence [283 U.S. 605, 635]   that the Congress intended a reversal of its policy in prescribing the general terms of the naturalization oath. I find no such evidence."*
*[U.S. v. Macintosh, 283 U.S. 605 (1931) ]*

2. **I AM NOT ANY OF THE FOLLOWING:**

   2.1. I am NOT a statutory "citizen of the United States" as defined in 8 U.S.C. §1401 because the term "United States" does not include states of the Union, as confirmed by 8 U.S.C. §1101(a)(36), 8 U.S.C. §1101(a)(38), and 8 C.F.R.§215.1(f). Note that the term "State" as defined in 8 U.S.C. §1101(a)(36) DOES NOT include any state of the Union and the term "continental United States" includes only these same "States". Under the rules of statutory construction, what is not expressly included is purposefully excluded by implication:

   > *"Expressio unius est exclusio alterius.  A maxim of statutory interpretation meaning that __the expression of one thing is the exclusion of another.__  Burgin v. Forbes, 293 Ky. 456, 169 S.W.2d 321, 325; Newblock v. Bowles, 170 Okl. 487, 40 P.2d 1097, 1100.  Mention of one thing implies exclusion of another.  __When certain persons or things are specified in a law, contract, or will, an intention to exclude all others from its operation may be inferred.__  Under this maxim, if statute specifies one exception to a general rule or assumes to specify the effects of a certain provision, other exceptions or effects are excluded."*
   > *[Black's Law Dictionary, Sixth Edition, p. 581]*

   2.2. I am NOT the "citizen of the United States", "resident" (alien), or "individual" named in 26 C.F.R.§1.6012-1 who has a requirement to file a federal income tax return, because the term "United States" as used in 26 U.S.C. Subtitle A relies on the definition of "United States" found in 26 U.S.C. §7701(a)(9) and (a)(10), which in turn defines "United States" as the District of Columbia and nowhere expressly includes any state of the Union.

   2.3. I am NOT a statutory "national of the United States" as defined in 8 U.S.C. §1408 or 8 U.S.C. §1101(a)(22)(B), which is also called a "U.S. national" by the federal courts.  I was NOT born within and am not domiciled within American Samoa or Swain's Island or any other U.S. possession.

   2.4. I am NOT the statutory "citizen of the United States" or "resident of the United States" described in 26 U.S.C. §3121(e), 26 U.S.C. §7408(d), 26 U.S.C. §7701(a)(39), or 28 U.S.C. §1603(b)(3), all of whom have in common a domicile on federal territory not within any constitutional state of the Union.

   2.5. I am not subject to "its" jurisdiction" or the civil legislative jurisdiction of the "United States" because I do not maintain a legal domicile anywhere within the "United States" as defined in 8 U.S.C. §1101(a)(38), 8 U.S.C. §1101(a)(36), and 8 C.F.R. §215.1(f) or within any federal territory.

   2.6. I am not a "citizen" of the "State of_____", where the blank after "State of" is the state I was either born in or may temporarily occupy as a "transient foreigner" with no domicile or "residence" there.

   2.7. I am not representing or exercising agency of any kind on behalf of any artificial entity, corporation, trust, estate, or the "United States" federal corporation pursuant to 28 U.S.C. §3002(15)(A) in making this application. Hence:

   2.7.1. I am therefore NOT making said application as a public officer of the U.S. government engaged in the "trade or business" franchise defined in 26 U.S.C. §7701(a)(26) who therefore has an obligation to present a federal de facto license number called a "Social Security Number" or "Taxpayer Identification Number".

   2.7.2. I am NOT the public officer described in 26 U.S.C. §7343 or 26 U.S.C. §6671(b).

   2.7.3. My identity cannot lawfully be kidnapped and transported to the District of Columbia under Federal Rule of Civil Procedure 17(b), 26 U.S.C. §7701(a)(39), and 26 U.S.C. §7408(d) and I DO NOT consent to such a kidnapping.  Instead, I am making this application as a PRIVATE sui juris human being and not a "person", "individual", "taxpayer", "natural person", etc. under any federal law or franchise.

## SECTION 2: MY CIVIL STATUS-DOMICILE, RESIDENCE and "PERMANENT ADDRESS"

1. I do NOT have a statutory "residence" as legally defined.  Only "residents" as defined in 26 U.S.C. §7701(b)(1)(A) can legally have a "residence".  "Residents" are all "aliens" as defined in 8 U.S.C. §1101(a)(3) domiciled or resident on federal territory and I am NOT so domiciled.  This is confirmed by the definition of "residence" in 26 CFR. §1.871-2 for the purpose of income taxes, which defines "residence" ONLY in the context of "aliens" PRESENT in the statutory "United States", meaning federal territory not within a constitutional state.

2. The government cannot lawfully compel me to choose a "domicile" or "permanent address" or "residence" anywhere within its legislative jurisdiction.  If it attempts to do so, then it will be guilty of violating my First Amendment right of free political association.  Domicile is a protected First Amendment choice of political association.  Implicit in the right of free association is freedom from COMPELLED association.

3. The "permanent address" indicated on the passport application form (block 17 of the DS-11), regardless of what it says, shall not establish either a legal domicile or a residence within the civil jurisdiction of any state or federal government in relation to the Submitter.  For the purposes of the passport application, any location indicated shall be within the jurisdiction of ONLY God's law and outside the jurisdiction of any man-made civil government.  The Bible says that the Earth belongs exclusively to the Lord (Psalm 89:11), and therefore no man may claim jurisdiction over said property unless acting under the authority delegated by the Bible trust indenture.  I cannot therefore consent to the civil jurisdiction of or choose a domicile within any civil government except God's government and God's law without violating my delegation of authority order, which is God's Law.  If an address is provided in this block, it is provided under duress only to avoid being denied the service being requested that I have a Constitutional right to receive.

   > *"The rights of the individual are not derived from governmental agencies, either municipal, state or federal, or even from the Constitution. __They exist inherently in every man, by endowment of the Creator, and are merely reaffirmed in the Constitution, and restricted only to the extent that they have been voluntarily surrendered by the citizenship to the agencies of government.__  The people's rights are not derived from the government, but the government's authority comes from the people.*946 The Constitution but states again these rights already existing, and when legislative encroachment by the nation, state, or municipality invade these original and permanent rights, it is the duty of the courts to so declare, and to afford the necessary relief. The fewer restrictions that surround the individual liberties of the citizen, except those for the preservation of the public health, safety, and morals, the more contented the*

> people and the more successful the democracy."
> [City of Dallas v Mitchell, 245 S.W. 944 (1922)]

4. I am presently domiciled in the Kingdom of Heaven on Earth and not within the legislative jurisdiction of any man-made government on earth. All domicile requires physical presence on the territory of the sovereign to whom one claims allegiance, and the intention of remaining there permanently. The Bible says the Earth is not permanent (see 2 Peter 3:7), and therefore I cannot have a domicile there. However, the Bible also says that the Heaven and Earth belong to the Lord (see Psalm 89:11-13, Isaiah 45:12, Deuteronomy 10:14, etc), and therefore I am on the territory of my sovereign, which is Jesus Christ and not any man or group of men.

5. I am a "pilgrim", "stranger", "sojourner", and "transient foreigner" in every country on earth by virtue of the fact that I have no domicile in any man-made government on earth. The Bible confirms this in 1 Peter 2:1. I am therefore not "conformed to the world" pursuant to Romans 12:2, nor am I a "friend" of this world" pursuant to James 4:4. My domicile status is therefore a product of my choice of religious practice, which is protected by the First Amendment to the Constitution of the United States of America. Any attempt to attribute any status OTHER than that described here by any government official is a malicious interference with my right of free political association and constitutes "compelled association" in violation of the First Amendment to the Constitution of the United States and of 42 U.S.C. §1983.

6. I am a "stateless person" within the meaning of 28 U.S.C. §1332 because I am not domiciled in the "State" defined in 28 U.S.C. §1332(e) as a federal territory. States of the Union are not "States" as defined within federal legislation

7. I am a "citizen" ONLY of the Kingdom of Heaven. See Philippians 3:20. I am therefore subject ONLY to the laws of my Creator and not to any civil law. I am a "national" but not a statutory "citizen" in relation to the government of the place where I was physically born.

8. My chosen country and "foreign state" of domicile, being the Kingdom of Heaven, is currently under hostile temporary foreign occupation, making me a dispossessed person. It is under hostile occupation because the government temporarily managing it, the U.S. government private, de facto corporation, has become hostile to God and His laws, and is rebelling against those laws daily. It is doing so by removing the Ten Commandments from public buildings, removing God from public oaths, from the pledge of allegiance, and eventually from our money, and in preventing children from learning about God or the Ten Commandments in the public schools, which have thereby become a immoral cesspool whose main function is to promote ignorance of law and religion that manufactures dysfunctional citizens who are ignorant of the law and ripe for government and legal profession exploitation. God predicted this would happen in Isaiah 30:1-3, 8-14, and His prophesies about the corruption of our de jure government have been realized in spades. That corruption is extensively described in the following legal treatise:

> De Facto Government Scam, Form #05.043; http://sedm.org/Forms/FormIndex.htm

9. I certify that any evidence you are able to obtain which might contradict the content of this section was created under the influence of unlawful duress against me and in violation of my First Amendment right of freedom from compelled association. For instance, if you are able to locate any type of government ID from a third party source that might connect me to a residence or domicile within any specific state or federal government, that ID was procured under unlawful duress and discrimination. Every state government I have been able to find refuses to issue ID's to nonresidents and insists that you must be a "resident" (alien) or a statutory but not constitutional "citizen of the United States" in order to obtain state ID. People I do business with have unlawfully and frequently discriminated against me by refusing to accept foreign ID issued by the government I am a member of while acting as an agent of the their government and thus subject to the Constitution. I therefore have had to misrepresent my status in procuring said ID in order to prevent the unlawful discrimination that has otherwise made it impossible to conduct the commerce necessary to sustain my life and that of my family. On this subject, the courts have held that anyone compelled to choose a specific domicile is relieved from the obligations associated with that domicile because of the duress:

> **"Similarly, when a person is prevented from leaving his domicile by circumstances not of his doing and beyond his control, he may be relieved of the consequences attendant on domicile at that place.** In Roboz (USDC D.C. 1963) [Roboz v. Kennedy, 219 F.Supp. 892 (D.D.C. 1963), p. 24], a federal statute was involved which precluded the return of an alien's property if he was found to be domiciled in Hungary prior to a certain date. It was found that Hungary was Nazi-controlled at the time in question and that the persons involved would have left Hungary (and lost domicile there) had they been able to. Since they had been precluded from leaving because of the political privations imposed by the very government they wanted to escape (the father was in prison there), the court would not hold them to have lost their property based on a domicile that circumstances beyond their control forced them to retain."
> [Conflicts in a Nutshell, David D. Siegel and Patrick J. Borchers, West Publishing, p. 24]

**SECTION 3: CITIZENSHIP DIAGRAMS**

The diagrams in this section provide a graphical view of the citizenship statuses described in the previous two sections. They summarize the text found throughout this document.

**Figure 1: Federal Statutory Citizenship Statuses**

# FEDERAL STATUTORY CITIZENSHIP STATUSES

*"The term 'United States' may be used in any one of several senses. 1) It may be merely the name of a sovereign occupying the position analogous to that of other sovereigns in the family of nations. 2) It may designate the territory over which the sovereignty of the United States extends, or 3) it may be the collective name of the states which are united by and under the Constitution." [Numbering Added] [Hooven & Allison Co. v. Evatt, 324 U.S. 652, (1945)]*

$US^1$ - Context used in matters describing our sovereign country within the family of nations.

$US^2$ - Context used to designate the territory over which the Federal Government is sovereign.

