FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

MAR 1 / 2022

R. KIMBERLY A. FREE, CLERK

BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br>v.<br><br>DERALD WILFORD GEDDES,<br><br>　　　　　　　　　　　　Defendant. | **VERDICT FORM**<br><br>Case No. 1:15 CR 93 TC<br><br>Judge Tena Campbell |

**CHECK YOUR UNANIMOUS VERDICT FOR EACH PART**

## COUNT 1

26 U.S.C. § 7212(a)

We, the jury impaneled in the above-entitled case, <u>unanimously</u> find the Defendant Derald Wilford Geddes

　　　☐　　Not guilty　　　　　　　☒　　Guilty

of Corrupt Endeavor to Obstruct the Due Administration of the Internal Revenue Laws.

## COUNT 2

26 U.S.C. § 7201

We, the jury impaneled in the above-entitled case, <u>unanimously</u> find the Defendant Derald Wilford Geddes

☐ Not guilty          ☒ Guilty

of Evasion of Payment of Income Tax for the years 1997, 1998, 1999, 2002, 2003, 2004, and 2005.

## COUNT 3

26 U.S.C. § 7206(1)

We, the jury impaneled in the above-entitled case, <u>unanimously</u> find the Defendant Derald Wilford Geddes

☐ Not guilty          ☒ Guilty

of Filing a False Tax Return for the calendar year 2011.

## COUNT 4

26 U.S.C. § 7206(1)

We, the jury impaneled in the above-entitled case, <u>unanimously</u> find the Defendant Derald Wilford Geddes

☐ Not guilty          ☒ Guilty

of Filing a False Tax Return for the calendar year 2012.

## COUNT 5

26 U.S.C. § 7206(1)

We, the jury impaneled in the above-entitled case, <u>unanimously</u> find the Defendant Derald Wilford Geddes

☐   Not guilty          ☒   Guilty

of Filing a False Tax Return for the calendar year 2013.

DATED: March 17, 2022 , 2022.

_____
Holly Thompson
FOREPERSON