$US^3$ - Context used regarding the sovereign states of the Union united by and under the Constitution.



① 8 USC §1101(a)(21)-"national"

② 8 USC §1401-"citizen & national of the United States$^2$"

③ 8 USC §1101(a)(22)-"national of the United States$^2$"

④ 8 USC §1408-"national but not citizen of the United States$^2$ at birth"

⑤ 8 USC §1452-"non-citizen national"

| ① | Describes those born within and domiciled within states of the Union. |

Rev. 9/16/09

**Figure 2: Citizenship and domicile options and relationships**



If you would like a concise summary of all citizenship, domicile, and tax status options that is a superset of the above, see:

Citizenship, Domicile, and Tax Status Options Summary, *Form #10.003*
http://sedm.org/Forms/FormIndex.htm

## SECTION 4: LEGAL AUTHORITIES RELATING TO CITIZENSHIP

1. The following tables describe the relationship of citizenship to legal jurisdiction in the context of citizenship as described on this form.

### Table 1: Civil and political status

| Location of birth | Political status | Civil status if domiciled WITHIN "United States" | Civil status if domiciled WITHOUT "United States" |
|---|---|---|---|
| "United States" per 8 U.S.C. §1101(a)(38), per 8 U.S.C. §1101(a)(36), 8 C.F.R.§215.1(f) | "national of the United States" per 8 U.S.C. §1101(a)(22) | Statutory "citizen of the United States" per 8 U.S.C. §1401; "United States person" per 26 U.S.C. §7701(a)(30) | "non-citizen national of the United States" per 8 U.S.C. §1408, 8 U.S.C. §1452 |
| "outlying possession of United States" per 8 U.S.C. §1101(a)(29) | "national of the United States" per 8 U.S.C. §1101(a)(22) | Statutory "citizen of the United States" per 8 U.S.C. §1401; "United States person" per 26 U.S.C. §7701(a)(30) | "non-citizen national of the United States" per 8 U.S.C. §1408, 8 U.S.C. §1452 |
| A Constitutional Union state | Constitutional "citizen of the United States" per 14th Amendment; "national" of the United States of America per 8 U.S.C. §1101(a)(21); "alien" per 8 U.S.C. §1101(a)(3) | "resident" (alien) per 26 U.S.C. §7701(b)(1)(A); "United States person" per 26 U.S.C. §7701(a)(30) | "nonresident alien" per 26 U.S.C. §7701(b)(1)(B) |
| A foreign country | Foreign "national" per 8 U.S.C. §1101(a)(21); "alien" per 8 U.S.C. §1101(a)(3) | "resident" (alien) per 26 U.S.C. §7701(b)(1)(A); "United States person" per 26 U.S.C. §7701(a)(30) | "nonresident alien" per 26 U.S.C. §7701(b)(1)(B) |

2. The table below describes the affect that changes in domicile have on citizenship status in the case of both "foreign nationals" and "domestic nationals". A "domestic national" is anyone who was born anywhere within any one of the 50 states on nonfederal land or who was born in any territory or possession of the United States. A "foreign national" is someone who was born anywhere outside of these areas.

## Table 2: Effect of domicile on citizenship status

| Description | CONDITION | | |
|---|---|---|---|
| | Domicile WITHIN the FEDERAL ZONE and located in FEDERAL ZONE | Domicile WITHIN the FEDERAL ZONE and temporarily located abroad in foreign country | Domicile WITHOUT the FEDERAL ZONE and located WITHOUT the FEDERAL ZONE |
| Location of domicile | "United States" per 26 U.S.C. §§7701(a)(9) and (a)(10), 7701(a)(39), 7408(d) | "United States" per 26 U.S.C. §§7701(a)(9) and (a)(10), 7701(a)(39), 7408(d) | Without the "United States" per 26 U.S.C. §7701(a)(9) and (a)(10), 7701(a)(39), 7408(d) |
| Physical location | Federal territories, possessions, and the District of Columbia | Foreign nations ONLY (NOT states of the Union, federal territories, or possessions) | Foreign nations<br>States of the Union<br>Federal possessions |
| Tax Status | "U.S. Person" 26 U.S.C. §7701(a)(30) | "U.S. Person" 26 U.S.C. §7701(a)(30) | "Nonresident alien" 26 U.S.C. §7701(b)(1)(B) |
| Tax form(s) to file | IRS Form 1040 | IRS Form 1040 plus 2555 | IRS Form 1040NR: "alien individuals", "nonresident alien individuals"<br>No filing requirement: "nonresident alien NON-individual" |
| Status if "national of the United States***" per 8 U.S.C. §1101(a)(22) | Citizen 8 U.S.C. §1401 (Not required to file if physically present in the "United States" because no statute requires it) | Citizen abroad 26 U.S.C. §911 (Meets presence test) | "non-citizen National" 8 U.S.C. §1101(a)(22)(B)<br>8 U.S.C. §1408<br>8 U.S.C. §1452 |
| Status if FOREIGN or U.S.A. "national" pursuant to 8 U.S.C. §1101(a)(21) | "Resident alien" 26 U.S.C. §7701(b)(1)(A) | "Resident alien abroad" 26 U.S.C. §911 (Meets presence test) | "Nonresident alien individual" if a public officer in the U.S. government. 26 C.F.R.§1.1441-1(c )(3)(ii)<br>"Nonresident alien NON-individual" if NOT a public officer in the U.S. government. |

NOTES:
1. "United States" is defined as federal territory within 26 U.S.C. §§7701(a)(9) and (a)(10), 7701(a)(39), and 7408(d), and 4 U.S.C. §110(d). It does not include any portion of a Constitutional state of the Union.
2. The "District of Columbia" is statutorily defined as a federal corporation but not a physical place, a "body politic", or a de jure "government" within the District of Columbia Act of 1871, 16 Stat. 419, 426, Sec. 34. See: *Corporatization and Privatization of the Government*, Form #05.024; http://sedm.org/Forms/FormIndex.htm.
3. "nationals" of the United States of America who are domiciled outside of federal jurisdiction, either in a state of the Union or a foreign country, are "nationals" but not "citizens" under federal law. They also qualify as "nonresident aliens" under 26 U.S.C. §7701(b)(1)(B). See sections 4.11.2 of the *Great IRS Hoax* for details.
4. Temporary domicile in the middle column on the right must meet the requirements of the "Presence test" documented in IRS publications.
5. "FEDERAL ZONE"=District of Columbia and territories of the United States in the above table
6. The term "individual" as used on the IRS form 1040 means an "alien" engaged in a "trade or business". All "taxpayers" are "aliens" engaged in a "trade or business". This is confirmed by 26 C.F.R.§1.1441-1(c )(3), 26 C.F.R.§1.1-1(a)(2)(ii), and 5 U.S.C. §552a(a)(2). Statutory "U.S. citizens" as defined in 8 U.S.C. §1401 are not "individuals" unless temporarily abroad pursuant to 26 U.S.C. §911 and subject to an income tax treaty with a foreign country. In that capacity, statutory "U.S. citizens" interface with the I.R.C. as "aliens" rather than "U.S. citizens" through a tax treaty with a foreign country.

3. The following table describes the definition of various terms used on this form and in other contexts.

**Table 3: Summary of meaning of various terms and the contexts in which they are used**

| Law | Federal constitution | Federal statutes | Federal regulations | State constitutions | State statutes | State regulations |
|---|---|---|---|---|---|---|
| Author | Union States/ "We The People" | Federal Government | | "We The People" | State Government | |
| "state" | Foreign country | Union state or foreign country | Union state or foreign country | Other Union state or federal government | Other Union state or federal government | Other Union state or federal government |
| "State" | Union state | Federal state | Federal state | Union state | Union state | Union state |
| "in this State" or "in the State"[1] | NA | NA | NA | NA | Federal enclave within state | Federal enclave within state |
| "State"[2] (State Revenue and taxation code only) | NA | NA | NA | NA | Federal enclave within state | Federal enclave within state |
| "several States" | Union states collectively[3] | Federal "States" collectively | Federal "States" collectively | Federal "States" collectively | Federal "States" collectively | Federal "States" collectively |
| "United States" | states of the Union collectively | Federal United States** | Federal United States** | United States* the country | Federal United States** | Federal United States** |

*What the above table clearly shows is that the word "State" in the context of federal statutes and regulations means (not includes) federal States only under <u>Title 48 of the U.S. Code</u>[4], and these areas do not include any of the 50 Union States. This is true in <u>most cases and especially in the Internal Revenue Code</u>. In the context of the above, a "Union State" means one of the 50 Union states of the United States* (the country, not the federal United States**), which are sovereign and foreign with respect to federal legislative jurisdiction.*

4. The following table starting on the next page describes the relationship of citizenship to tax status in the context of this form.

---

[1] See California Revenue and Taxation Code, section 6017

[2] See California Revenue and Taxation Code, section 17018

[3] See, for instance, U.S. Constitution Article IV, Section 2.

[4] See http://www4.law.cornell.edu/uscode/48/

**Table 4:  "Citizenship status" vs. "Income tax status"**

| # | Citizenship status | Place of birth | Domicile | Accepting tax treaty benefits? | Defined in | Tax Status under 26 U.S.C./Internal Revenue Code | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | "Citizen" (defined in 26 C.F.R.1.1-1) | "Resident alien" (defined in 26 U.S.C. §7701(b)(1)(A), 26 C.F.R.§1.1441-1(c)(3)(i) and 26 C.F.R.§1.1-1(a)(2)(ii)) | "Nonresident alien INDIVIDUAL" (defined in 26 C.F.R.§1.1441-1(c)(3)) | "Nonresident alien NON-individual" (defined in 26 U.S.C. §7701(b)(1)(B)) |
| 1 | "U.S. citizen" or "Statutory U.S. citizen" | Statutory "United States" pursuant to 8 U.S.C. §1101(a)(38), (a)(36) and 8 C.F.R. §215.1(f) or in the "outlying possessions of the United States" pursuant to 8 U.S.C. §1101(a)(29) | District of Columbia, Puerto Rico, Guam, Virgin Islands | NA | 8 U.S.C. §1401; 8 U.S.C §1101(a)(22)(A) | Yes (only pay income tax abroad with IRS Forms 1040/2555. See Cook v. Tait, 265 U.S. 47 (1924)) | No | No | No |
| 2 | "U.S. national" | Statutory "United States" pursuant to 8 U.S.C. §1101(a)(38), (a)(36) and 8 C.F.R. §215.1(f) or in the "outlying possessions of the United States" pursuant to 8 U.S.C. §1101(a)(29) | American Samoa; Swain's Island; or abroad to U.S. national parents under 8 U.S.C. §1408(2) | NA | 8 U.S.C. §1408 8 U.S.C. §1101(a)(22)(B); 8 U.S.C. §1452 | No (see 26 U.S.C. §7701(b)(1)(B)) | No | Yes (see IRS Form 1040NR for proof) | No |
| 3.1 | "U.S.A. "national" or "state national" or "Constitutional but not statutory U.S. citizen" | Constitutional Union state | State of the Union | NA (ACTA agreement) | 8 U.S.C. §1101(a)(21); 14th Amend. Sect.1 | No | No | No | Yes |
| 3.2 | "U.S.A. "national" or "state national" or "Constitutional but not statutory citizen" | Constitutional Union state | Foreign country | Yes | 8 U.S.C. §1101(a)(21); 14th Amend. Sect.1 | No | No | Yes | No |
| 3.3 | "U.S.A. national" or "state national" or "Constitutional but not statutory citizen" | Constitutional Union state | Foreign country | No | 8 U.S.C. §1101(a)(21); 14th Amend. Sect.1 | No | No | No | Yes |
| 3.4 | "U.S.A. national" or "state national" or "Constitutional but not statutory citizen" | Constitutional Union state | Puerto Rico, Guam, Virgin Islands, Commonwealth of Northern Mariana Islands | NA (ACTA agreement) | 8 U.S.C. §1101(a)(3); 8 U.S.C. §1101(a)(21); 14th Amend. Sect.1 | No | Yes | No | No |

| # | Citizenship status | Place of birth | Domicile | Accepting tax treaty benefits? | Defined in | Tax Status under 26 U.S.C./Internal Revenue Code | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | "Citizen" (defined in 26 C.F.R.1.1-1) | "Resident alien" (defined in 26 U.S.C. §7701(b)(1)(A), 26 C.F.R.§1.1441-1(c)(3)(i) and 26 C.F.R.§1.1-1(a)(2)(ii)) | "Nonresident alien INDIVIDUAL" (defined in 26 C.F.R.§1.1441-1(c)(3)) | "Nonresident alien NON-individual" (defined in 26 U.S.C. §7701(b)(1)(B)) |
| 4.1 | "alien" or "Foreign national" | Foreign country | Puerto Rico, Guam, Virgin Islands, Commonwealth of Northern Mariana Islands | NA | 8 U.S.C. §1101(a)(21); 8 U.S.C. §1101(a)(3) | No | Yes | No | No |
| 4.2 | "alien" or "Foreign national" | Foreign country | State of the Union | Yes | 8 U.S.C. §1101(a)(21) | No | No | Yes | No |
| 4.3 | "alien" or "Foreign national" | Foreign country | State of the Union | No | 8 U.S.C. §1101(a)(21) | No | No | No | Yes |
| 4.4 | "alien" or "Foreign national" | Foreign country | Foreign country | Yes | 8 U.S.C. §1101(a)(21) | No | No | Yes | No |
| 4.5 | "alien" or "Foreign national" | Foreign country | Foreign country | No | 8 U.S.C. §1101(a)(21) | No | No | No | Yes |

NOTES:
1. Domicile is a prerequisite to having any civil status per Federal Rule of Civil Procedure 17. One therefore cannot be a statutory "alien" under 8 U.S.C. §1101(a)(3) without a domicile on federal territory. Without such a domicile, you are a transient foreigner and neither an "alien" nor a "nonresident alien".
2. "United States" is described in 8 U.S.C. §1101(a)(38), (a)(36) and 8 C.F.R. §215.1(f) and includes only federal territory and possessions and excludes all Constitutional Union states. This is a product of the separation of powers doctrine that is the heart of the United States Constitution.
3. A "nonresident alien individual" who has made an election under 26 U.S.C. §6013(g) and (h) to be treated as a "resident alien" is treated as a "nonresident alien" for the purposes of withholding under I.R.C. Subtitle C but retains their status as a "resident alien" under I.R.C. Subtitle A. See 26 C.F.R. §1.1441-1(c)(3)(ii).
4. A "non-individual" is really just a transient foreigner who is not "purposefully availing themselves" of commerce within the legislative jurisdiction of the United States on federal territory under the Foreign Sovereign Immunities Act, 28 U.S.C. Chapter 97. The real transition from a "NON-individual" to an "individual" occurs when one:
    4.1. "Purposefully avails themself" of commerce on federal territory and thus waives sovereign immunity. Examples of such purposeful availment are the next three items.
    4.2. Lawfully and consensually occupying a public office in the U.S. government and thereby being an "officer and individual" as identified in 5 U.S.C. §2105(a). Otherwise, you are PRIVATE and therefore beyond the civil legislative jurisdiction of the national government.
    4.3. Voluntarily files an IRS Form 1040 as a citizen or resident abroad and takes the foreign tax deduction under 26 U.S.C. §911. This too is essentially an act of "purposeful availment". Nonresidents are not mentioned in section 911.   The upper left corner of the form identifies the filer as a "U.S. individual".  You cannot be an "U.S. individual" without ALSO being an "individual".  All the "trade or business" deductions on the form presume the applicant is a public officer, and therefore the "individual" on the form is REALLY a public officer in the government and would be committing FRAUD if he or she was NOT.
    4.4. VOLUNTARILY fills out an IRS Form W-7 ITIN Application (IRS identifies the applicant as an "individual") AND only uses the assigned number in connection with their compensation as an elected or appointed public officer.  Using it in connection with PRIVATE earnings is FRAUD.
5. What turns a "nonresident alien NON-individual" into a "nonresident alien individual" is meeting one or more of the following two criteria found in 26 C.F.R. §1.1441-1(c)(3)(ii):
    5.1. Residence/domicile in a foreign country under the residence article of an income tax treaty and 26 C.F.R. §301.7701(b)-7(a)(1).
    5.2. Residence/domicile as an alien in Puerto Rico, Guam, the Commonwealth of Northern Mariana Islands, the U.S. Virgin Islands, or American Samoa as determined under 26 C.F.R. §301.7701(b)-1(d).
6. All "taxpayers" are STATUTORY "aliens" or "nonresident aliens".  The definition of "individual" found in 26 C.F.R. §1.1441-1(c)(3) does NOT include "citizens".  The only occasion where a "citizen" can also be an "individual" is when they are abroad under 26 U.S.C. §911 and interface to the I.R.C. under a tax treaty with a foreign country as an alien pursuant to 26 C.F.R. §301.7701(b)-7(a)(1)

*And when he had come into the house, Jesus anticipated him, saying, "What do you think, Simon? From whom do the kings [governments] of the earth [lawfully] take customs or taxes, from their sons [citizens and subjects] or from strangers ["aliens", which are synonymous with "residents" in the tax code, and exclude "citizens"]?"*
*Peter said to Him, "From strangers ["aliens"/"residents"] ONLY. See 26 C.F.R. §1.1-1(a)(2)(ii) and 26 C.F.R. §301.6109-1(d)(3)]."*
*Jesus said to him, "Then the sons ["citizens" of the Republic, who are all sovereign "nationals" and "nonresident aliens" under federal law] are free [sovereign over their own person and labor.  e.g. SOVEREIGN IMMUNITY].  "*
*[Matt. 17:24-27, Bible, NKJV]*

Table 5: Citizenship Status on Government Forms

| # | Citizenship status | Place of birth | Domicile | Defined in | Social Security NUMIDENT Status | Status on Specific Government Forms | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Social Security SS-5 | IRS Form W-8 Block 3 | Department of State I-9 | E-Verify System |
| 1 | "U.S. citizen" or "Statutory U.S. citizen" | Statutory "United States" pursuant to 8 U.S.C. §1101(a)(38), (a)(36) and 8 C.F.R. §215.1(f) or in the "outlying possessions of the United States" pursuant to 8 U.S.C. §1101(a)(29) | District of Columbia, Puerto Rico, Guam, Virgin Islands | 8 U.S.C. §1401; 8 U.S.C. §1101(a)(22)(A) | CSP=A | Block 5="U.S. Citizen" | Can't use Form W-8 | Section 1="A citizen of the United States" | See Note 1. |
| 2 | "U.S. national" | Statutory "United States" pursuant to 8 U.S.C. §1101(a)(38), (a)(36) and 8 C.F.R. §215.1(f) or in the "outlying possessions of the United States" pursuant to 8 U.S.C. §1101(a)(29) | American Samoa; Swains Island; or abroad to U.S. national parents under 8 U.S.C. §1408(2) | 8 U.S.C. §1101(a)(22)(B); 8 U.S.C. §1408; 8 U.S.C. §1452 | CSP=B | Block 5="Legal alien authorized to work. (statutory)" | "Nonresident NON-Individual Nontaxpayer" | Section 1="A noncitizen national of the United States" | See Note 1. |
| 3.1 | "U.S.A. national" or "state national" or "Constitutional but not statutory citizen" | Constitutional Union state | State of the Union | 8 U.S.C. §1101(a)(21); 8 U.S.C. §1101(a)(3); 14th Amend., Sect. 1 | CSP=B | Block 5="Legal alien authorized to work. (statutory)" | "Nonresident NON-Individual Nontaxpayer" | Section 1= "An alien authorized to work (statutory)" | See Note 1. |
| 3.2 | "U.S.A. national" or "state national" or "Constitutional but not statutory citizen" | Constitutional Union state | Foreign country | 8 U.S.C. §1101(a)(21); 8 U.S.C. §1101(a)(3); 14th Amend., Sect. 1 | CSP=B | Block 5="Legal alien authorized to work. (statutory)" | "Nonresident NON-Individual Nontaxpayer" | Section 1= "An alien authorized to work (statutory)" | See Note 1. |
| 3.3 | "U.S.A. national" or "state national" or "Constitutional but not statutory citizen" | Constitutional Union state | Foreign country | 8 U.S.C. §1101(a)(21); 8 U.S.C. §1101(a)(3); 14th Amend., Sect. 1 | CSP=B | Block 5="Legal alien authorized to work. (statutory)" | "Nonresident NON-Individual Nontaxpayer" | Section 1= "An alien authorized to work (statutory)" | See Note 1. |
| 3.4 | "U.S.A. national" or "state national" or "Constitutional but not statutory citizen" | Constitutional Union state | Puerto Rico, Guam, Virgin Islands, American Samoa, Commonwealth of Northern Mariana Islands | 8 U.S.C. §1101(a)(21); 8 U.S.C. §1101(a)(3); 14th Amend., Sect. 1 | CSP=B | Block 5="Legal alien authorized to work. (statutory)" | "Nonresident NON-Individual Nontaxpayer" | Section 1="A lawful permanent resident" OR "An alien authorized to work" | See Note 1. |

| # | Citizenship status | Place of birth | Domicile | Defined in | Social Security NUMIDENT Status | Status on Specific Government Forms | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Social Security SS-5 | IRS Form W-8 Block 3 | Department of State I-9 | E-Verify System |
| 4.1 | "alien" or "Foreign national" | Foreign country | Puerto Rico, Guam, Virgin Islands, American Samoa, Commonwealth of Northern Mariana Islands | 8 U.S.C. §1101(a)(21); 8 U.S.C. §1101(a)(3) | CSP=B | Block 5="Legal alien authorized to work. (statutory)" | "Nonresident NON-Individual Nontaxpayer" | Section 1="A lawful permanent resident" OR "An alien authorized to work" | See Note 1. |
| 4.2 | "alien" or "Foreign national" | Foreign country | State of the Union | 8 U.S.C. §1101(a)(21); 8 U.S.C. §1101(a)(3) | CSP=B | Block 5="Legal alien authorized to work. (statutory)" | "Nonresident NON-Individual Nontaxpayer" | Section 1="A lawful permanent resident" OR "An alien authorized to work" | See Note 1. |
| 4.3 | "alien" or "Foreign national" | Foreign country | State of the Union | 8 U.S.C. §1101(a)(21); 8 U.S.C. §1101(a)(3) | CSP=B | Block 5="Legal alien authorized to work. (statutory)" | "Nonresident NON-Individual Nontaxpayer" | Section 1="A lawful permanent resident" OR "An alien authorized to work" | See Note 1. |
| 4.4 | "alien" or "Foreign national" | Foreign country | Foreign country | 8 U.S.C. §1101(a)(21); 8 U.S.C. §1101(a)(3) | CSP=B | Block 5="Legal alien authorized to work. (statutory)" | "Nonresident NON-Individual Nontaxpayer" | Section 1="A lawful permanent resident" OR "An alien authorized to work" | See Note 1. |
| 4.5 | "alien" or "Foreign national" | Foreign country | Foreign country | 8 U.S.C. §1101(a)(21); 8 U.S.C. §1101(a)(3) | CSP=B | Block 5="Legal alien authorized to work. (statutory)" | "Nonresident NON-Individual Nontaxpayer" | Section 1="A lawful permanent resident" OR "An alien authorized to work" | See Note 1. |

NOTES:
1. "United States" is described in 8 U.S.C. §1101(a)(38), (a)(36) and 8 CFR §215.1(f) and includes only federal territory and possessions and excludes all Constitutional Union states. This is a product of the separation of powers doctrine that is the heart of the United States Constitution.
2. E-Verify CANNOT be used by those who are a NOT lawfully engaged in a public office in the U.S. government at the time of making application. Its use is VOLUNTARY and cannot be compelled. Those who use it MUST have a Social Security Number or Taxpayer Identification Number and it is ILLEGAL to apply for, use, or disclose said number for those not lawfully engaged in a public office in the U.S. government at the time of application. See:

| *Why It is Illegal for Me to Request or Use a "Taxpayer Identification Number"*, Form #04.205 |
|---|
| http://sedm.org/Forms/FormIndex.htm |

3. For instructions useful in filling out the forms mentioned in the above table, see:
   3.1. Social Security Form SS-5:

| *Why You Aren't Eligible for Social Security*, Form #06.001 |
|---|
| http://sedm.org/Forms/FormIndex.htm |

   3.2. IRS Form W-8:

| *About IRS Form W-8BEN*, Form #04.202 |
|---|
| http://sedm.org/Forms/FormIndex.htm |

   3.3. Department of State Form I-9:

| *I-9 Form Amended*, Form #06.028 |
|---|
| http://sedm.org/Forms/FormIndex.htm |

   3.4. E-Verify:

*About E-Verify,* Form #04.107
http://sedm.org/Forms/FormIndex.htm

## SECTION 5:  RESOLVING DISPUTES OVER MY STATUS BY THE RECIPIENT OF THIS FORM

If the recipient disputes my status as documented or denies my eligibility for a U.S.A. (not "U.S.") Passport, then please also accompany your response with the answers to the following questions:

1.  If you want to assert that the perjury statement "without the United States" under 28 U.S.C. §1746(1) is in error, please show me a definition of "United States" within Title 8 of the U.S. Code that expressly *includes* the exclusive jurisdiction of any state of the Union.  8 U.S.C. §1101(a)(36) defines the term "State" as EXCLUDING states of the Union.
2.  Which of the following two "U.S. citizen" statuses are you attributing to me, keeping in mind that they are MUTUALLY EXCLUSIVE jurisdictions and statuses?:
    a.   A statutory "citizen and national of the United States" pursuant to 8 U.S.C. §1401?
    b.   A constitutional and NOT statutory "citizen of the United States" described in Fourteenth Amendment Section 1 or "Citizen" found in Article 1, Section 2, Clause 3?
3.  What definition of "subject to THE jurisdiction of the United States" are you implying, and what is the legal basis for your assertion?:
    a.   Subject to the POLITICAL and NOT LEGISLATIVE jurisdiction.
    b.   Subject to the POLITICAL AND LEGISLATIVE jurisdiction.
    NOTE:   The U.S. Supreme Court indicated that the phrase "subject to THE jurisdiction" found in the constitution means the POLITICAL and not LEGISLATIVE jurisdiction, and simply implies allegiance, nationality, and membership in a nation but not municipal domicile on federal territory or being subject to federal civil statutory law.  See and rebut the following within 30 days or you agree with me on this subject:
    *Why You are a "national", "state national", and Constitutional but not Statutory Citizen*, Form #05.006, Section 15.3
    http://sedm.org/Forms/FormIndex.htm
4.  Allegiance:
    a.   You want to say I "OWE allegiance", but where is my consent involved?  The Declaration of Independence says our system of government is based on CONSENT OF THE GOVERNED, and I will not allow you to detach the requirement for consent from the relationship you have with me AT ANY TIME or under ANY CIRCUMSTANCE.
    b.   Which "United States" do I "OWE" allegiance to:  1.  The GOVERNMENT; 2.  The people in each of the sovereign states of the Union as SOVEREIGNS and INDIVIDUALS?  The Bible says in Gal. 5:14 to love my neighbor, not to love any civil ruler or government.  As a matter of fact, it says NOT to love but to FEAR civil rulers.

    > *"There is no such thing as a power of inherent sovereignty in the government of the United States .... In this country sovereignty resides in the people, and Congress can exercise no power which they have not, by their Constitution entrusted to it: All else is withheld."*
    > *[Julliard v. Greenman: 110 U.S. 421, (1884)]*

    c.   Will you respect my right to choose WHEN or IF I want to be protected and therefore "governed" while abroad and when I DON'T want to be protected or governed?  Isn't our system of government based on "consent of the governed"?  I am willing to pay for protection WHEN I ASK FOR IT IN WRITING, but I won't leave it up to someone ELSE to decide when or if I want it and whether I am liable to pay for that which I not only don't classify as protection, but instead regard as slavery, terrorism, and a "protection racket".
    d.   How can I "OWE allegiance" to anyone as compensation for protection that I don't want and don't need and regard as an INJURY and not "protection"?

    > *"Owe no one anything except to love one another, for he who loves another has fulfilled the law."*
    > *[Rom. 13:8, Bible, NKJV]*

    The courts have ruled that you can't sue the government for failing to protect you, so how is there "consideration" that could create a binding protection contract?  See:
    *Do You Have a Right to Police Protection?*
    http://famguardian.org/Subjects/Crime/Articles/PoliceProtection.htm
    e.   Do I have the right to decide WHEN I have "allegiance" and when I don't?  It seems to me that as long as I don't have allegiance to a foreign or competing power, then there shouldn't be a problem with serving two masters.
    f.   Can I decide that I don't have allegiance to the "United States" under certain specified conditions such as when I am abroad or when it COSTS me money to protect me?
5.  Which one of the three definitions of the "United States" within the term "U.S. citizen" are you assuming or referring to that are specifically identified by the U.S. Supreme Court in Hooven and Allison v. Evatt?  You can ONLY choose one and not multiple.

    > *"The term 'United States' may be used in any one of several senses. It may be merely the name of a sovereign occupying the position analogous to that of other sovereigns in the family of nations. It may designate the territory over which the sovereignty of the United States extends, or it may be the collective name of the states which are united by and under the Constitution."*
    > *[Hooven & Allison Co. v. Evatt, 324 U.S. 652 (1945) ]*

Below is a summary of each of the contexts indicated above.  Please identify the **SPECIFIC NUMBER** from the table below that you mean by "U.S." within the term "U.S. citizen" as used on the DS-11 passport application.  Please choose ONLY ONE number:

Table 6:  Meanings assigned to "United States" by the U.S. Supreme Court in Hooven &  Allison v. Evatt

| # | U.S. Supreme Court Definition of "United States" in Hooven | Context in which usually used | Referred to in this article as | Interpretation |
|---|---|---|---|---|
| 1 | "It may be merely the name of a sovereign occupying the position analogous to that of other sovereigns in the family of nations." | International law | "United States*" | "'These united States,' when traveling abroad, you come under the jurisdiction of the President through his agents in the U.S. State Department, where "U.S." refers to the sovereign society. You are a "Citizen of the United States" like someone is a Citizen of France, or England.  We identify this version of "United States" with a single asterisk after its name:  "United States*" throughout this article. |
| 2 | "It may designate the territory over which the sovereignty of the United States extends, or" | "National government" Federal law Federal forms Federal territory ONLY and no part of any state of the Union | "United States**" | "The United States (the District of Columbia, possessions and territories)".  In this sense, the term "United States" is a singular noun.  You are a person residing in the District of Columbia, one of its Territories or Federal areas (enclaves).  Hence, even a person living in the one of the sovereign States could still be a member of the Federal area and therefore a "citizen of the United States."  This is the definition used in most "Acts of Congress" and federal statutes.   We identify this version of "United States" with two asterisks after its name:  "United States**" throughout this article.  This definition is also synonymous with the "United States" corporation found in 28 U.S.C. §3002(15)(A). |
| 3 | "...as the collective name for the states which are united by and under the Constitution." | "Federal government" States of the Union and NO PART of federal territory Constitution of the United States | "United States***" | "The several States which is the united States of America."  Referring to the 50 sovereign States, which are united under the Constitution of the United States of America.  The federal areas within these states are not included in this definition because the Congress has exclusive legislative authority over these federal enclaves since the state legislatures have ceded jurisdiction over these areas to the federal government for the 'Erection of Forts, Magazines, Arsenals, dockyards, and other needful Buildings', in accordance to Article I, Section 8, Clause 17 of the Constitution.".  Rights are retained by the States in the 9th and 10th Amendments, and you are a "Citizen of these united States."  This is the definition used in the Constitution for the United States of America.  We identify this version of "United States" with a three asterisks after its name:  "United States***" throughout this article. |

## SECTION 6: DEFINITIONS APPLYING TO ATTACHED DS-11 or DS-82 FORM AND THIS FORM

The following definitions are presumed and established for all terms used on the attached U.S. Department of State DS-11 and DS-82 form. The First Amendment gives me a right to freely communicate with my government, and implicit in that right is the right to define the meaning of all the words I am using on government forms so as to avoid and prevent introducing or encouraging any presumptions that might prejudice my Constitutionally guaranteed rights or sovereignty:

1. "Protection"=the type of protection associated with the passport being requested consists entirely and ONLY of:
   1.1. NOT being hindered when exercising my Constitutional and inalienable and natural right to travel.
   1.2. NOT being subject to any federal law or "Act of Congress" while abroad.
   1.3. Being a nonresident but not a "person", "individual", "citizen", or "taxpayer" in relation to the "United States" as defined in all federal statutory law.
   Any deviation from this definition, attempt to enforce federal law against me, change my status to anything other than defined herein, or interfere with my inalienable right to travel shall not only NOT be defined as "protection", but instead shall be defined as an international terrorism, an injury to me and my private property, and a tort.

2. "penalty of perjury"=means penalty of perjury from WITHOUT the "United States" (federal zone/territory) and from within the "United States of America" as described in 28 U.S.C. §1746(1). All forms submitted are signed OUTSIDE the statutory "United States" (federal territory). Their accuracy is only subject to penalty of perjury in a court of a state of the Union and no federal court, where a jury of people who are not participating in any federal "benefit" program presides and issues the penalty.

3. "Permanent address"=the place of domicile of the applicant, which in turn is defined in SECTION 2 above.

4. "residence"=the place of permanent abode for ONLY a statutory but not constitutional "alien" identified in 26 U.S.C §7701(b)(1)(A) and who is PHYSICALLY PRESENT and DOMICILED within federal territory. This is confirmed by 26 C.F.R.§1.871-2. Does not include those domiciled within constitutional states of the Union.

5. "United States"= For the purposes of this application only, it means the collective states of the Union under the Constitution and excludes federal territories, possessions, and the District of Columbia, and every definition of "United States" used in federal statutory law. For the purposes of most federal forms and statutory law, however, it ordinarily means the corporation defined in 28 U.S.C. §3002(15)(A). It's territorial extent includes the territories and insular possessions defined in Title 48 of the U.S. Code and excludes any part of a state of the Union not owned by and ceded to the government of the United States and under the exclusive jurisdiction of said state.

6. "United States of America"=The Union of sovereign and independent states created by the Constitution of the United States of America, ratified in 1789. The term "States" as used in "United States of America" means the "States" described in that constitution.

7. "U.S. citizen"=This term is nowhere statutorily defined in Title 8 of the U.S. Code, and therefore its meaning is DELIBERATELY ambiguous so as to grant UNWARRANTED discretion to government agencies and franchise judges in PLUNDERING the populace with their "presumptions". For the purposes of this passport application, it shall be defined to mean the person whose citizenship is that defined in SECTION 1 above and whose domicile is that defined in SECTION 2 of this form. This "person" is NOT that defined or referenced in 8 U.S.C. §1401, 26 U.S.C. §3121(e), 28 U.S.C. §1603(b)(3), or 26 C.F.R.§1.1-1(c ), which is described as a statutory "citizen and national of the United States", which person is born anywhere in the "United States" (federal territory) pursuant to 8 U.S.C. §1101(a)(38) or the "outlying possession of the United States" pursuant to 8 U.S.C. §1101(a)(29). States of the Union are NOT federal territory.

   > *"Territories' or 'territory' as including 'state' or 'states." While the term 'territories of the* United States *may, under certain circumstances, include the states of the Union, as used in the federal Constitution and in ordinary acts of congress "territory" does not include a* foreign state."*
   > *[86 C.J.S. (Corpus, Juris, Secundum, Legal Encyclopedia), Territories, Section 1]*

   Regardless of what is checked in block 10 for the citizenship of my parents, it shall mean that they have the citizenship status described in Section 1 and the domicile described in Section 2. Checking "yes" in block 10 shall be an indication on my part that I am being threatened, coerced, and denied a right by the passport agent by being forced to misrepresent the status of my parents in exchange for the "privilege" of receiving a passport.

8. "U.S. citizenship"="nationality" and the condition of being a United States of America "national" as defined in 8 U.S.C. §1101(a)(21). Excludes:
   8.1. "citizens and nationals of the United States" defined in 8 U.S.C. §1401.
   8.2. "non-citizen national of the United States" as defined in 8 U.S.C. §1408, 8 U.S.C. §1452, and 8 U.S.C. §1101(a)(22)(B).
   8.3. "U.S. citizen" mentioned in any federal form, statute, or regulation, including but not limited to 26 U.S.C. §3121(e), 26 C.F.R.§1.1-1(c ), and 8 U.S.C. §1401.

9. "State"=the entity defined in 4 U.S.C. §110(d) as a territory or possession of the United States. Excludes Constitutional states of the Union, which are called "states" within this document and the attached application.

10. "citizenship"="nationality". A "national", which is a human being having "nationality", is statutorily defined in 8 U.S.C. §1101(a)(21) as a person owing allegiance to a "state", which state, because it is not capitalized, is legislatively a "foreign state" for the purposes of federal legislative jurisdiction. This term does NOT imply a domicile within the statutory "United States" (federal territory) but that the person referred to was either born or naturalized to become a political member of the Union described in the Constitution of the United States of America. This person is in no way subject to any of the civil laws of the "United States", but rather "owes allegiance" to the Union created by the Constitution of the United States of America, which Union consists of the sovereigns it was created to SERVE, We the People, and in no respect includes the corporation or "government" created and appointed to serve and protect them called the "United States".

11. Use of two letter state abbreviation codes: Use of any two letter state abbreviation on the attached passport application shall indicate and mean ONLY a Constitutional "State" and exclude any and all statutory "States" as used or referred to in any federal statutory law.

12. Use of zip codes: Use of zip codes on the attached passport application shall mean NEAR but not WITHIN federal territory or jurisdiction.

For additional definitions of terms not mentioned here or for further clarification of my citizenship status or if you disagree with any portion of this section, please refer to and rebut the following form, and especially section 7:

*Why You are a "national", "state national", and Constitutional but not Statutory Citizen*, Form #05.006; http://sedm.org/Forms/FormIndex.htm

## SECTION 7: SOCIAL SECURITY NUMBERS, PRIVACY, AND RESERVATION OF RIGHTS

Per the Privacy Act, 5 U.S.C. §552a Legislative Notes:

1. It is UNLAWFUL to deny anyone any right by virtue of a failure to disclose a Social Security Number.
2. Those demanding use of numbers have the burden of disclosing whether the use is VOLUNTARY or MANDATORY, and the statute MAKING IT MANDATORY for those WITH MY STATUS.

26 U.S.C, §6039E is a provision of the I.R.C. that, like everything else in the I.R.C., only pertains to statutory "taxpayers". I am NOT a statutory "taxpayer" and therefore not the subject of this provision, nor do I authorize or empower you to make any legal determinations about my status under any provision of federal law. You must accept whatever I tell you about my status under penalty of perjury on the attached DS-11 or DS-82 form and this mandatory attachment.

> "Revenue Laws relate to taxpayers [officers, employees, and elected officials of the Federal Government] and not to non-taxpayers [American Citizens/American Nationals not subject to the exclusive jurisdiction of the Federal Government]. The latter are without their scope. No procedures are prescribed for non-taxpayers and no attempt is made to annul any of their Rights or Remedies in due course of law. With them [non-taxpayers] Congress does not assume to deal and they are neither of the subject nor of the object of federal revenue laws."
> [Economy Plumbing & Heating v. U.S., 470 F2d. 585 (1972)]

Pursuant to 26 C.F.R.§301.6109-1(b), "Taxpayer Identification Numbers (TIN)" may only be used by statutory "U.S. persons" as defined in 26 U.S.C. §7701(a)(30) or "nonresident alien individuals". I am not and never have been a statutory "U.S. person" as defined in 26 U.S.C. §7701(a)(30) because I do not now maintain and never have maintained a domicile or "residence" in the "United States" as defined in 26 U.S.C. §7701(a)(9) and (a)(10) and 4 U.S.C. §110(d). I am also not a "nonresident alien individual" because not engaged in a public office per 5 U.S.C. §2105(a). Per the U.S. Supreme Court, Congress has NO JURISDICTION over private conduct or private human beings, but only public officers or agents, of which I am not in this case. Since I am NEITHER a statutory "U.S. person" nor a "nonresident alien individual", then I would be committing fraud to either obtain or to use a Taxpayer Identification Number from the IRS or to use an SSN in place of a TIN. All "taxpayers" as defined in 26 U.S.C. §7701(a)(14) are in fact public officers within the U.S. government and I do not consent to act as a public officer now or at any time, and would be committing the crime of impersonating a public officer in violation of 18 U.S.C. §912 to provide or use a "Taxpayer Identification Number" as defined in 26 U.S.C. §6109.

Those who are "nonresident aliens", not constitutional "aliens", and not engaged in the "trade or business" franchise such as myself are not required to have or to use Social Security Numbers in connection with any financial arrangement or transaction pursuant to the following and also 31 C.F.R.§103.34(a)(3):

> *31 C.F.R.§306.10*
>
> [2] *Taxpayer identifying numbers are not required for foreign governments, nonresident aliens not engaged in trade or business within the United States, international organizations and foreign corporations not engaged in trade or business and not having an office or place of business or a financial or paying agent within the United States, and other persons or organizations as may be exempted from furnishing such numbers under regulations of the Internal Revenue Service.*

The recipient of this form is also reminded that Social Security Numbers and social security cards are the property of the U.S. government and must be returned upon request per the back of the card and 20 C.F.R.§422.103(d). As "public property", SSNs and Social Security Cards may only lawfully be used in the conduct of *official U.S. government duties of a "public officer" while on duty*. This is confirmed by 5 U.S.C. §552a(a)(13), which says that all those entitled to receive any deferred retirement benefit are "federal personnel". It constitutes embezzlement in violation of 18 U.S.C. §641 to use such "public property" as either a private person or in furtherance of a personal use or benefit. It is also criminal violation of 18 U.S.C. §912: Impersonating a public officer to falsely portray myself as a "public officer" in possession of said "public property" (the SSN or Social Security Card) while appearing as a *private human being but not statutory "person" or "individual"* such as at this time. If you are going to demand a number from a *private* rather than the public human being such as myself, then indirectly you also are asking me to voluntarily assume the duties of a public officer, in which case I demand compensation in the amount of any tax and penalty liabilities that might result PLUS $10,000 per hour. I don't work for free, what you call "benefits" and I classify as fraud, theft and extortion. I'm NOT your cheap harlot and I don't consent to tithe my labor or my property or my children to a state-sponsored religion called "socialism" or to condone your thievery. Are you willing to provide said compensation? If you do not answer, then you have withdrawn your offer of "employment" and agree that I am not your "employee" and that I retain ALL of my rights. The article below explains your state sponsored church that I won't join:

*Socialism: The New American Civil Religion*, Form #05.016; http://sedm.org/Forms/FormIndex.htm

I as a private human being and not statutory "person" at this time do not knowingly or consensually participate in Social Security or any other public "benefit" program and I am NOT and *never have been legally eligible to*. A compelled "benefit" is NOT a benefit, but *slavery* covertly disguised as public benevolence. This is exhaustively explained in the document below, which you are demanded to rebut in 30 days or forever be estopped from later challenging:

*Why You Aren't Eligible for Social Security*, Form #06.001;  http://sedm.org/Forms/FormIndex.htm

If the number "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" appears on the attached DS-11 or DS-82 form, then it means that I don't have a validly issued SSN. Consequently, I am not "federal personnel" as indicated in 5 U.S.C. §552a(a)(13).

If a number other than "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" was provided on the attached DS-11 or DS-82 form:

1. It was provided under unlawful duress because the agent accepting the form threatened to withhold issuance of the passport if I would not provide a number. It is a CRIME to compel the use of such numbers per 42 U.S.C. §408(a)(8).
2. The number shall be treated AS IF it were "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", regardless of what it says.
3. The acceptance agent, by instituting duress in compelling the use of government numbers, is attempting to convert constitutional rights into statutory privileges and franchises, which is a CRIMINAL CONSPIRACY against my rights punishable under 18 U.S.C. §241. Anyone who does any of the following is party to said conspiracy:

3.1.  Anyone he or she talked to about how to circumvent my attempts to avoid enumeration is party to said conspiracy.

3.2.  Anyone who fails or omits deliberately to prosecute the crimes indicated herein.

4.  The number provided is NOT the number described in 26 U.S.C. §6109, 20 C.F.R.§422.103(d), or any other federal law, statute, or regulation.  Hence, it is not subject to being either true, false, factual, or consistent with any record in possession of any government.  The clerk said it was their "POLICY" (not LAW, but POLICY) to require a number and could show me no law.  Well, if he or she can invent such policy, then I can INVENT a Nonstatutory number that conforms with the POLICY but also is equally not subject to or susceptible to the requirements of the law.  The constitution protects the equality of ALL PERSONS, and hence, I have the EQUAL right to make "POLICY" to counteract the DOS's policy to prevent injury to my own private rights.

5.  The applicant, being under unlawful, criminal duress, does not vouch for the accuracy of said number.  Instead, it is NONFACTUAL political beliefs and opinions that are not admissible as evidence in any legal proceeding and not legally actionable in any manner.

6.  The applicant does not "have" a number described in 26 U.S.C. §6109, 20 C.F.R.§422.103(d) and cannot legally "have" such a number.  One can only "have" something that they own and control.  I don't control the number because if I did, I could tell the government they CANNOT use it, so it must not be mine.  The notion of "property" implies the right to FORBID other people from using or benefitting from something so I must not "OWN" a government number.  Both the Social Security Card and 20 C.F.R.§422.103(d) say the card and the number belong to the GOVERNMENT and not the applicant, and therefore it is a legal and rational impossibility for me to "have" government property unless I am a public officer managing government property and serving in an official capacity.  In fact, I DO NOT consent to represent a public office in the government and it is a crime to unilaterally elect or appoint myself into such an office.  Furthermore, filling out an SS-5 form or W-9 form and asking for such a number cannot and does not CREATE any public office in the government and any attempt to use it for that purpose is a violation of 18 U.S.C. § 912.  It is acknowledged as a CRIME to use government property such as a statutory SSN or TIN for a private purpose or personal benefit.  Hence, the number provided MUST be described herein as NOT corresponding with anything described in any federal law and NOT to be used for any enforcement or government purpose because not connected with any existing application the government has ever received.

7.  The power to create is the power to define, and since I created the form being processed, then I am the only one who can define both the meaning or the intended meaning of every word or phrase on the form.  And I must do so in order to avoid being victimized by the self-serving presumptions of others or conferring undue discretion to a government bureaucrat or judge to INVENT a meaning I didn't intend.

If a Social Security Number other than "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" was provided on the application, recipient of this form is requested to prosecute the acceptance agent for compelled use of Social Security Numbers under 42 U.S.C. §408(a)(8), and identity theft under 42 U.S.C. §405(c)(2)(C)(i); 42 U.S.C. §408(a)(7); 18 U.S.C. §1028(a)(7); 18 U.S.C. §1028A for the commercial abuse of my identity for personal gain without my consent.

I reserve all my rights and waive none.  UCC 1-308 and its predecessor, UCC 1-207.  The Declaration of Independence says my rights are "Unalienable", which means they are INCAPABLE of being sold, bargained away, or transferred by any commercial or consensual process, including government franchises.  The ONLY method by which I waive any of my Constitutionally protected rights, including my privacy rights, is IN WRITING on a government form, where all rights surrendered by making said application for any benefit are explicitly and individually spelled out so as to give me the lawfully required "reasonable notice" of the specific conduct expected of me.

> *"Waivers of Constitutional rights not only must be voluntary, but must be knowing, intelligent acts done with sufficient awareness of the relevant circumstances and likely consequences."*
> *[Brady v. U.S., 397 U.S. 742 (1970)]*

> *"The rights of the individuals are restricted only to the extent that they have been voluntarily surrendered by the citizenship to the agencies of government."*
> *[City of Dallas v Mitchell, 245 S.W. 944]*

> *"The question of a waiver of a federally guaranteed constitutional right is, of course, a federal question controlled by federal law.  There is a presumption against the waiver of constitutional rights, see, e.g. Glasser v. United States, 315 U.S. 60, 70-71, 86 L.Ed. 680, 699, 62 S.Ct. 457, and for a waiver to be effective it must be clearly established that there was "an intentional relinquishment or abandonment of a known right or privilege." Johnson v. Zerbst, 304 U.S. 458, 464, 82 L.Ed. 1461, 1466; 58 S.Ct. 1019, 146 A.L.R. 357."*
> *[Brookhart v. Janis, 384 U.S. 1; 86 S.Ct. 1245; 16 L.Ed.2d 314 (1966)]*

I am not aware of any rights that I have voluntarily surrendered to any state government or the federal government.  If the recipient of this application disagrees, he is demanded to produce court-admissible evidence verified with a perjury oath of said waiver of Constitutional rights within 30 days, or forever be estopped from asserting any future right or claim against me.  If the government is similarly going to claim that it cannot be subject to a laches or equitable estoppel defense arising out of failure to provide demanded proof of surrender of right herein demanded because of the assertion of sovereign immunity, then the submitter claims the SAME right of sovereign immunity and hereby rescinds all past signatures on any government form OTHER than this one and retroactively withdraws his/her consent as Sovereign.  The U.S. government cannot exercise any power not entrusted and delegated to it by ME, and therefore can assert NO RIGHT that I myself do not have.

> *"Whatever these Constitutions and laws validly determine to be property, it is the duty of the Federal Government, through the domain of jurisdiction merely Federal, to recognize to be property.*

> *"And this principle follows from the structure of the respective Governments, State and Federal, and their reciprocal relations.  They are different agents and trustees of the people of the several States, appointed with different powers and with distinct purposes, but whose acts, within the scope of their respective jurisdictions, are mutually obligatory. "*
> *[Dred Scott v. Sandford, 60 U.S. 393 (1856)]*

I remind the recipient that in accordance with 22 U.S.C. §212, the only thing I am required to have is "allegiance" in order to obtain a United States of America ("U.S.A." and NOT "U.S.") passport and that this document constitutes court-admissible evidence of said allegiance.  The only kind of citizenship that carries with it ONLY "allegiance" is that of a "national" as described in 8 U.S.C. §1101(a)(21), which is what I claim to be.  Lack of allegiance is therefore the ONLY legitimate criteria for denying a person their BIRTHRIGHT of the issuance of a passport and any other criteria constitutes an interference with my right to travel.  I as a human being physically present on territory protected by the constitution at this time have a constitutional right to travel, and that failure to issue a passport shall be grounds for a lawsuit against the submitter for deprivation of rights protected by the Constitution.  I will not allow you to convert a right into a privilege that you can deny or control in order to destroy my sovereignty.

Any evidence you might be able to gather regarding government identifying numbers that might be in conflict with this section is a product of unlawful duress, threats, and coercion by agents and officers of the government and *not* my consent. Any attempt to connect me to any government franchise or license number to engage in a franchise such as a SSN or TIN as a precondition of approving this application and thereby compel the conversion of rights protected by the Constitution into statutory "privileges" and franchises shall constitute an act of extortion and a violation of my right to contract by the government and/or their acceptance agent.

## SECTION 8: REQUESTS FOR ADDITIONAL EVIDENCE SUPPORTING THE APPLICATION WILL BE DENIED

Dept. of State Form IN-709-01 indicates types of evidence that may or must be submitted in order to establish one's eligibility for a U.S.A. passport. For a copy of this form, see:

http://famguardian.org/Subjects/Taxes/Citizenship/PassportIdentList-20080207.pdf

This section discusses the legality of the form and the legal authority of the Dept. of State to ask for and receive the information requested by the form:

1.  The DOS Form IN-709-01 is not in compliance with the Paperwork Reduction Act, 44 U.S.C. Chapter 35, Subchapter I, which requires:
    1.1.  A valid OMB Control Number.
    1.2.  An indication of whether providing the information and all portions thereof is "voluntary" or "mandatory".
    1.3.  A regulation published in the Federal Register describing the regulation which gives rise to the collection of each piece of information requested.
    1.4.  If the information is to be shared with other agencies, the parties to whom it will be disclosed and the use to which the information will be put.
    1.5.  If the information requested will be used for criminal law enforcement, then a warning that you have a right to withhold the specific information that will be so used.
2.  Government forms which do not comply with the requirements of the Paperwork Reduction Act are referred to in said act as "bootleg forms" which the general public will not comply with. Your Dept. of State Form IN-709-01 fits that description and therefore I am not required to provide any of the information listed on it. 44 U.S.C. §3512 furthermore says that you can't penalize me for failure to comply with your collection of information. Such a penalty would include:
    2.1.  Denial of a passport, and especially without enjoining the legal reasons for doing so.
    2.2.  Delay in processing a passport.
    2.3.  Imposing additional forms and procedures for me to comply with that EVERYONE is not EQUALLY required to comply with.
    2.4.  Financially penalizing me for any aspect of the submission.
    2.5.  Refusing to refund application fees if you reject the application because of failure to disclose information.
3.  Warnings on the DOS Form IN-709-01 about possible delay in providing the passport requested simply amount to an unconstitutional bill of attainder, which is a penalty by other than a lawful court for the exercise of rights protected by the Constitution. I remind you that penalties are only authorized for federal franchises, and the exercise of my right to travel cannot lawfully be converted into a privilege subject to penalty, such as the delay threatened by you for a failure to disclose information that you can't even prove is necessary and which neither the forms nor regulations indicate is mandatory. I also do not consent to acquire any statutory status that would remove me from the protections of the United States Constitution.

    > *"It would be a palpable incongruity to strike down an act of state legislation which, by words of express divestment, seeks to strip the citizen of rights guaranteed by the federal Constitution, but to uphold an act by which the same result is accomplished under the guise of a surrender of a right in exchange for a valuable privilege which the state threatens otherwise to withhold. It is not necessary to challenge the proposition that, as a general rule, the state, having power to deny a privilege altogether, may grant it upon such conditions as it sees fit to impose. But the power of the state in that respect is not unlimited, and one of the limitations is that it may not impose conditions which require the relinquishment of Constitutional rights. If the state may compel the surrender of one constitutional right as a condition of its favor, it may, in like manner, compel a surrender of all. It is inconceivable that guaranties embedded in the Constitution of the United States may thus be manipulated out of existence."*
    > [Frost v. Railroad Commission, 271 U.S. 583, 46 S.Ct. 605 (1926)]

4.  None of the regulations under 22 C.F.R.Part 51 indicate the specific information that may be demanded on a passport application, nor do they confirm that any of the information requested on the form is even relevant or necessary. In point of fact, the ONLY thing you technically need in order to lawfully issue a passport is proof of allegiance, according to 22 U.S.C. §212. None of the information you request on the DOS Form IN-709-01 proves said allegiance other than a birth certificate, an affidavit or declaration from myself, and proof of allegiance from family members. Everything else is superfluous, materially irrelevant, and cannot and will not be provided.
5.  The DOS Form IN-709-01 asks for my history of residences and/or domicile. Nowhere in Title 8 of the U.S. Code or Title 22 of the CFR is domicile made a prerequisite for obtaining a passport. "Nationality" and not "domicile" is the only prerequisite for being eligible for a passport. Therefore it is irrelevant. As a Christian, I am not allowed to have a domicile or residence within the jurisdiction of any man-made government on earth and certainly won't cooperate with any effort not only to compel a domicile, but to place that domicile on federal territory not protected by the Constitution. This is exhaustively proven in the following form, which you are demanded to rebut within 30 days or be found in agreement and estoppel of:

    *Why Domicile and Becoming a "Taxpayer" Require Your Consent*, Form #05.002; http://sedm.org/Forms/FormIndex.htm
6.  The only law and the only government to which I may have a domicile or residence under God's law is God's government and the Kingdom of Heaven on Earth. See Phil. 3:20, Heb. 11:13, 1 Peter 2:1, James 4:4, Romans 12:2, 1 John 2:15, John 15:8-25. The Bible says that God owns the Heavens and the Earth, which leaves *nothing* left for Caesar to rule or govern. See Psalm 89:11-13, Isaiah 45:12, Deut. 10:14. Would you please explain to me what is *left* for Caesar to rule or govern if we are to render to Caesar that which is Caesar's and the Bible says that *EVERYTHING* belongs to God? Christians are commanded to render to Caesar that which **GOD** says belongs to Caesar, not that which **Caesar** says belongs to Caesar. The Bible also says it is a sin to have an Earthly ruler above me. The only kind of government I can submit to is a government that is below me, not above me. This is exhaustively proven in 1 Sam. 8:4-20, 1 Sam. 12:12.
7.  The DOS Form IN-709-01 lists sources of information that are exclusively government, and the Bible says I cannot do business with the government or participate in any government franchises. See:

    *Delegation of Authority Order from God to Christians*, Form #10.008; http://sedm.org/Forms/FormIndex.htm

    Therefore, I do not have and cannot provide any public records that relate to any government benefit or franchise without violating my religious beliefs and being compelled in violation of the First Amendment to associate with and do business with government. Such

---

franchises and benefits that I cannot participate in include: Social Security Numbers, Taxpayer Identification Numbers, driver's licenses, marriage licenses, social security benefits, Medicare, welfare card, professional licenses, business licenses, tax returns, etc. By including in your list of acceptable evidence ONLY public/government information and information relating to government franchises, you are:

7.1. Effectively compelling me to engage in public/government franchises and thereby surrender constitutionally protected rights.

7.2. Compelling me to associate commercially and legally with a group of people called a "state" that I do not want to associate with or be compelled to associate with in violation of the First Amendment freedom from compelled association.

7.3. Compelling me to contract with the government in criminal violation of the Constitution. Since all franchises are contracts, any attempt to compel me to participate in franchises is an attempt to compel me to contract and/or donate private property to a public use, which means THEFT.

8. I remind you that I have a Fourth Amendment Constitutional right to privacy, and that you can't turn the exercise of my right to travel into an excuse to destroy my right of privacy by revealing all the details you ask for on the DOS Form IN-709-01 that are basically irrelevant to the application anyway. This is NOT a job application or an application to become a federal "employee", "public officer", or "taxpayer", but simply a notification of you by me, the Sovereign, of my right to travel freely and a demand that you recognize (by issuing me a United States of America passport) and not interfere with that right. It is already humiliating enough that the penalty for committing perjury on a passport form could be 20 years in jail. That penalty alone ought to be sufficient to ensure the accuracy of the information I provide to you. If that kind of a penalty for providing false information isn't sufficient to guarantee the accuracy of the basic information that I provide, then the application process isn't really about a passport, but about human sacrifices to a pagan idol in violation of my sincerely held religious beliefs.

9. I also remind you that your passport records can and probably will be used for criminal enforcement purposes. See 73 F.R. 1660-1664. I have a Constitutional right not to incriminate myself, and therefore to provide the absolute minimum amount of information required to ensure qualification to receive the passport applied for.

10. Passports may be a privilege for statutory "citizens of the United States" pursuant to 8 U.S.C. §1401, but they are a RIGHT for "nonresident aliens" born in a Constitutional Union state. It is an act of discrimination to impose upon me the disabilities of statutory citizenship by lumping me with those subject to the exclusive jurisdiction of Congress.

11. The only reason I want or need a passport is simply to freely exercise my Constitutional and legal right to return to the place of my birth. That is a natural and inalienable right. Don't abuse your authority to issue passports by withholding the issuance of them to persons who refuse to participate in all government franchises. That is information that you will be held personally liable for. Don't try to convert rights into privileges, because you are violating the constitution to do so.

## SECTION 9: FRAUD ON THE DS-11 AND DS-82 FORM INSTRUCTIONS

The following subsections (sections 9.1 and 9.2) reveal fraud, deception, and false statements on the DS-11 and DS-82 form instructions. These forms constitute "testimony of a witness" because they are signed under penalty of perjury. Because the instructions are false and fraudulent, they rise to the level of criminal witness tampering in violation of 18 U.S.C. §1512.

## 9.1 INSTRUCTIONS: "FEDERAL TAX LAW" SECTION

The DS-11 and DS-82 form contains FRAUD and make fraudulent determinations about the legal status of ALL applicants. Here is the fraud:

*"FEDERAL TAX LAW*

*Section 6039E of the Internal Revenue Code (26 U.S.C. 6039E) requires you to provide your Social Security Number (SSN), if you have one, when you apply for a U.S. passport or renewal of a U.S. passport. If you have not been issued an SSN, enter zeros in block #5 of this form. If you are residing abroad, you must also provide the name of the foreign country in which you are residing. The Department of State must provide your SSN and foreign residence information to the Department of Treasury. If you fail to provide the information, you are subject to a $500 penalty enforced by the IRS. All questions on this matter should be directed to the nearest IRS office.*

This is false because:

1. The following legal analysis proves that 26 U.S.C. §6039E pertains only to federal instrumentalities and not private human beings such as the applicant. You are using the passport application process to fraudulently recruit public officers in the U.S. government. Please rebut this information in writing signed under penalty of perjury within 30 days or be found to agree with the analysis.
   *How to Apply for a Passport as a "non-citizen national"*, Form #10.012, Section 5;
   http://sedm.org/Forms/FormIndex.htm

2. The conditions under which Taxpayer Identification Numbers are only MANDATORY within Title 26, the I.R.C., are listed in 26 C.F.R.§301.6109-1. Those conditions should be disclosed in the instructions if you are going to tell people that they MUST provide a number. All the conditions involve public officers within the U.S. government on official business and not private human beings. These public officers are referred to and defined as an activity called a "trade or business", which is then statutorily defined in 26 U.S.C. §7701(a)(26) as "the functions of a public office" in the U.S. and not state or municipal government. For further details, see and rebut the following within 30 days in writing signed under penalty of perjury or be found to agree:
   *About SSNs and TINs on Government Forms and Correspondence*, Form #05.012, Section 9; http://sedm.org/Forms/FormIndex.htm

3. The instructions FALSELY presume that ALL applicants are statutory "taxpayers". The I.R.C. in fact only regulates the activities of statutory "taxpayers" per 26 U.S.C. §7701(a)(14). Hence, the word "you" must be replaced with "taxpayers" rather than implying EVERYONE.

   *"The revenue laws are a code or system in regulation of tax assessment and collection. They relate to taxpayers, and not to nontaxpayers. The latter are without their scope. No procedure is prescribed for nontaxpayers, and no attempt is made to annul any of their rights and remedies in due course of law. With them Congress does not assume to deal, and they are neither of the subject nor of the object of the revenue laws..."*
   *[Long v. Rasmussen, 281 F. 236 (1922)]*

4. Even the courts admit that they do NOT have the authority to declare ANYONE a "taxpayer", and hence, your form can't do it either without committing fraud.

   *Specifically, Rowen seeks a declaratory judgment against the United States of America with respect to "whether or not the plaintiff is a taxpayer pursuant to, and/or under 26 U.S.C. § 7701(a)(14)." (See Compl. at 2.) This Court lacks jurisdiction to issue a declaratory judgment "with respect to Federal taxes other than actions brought under section 7428 of the Internal Revenue Code of 1986," a code section that is not at issue in the instant action. See 28 U.S.C. § 2201; see also Hughes v. United States, 953 F.2d 531, 536-537 (9th Cir. 1991) (affirming dismissal of claim for declaratory relief under § 2201 where claim concerned question of tax liability). Accordingly, defendant's*

*motion to dismiss is hereby GRANTED, and the instant action is hereby DISMISSED.*
*[Rowen v. U.S., 05-3766MMC. (N.D.Cal. 11/02/2005)]*

5. The only "you" that the above language can or does mean is STATUTORY "U.S. Persons" per 26 U.S.C. §7701(a)(30) and not EVERYONE. A statutory "U.S. person", in turn, is a public officer within the U.S. government on official business, and not a private human being. This should be made clear on the instructions. For the reasons, see and rebut the following within 30 days or be found to agree with it in its entirety:

*Who are "taxpayers" and Who Needs a "Taxpayer Identification Number"*, Form #05.013; http://sedm.org/Forms/FormIndex.htm

6. If you can't make the instructions accurate and specific only to the exact people they apply, then you shouldn't say anything at all about this subject in the instructions. Otherwise, you are lying to a federal witness and tampering with a witness because the form is signed under penalty of perjury and therefore signed by a witness. This is a criminal offense under 18 U.S.C. §1512.

7. I do not claim to be a statutory "U.S. person" per 26 U.S.C. §7701(a)(30) so this language cannot and does not pertain to me.

## 9.2 INSTRUCTIONS: "REMITTANCE OF FEES" SECTION

The DS-11 and DS-82 forms also contain the following language which is FALSE.

> *REMITTANCE OF FEES*
>
> *31 U.S.C. §7701 requires persons "doing business" with federal agency to provide their Social Security Numbers to that agency. Because the Department of State collects fees for the provision of passport services to you, you are considered a person "doing business"* . . .

Before one can be a statutory "person" within federal civil law, one must be domiciled on federal territory not within any Constitutional state of the Union. This is a requirement of the separation of powers doctrine that is the foundation of the United States Constitution, which in turn was put there to protect my rights from greedy and deceptive government employees. Those not domiciled on federal territory or domiciled within a state of the Union are not subject to federal civil law and therefore cannot be "persons" subject to federal civil law or any of the provisions you cite in the instructions. In fact, the only way they could be subject to the above provisions is to occupy a public office in the U.S. government and therefore subject to federal civil law. This was pointed out by the U.S. Supreme Court as follows:

> *"It is no longer open to question that **the general government, unlike the states**, Hammer v. Dagenhart, 247 U.S. 251, 275, 38 S.Ct. 529, 3 A.L.R. 649, Ann.Cas.1918E 724, **possesses no inherent power in respect of the internal affairs of the states; and emphatically not with regard to legislation."***
> *[Carter v. Carter Coal Co., 298 U.S. 238, 56 S.Ct. 855 (1936)]*

Yes, federal civil law DOES apply ONLY to STATUTORY U.S. citizens per 8 U.S.C. §1401, but you are NOT entitled to presume that:

1. Everyone making application for a U.S. passport is a statutory "U.S. citizen" under 8 U.S.C. §1401.
2. Everyone is domiciled on federal territory and therefore subject to federal civil law. In fact, most of the people you service are domiciled OUTSIDE the statutory "United States" in a legislatively foreign jurisdiction and are statutory aliens but constitutional citizens for the purpose of federal jurisdiction.
3. The term "United States" as used in the Constitution and "United States" as used in the Internal Revenue Code, 26 U.S.C. or Title 31 of the U.S. Code are the SAME. They are NOT, and in fact are mutually exclusive to each other and statutorily foreign with respect to each other.

Clearly, the person who prepared your DS-11 and DS-82 form instructions knows nothing about law or jurisdiction. You need to correct your FRAUDULENT instructions and quit deceiving the public. The following memorandum of law ought to be consulted in amending your form instructions:

*Federal Jurisdiction*, Form #05.018; http://sedm.org/Forms/FormIndex.htm

## SECTION 10: LICENSE AGREEMENT PROTECTING THIS APPLICATION AND ALL INFORMATION PROVIDED WITH THIS APPLICATION

All information about my person submitted to you on any government form by either myself or any third party is the exclusive property of the Submitter under this franchise agreement, which governs all interactions and communications regarding me. The Fourth Amendment makes information about me "property" in a legal sense and protects that property. The attached USA passport application is invalid and shall constitute non-factual, non-actionable speech not legally admissible as evidence in any legal proceeding without this form attached and without both the Recipient and the Submitter being completely subject to and covered by this franchise agreement.

Page 6 of the USA passport says in note 2 that passports are the exclusive property of the issuer and must be returned upon notice and demand of same. Likewise, information about the Submitter is acknowledged by the parties to this franchise as the exclusive property of the Submitter and must be completely and permanently removed from government computer systems and records upon legal notice and demand. Recipient and submitter of this application acknowledge that use, custody, or control of information about the Submitter submitted in connection with this application makes the Recipient into an agent, officer, trustee, transferee, and fiduciary under the terms of this franchise agreement until all such information is removed from any and all information systems and records maintained by the Recipient and his/her/its agents and assigns. Any deviation from this requirement is stipulated to be a violation of the requirement for equal protection and equal treatment that is the foundation of the United States Constitution.

Recipient of this form and all parties utilizing information about the Submitter/applicant, including information provided in connection with this transaction agree not to utilize this information for any of the following purposes:

1. Any commercial purpose in relation to any government.
2. In connection with the administration of any government franchise, including but not limited to Social Security, Medicare, income taxation ("trade or business" franchise).
3. The enforcement of any licensed activities such as driver's licenses, marriage licenses, or professional licenses, which are also franchises.
4. Any civil or criminal law enforcement activity beyond that expressly indicated herein.

Recipient of this information agrees to grant to applicant witness immunity pursuant to 18 U.S.C. §6002 in connection with any legal proceeding that uses information about me provided in connection with this application. If they are not authorized to grant said immunity by their employer, they agree to become the substitute defendant in said proceeding.

Parties to this franchise stipulate that any and every disclosure or use of information provided in connection with this application to any third party by the Recipient of this application or any agent or officer of the Recipient shall constitute effective and constructive consent to abide completely with every aspect of this franchise agreement.

Pursuant to 5 U.S.C. §552a(b), recipient and his officers, agents, and assigns may not lawfully maintain records about the Submitter without his/her express written consent, which he/she does NOT give, has no delegated authority from my God to give, and has retroactively withdrawn by filing a public notice with the U.S. government and state government. Therefore:

1. Any records in your possession pertaining to Submitter other than the licensed and copyrighted passport information included on this and the attached DS-11 form are being maintained ILLEGALLY and must be destroyed.
2. You do not have my consent to store or use any of my personal information other than my name and physical characteristics in Dept. of State computers.
3. You do not have my permission, and I do not consent, to share any of my personal information with any other federal or state agency or bureau or private company, including the Internal Revenue Service. If you do, you agree personally to pay me $500,000 for each wrongful or unauthorized disclosure.

All information provided by me in connection with this application shall be treated as MY PERSONAL PROPERTY, and all those in possession or use of said property agree to be my personal agent under the terms of this franchise, and to do with said property only that which I expressly authorize in writing. This is the same crap you pull with your passport document, which says on p. 4 that the passport belongs not to the applicant, but to the government. Hence, you try to abuse the passport issuance process to make me into a public officer in control of public property. If you can do it, then I have an EQUAL right to do the same thing in reverse, because of the Constitutional requirement for equal protection and equal treatment.

Recipient agrees to do all the following in connection with Submitter of this application:

1. To treat the Submitter as though he/she has the status indicated in this document.
2. To treat the Submitter as though he/she is NOT eligible to participate in any government franchise, "benefit", or the issuance of any government identifying number.
3. To correct any evidence in their possession or in the possession of their government employer that might indicate eligibility to participate in any government franchise or to receive the "benefits" of any government franchise.
4. To notify the Submitter promptly if they discover evidence in possession of the government linking them to eligibility for any government franchise or "benefit" and all occasions when they have corrected such evidence to be consistent with this franchise agreement.

Parties to this agreement agree to waive official, judicial, and sovereign immunity in connection with any and all legal proceedings relating to the enforcement of this franchise agreement. Recipient agrees to service of process via certified mail in lieu of personal service either at their place of work or their home in connection with the commencement of any legal process needed to enforce this agreement. Recipient also agrees to an effective domicile of wherever any enforcement action is filed by the Submitter in connection with the enforcement of this agreement.

The accuracy of the name, the oath taken in connection with this passport, and the accuracy of the birth certificate are actionable and not immune from prosecution against the Applicant for willful falsification. Parties stipulate that this information is the only thing that is material or actionable in connection with this transaction. Any information provided relating to "residence" (domicile of an alien and NOT "citizen" or "national" under 26 C.F.R.§1.871-2) history, employment ("public office" pursuant to 5 U.S.C. §2105(a)) history, or government identifying numbers are not factual, not actionable, not material, not admissible as evidence, or even relevant in connection with any law enforcement proceeding relating to their accuracy. The purpose of this provision is to protect the privacy of the Submitter and to ensure that only the minimum information required to obtain the service requested is provided or used. Any attempt to compel the disclosure of additional information can only serve to violate the Fifth Amendment right of freedom from self-incrimination and make the Submitter into a target of discriminatory "selective enforcement" proceedings and injure him/her in the exercise of rights protected by the Constitution of the United States of America.

The only people you can govern or protect are those who CONSENT to be governed pursuant to the Declaration of Independence, and I am not a consenting party. This application should not be construed by the Recipient as a request to be protected or subsidized in any way, shape, or form. Instead, I seek ONLY to be issued a U.S.A. (NOT "U.S.") passport and thereafter be left alone, to be a United States of America "national", and to not be protected in my travels abroad. The only reason you need any information beyond the basic eligibility requirements on the DS-11 form in the context of this transaction is to deliver protection and services that you PRESUME that I want. That presumption does not apply in my case and the U.S. Supreme Court has held repeatedly that the constitution confers upon me the right to be simply be LEFT ALONE.

> *"The makers of our Constitution undertook to secure conditions favorable to the pursuit of happiness. They recognized the significance of man's spiritual nature, of his feelings and of his intellect. They knew that only a part of the pain, pleasure and satisfactions of life are to be found in material things. They sought to protect Americans in their beliefs, their thoughts, their emotions and their sensations. They conferred, as against the Government, the right to be let alone - the most comprehensive of rights and the right most valued by civilized men."*
> [Olmstead v. United States, 277 U.S. 438, 478 (1928) (Brandeis, J., dissenting); see also Washington v. Harper, 494 U.S. 210 (1990)]

## SECTION 11: APPLICATION DELAY OR REJECTION INFORMATION
(To be completed by passport processing center or agency upon rejection of passport application)

Should you, the passport processing center or agency, decide to reject my application or delay it further by asking for additional information on form IN-709-01, I insist that you provide your full legal name and work address and sign the correspondence under penalties of perjury pursuant to 28 U.S.C. §1746(2). Agencies don't reject applications, PEOPLE DO, and these people are violating the Constitution and my rights if they reject my application. This section acts as a form for you to fill out describing all of the reasons and details surrounding any decision you might make to reject this application. A rejection of my application without disclosing the reasons in detail by filling out and signing this section as required shall constitute an actionable tort on your part. Also, if you send me an IN-709-01 form and demand that I fill it out, explain why I shouldn't follow your example by similarly refusing to fill out your forms since you won't fill out mine. It is a denial of the legal requirement for equal protection and equal treatment for you to apply different standards to me than you apply to yourself or to anyone else in this process. If you won't provide your information, then I won't provide mine on an IN-709-01 form either. I'm not going to play legal "peek-a-boo" with you and doing so just proves that you KNOW you are involved in violating my rights and exceeding your lawfully delegated authority as a public servant or agent of the government. Please write LEGIBLY because this document could become legal evidence in a Bivens Action against you for deprivation of rights by an officer or agent of the government.

| | |
|---|---|
| **1. Definition of "United States" within the term "U.S. citizen" upon which I am relying from Sections 3 through 4 of this form:** (Circle ONLY ONE. Item 3 is the default answer if none provided) | 1<br>2<br>3 |
| **2. Citizenship status you impute to me from Section 4, Table 4 (identify item number in left most column of table) based on all evidence received so far.** | _____ |
| **3. Reason for Rejection:** (check all that apply) | ☐ Questions about consistency of information provided in application (please specify in detail):_____<br>_____<br>_____<br>☐ Missing following information:_____<br>☐ DS-11 form has been updated. New form enclosed<br>☐ Other (please specify):_____<br>_____<br>_____ |
| **4. Legal authority for rejection (statute and/or regulation. Rejection is UNLAWFUL if no legal authority provided):** | 8                                              U.S.C.<br>§_____<br>22<br>C.F.R.§_____<br>OTHER(s):_____ |
| **5. Things I advised the applicant specifically to do against his wishes and better judgment, and for which I assume full liability for the consequences of:** | ☐ Specify a Social Security Number or Taxpayer Identification Number when he/she specified that there is none<br>☐ Indicate a citizenship status or domicile that is in conflict with the information provided by the applicant on this form |
| **6. Full Legal Birthname of rejecting officer:** | |
| **7. Date and Place of Birth of rejecting officer:** | |
| **8. Workplace physical address of rejecting officer:** (**NOTE**: This is the place you physically work and where you agree to accept service of legal process. NO PO boxes accepted.) | Address: _____<br>City: _____<br>State: _____<br>Zip: _____<br>Phone number:_____<br>Email Address:_____ |
| **9. Full legal birthname of supervisor of rejecting officer:** | |
| **10. Workplace physical address of supervisor of rejecting officer:** (**NOTE**: This is the place you physically work and where you agree to accept service of legal process. NO PO boxes accepted.) | Address: _____<br>City: _____<br>State: _____<br>Zip: _____<br>Phone number:_____<br>Email Address:_____ |

**11. Affirmation of Rejecting Officer:**

I, the person directly responsible for denying this passport application as an officer or agent of the United States government, declare under penalties of perjury pursuant to 28 U.S.C. §1746(2) that the information provided by me in this section is truthful, accurate, and consistent with prevailing law to the best of my knowledge and ability. I also agree to take complete, personal, and exclusive responsibility for the falsity or accuracy of any information which I advised the applicant to change on this passport, such as his or her citizenship status or the Social Security Number, if any, that was provided, since applicant indicated that he does not lawfully have a Social Security Number or Taxpayer Identification Number.

_____        _____
Signature                                      Printed Name

Date:

**SECTION 12: AFFIRMATION**

I declare under penalty of perjury under the laws of the United States of America, from without the "United States" pursuant to 28 U.S.C. §1746(1), that the foregoing and the entire contents of this form and all those attached to it are true, correct, and complete to the best of my knowledge and belief. I also declare that the accompanying passport application is false, fraudulent, misleading, and perjurious if NOT accompanied AT ALL TIMES by this mandatory attachment.

_____        _____
Signature                                      Printed Name

Date:

## *GOVERNMENT VERIFIED IDENTITY DOCUMENT*

I, _____ (full legal birthname) swear/affirm under penalty of perjury under the laws of the State of _____, the following facts:

1. All identification documents and images provided or described herein to verify this notarized document and statement are true and correct and refer to me personally.
2. I am an exclusively private human being NOT representing any office or exercising any agency on behalf of any government, such as "citizen" or "resident" or "person" (under civil statutory law), "taxpayer" (under tax code), "driver" (under vehicle code), "spouse" (under family code) etc.
3. My father's name is:_____ Mother's name is:_____ (maiden name)
4. My birthplace is: _____ Birthdate is:_____
5. Physical characteristics:
   Eye color:_____Height: _____ Hair color:_____
6. I am a "citizen" under the United States of America Constitution by virtue of birth or naturalization in the United States of America.
7. I am not any of the following and do not consent to act as any of the following capacities:
   7.1. A "person", "subject", "citizen", "resident" or "inhabitant", or any other status under any civil law enactment of any government.
   7.2. A "national of the United States" defined in 8 U.S.C. §1101(a)(22).
   7.3. A "national and citizen of the United States at birth" as defined in 8 U.S.C. §1401.
8. For the purposes of this document, "United States" means (is limited) ONLY federal territory and excludes states of the Union.
9. This document is not authorized for any commercial use that would financially benefit any government. Government recipients of this document benefitting commercially by its use hereby implicitly consent to return and refund all such benefits in full to me personally. I own myself and the fruits of any and all uses of my identity for commercial use. Recipient and affiant hereby acknowledges that identity theft has occurred if this is not the case.
10. My picture and signature appear below.

| Picture of the person appearing | Signature of the person appearing |
|---|---|
| | _____ |
| | (full legal birth name) |
| | |

State of _____ )

County of: _____ )

On _____, before me, _____, Notary Public, personally appeared _____, who proved to me on the basis of satisfactory evidence to be the persons(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the persons(s), or entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of _____ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal, both below:

_____ SEAL
Notary Public

My Commission Expires On:

Identification provided by affiant:

1. Passport: _____
2. Driver's license: _____
3. Birth Certificate: _____
4. Personally known to me (initial): _____

5. Other:__Picture (see previous page)_____

Skordas & Caston, LLC
124 S. 400 E., Ste 220
SLC, UT 84111



7017 3040 0000 4152 00__

$6.200
US POSTAGE
FIRST-CLASS
FROM 84111
JUN 30 2021
stamps
endicia

Corrin G Hatch
c/0 clerk of court
US District Court
3515 West Temple
Salt Lake City UT 84101

Skorda... J Coster ...
124 S. 400 E. Ste 220
Ely, UT 84111

CERTIFIED MAIL

7017 0190 0000 743

$6.60
US POSTAGE
FIRST-CLASS
FROM 84111
JUN 29 2021
stamps
endicia

0625000302044 9

Corrin G Hatch
c/0 clerk of court
US District Court
3515 West Te
Salt Lake City UT 84101